IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ILLUMINA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-531 (JLH) |
| | ) | |
| BILLIONTOONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT BILLIONTOONE, INC.'S MOTION TO TRANSFER TO THE
NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A)**

BillionToOne, Inc. moves the Court for an order transferring this case to the Northern

District of California pursuant to 28 U.S.C. § 1404(a). The bases for this motion are set forth in

the brief and associated materials filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Defendant BillionToOne, Inc.*

OF COUNSEL:

Alan J. Heinrich
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

August 7, 2026

## **7.1.1 CERTIFICATION**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff and that we have not been able to reach agreement.

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ILLUMINA, INC.,                           )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )      C.A. No. 26-531 (JLH)
                                          )
BILLIONTOONE, INC.,                       )
                                          )
            Defendant.                    )

## [PROPOSED] ORDER

Pending before the Court is Defendant BillionToOne, Inc.'s Motion to Transfer ("Motion") this case to the Northern District of California pursuant to 28 U.S.C. § 1404(a).

The Court, having considered the Motion (including the facts and legal authority set forth therein), and any Response to said Motion, it is hereby **ORDERED** that said Motion is **GRANTED** for all the reasons stated therein.

The case is hereby TRANSFERRED TO THE NORTHERN DISTRICT OF CALIFORNIA.

**IT IS SO ORDERED** this _____ day of _____, 2026.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 7, 2026, upon the following in the manner indicated:

Daniel M. Silver                                          *VIA ELECTRONIC MAIL*
Alexandra M. Joyce
MCCARTER & ENGLISH, LLC
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
*Attorneys for Plaintiff Illumina, Inc.*

Edward R. Reines                                        *VIA ELECTRONIC MAIL*
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3982
*Attorneys for Plaintiff Illumina, Inc.*

Derek C. Walter                                          *VIA ELECTRONIC MAIL*
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 875-5791
*Attorneys for Plaintiff Illumina, Inc.*

Jeffrey S. Messing                                      *VIA ELECTRONIC MAIL*
JONES DAY
110 N Wacker, Suite 4800
Chicago, IL 60606
(312) 269-1542
*Attorneys for Plaintiff Illumina, Inc.*


*/s/ Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)