IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ILLUMINA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-531 (JLH) |
| | ) | |
| BILLIONTOONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JEREMY TIGAN IN SUPPORT OF
DEFENDANT'S MOTION TO TRANSFER**

I, Jeremy Tigan, declare as follows:

1.      I am an attorney at the law firm of Morris Nichols Arsht & Tunnell, counsel of record for BillionToOne, Inc.  I am a member in good standing of the State Bar of Delaware and have been admitted to practice before this Court.  I submit this declaration in support of Defendant's motion to transfer. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      Attached as Exhibit 1 is a true and correct copy of the Companiesmarketcap.com article on the "Largest Biotech companies by Market Cap" obtained from https://companiesmarketcap.com/biotech/largest-companies-by-market-cap/

3.      Attached as Exhibit 2 is a true and correct copy of the "Products by area of interest" " page on the Illumina website, obtained from https://www.illumina.com/products/by-area.html on July 14, 2026.

4.      Attached as Exhibit 3 is a true and correct copy of the "Office Locations" page on the Illumina website, obtained from https://www.illumina.com/company/contact-us/locations.html on July 14, 2026.

5.      Attached as Exhibit 4 is a true and correct copy of the LinkedIn profile of Dr. Sukrit Silas, obtained from https://www.linkedin.com/in/sukritsilas/ on July 15, 2026.

6.      Attached as Exhibit 5 is a true and correct copy of the LinkedIn profile of Amy Nguyen, obtained from https://www.linkedin.com/in/nguyenamyb/ on July 15, 2026.

7.      Attached as Exhibit 6 is a true and correct copy of press release titled "Illumina Completes Acquisition of Verinata Health" dated February 21, 2013, obtained from https://www.illumina.com/company/news-center/press-releases/press-release-details.html?newsid=ee412efe-85c5-48c9-b159-c109c22b07e0 on July 14, 2026.

8.      Attached as Exhibit 7 is a true and correct copy of the LinkedIn profile of Dr. Richard Rava, obtained from https://www.linkedin.com/in/richard-r-71a717b/ on July 15, 2026.

9.      Attached as Exhibit 8 is a true and correct copy of the LinkedIn profile of Dr. David Comstock, obtained from https://www.linkedin.com/in/davidcomstock/ on July 15, 2026.

10.     Attached as Exhibit 9 is a true and correct copy of the LinkedIn profile of Dr. Gabrielle Heilek, obtained from https://www.linkedin.com/in/gabrielleheilek/ on July 15, 2026.

11.     Attached as Exhibit 10 is a true and correct copy of a SmartLinx®Person Report from LexisNexis of Michael Hunkapiller, obtained on July 7, 2026.  At my direction, my office applied redactions to the home addresses, dates of birth, ages, SSNs, possible household member and relative names reflected on these records.

12.     Attached as Exhibit 11 is a true and correct copy of a SmartLinx®Person Report from LexisNexis of Yuejen Jen Chuu, obtained on July 7, 2026.  At my direction, my office applied redactions to the home addresses, dates of birth, ages, SSNs, possible household member and relative names reflected on these records.

2

13.	Attached as Exhibit 12 is a true and correct copy of a SmartLinx®Person Report from LexisNexis of Manjula Chinnappa, obtained on July 7, 2026. At my direction, my office applied redactions to the home addresses, dates of birth, ages, SSNs, possible household member and relative names reflected on these records.

14.	Attached as Exhibit 13 is a true and correct copy of an Amendment and Reply to Final Office Action from the prosecution history of United States Patent Application No. 15/299,335, dated November 13, 2018.

15.	Attached as Exhibit 14 is a true and correct copy of an article written by Christina Fan et al, titled "Noninvasive diagnosis of fetal aneuploidy by shotgun sequencing DNA from maternal blood" published in the Proceedings from the National Academy of Sciences, Vol. 105, No. 42, on October 21, 2008, obtained from https://www.pnas.org/doi/10.1073/pnas.0808319105 on June 4, 2026.

16.	Attached as Exhibit 15 is a true and correct copy of the LinkedIn profile of Dr. Stephen Quake, obtained from https://www.linkedin.com/in/stephen-quake/ on July 15, 2026.

17.	Attached as Exhibit 16 is a true and correct copy of the LinkedIn profile of Dr. Christina Fan, obtained from https://www.linkedin.com/in/christina-h-fan/ on July 15, 2026.

18.	Attached as Exhibit 17 is a true and correct copy of the LinkedIn profile of Dr. Yair Blumenfeld, obtained from https://www.linkedin.com/in/yair-blumenfeld-3a3b5b45/ on July 15, 2026.

19.	Attached as Exhibit 18 is a true and correct copy of press release titled "BillionToOne Announces Closing of Upsized Initial Public Offering and Full Exercise of Underwriters' Option to Purchase Additional Shares" dated November 7, 2025, obtained from https://www.billiontoone.com/news-media/billiontoone-announces-closing-of-upsized-initial-

3

public-offering-and-full-exercise-of-underwriters-option-to-purchase-additional-shares on July 14, 2026.

20. Attached as Exhibit 19 is a true and correct copy of the "Our Products" page on the BillionToOne website, obtained from https://www.billiontoone.com/products on July 14, 2026.

21. Attached as Exhibit 20 is a true and correct copy of the "Careers" page on the BillionToOne website, obtained from https://www.billiontoone.com/careers on July 14, 2026.

22. Attached as Exhibit 21 is a true and correct copy of the "Leadership & Board" page on the BillionToOne website, obtained from

https://www.billiontoone.com/about/leadership-board on July 14, 2026.

23. Attached as Exhibit 22 is a true and correct copy of the LinkedIn profile of Dr. David Tsao, obtained from https://www.linkedin.com/in/davidtsao/ on July 15, 2026.

24. Attached as Exhibit 23 is a true and correct copy of the LinkedIn profile of Dr. Oguzhan Atay, obtained from https://www.linkedin.com/in/oatay/ on July 15, 2026.

25. Attached as Exhibit 24 is the Federal Court Management Statistics Judicial Caseload Profiles, published by the United States Federal Courts on March 2026, obtained from https://www.uscourts.gov/data-news/reports/statistical-reports/federal-court-management-statistics/federal-court-management-statistics-march-2026 on July 8, 2026.

26. Attached as Exhibit 25 is a true and correct copy of a Comprehensive Report from LexisNexis of Sukrit Silas, obtained on July 24, 2026. At my direction, my office applied redactions to the home addresses, dates of birth, ages, SSNs, possible household member and relative names reflected on these records.

4

27.     Attached as Exhibit 26 is a true and correct copy of a Comprehensive Report from LexisNexis of Amy Nguyen, obtained on July 24, 2026. At my direction, my office applied redactions to the home addresses, dates of birth, ages, SSNs, possible household member and relative names reflected on these records.

Executed on August 7, 2026, in Wilmington, Delaware.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jeremy A. Tigan

Jeremy A. Tigan (#5239)

5

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 7, 2026, upon the following in the manner indicated:

Daniel M. Silver                                         *VIA ELECTRONIC MAIL*
Alexandra M. Joyce
MCCARTER & ENGLISH, LLC
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
*Attorneys for Plaintiff Illumina, Inc.*

Edward R. Reines                                         *VIA ELECTRONIC MAIL*
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3982
*Attorneys for Plaintiff Illumina, Inc.*

Derek C. Walter                                          *VIA ELECTRONIC MAIL*
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 875-5791
*Attorneys for Plaintiff Illumina, Inc.*

Jeffrey S. Messing                                       *VIA ELECTRONIC MAIL*
JONES DAY
110 N Wacker, Suite 4800
Chicago, IL 60606
(312) 269-1542
*Attorneys for Plaintiff Illumina, Inc.*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)