# Exhibit 1

Companies: **11,075**     total market cap: **$151.105 T**

Sign In          🇺🇸 English ▾          $ USD ▾          🌙

Company name, ticker...          🔍

# Largest Biotech companies by Market Cap

Companies: **853**     total market cap: **$8.027 T**     ✏️ ⬇️



| | Rank | | Name | Market Cap | Price | Today | Price (30 days) | Country |
|---|---|---|---|---|---|---|---|---|
| ☆ | 1 | | Eli Lilly<br>LLY | $ 1.099 T | $1,233 | ▲ 2.71% | | 🇺🇸 USA |
| ☆ | 2 | J&J | Johnson & Johnson<br>JNJ | $ 642.73 B | $267.00 | ▲ 2.96% | | 🇺🇸 USA |
| ☆ | 3 | | AbbVie<br>ABBV | $ 457.01 B | $258.67 | ▲ 1.53% | | 🇺🇸 USA |
| ☆ | 4 | Roche | Roche<br>RO.SW | $ 341.05 B | $428.67 | ▲ 2.19% | | 🇨🇭 Switzerland |
| ☆ | 5 | | Merck<br>MRK | $ 317.26 B | $128.46 | ▲ 1.32% | | 🇺🇸 USA |
| ☆ | 6 | | Novartis<br>NVS | $ 298.81 B | $156.61 | ▲ 0.72% | | 🇨🇭 Switzerland |
| ☆ | 7 | | AstraZeneca<br>AZN | $ 297.50 B | $191.83 | ▲ 0.88% | | 🇬🇧 UK |
| ☆ | 8 | | Novo Nordisk<br>NVO | $ 220.90 B | $49.92 | ▲ 1.35% | | 🇩🇰 Denmark |
| ☆ | 9 | | Amgen<br>AMGN | $ 199.88 B | $370.36 | ▲ 1.07% | | 🇺🇸 USA |
| ☆ | 10 | | Thermo Fisher Scientific<br>TMO | $ 192.24 B | $517.32 | ▼ 0.05% | | 🇺🇸 USA |
| ☆ | 11 | | Gilead Sciences<br>GILD | $ 167.51 B | $134.92 | ▲ 4.10% | | 🇺🇸 USA |
| ☆ | 12 | | Pfizer<br>PFE | $ 137.58 B | $24.14 | ▲ 1.77% | | 🇺🇸 USA |
| ☆ | 13 | | Vertex Pharmaceuticals<br>VRTX | $ 131.46 B | $517.99 | ▼ 2.19% | | 🇺🇸 USA |
| ☆ | 14 | | Bristol-Myers Squibb | $ 118.92 B | $58.24 | ▲ 2.71% | | 🇺🇸 USA |

| | Rank | | Name | Market Cap | Price | Today | Price (30 days) | Country | |
|---|---|---|---|---|---|---|---|---|---|
| | | | BMY | | | | | | |
| ☆ | 15 | | GSK plc<br>GSK | $107.59 B | $53.72 | ▲ 1.19% | | 🇬🇧 UK | |
| ☆ | 16 | | Sanofi<br>SNY | $103.02 B | $43.04 | ▲ 1.01% | | 🇫🇷 France | |
| ☆ | 17 | | Chugai Pharmaceutical<br>4519.T | $77.44 B | $47.05 | ▲ 1.05% | | ● Japan | |
| ☆ | 18 | | Regeneron Pharmaceuticals<br>REGN | $69.61 B | $664.02 | ▲ 2.19% | | 🇺🇸 USA | |
| ☆ | 19 | | Bayer<br>BAYN.DE | $57.91 B | $58.95 | ▲ 0.78% | | 🇩🇪 Germany | |
| ☆ ▲1 | 20 | | Argenx<br>ARGX | $57.90 B | $926.59 | ▲ 1.07% | | 🇳🇱 Netherlands | |
| ☆ ▼1 | 21 | | WuXi AppTec<br>2359.HK | $57.18 B | $19.17 | ▼ 3.34% | | 🇨🇳 China | |
| ☆ | 22 | | UCB<br>UCB.VI | $55.52 B | $291.66 | ▼ 0.04% | | 🇧🇪 Belgium | |
| ☆ | 23 | | Jiangsu Hengrui Medicine<br>600276.SS | $54.17 B | $8.16 | ▼ 2.48% | | 🇨🇳 China | |
| ☆ | 24 | | Takeda Pharmaceutical<br>TAK | $53.90 B | $17.06 | ▲ 1.01% | | ● Japan | |
| ☆ | 25 | | Galderma Group<br>GALD.SW | $51.41 B | $219.18 | ▼ 0.81% | | 🇨🇭 Switzerland | |
| ☆ | 26 | | Lonza<br>LONN.SW | $50.13 B | $717.87 | ▼ 0.17% | | 🇨🇭 Switzerland | |
| ☆ | 27 | | Sun Pharmaceutical<br>SUNPHARMA.NS | $48.08 B | $20.04 | ▼ 0.49% | | 🇮🇳 India | |
| ☆ | 28 | | Samsung Biologics<br>207940.KS | $43.33 B | $936.07 | ▲ 1.21% | | 🇰🇷 S. Korea | |
| ☆ | 29 | | Alnylam Pharmaceuticals<br>ALNY | $42.33 B | $317.09 | ▲ 1.29% | | 🇺🇸 USA | |
| ☆ | 30 | | CSL<br>CSL.AX | $41.23 B | $86.10 | ▼ 0.21% | | 🇦🇺 Australia | |

| | Rank | | Name | | Market Cap | Price | Today | Price (30 days) | Country | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☆ | 31 | | Teva Pharmaceutical Industries TEVA | | $40.47 B | $34.76 | ▼ 1.50% | | Israel | |
| ☆ | 32 | | Revolution Medicines RVMD | | $40.32 B | $189.70 | ▼ 0.16% | | USA | |
| ☆ | 33 | | Sandoz Group SDZ.SW | | $37.55 B | $86.80 | ▼ 0.82% | | Switzerland | |
| ☆ | 34 | | Otsuka Holdings 4578.T | | $37.41 B | $71.11 | ▼ 1.41% | | Japan | |
| ☆ | 35 | | Agilent Technologies A | | $36.76 B | $130.16 | ▼ 0.34% | | USA | |
| ☆ | 36 | | Royalty Pharma RPRX | | $33.22 B | $57.70 | ▲ 1.37% | | UK | |
| ☆ | ▲2 | 37 | Zoetis ZTS | | $32.29 B | $77.03 | ▲ 2.13% | | USA | |
| ☆ | ▲3 | 38 | BeOne Medicines ONC | | $31.95 B | $307.98 | ▼ 0.48% | | USA | |
| ☆ | ▼2 | 39 | Biogen BIIB | | $31.11 B | $210.75 | ▲ 1.10% | | USA | |
| ☆ | ▼2 | 40 | Moderna MRNA | | $31.06 B | $78.30 | ▼ 4.28% | | USA | |
| ☆ | ▼1 | 41 | Daiichi Sankyō 4568.T | | $30.55 B | $16.79 | ▼ 1.41% | | Japan | |
| ☆ | | 42 | Novonesis NZYM.VI | | $30.42 B | $65.26 | ▲ 2.81% | | Denmark | |
| ☆ | | 43 | Illumina ILMN | | $28.90 B | $191.06 | ▼ 1.68% | | USA | |
| ☆ | | 44 | DexCom DXCM | | $27.89 B | $72.30 | ▼ 0.11% | | USA | |
| ☆ | ▲1 | 45 | Celltrion 068270.KS | | $26.90 B | $117.31 | ▲ 1.31% | | S. Korea | |
| ☆ | ▲1 | 46 | Roivant Sciences ROIV | | $25.49 B | $35.45 | ▲ 0.17% | | UK | |
| ☆ | ▼2 | 47 | Hansoh Pharma 3692.HK | | $25.17 B | $4.15 | ▼ 4.18% | | China | |

| | Rank | | Name | | Market Cap | Price | Today | Price (30 days) | Country |
|---|---|---|---|---|---|---|---|---|---|
| ☆ | ∧2 | 48 | Insmed<br>INSM | | $24.39 B | $112.53 | ▲ 0.89% | | 🇺🇸 USA |
| ☆ | | 49 | Astellas Pharma<br>4503.T | | $24.05 B | $13.43 | ▼ 1.52% | | ● Japan |
| ☆ | ∨2 | 50 | BioNTech<br>BNTX | | $23.70 B | $93.75 | ▼ 0.19% | | 🇩🇪 Germany |
| ☆ | ∧1 | 51 | LabCorp<br>LH | | $23.67 B | $288.74 | ▲ 1.53% | | 🇺🇸 USA |
| ☆ | ∨1 | 52 | United Therapeutics<br>UTHR | | $23.62 B | $556.48 | ▲ 1.69% | | 🇺🇸 USA |
| ☆ | | 53 | Incyte<br>INCY | | $23.42 B | $117.24 | ▲ 1.40% | | 🇺🇸 USA |
| ☆ | ∧1 | 54 | Exact Sciences<br>EXAS | | $20.02 B | $104.91 | ▲ 0.00% | | 🇺🇸 USA |
| ☆ | ∧2 | 55 | Viatris<br>VTRS | | $19.91 B | $17.10 | ▲ 1.79% | | 🇺🇸 USA |
| ☆ | ∧3 | 56 | WuXi Biologics<br>WXXWY | | $19.75 B | $9.62 | ▲ 6.18% | | 🇨🇳 China |
| ☆ | ∨1 | 57 | Innovent Biologics<br>1801.HK | | $19.28 B | $11.12 | ▼ 3.65% | | 🇨🇳 China |
| ☆ | | 58 | Divis Laboratories<br>DIVISLAB.NS | | $18.92 B | $71.30 | ▼ 1.25% | | 🇮🇳 India |
| ☆ | ∨5 | 59 | Sichuan Biokin Pharmaceutical<br>688506.SS | | $18.64 B | $45.17 | ▼ 7.16% | | 🇨🇳 China |
| ☆ | ∧2 | 60 | Genmab<br>GMAB | | $17.79 B | $28.98 | ▲ 3.46% | | 🇩🇰 Denmark |
| ☆ | ∨1 | 61 | Ascendis Pharma<br>ASND | | $17.71 B | $270.01 | ▲ 0.78% | | 🇩🇰 Denmark |
| ☆ | ∨1 | 62 | Neurocrine Biosciences<br>NBIX | | $17.64 B | $175.50 | ▲ 0.80% | | 🇺🇸 USA |
| ☆ | ∧1 | 63 | Torrent Pharmaceuticals<br>TORNTPHARM.NS | | $17.30 B | $51.14 | ▲ 0.70% | | 🇮🇳 India |
| ☆ | ∧1 | 64 | PharmaEssentia<br>6446.TW | | $17.30 B | $46.56 | ▲ 3.46% | | Taiwan |

| | Rank | | Name | Market Cap | Price | Today | Price (30 days) | Country |
|---|---|---|---|---|---|---|---|---|
| ☆ ⌄2 | 65 | | Swedish Orphan Biovitrum<br>SOBI.ST | $ 17.17 B | $49.46 | ▼ 0.50% | | 🇸🇪 Sweden |
| ☆ | 66 | | Ipsen<br>IPN.PA | $ 15.89 B | $192.34 | ▼ 0.71% | | 🇫🇷 France |
| ☆ | 67 | | Medpace<br>MEDP | $ 15.63 B | $547.32 | ▼ 3.14% | | 🇺🇸 USA |
| ☆ | 68 | | Shionogi<br>4507.T | $ 15.28 B | $17.96 | ▼ 0.48% | | • Japan |
| ☆ | 69 | | Jazz Pharmaceuticals<br>JAZZ | $ 15.28 B | $243.56 | ▼ 0.25% | | 🇮🇪 Ireland |
| ☆ | 70 | | BridgeBio Pharma<br>BBIO | $ 15.05 B | $76.84 | ▼ 1.16% | | 🇺🇸 USA |
| ☆ | 71 | | Exelixis<br>EXEL | $ 14.19 B | $56.48 | ▲ 1.71% | | 🇺🇸 USA |
| ☆ | 72 | | Ionis Pharmaceuticals<br>IONS | $ 13.87 B | $83.93 | ▲ 0.90% | | 🇺🇸 USA |
| ☆ | 73 | | ICON plc<br>ICLR | $ 12.92 B | $168.80 | ▼ 1.25% | | 🇮🇪 Ireland |
| ☆ ⌃1 | 74 | | Axsome Therapeutics<br>AXSM | $ 12.57 B | $244.34 | ▲ 0.72% | | 🇺🇸 USA |
| ☆ ⌃4 | 75 | | Madrigal Pharmaceuticals<br>MDGL | $ 12.39 B | $537.40 | ▲ 1.50% | | 🇺🇸 USA |
| ☆ ⌄2 | 76 | | Revvity<br>RVTY | $ 12.37 B | $110.90 | ▼ 1.82% | | 🇺🇸 USA |
| ☆ | 77 | | Cipla<br>CIPLA.NS | $ 12.34 B | $15.29 | ▼ 1.39% | | 🇮🇳 India |
| ☆ ⌄2 | 78 | | Elanco<br>ELAN | $ 12.24 B | $24.52 | ▼ 2.43% | | 🇺🇸 USA |
| ☆ ⌃4 | 79 | | Summit Therapeutics<br>SMMT | $ 12.24 B | $15.77 | ▼ 1.00% | | 🇬🇧 UK |
| ☆ ⌃2 | 80 | | Dr. Reddy's Laboratories<br>RDY | $ 12.12 B | $14.56 | ▲ 1.36% | | 🇮🇳 India |

| | Rank | | Name | Market Cap | Price | Today | Price (30 days) | Country |
|---|---|---|---|---|---|---|---|---|
| ☆ | | 81 | Zydus Lifesciences<br>ZYDUSLIFE.NS | $12.11 B | $12.14 | ▲ 0.44% | | 🇮🇳 India |
| ☆ | ^7 | 82 | Baxter<br>BAX | $12.01 B | $23.26 | ▲ 2.99% | | 🇺🇸 USA |
| ☆ | ^3 | 83 | Lupin Limited<br>LUPIN.NS | $11.98 B | $26.22 | ▼ 0.06% | | 🇮🇳 India |
| ☆ | ^3 | 84 | Arrowhead Pharmaceuticals<br>ARWR | $11.97 B | $85.00 | ▼ 1.79% | | 🇺🇸 USA |
| ☆ | | 85 | Recordati<br>REC.MI | $11.96 B | $58.80 | ▲ 0.00% | | 🇮🇹 Italy |
| ☆ | ^6 | 86 | Alteogen<br>196170.KQ | $11.88 B | $222.17 | ▲ 1.96% | | 🇰🇷 S. Korea |
| ☆ | ^1 | 87 | Cytokinetics<br>CYTK | $11.77 B | $86.76 | ▲ 1.39% | | 🇺🇸 USA |
| ☆ | ^2 | 88 | Orion Corporation<br>ORNAV.HE | $11.54 B | $81.94 | ▲ 2.43% | | ➕ Finland |
| ☆ | ⌄9 | 89 | Akeso<br>9926.HK | $11.46 B | $12.45 | ▼ 4.17% | | 🇨🇳 China |
| ☆ | ⌄6 | 90 | CSPC Pharmaceutical Group Limited<br>1093.HK | $11.44 B | $1.00 | ▼ 4.37% | | 🇨🇳 China |
| ☆ | | 91 | Abivax<br>ABVX | $11.40 B | $142.92 | ▼ 0.74% | | 🇫🇷 France |
| ☆ | ⌄14 | 92 | Haisco Pharmaceutical Group<br>002653.SZ | $11.39 B | $10.17 | ▼ 1.22% | | 🇨🇳 China |
| ☆ | ^1 | 93 | BioMarin Pharmaceutical<br>BMRN | $11.38 B | $58.90 | ▲ 0.19% | | 🇺🇸 USA |
| ☆ | ^1 | 94 | Avidity Biosciences<br>RNAM | $11.24 B | $72.82 | ▲ 0.00% | | 🇺🇸 USA |
| ☆ | ⌄2 | 95 | Financière de Tubize<br>TUB.BR | $11.15 B | $250.51 | ▲ 0.27% | | 🇧🇪 Belgium |
| ☆ | ^2 | 96 | Bio-Techne<br>TECH | $11.04 B | $70.88 | ▼ 0.05% | | 🇺🇸 USA |

| Rank | | | Name | Market Cap | Price | Today | Price (30 days) | Country | |
|---|---|---|---|---|---|---|---|---|---|
| ☆ | ⌄1 | 97 | Charles River Laboratories CRL | $ 10.95 B | $227.44 | ▼ 1.72% | | 🇺🇸 USA | |
| ☆ | ⌄1 | 98 | Krystal Biotech KRYS | $ 10.94 B | $371.42 | ▼ 0.87% | | 🇺🇸 USA | |
| ☆ | | 99 | Tempus AI TEM | $ 10.87 B | $60.58 | ▼ 0.20% | | 🇺🇸 USA | |
| ☆ | | 100 | Mankind Pharma MANKIND.NS | $ 10.66 B | $26.61 | ▼ 0.55% | | 🇮🇳 India | |

Next 100 ❯

## What is the market capitalization of a company?

The market capitalization sometimes referred as Marketcap, is the value of a publicly listed company.
In most cases it can be easily calculated by multiplying the share price with the amount of outstanding shares.

## DISCLAIMER

CompaniesMarketCap is not associated in any way with CoinMarketCap.com
Stock prices are delayed, the delay can range from a few minutes to several hours.
Company logos are from the CompaniesLogo.com logo database and belong to their respective copyright holders.
Companies Marketcap displays them for editorial purposes only.

## Contact

For inquiries or if you want to report a problem write to hello@8marketcap.com

## Links

- Privacy policy

- Terms and conditions



© 2025 CompaniesMarketcap.com

# Exhibit 2

Case 1:26-cv-00531-JLH    Document 10-1    Filed 08/07/26    Page 10 of 299 PageID #: 729



# Products by area of interest

**Solutions to drive advances in diverse fields, from cancer research to microbiology, genetic disease, and beyond**

## Find products by area of interest

**Cancer research products**

Solutions that enable researchers to identify genomic changes in cancer, including somatic variants, gene fusions, epigenetic alterations, and more.

**Genetic and rare disease products**

Sequencing and microarray kits to advance breakthroughs in rare and genetic disease applications.

**Microbiology products**

Solutions to help labs characterize infectious agents, examine microbial functions, track genetic changes, analyze outbreaks, and more.

**Reproductive health products**

Genomic solutions to deliver fast, accurate information that can help guide reproductive health research and inform clinical decision-making.

**Complex disease research products**

Sequencing and microarray kits for research in immunology, neuroscience, and much more.

**Agrigenomics products**

Sequencing kits and genotyping arrays for researching a broad range of plant and animal species.

**Drug discovery and development products**

Genomic variation analysis products to inform drug target discovery, validation, and development.



# Helping you lead the way in your field

No matter your area of focus, Illumina helps you unlock possibilities. Illumina technology has powered advances in cancer research, microbiology, infectious diseases, reproductive health, complex diseases, pharmacogenomics, genetic disease testing, and more.

**Discover the possibilities in your area**

# Most popular products

Products    Solutions    Learn    Company    Support    | Recommended Links ⓘ

**PRODUCTS**    Overview    By type    By area of interest    By instrument compatibility    More    **QUESTIONS**

Instruments

## NextSeq 1000 and NextSeq 2000 System ordering

These sequencing systems offer expansive application breadth, operational simplicity, high flexibility and scalability, and proven performance.

Sequencing reagents &

## NextSeq 1000/2

Reagents for the NextS multiple flow cell confi



### INNOVATIVE TECHNOLOGIES

At Illumina, our goal is to apply innovative technologies to the analysis of genetic variation and function, making studies possible

For Research Use Only

Case 1:26-cv-00531-JLH          Document 10-1          Filed 08/07/26          Page 13 of 299 PageID #: 732



science research, translational and consumer genomics, and molecular diagnostics.

All trademarks are the property of Illumina, Inc. or their respective owners.
For specific trademark information, see www.illumina.com/company/legal.html.

Careers

Contact Us

Do not sell or share my personal information          Privacy Policy

© 2026 Illumina, Inc. All rights reserved.

# Exhibit 3

# Office locations

Contact Us:

## Commercial Offices - USA

**Illumina, Inc.**

Worldwide Headquarters

5200 Illumina Way
(formerly 5200 Research Pl)
San Diego, CA 92122 USA

1.858.202.4500 (tel)
1.858.202.4766 (fax)

**Illumina Foster City**

500 Lincoln Centre Drive
Foster City, CA 94404

1.650.376.9000 (tel)

**Illumina Madison**

524 Genomic Drive
Madison, WI 53719

1.608.442.6100 (tel)

**Illumina Baltimore**

801 W. Baltimore St, Suite 500
Baltimore, MD 21201

1.667.260.5785 (tel)

## Commercial Offices - International

**Illumina Australia and New Zealand**

Nursing Association Building

Level 3, 535 Elizabeth Street
Melbourne, Vic 3000

+61 (0)3.9212.9900 (tel)
+61 (0)3.9212.9901 (fax)
1800 775 688 (tel – Free call Australia)
0800 451 650 (tel – toll free New Zealand)

**Illumina China**

Illumina (China) Scientific Co., Ltd.

12F-13F, Building #23, 1999 Yishan Road
Shanghai Business Park Phase III, Minhang District
Shanghai 200233, P. R. China

+86.21.6032.1066 (tel)
+86.21.6090.6279 (fax)

www.illumina.com.cn

**Illumina Dubai**

Illumina Dubai Middle East FZE

Office Nos. T02
FLR01-01.03 and 01.04
Offices 2, One Central
Dubai World Trade Centre
Dubai, United Arab Emirates

+971 4 426 4986 (tel)

**Illumina Germany**

**Illumina Canada**

200 Bay St North Tower
Suite 1200
Toronto ON M5J 2J2

**Illumina China**

Beijing Branch

Illumina (China) Scientific Co., Ltd. Beijing Branch

2F, B17, UBP
10 Jiuxianqiao Road, Chaoyang District
Beijing 100015, P.R. China

+86.10.8441.6900 (tel)
+86.10.8455.4855 (fax)

www.illumina.com.cn

**Illumina France**

Illumina Solutions Center Paris

Genopole Campus 1, Bât. 7
5 rue Henri Desbruères
91 000 Evry
France

+33 805 102 193 (tel)

**Illumina India**

Feedback

Illumina Solutions Center Berlin

[Atrium Tower](#)
[Eichhornstraße 3](#)
[10 785 Berlin](#)
[Germany](#)

Illumina India Biotechnology Private Limited

[7th floor Pinnacle Tower, Embassy One, Bellary Road](#)
[Ganganagar, Bengaluru Urban,](#)
[Bangalore 560032, India](#)

## Illumina Japan

[Mita Bellju Building 22F](#)
[5-36-7 Shiba, Minato-ku](#)
[Tokyo 108-0014,](#)
[Japan](#)

+81.3.4578.2800 (tel)

+81.3.4578.2810 (fax)

[jp.illumina.com](#)

## Illumina Korea

[Hi Investment & Securities building 14F](#)
[66 Yeoidaero Yeoungdeungpo-gu](#)
[Seoul Korea 07325](#)

02-740-5300 (tel)

02-786-8368 (fax)

## Illumina Latin America

[Avenida Paulista, 1063 - suite 301](#)
[Sao Paulo, Brazil 01311-200](#)

+55 11 3500 3900 (tel)

+55 11 3500 3950 (fax)

## Illumina Netherlands

[Steenoven 19](#)
[5626DK Eindhoven](#)
[The Netherlands](#)

+31(0) 40-2064500 (tel)

+31(0) 40-2064529 (fax)

## Illumina Singapore

[11 Biopolis Way, #09-05 Helios](#)
[Singapore 138667](#)

+65.6773.0188 (tel)

1 800 579 2745 (tel – toll free)

+65.6774.0388 (fax)

## Illumina United Kingdom

Great Abington

[Illumina Centre](#)
[19 Granta Park, Great Abington](#)
[Cambridge, Cambridgeshire](#)
[CB21 6DF, United Kingdom](#)

+44 (0) 1223 408000 (tel)

+44 (0) 1223 408001 (fax)

# Manufacturing, Research and Development

## Illumina Hayward

[25841 Industrial Blvd](#)
[Hayward, CA 94545 USA](#)

510.670.9300 (tel)

510.670.9302 (fax)

## Illumina Singapore

Manufacturing only

[29 Woodlands Industrial Park E1](#)
[North Tech, Lobby 3, #02-13/18](#)
[Singapore 757716](#)

+65.6579.2600 (tel)

+65.6579.2601 (fax)

## Illumina Israel

Excellence Center

[Toha Tower 1](#)
[114 Yigal Alon St.,](#)
[Floor 20](#)
[Tel-Aviv, 6744320](#)
[Israel](#)

## Illumina China

Manufacturing only

[3rd Floor](#)
[Building 11B,](#)
[Wisdom Plaza, #2168 Chenhang Road](#)
[Minhang District, Shanghai China](#)
[201114](#)

+86.21.8025.7999 (tel)



For Research Use Only

Not for use in diagnostic procedures (except as specifically noted).

Careers    Contact Us

   

INNOVATIVE TECHNOLOGIES

At Illumina, our goal is to apply innovative technologies to the analysis of genetic variation and function, making studies possible that were not even imaginable just a few years ago. It is mission critical for us to deliver innovative, flexible, and scalable solutions to meet the needs of our customers. As a global company that places high value on collaborative interactions, rapid delivery of solutions, and providing the highest level of quality, we strive to meet this challenge. Illumina innovative sequencing and array technologies are fueling groundbreaking advancements in life science research, translational and consumer genomics, and molecular diagnostics.

All trademarks are the property of Illumina, Inc. or their respective owners.
For specific trademark information, see www.illumina.com/company/legal.html.

Do not sell or share my personal information    Privacy Policy

© 2026 Illumina, Inc. All rights reserved.

Feedback

# Exhibit 4

# Sukrit Silas

Assistant Investigator, Gladstone Institutes
San Francisco, California, United States

## Contact

www.linkedin.com/in/sukritsilas (LinkedIn)

## Honors-Awards

HHMI International Student Research Fellowship

Stanford Graduate Fellowship

Gates Cambridge Scholarship

Molecular Biology Senior Thesis Prize

R. Manning Brown Jr., Class of 1936 Scholarship

## Publications

A Small RNA Isolation and Sequencing Protocol and Its Application to Assay CRISPR RNA Biogenesis in Bacteria

Rapid deployment of SARS-CoV-2 testing: The CLIAHUB

Human IgE responses to different splice variants of Schistosoma mansoni tropomyosin: associations with immunity.

Altered mitochondria functionality defines a metastatic cell state in lung cancer and creates an exploitable vulnerability

Bacteriophages inhibit and evade cGAS-like immune function in bacteria

## Patents

Direct CRISPR spacer acquisition from RNA by a reverse-transcriptase-Cas1 fusion protein

Dilution tagging for quantification of biological targets

Quality Control Templates for ensuring validity of sequencing-based assays

## Experience

**Gladstone Institutes**
2 years 5 months

Assistant Investigator
August 2024 - Present (2 years)
Gladstone Institute of Virology

Visiting Investigator
March 2024 - July 2024 (5 months)

**University of California, San Francisco**
Assistant Professor
August 2024 - Present (2 years)
Microbiology and Immunology

**University of California, San Francisco**
Damon Runyon Postdoctoral Fellow
October 2018 - March 2024 (5 years 6 months)

**BillionToOne**
Co-founder, Chief Science Officer
January 2016 - October 2018 (2 years 10 months)
Menlo Park, California, United States

• 2025 NASDAQ IPO

• Y-Combinator S17, F2

• Forbes 30U30 US Healthcare

**SPARK Translational Research and Drug Discovery Program**
SPARK Scholar
January 2013 - July 2017 (4 years 7 months)
Stanford, CA

**University of Oxford**
Research Scholar
September 2009 - January 2010 (5 months)
Oxford, England, United Kingdom

## Education

### Stanford University

Doctor of Philosophy (PhD), Chemical and Systems Biology · (2012 - 2017)

### University of Cambridge

Master of Philosophy (MPhil), Pathology · (2011 - 2012)

### Princeton University

Bachelor of Arts (AB), Molecular Biology and Applied Math · (2007 - 2011)

# Exhibit 5

## Contact

www.linkedin.com/in/nguyenamyb
(LinkedIn)

## Top Skills

SQL
Python (Programming Language)
Biological Data Analysis

# Amy Nguyen

Product Manager
San Francisco Bay Area

## Experience

**Natera**
Product Manager
July 2024 - Present (2 years 1 month)

**DELFI Diagnostics**
2 years 1 month

Senior Product Analyst
July 2023 - January 2024 (7 months)

- Spearheaded the development and deployment of updates for the Laboratory Information Management System (LIMS), enhancing functionality and user experience.
- Partnered with engineers, product managers, and UX designers to design and develop a cutting-edge Laboratory Information System (LIS), ensuring alignment with user needs and business goals.
- Contributed to the architectural design of lab entities/IDs and their relationships, optimizing interoperability across the company's software systems and data warehouses.
- Crafted comprehensive unit tests and software integration testing plans, facilitating the successful launch of the pilot product.

Product Analyst
January 2022 - June 2023 (1 year 6 months)

**BillionToOne**
3 years 4 months

Senior Engineer, Automation/Process
September 2021 - January 2022 (5 months)
Menlo Park, California, United States

- Engineered and implemented liquid handling automation scripts, increasing lab capacity by 50% per quarter and enabling the processing of over 1,000 samples daily.
- Developed and executed scripts to realize the LIMS product vision, breaking down tasks into achievable milestones to ensure continuous incremental improvements.

- Led a team of process/automation engineer associates in developing automation scripts, conducting process improvement experiments, and delivering automation service engineering, driving operational excellence.

Engineer, Automation/Process
July 2019 - August 2021 (2 years 2 months)
Menlo Park

- Crafted complex SQL queries to extract critical lab insights, enabling data-driven strategic decision-making.
- Pioneered the lab's first fully automated process, overseeing the entire lifecycle from ideation through development, integration, and post-launch monitoring.
- Successfully launched a comprehensive Laboratory Information Management System (LIMS), supporting concurrent lab processing and data management for two distinct products.
- Designed and implemented phased updates to the LIMS system, effectively managing the increased volume of samples processed in the lab.

Senior Research Associate
October 2018 - June 2019 (9 months)
Menlo Park

Conducted and analyzed self-designed experiments in R to generate crucial data for the development of production assays.

———

## Education

University of California, Davis
Bachelor of Science - BS, Biochemistry and Molecular Biology · (2015 - 2018)

# Exhibit 6

News Center / Press Releases:

PRESS RELEASE

# Illumina Completes Acquisition of Verinata Health

Feb 21, 2013

SAN DIEGO--(BUSINESS WIRE)--Feb. 21, 2013-- Illumina, Inc. (NASDAQ: ILMN) today announced it has completed its previously announced acquisition of Verinata Health, Inc., a leading provider of non-invasive tests for the early identification of fetal chromosomal abnormalities. As of the close, Verinata Health became a wholly owned subsidiary of Illumina.

"We look forward to working with the talented team at Verinata to quickly integrate our two companies," said Jay T. Flatley, President and Chief Executive Officer of Illumina. "Verinata was founded with a mission to improve maternal and fetal health via the development of the verifi® prenatal test, a non-invasive prenatal test (NIPT) for high-risk pregnancies. As an innovator in the NIPT field, Verinata was the first provider to expand the test offering to include sex abnormalities. Bringing our two companies together provides a very strong collection of technologies and partners in the reproductive health market, with solutions that will lead to improved health outcomes."

With completion of the acquisition, Illumina now has access to Verinata's verifi prenatal test and to the most comprehensive intellectual property portfolio in the NIPT industry. As previously announced, the verifi test will continue to be offered through Verinata's CLIA- and CAP-accredited laboratory, and the company will continue to generate the clinical data necessary for future regulatory submissions.

**About Illumina**

Illumina ([www.illumina.com](www.illumina.com)) is a leading developer, manufacturer, and marketer of life science tools and integrated systems for the analysis of genetic variation and function. We provide innovative sequencing and array-based solutions for genotyping, copy number variation analysis, methylation studies, gene expression profiling, and low-multiplex analysis of DNA, RNA, and protein. We also provide tools and services that are fueling advances in consumer genomics and diagnostics. Our technology and products accelerate genetic analysis research and its application, paving the way for molecular medicine and ultimately transforming healthcare.

**Forward-Looking Statements**

This release may contain forward looking statements that involve risks and uncertainties. Important factors that could cause actual results to differ materially from those in any forward-looking statements are detailed in our filings with the Securities and Exchange Commission, including our most recent filings on Forms 10-K and 10-Q, or in information disclosed in public conference calls, the date and time of which are released beforehand. We do not intend to update any forward-looking statements after the date of this release.

Source: Illumina, Inc.

**Illumina, Inc.**
**Investors:**
Rebecca Chambers, 858-255-5243
[rchambers@illumina.com](rchambers@illumina.com)
or

## RECENT ARTICLES

Select an area of interest

 [Illumina CEO: Chasing challenges & transforming global health](#)

 [Video: Professor Emma Baple on bringing whole-genome sequencing into clinical research](#)

 [What is proteomics? A simple guide to understanding measuring proteins at scale](#)

SHARE

 

Feedback

**Media:**

Jennifer Temple, 858-882-6822

pr@illumina.com

# illumına

| For Research Use Only |
| :--- |
| Not for use in diagnostic procedures (except as specifically noted). |

Careers    Contact Us

   

INNOVATIVE TECHNOLOGIES

At Illumina, our goal is to apply innovative technologies to the analysis of genetic variation and function, making studies possible that were not even imaginable just a few years ago. It is mission critical for us to deliver innovative, flexible, and scalable solutions to meet the needs of our customers. As a global company that places high value on collaborative interactions, rapid delivery of solutions, and providing the highest level of quality, we strive to meet this challenge. Illumina innovative sequencing and array technologies are fueling groundbreaking advancements in life science research, translational and consumer genomics, and molecular diagnostics.

All trademarks are the property of Illumina, Inc. or their respective owners.
For specific trademark information, see www.illumina.com/company/legal.html.

Do not sell or share my personal information    Privacy Policy

© 2026 Illumina, Inc. All rights reserved.

Feedback

# Exhibit 7

## Contact

www.linkedin.com/in/richard-r-71a717b (LinkedIn)

## Top Skills

Molecular Biology

R&D

Immunology

# Richard R.

Biotechnology

Redwood City, California, United States

## Experience

**Aqtual, Inc.**
Co-founder and Chief Technology Officer. Board Member
2020 - Present (6 years)

**Multiple Startups**
Advisor and Board Member
October 2018 - Present (7 years 10 months)

**GRAIL, Inc.**
2 years 6 months

Chief Product Officer
March 2017 - September 2018 (1 year 7 months)

Advisor
April 2016 - March 2017 (1 year)

**Karius, Inc.**
Board Member and Advisor
July 2015 - March 2018 (2 years 9 months)

**Drawbridge Health**
Board Member and Advisor
October 2015 - July 2017 (1 year 10 months)

**Illumina**
Vice President
February 2013 - July 2015 (2 years 6 months)

**Verinata Health, Inc.**
President and Co-Scientific Founder, Chief Scientific Officer
June 2009 - February 2013 (3 years 9 months)

**Artemis Health Inc**
Sr. Vice President, R&D

February 2009 - June 2009 (5 months)

Affymetrix
Sr. Vice President, R&D
June 1992 - February 2009 (16 years 9 months)

Massachusetts Institue of Technology
Principle Research Scientist
July 1988 - May 1992 (3 years 11 months)

Binghamton University
Assistant Professor
July 1984 - June 1988 (4 years)

———

## Education

Princeton University
Posdoc, Biophysics/Chemistry · (1982 - 1984)

Rutgers University
PhD, Chemistry · (1979 - 1982)

Rutgers University
BA, Chemistry · (1975 - 1979)

# Exhibit 8

## Contact

www.linkedin.com/in/
davidcomstock (LinkedIn)

## Top Skills

R (Programming Language)
Process Engineering
Quality Assurance

## Publications

Optimal Detection of Fetal
Chromosomal Abnormalities by
Massively Parallel DNA Sequencing
of Cell-Free Fetal DNA from
Maternal Blood

# David C.

Platform Discovery Scientist
San Francisco, California, United States

## Summary

Specialties: Molecular Biology, Automation Development, Assay Development, Clinical Processing

---

## Experience

### Cache DNA
Staff Scientist
January 2025 - Present (1 year 7 months)
San Francisco Bay Area

Discovery and development of new stabilizers for nucleic acid storage.

### Permyriad
Consulting Scientist
January 2023 - Present (3 years 7 months)

### Illumina
9 years 1 month

Staff Scientist - Assay Development
March 2021 - January 2023 (1 year 11 months)

-Lead cross-functional investigation teams on multiple customer complaints affecting world-wide assay performance. Successfully resolved complaints, preserving >$100MM in annual revenue.
-Determined scope, impact, and necessity for IVD-product field actions. Ensured risk-appropriate actions were taken to meet product needs and minimize business impact.
-Advised leadership and peers on feasibility of new products and improvements to existing products.
-Regularly prepared and gave technical presentations to audiences of diverse experience levels and backgrounds.

Staff Engineer - Process Development
March 2018 - March 2021 (3 years 1 month)
San Francisco, CA

-Designed, developed, and released automated high-throughput CE-IVD NIPT product. Served as the Assay Lead through the three-year Product Development Process cycle, including risk assessment and mitigation for design, automation, and use.

-Invented artificial test material, saving >$100k in annual sample procurement costs. Transferred manufacturing process to third-party vendor for production.

### Senior Engineer - Process Development
January 2014 - March 2018 (4 years 3 months)
Redwood City, CA

-Developed, verified, and released low-thoughput NIPT product for the European market.

-Trained operators on product workflows in 5 countries.

-Created and deployed Hamilton STAR automation, doubling commercial lab throughput.

### Verinata Health, Inc. an Illumina Company
Research Associate I - Senior Research Associate
November 2008 - March 2013 (4 years 5 months)
Redwood City, CA

-Performed analysis, on own initiative, greatly increasing assay sensitivity which enabled commercial viability of the Verifi NIPT Assay.

-Performed quality control and supervised the collection of clinical trial samples.

-Developed EPmotion liquid handling solutions for higher throughput NGS library and pooling and greater sample fidelity.

-Authored technical documents including Work Instructions, Verifications, and Studies.

-Prepared and fractioned whole-blood samples for downstream processes.

-Processed fractioned samples using PCR (including quantitative and digital), NGS library, and STR analysis.

---

# Education

### University of California, Santa Cruz
Bachelor of Science, Molecular, Cellular, and Developmental Biology · (2003 - 2008)

# Exhibit 9

## Contact

www.linkedin.com/in/gabrielleheilek
(LinkedIn)

## Top Skills

Software Design   HTML  Cloud
Computing    Department Stores
Performance Tuning   C#  PHP
Ruby  AJAX  SPL

Java   JavaScript  Teamwork
HTML5 C++  CSS  Python  Linux
Python (Programming Language)
Spring Framework

Biomarkers

## Languages

German (Native or Bilingual)

English (Native or Bilingual)

# Gabrielle Heilek

VP Research, Natera
Mountain View, California, United States

## Summary

Vice President, research group leader with a proven track record in the pharmaceutical, diagnostic and biotechnology industry. Expertise ranges from establishment of highly productive, scientifically rigorous research groups to strategy planning and clinical programs in emerging markets. Excellent presentation, negotiation, and follow-through skills with a strong ability to build an industry presence in the scientific community.

Specialties: Biomarkers, diagnostic  process development, drug discovery and development, budget management,  budget planning, management of line function and interdisciplinary teams,  strong driver of progress,  project management,  reports,  research, scientific,  supervisory skills,  troubleshooting,  validation,

---

## Experience

Natera
4 years 11 months

Vice President Research And Development, Oncology
April 2023 - Present (3 years 4 months)
San Carlos, California, United States

Responsible for Signatera RUO and oncology innovation within the research group.

Vice President, Research and Development Organ Health and Women's Health
September 2021 - May 2023 (1 year 9 months)
San Carlos, California, United States

Lead research team in the discovery of novel organ health and transplant biomarkers.

Roche Sequencing Solutions
Head of Clinical Science, Senior Director
June 2018 - September 2021 (3 years 4 months)

Pleasanton

Lead a team of clinical science leads  executing registrational studies for CE and US-IVD products

## Roche Molecular Systems
3 years 4 months

**Director, Project Leader for HIV LIAT**
March 2015 - June 2018 (3 years 4 months)
Pleasanton

Project leader for laboratory in a tube (LIAT) point-of-care approach to patient testing.
Real time PCR, laboratory quality results at decentralized facility testing in developed and emerging markets

**Director, Project Lead for cobas Liat**
March 2015 - June 2018 (3 years 4 months)
Pleasanton

## Roche Molecular Systems
**Director, Medical Affairs, Hepatitis**
March 2011 - 2015 (4 years)

• Responsible for US registration clinical trial planning for IVD diagnostic products in virology pipeline
• Owner/Author of clinical plan design history files and clinical study proposal/ protocols
• Discussion partner for CDRH in product pre-IDE and PMA submission packages
• Virology clinical lead for platform and assay development
• Core member of life cycle team charged with management of overall virology portfolio and new product strategy

## Artemis Health Inc.
**Director, Molecular Biology**
February 2010 - March 2011 (1 year 2 months)

Lead R&D group in development of cutting edge diagnostic assay innovation and
optimization.
Technical
• Optimized and locked first generation assay processes within weeks of coming on board

• Lead experimental design for novel quantitation of fetal cell free DNA from maternal plasma
• Reviewer for Draft Guideline on Quantitative Molecular Methods for Infectious Diseases from Clinical and Laboratory Standards Institute
Leadership
# Mentored and developed group of 7-9 Ph.D. level scientists and research assistants. Hired, trained staff and provided performance evaluations and coaching on a regular basis.
• Established highly productive working groups to streamline internal communication processes
• Project Leader for Aneuploidy test, from R&D to commercialization

## Roche
8 years 1 month

### Associate Director
February 2009 - February 2010 (1 year 1 month)

Lead discovery and exploratory medicine projects for emerging markets.
Transformed former HIV biology group to state of the art emerging viral diseases
research.

Leadership
Establish dynamic, highly productive research and project teams that deliver often prior to scheduled milestones
Possess clear and concise way of communication establishing trust and point person visibility

Strategy
Collaborate to establish overall virology department research strategy within senior management team
Lead efforts to evaluate business opportunities in HIV, acute viral diseases and Hepatitis B
Identify and engage key opinion leaders in a given field to support Roche programs

Technical
Transformation of research group from HIV focused to novel flaviviridae focus demonstrating high scientific adaptability in a changing environment
State of the art research capabilities set up within 3-6 months

Provide technical expertise to clinical trial specimen processing for HCV clinical programs

Project
Set goals and delivered milestones in multi-disciplinary teams, both discovery and clinical.
Strong adherence to project budgets
First project within organization to explore emerging global markets

Principal Research Scientist
February 2004 - February 2009 (5 years 1 month)

Reporting to: Nick Cammack, DBA leader for Virology


Group leader for HIV biology.
Established group upon relocation of Virology to Roche Palo Alto in February 2002: Tasks of the group include evaluation of compounds in antiviral assays, replication of live HIV strains under BSL3 environment, protein binding determinations and in vitro resistance development of virus constructs in presence of lead compounds to study potential resistance pathways.
Establishment of safer, higher throughput antiviral assays using single cycle replication technologies. Design and sourcing of viral library for in house projects.
Support of life cycle product teams (Enfuvirtide, Saquinavir). Provide expert feedback for virology questions in interactions with regulatory bodies.
Project leader for HIV biomarker efforts. Design of experimental approach, responsible for budget management and deliverables to off-site executive team.
Key virologist in HIV discovery project teams. Preparation of preclinical packages for IB submissions.
Supervision of multiple research associates and research scientists.

Research Scientist II
February 2002 - February 2004 (2 years 1 month)

Reporting to


Roche Palo  Alto
Associate Director
2008 - December 2009 (1 year)

Monogram Biosciences (formerly ViroLogic Inc)
3 years 1 month

Development Scientist
September 2000 - January 2002 (1 year 5 months)

Reporting to: William Young, CEO

Development of PhenosenseTM and GeneSeqTM HIV Assay Improvements,
Validation and Implementation in the Virologic Clinical Reference Laboratory
(VCRL). Familiarity with CAP and CLIA requirements for the validation of
diagnostic assays.

Scientist
January 1999 - September 2000 (1 year 9 months)

,     Reporting to: Neil Parkin Ph.D.

Development of PhenosenseTM HIV Assay Improvements.

MONOGRAM BIOSCIENCES, (formerly ViroLogic Inc
Research Scientist
January 1999 - January 2002 (3 years 1 month)

Group leader for HIV biology

Support of life cycle product teams (Enfuvirtide, Saquinavir)

Project leader for HIV biomarker efforts

Key virologist in HIV discovery project teams. Supervision of multiple research
associates and research scientists

Amgen (formerly Tularik Inc
Postdoctoral Fellow
January 1996 - January 1998 (2 years 1 month)

─────

# Education

University of California, Santa Cruz
Ph.D; Program, Biology; Molecular; Cellular and Developmental
Biology · (1990 - 1995)

University of Northern British Columbia (UNBC)
Master's degree, Computer Science · (January 2010 - March 2012)

University of Northern British Columbia (UNBC)

Master's degree, Computer Science · (January 2010 - March 2012)

National University of Singapore

Bachelor's degree, Computer Science · (September 2004 - June 2008)

# Exhibit 10

## Table of Contents

**Person Summary** ...................................................................................................................2
**At a Glance** ..........................................................................................................................2
**Name Variations, SSN Summary and DOBs**...................................................................2
**Physical Description** ...........................................................................................................2
**Address Summary (1 current, 7 prior)** ............................................................................2
**Phone Summary (5 phones)** ..............................................................................................4
**Voter Registrations (0 records found)** .............................................................................4
**Licenses (0 licenses)** .........................................................................................................4
**Driver Licenses - 0 licenses**.............................................................................................4
**Other Licenses - 0 licenses**..............................................................................................4
**Real Property (2 current, 6 prior)** ....................................................................................4
**Personal Property (0 current, 1 prior)** .............................................................................9
**Possible Education (0 records found)** ..............................................................................9
**Possible Criminal/Arrest (0 filings)** .................................................................................9
**Bankruptcy (0 active, 0 closed)**.......................................................................................9
**Judgment / Liens (0 active, 0 closed)**..............................................................................9
**UCC Filings (0 debtor, 0 creditor)**...................................................................................9
**Associates (47 records)** ...................................................................................................9
**Possible Relatives - 1st Degree: 4, 2nd Degree: 13, 3rd Degree: 2**..............................9
**Person Associates - 4 records found**............................................................................12
**Neighbors - 4 records found**..........................................................................................13
**Business Connections - 11 records found** ...................................................................14
**Possible Employers - 8 records found.** .........................................................................15
**Business Associates - 1 records found.** .......................................................................17
**Sources (168 sources)**....................................................................................................17



## 1 OF 1 RECORD(S)

# SmartLinx®Person Report

**Report Created:** 7-07-2026 2:20 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2026 LexisNexis, All rights reserved.

**Report created for:** Hill Farrer & Burrill LLP

## Person Summary

| Name | Address | County | Phone |
|------|---------|--------|-------|
| Hunkapiller, Michael W | ██████████████<br>San Carlos, CA 94070-4249<br>(Residential) | San Mateo | 650-592-3580 |
| **LexID** | **SSN** | **DOB** | **Email** |
| 0011-9240-8767 | ███████ | ██████<br>(Age: ██ )<br>(Male) | crashpad@aol.com<br>elsewhere.inc@gmail.com<br>hunkapillermw@appliedbiosystems.com<br>michaelhunkapiller@gmail.com<br>michaelhunkapillertopworld@gmail.com |

## At a Glance

| Real Property | 2 | Criminal/Arrest | 0 |
|---------------|---|-----------------|---|
| Personal Property | 0 | Bankruptcy | 0 |
| Professional Licenses | 0 | Judgments/Liens | 0 |
| Business Connections | 11 | Foreclosure/Notice of Default | 0 |

## Name Variations, SSN Summary and DOBs

| Name Variations | SSN Summary | Reported DOBs |
|-----------------|-------------|---------------|
| Hunkapiller, M W<br>Hunkapiller, Mic<br>Hunkapiller, Michael E<br>Hunkapiller, Michael W<br>Hunkapiller, Mike E | ████████<br>Issued in Oklahoma, 1963 - 1964 | █████<br>████ |
| Others Associated with Subjects SSN(Does NOT usually indicate any type of fraud or deception) | | |
| Names | SSNs | DOBs |
| Brooksher, Roy Jr. | ███████<br>Issued in Oklahoma, 1963 - 1964 | █████ |

## Physical Description

## Address Summary (1 current, 7 prior)

| No. | Address | Status | To-From | Phone |
|-----|---------|--------|---------|-------|

michael_hunkapiller

| 1. | ███████████ San Carlos, CA 94070-4249 San Mateo County (Residential) | Current | 1983 - 07/2026 (Current Residence) | |
|---|---|---|---|---|
| **Possible Household Members** ███████████ ███████████ ██████ | | | | |
| **Neighborhood Profile** Average Age: 51 Median Household Income: $275,451 Median Home Value: $1,000,000 Average Years of Education: 16 | | | | |
| 2. | ████████ San Francisco, CA 94122-4709 San Francisco County (Residential) | Prior | 2004 - 10/2012 | |
| **Possible Household Members** ██████ ███████████ ██████ | | | | |
| **Neighborhood Profile** Average Age: 42 Median Household Income: $182,143 Median Home Value: $1,169,967 Average Years of Education: 14 | | | | |
| 3. | ██████ Redwood City, CA 94062-1917 San Mateo County (Residential) | Prior | 04/2005 | |
| **Possible Household Members** ██████ ███████ | | | | |
| **Neighborhood Profile** Average Age: 39 Median Household Income: $139,474 Median Home Value: $1,228,395 Average Years of Education: 15 | | | | |
| 4. | ██████ San Carlos, CA 94070 | Prior | 09/2004 - 05/2005 | |
| | | | | |
| 5. | ███████ Pasadena, CA 91107-4627 Los Angeles County (Residential) | Prior | 09/1981 - 01/2003 | |
| **Neighborhood Profile** Average Age: 44 Median Household Income: $185,714 Median Home Value: $1,082,888 Average Years of Education: 14 | | | | |
| 6. | ██████ San Gabriel, CA 91775-1729 Los Angeles County | Prior | 12/1976 - 01/1983 | |

| | (Residential) | | | |
|---|---|---|---|---|

**Neighborhood Profile**
Average Age: 49
Median Household Income: $141,071
Median Home Value: $1,108,597
Average Years of Education: 16

| 7. | ▮▮▮▮▮▮ <br> San Carlos, CA 94070-1535 <br> San Mateo County <br><br> (Residential) | Prior | 04/2000 | |
|---|---|---|---|---|

**Possible Household Members**
▮▮▮▮▮▮▮▮▮▮

**Neighborhood Profile**
Average Age: 42
Median Household Income: $215,630
Median Home Value: $1,246,893
Average Years of Education: 15

| 8. | ▮▮▮▮▮▮ <br> San Gabriel, CA 91775-1522 | Prior | 01/1983 - 04/1986 | |
|---|---|---|---|---|

**Neighborhood Profile**
Average Age: 46
Median Household Income: $97,115
Median Home Value: $1,103,960
Average Years of Education: 14

## Phone Summary (5 phones)

| No. | Phone | To-From | Line Type | Listing Name | Carrier |
|---|---|---|---|---|---|
| 1. | 650-592-3580. | 1/1983 - 7/2026. | Landline. | FEIERBACH GARY F. | PACIFIC BELL. |
| 2. | 650-592-4738. | 10/2006 - 5/2026. | Landline. | MICHAEL W HUNKAPILLER. | PACIFIC BELL. |
| 3. | 650-592-2418. | 10/2006 - 8/2025. | Landline. | MICHAEL W HUNKAPILLER. | PACIFIC BELL. |
| 4. | 650-592-1010. | 11/2002 - 6/2025. | Landline. | MICHAEL W HUNKAPILLER. | PACIFIC BELL. |
| 5. | 650-339-2568. | 3/2026 - 5/2026. | Possible Wireless. | MICHAEL W HUNKAPILLER. | NEW CINGULAR WIRELESS PCS, LLC - GA. |

## Voter Registrations (0 records found)

## Licenses (0 licenses)
## Driver Licenses - 0 licenses
## Other Licenses - 0 licenses

## Real Property (2 current, 6 prior)

| No. | Address | Status | Purchase Price | Sale Price | State |
|---|---|---|---|---|---|
| 1. | ▮▮▮▮▮▮ | Current | $310,000.00 | | CA |

| | San Carlos, CA 94070-4249 County/FIPS: SAN MATEO/06081 Source: A | | | | |
|---|---|---|---|---|---|

**Owner Info**

**Hunkapiller, Michael W**

█████████████

**Legal Info**

Parcel Number: ███████████
Assessment Year: 2025
Sale Price: $310,000.00
Recording Date: 06/30/1983
Document Type: Assessor
Assessed Value: $701,739.00
Type of Address: Sfr
Legal Description: LOT 3 BLK 6 BRITTAN HEIGHTS UNIT NO 3 RSM 72/14 17

**Mortgage Info 1**

Description: Grant Deed
Recording Date: 06/30/1983
Contract Date: 06/30/1983
Transaction Type: Resale

**Mortgage Info 2**

Description: Grant Deed
Recording Date: 06/30/1983
Contract Date: 06/30/1983
Transaction Type: Resale

| 2. ████████ San Carlos, CA 94070-4249 County/FIPS: SAN MATEO/06081 Source: B | Current | $310,000.00 | | CA |
|---|---|---|---|---|

**Owner Info**

**Hunkapiller, Michael W**

██████████████

███████████

San Carlos, CA 94070-4249

**Legal Info**

Parcel Number: ██████████
Sale Price: $310,000.00
Recording Date: 06/30/1983
Document Type: Assessor
Assessed Value: $701,739.00

Type of Address: Single Family Residential
Legal Description: LOT 3 BLK 6 BRITTAN HEIGHTS UNIT NO 3 RSM 72/14 17

| 3. | ███████ San Francisco, CA 94122-4709 County/FIPS: SAN FRANCISCO/06075 Source: A | Prior | $1,008,000.00 | | CA |
|---|---|---|---|---|---|

**Owner Info**

**Hunkapiller, Michael**

███████████

███████████

████████
San Francisco, CA 94122-4709

**Legal Info**

Parcel Number: ████████
Sale Date: 07/28/2005
Assessment Year: 2011
Sale Price: $1,008,000.00
Recording Date: 07/29/2005
Document Type: Assessor
Assessed Value: $1,075,187.00
Type of Address: Sfr

| 4. | ███████ San Francisco, CA 94122-4709 Source: B | Prior | | $1,640,000.00 | CA |
|---|---|---|---|---|---|

**Owner Info**

██████

██████
San Francisco, CA 94122-4709

**Legal Info**

Sale Date: 10/09/2012
Sale Price: $1,640,000.00
Recording Date: 10/15/2012
Document Type: Deed

**Mortgage Info 1**

Recording Date: 10/15/2012
Contract Date: 10/09/2012

**Mortgage Info 2**

Recording Date: 07/29/2005
Contract Date: 07/28/2005

| 5. | ████████ Redwood City, CA 94062-1917 Source: A | Prior | | | CA |
|---|---|---|---|---|---|

**Owner Info**

████████████

██████████

San Carlos, CA 94070-4249

**Legal Info**

Sale Date: 03/29/2005
Recording Date: 04/07/2005
Document Type: Deed
Type of Address: Single Family Residence

**Mortgage Info 1**

Recording Date: 04/07/2005
Contract Date: 03/29/2005
Transaction Type: Nominal

**Mortgage Info 2**

Description: Grant Deed
Recording Date: 04/07/2005
Contract Date: 03/29/2005
Transaction Type: Nominal

**Mortgage Info 3**

Description: Grant Deed
Recording Date: 04/07/2005
Contract Date: 03/29/2005
Transaction Type: Nominal

| 6. | ████████ Redwood City, CA 94062-1917 Source: B | Prior | | | CA |
|---|---|---|---|---|---|

**Owner Info**

██████████████

██████████

San Carlos, CA 94070-4249

**Legal Info**

Sale Date: 03/29/2005
Recording Date: 04/07/2005
Document Type: Deed

michael_hunkapiller

**Mortgage Info 1**

Recording Date: 04/07/2005
Contract Date: 03/29/2005

| 7. | ███████ <br> San Carlos, CA 94070-1535 <br> Source: A | Prior | | | CA |
|---|---|---|---|---|---|

**Owner Info**

████████████

███████

San Carlos, CA 94070-4249

**Legal Info**

Parcel Number: ██████
Sale Date: 03/31/2000
Recording Date: 04/05/2000
Document Type: Deed
Type of Address: Condominium (Residential)

**Mortgage Info 1**

Recording Date: 04/05/2000
Contract Date: 03/31/2000
Transaction Type: Nominal

| 8. | ██████ <br> San Carlos, CA 94070-1535 <br> Source: B | Prior | | | CA |
|---|---|---|---|---|---|

**Owner Info**

████████████

██████

San Carlos, CA 94070-4249

**Legal Info**

Sale Date: 03/31/2000
Recording Date: 04/05/2000
Document Type: Deed
Type of Address: Condominium

**Mortgage Info 1**

Recording Date: 04/05/2000
Contract Date: 03/31/2000

**Personal Property (0 current, 1 prior)**

| No. | Type | Status | Year/Make | Model | VIN | Jurisdiction |
|-----|------|--------|-----------|-------|-----|--------------|
| 1. | MVR | Prior | 2011 Lexus | RX, 4 Dr Wagon Sport Utility | JTJBC1BA0B2035072 | Non-Governmental |

**Vehicle Information**

VIN: JTJBC1BA0B2035072

Model Year: 2011

Make: Lexus

Model: RX

Series: 450H

Class/Type: Unknown

Body Style: 4 Dr Wagon Sport Utility

State of Origin: CA

Base Price: $46,325.00

**Source Information**

Data Source: NON-GOVERNMENTAL

Source First Seen: 11/06/2010

Source Last Seen: 01/26/2024

**Owner 1**

**Hunkapiller, Michael W**

███████████

San Carlos, CA 94070-4249

Dob: 11/1948

**Possible Education (0 records found)**

**Possible Criminal/Arrest (0 filings)**

**Bankruptcy (0 active, 0 closed)**

**Judgment / Liens (0 active, 0 closed)**

**UCC Filings (0 debtor, 0 creditor)**

**Associates (47 records)**

**Possible Relatives - 1st Degree: 4, 2nd Degree: 13, 3rd Degree: 2**

| No. | First Degree Relatives | Address | Phone |
|-----|------------------------|---------|-------|
| 1. | ███████████ (Possible | ██████████ | ████████ |

| | | Address | Phone |
|---|---|---|---|
| | Wife) | San Carlos, CA 94070-4249 | |
| | ███████ | | |
| | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | ███████ | ███████ San Carlos, CA 94070-4283 | ███████ |
| | **Third Degree Relatives** | **Address** | **Phone** |
| 1. | ███████ | ███████ San Jose, CA 95129-5005 | |
| 2. | ███████ | ███████ San Carlos, CA 94070-1643 | |
| | **First Degree Relative** | | |
| 2. | H███████ | ███████ Belmont, CA 94002-3010 | ███████ |
| | **First Degree Relative** | | |
| 3. | ███████ | ███████ San Carlos, CA 94070-4283 | ███████ |
| | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | ███████ | ███████ Parker, CO 80134-3506 | ███████ |
| 2. | ███████ | ███████ Parker, CO 80134-3506 | ███████ |



| | | |
|---|---|---|
| ██████ ████ ██ | | |
| 3. ████ ████ ████ ████ ████ █████ ████ ████ █████ █████ █████ ████ ████ ████ ████ ██ | ████████ Parker, CO 80134-3506 | ████ |
| 4. ████ ████ ████ █████ ████ ██ | ████████ Parker, CO 80134-3506 | ████ |
| **First Degree Relative** | | |
| 4. █████████ ████ ████ ████ ████ ██ | ██████ Belmont, CA 94002-3010 | ████ |
| **Second Degree Relatives** | **Address** | **Phone** |
| 1. ████ █████ █████ █████ █████ ████ █████ ████ ██ | ████████ Georgetown, TX 78633-4575 | ████ |
| **Third Degree Relatives** | **Address** | **Phone** |
| 1. █████ ████ █████ ████ ████ ███ ██ | █████ Mount Vernon, TX 75457-3242 | |
| 2. ████ █████ █████ █████ █████ ████ | ████████ Georgetown, TX 78633-4575 | ████ |



| No. | | Address | |
|-----|---|---------|---|
| 3. | | Albuquerque, NM 87111-5898 | |
| 4. | | Seal Beach, CA 90740-5559 | |
| 5. | | Mount Vernon, TX 75457-3242 | |
| 6. | | Seal Beach, CA 90740-5559 | |
| 7. | | Albuquerque, NM 87111-5898 | |

**Person Associates - 4 records found**

| No. | Full Name | Address | Role |
|-----|-----------|---------|------|
| 1. | | South San Francisco, CA 94080-5911 | Associate |
| 2. | | Kansas City, MO 64111-2126 | Associate |
| 3. | | Pacifica, CA 94044-1216 | Associate |

| 4. | | Crockett, CA 94525-1149 | Associate |
| | | | |

**Neighbors - 4 records found**

Found Near: 1333 Pebble Dr 3
San Carlos, CA 94070-4249 - 4 records found

| No. | Full Name | Address | Phone |
|-----|-----------|---------|-------|
| 1. | | San Carlos, CA 94070-4250 | |
| 2. | | San Carlos, CA 94070-4250 | |
| 3. | | San Carlos, CA 94070-4249 | |

michael_hunkapiller



**Business Connections - 11 records found**

| No. | Name | Address | Title |
|---|---|---|---|
| 1. | RAINDANCE TECHNOLOGIES, INC. | 44 Hartwell Ave<br>Lexington, MA 02421-3103 | |
| 2. | APPLIED BIOSYSTEMS, LLC | 850 Lincoln Centre Dr<br>Foster City, CA 94404-1128 | |
| 3. | PE CORPORATION (NY) | 761 Main Ave<br>Norwalk, CT 06851-1080 | Vice President |
| 4. | PE AGGEN, INC. | 134 S 700 W<br>Salt Lake City, UT 84104-1018 | Director |
| 5. | ALLOY VENTURES, INC | 1415 Hamilton Ave<br>Palo Alto, CA 94301-3150 | Partner |
| 6. | VERINATA HEALTH, INC. | 800 Saginaw Dr<br>Redwood City, CA 94063-4740 | Director |
| 7. | TECAN GENOMICS, INC. | 900 Chesapeake Dr<br>Redwood City, CA 94063-4727 | Board Member |
| 8. | LIFE TECHNOLOGIES CORPORATION | 500 Old Connecticut Path<br>Framingham, MA 01701-4574 | Director |

michael_hunkapiller

| | | | |
|---|---|---|---|
| 9. | APPLIED BIOSYSTEMS, LLC | 5791 Van Allen Way<br>Carlsbad, CA 92008-7321 | Vice President |
| 10. | PE CORPORATION (NY) | 50 W Broadway Fl 8TH<br>Salt Lake City, UT 84101-2020 | Vice President |
| 11. | PE OVERSEAS CORPORATION | 761 Main Ave<br>Norwalk, CT 06851-1080 | Chief Executive Officer |

**Possible Employers - 8 records found.**

| No. | Name | Address | Phone |
|---|---|---|---|
| 1. | ALLOY VENTURES, INC | 1415 Hamilton Ave<br>Palo Alto, CA 94301-3150 | 650-687-5000 |

**Details**

Name: Hunkapiller, Michael W
SSN: ███████
LexID: 0011-9240-8767
BusinessId: 000660094823
Company Time Zone: PDT
Title: GEN PARTNER
EMail: info@alloyventures.com
Date First Seen: 12/14/2012
Date Last Seen: 03/18/2014
Confidence Level: High

| | | | |
|---|---|---|---|
| 2. | VERINATA HEALTH, INC. | 800 Saginaw Dr<br>Redwood City, CA 94063-4740 | 650-632-1680 |

**Details**

Name: Hunkapiller, Michael W
SSN: ███████
LexID: 0011-9240-8767
BusinessId: 002934060172
Company Time Zone: PDT
Title: DIREC
Date First Seen: 10/25/2011
Date Last Seen: 10/26/2011
Confidence Level: High

| | | | |
|---|---|---|---|
| 3. | APPLIED BIOSYSTEMS, LLC | 5791 Van Allen Way<br>Carlsbad, CA 92008-7321 | 203-840-2000 |

**Details**

Name: Hunkapiller, Michael W
SSN: ███████
LexID: 0011-9240-8767
BusinessId: 000001375597
FEIN: 061534213
Company Time Zone: EDT
Title: SENIOR VICE PRESIDENT, AND PRESIDEN
Date First Seen: 03/30/2005
Date Last Seen: 03/30/2005
Confidence Level: High

| 4. | APPLIED BIOSYSTEMS, LLC | 850 Lincoln Centre Dr<br>Foster City, CA 94404-1128 | |

**Details**

Name: Hunkapiller, Michael W
SSN: ███████
LexID: 0011-9240-8767
BusinessId: 003791606297
Date First Seen: 10/02/2000
Date Last Seen: 10/02/2000
Confidence Level: Medium

| 5. | PE OVERSEAS CORPORATION | 80 State St<br>Albany, NY 12207-2541 | |

**Details**

Name: Hunkapiller, Michael W
SSN: ███████
LexID: 0011-9240-8767
BusinessId: 001726444869
Date First Seen: 12/01/1998
Date Last Seen: 01/18/2016
Confidence Level: Medium

| 6. | APPLERA OVERSEAS CORPORATION | 80 State St<br>Albany, NY 12207-2541 | |

**Details**

Name: Hunkapiller, Michael W
SSN: ███████
LexID: 0011-9240-8767
BusinessId: 000018328362
Date First Seen: 12/01/1998
Date Last Seen: 10/22/2008
Confidence Level: Medium

| 7. | PE OVERSEAS CORPORATION | 850 Lincoln Centre Dr<br>Foster City, CA 94404-1128 | |

**Details**

Name: Hunkapiller, Michael W
SSN: ███████
LexID: 0011-9240-8767
BusinessId: 003791607307
Date First Seen: 12/01/1998
Date Last Seen: 10/05/2021
Confidence Level: Medium

| 8. | PE AGGEN, INC. | 134 S 700 W<br>Salt Lake City, UT 84104-1018 | |

**Details**

Name: Hunkapiller, Michael W

michael_hunkapiller

SSN: ███████
LexID: 0011-9240-8767
BusinessId: 001961574907
Title: PRESIDENT,DIRECTOR
Date First Seen: 03/04/1998
Date Last Seen: 03/04/1998
Confidence Level: Medium

## Business Associates - 1 records found.

| No. | Name | Address | Role |
|-----|------|---------|------|
| 1. | KINGLEE LIVING TRUST | 1898 8th Ave San Francisco, CA 94122-4709 | Real Property |

## Sources (168 sources)

| All Sources | 168 Source Documents |
|-------------|----------------------|
| Corporate Affiliations | 18 Source Documents |
| Deed Transfers | 10 Source Documents |
| Email Addresses | 50 Source Documents |
| Historical Person Locator | 18 Source Documents |
| Motor Vehicle Registrations | 1 Source Documents |
| Person Locator 4 | 2 Source Documents |
| Phone | 2 Source Documents |
| PhonesPlus Records | 4 Source Documents |
| Tax Assessor Records | 63 Source Documents |

Key

⚠️ High Risk Indicator. These symbols may prompt you to investigate further.

 Moderate Risk Indicator. These symbols may prompt you to investigate further.

 General Information Indicator. These symbols inform you that additional information is provided.

✔️ The most recent telephone listing as reported by Electronic Directory Assistance.

**Important:**  The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: I have no permissible use
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: I have no permissible use

Copyright © 2026 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

michael_hunkapiller

**End of Document**

# Exhibit 11

## Table of Contents

**Person Summary** ........................................................................................................2

**At a Glance** ...............................................................................................................2

**Name Variations, SSN Summary and DOBs** ...........................................................2

**Physical Description** ................................................................................................2

**Address Summary (1 current, 9 prior)** ....................................................................2

**Phone Summary (1 phones)** ....................................................................................6

**Voter Registrations (0 records found)** ....................................................................6

**Licenses (0 licenses)** ..............................................................................................6

**Driver Licenses - 0 licenses** ...................................................................................6

**Other Licenses - 0 licenses** ....................................................................................6

**Real Property (6 current, 2 prior)** ..........................................................................6

**Personal Property (0 current, 0 prior)** ..................................................................17

**Possible Education (0 records found)** ...................................................................17

**Possible Criminal/Arrest (0 filings)** ......................................................................17

**Bankruptcy (0 active, 0 closed)** ............................................................................17

**Judgment / Liens (1 active, 0 closed)** ...................................................................17

**UCC Filings (0 debtor, 0 creditor)** ........................................................................18

**Associates (26 records)** ........................................................................................18

**Possible Relatives - 1st Degree: 8, 2nd Degree: 8, 3rd Degree: 0** ......................18

**Person Associates - 4 records found** ....................................................................22

**Neighbors - 3 records found** Found Near: 127 Sean Ave ......................................22

**Business Connections - 0 records found** ..............................................................24

**Possible Employers - 1 records found.** .................................................................24

**Business Associates - 2 records found.** ................................................................24

**Sources (159 sources)** ..........................................................................................24



**1 OF 1 RECORD(S)**

## SmartLinx®Person Report

**Report Created:** 7-07-2026 5:11 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2026 LexisNexis, All rights reserved.

**Report created for:**Hill Farrer & Burrill LLP

## Person Summary

| Name | Address | County | Phone |
|---|---|---|---|
| Chuu, Yuejen Jen | ███████████<br><br>Tracy, CA 95391-1052 (Residential) | San Joaquin | 925-443-5122 |
| **LexID** | **SSN** | **DOB** | **Email** |
| 0004-4774-0624 | █████████ | <br>(Female) | jennychuu3@yahoo.com |

## At a Glance

| | | | |
|---|---|---|---|
| Real Property | 6 | Criminal/Arrest | 0 |
| Personal Property | 0 | Bankruptcy | 0 |
| Professional Licenses | 0 | Judgments/Liens | 1 |
| Business Connections | 0 | Foreclosure/Notice of Default | 0 |

## Name Variations, SSN Summary and DOBs

| Name Variations | SSN Summary | Reported DOBs |
|---|---|---|
| Chu, Yue J | ██████████ | ██████ |
| Chuu, Jen C | Issued in California, 1989 | |
| Chuu, Yu Jen | | |
| Chuu, Yue Jenj | | |
| Chuu, Yuejen C | | |
| Chuu, Yue-Jen C | | |
| Chuu, Yuejen Jen | | |
| Wang, Yue Jen | | |
| Yue-Jen, Chuu | | |

## Physical Description

## Address Summary (1 current, 9 prior)

yuejen_Chuu

| No. | Address | Status | To-From | Phone |
|-----|---------|--------|---------|-------|
| 1. | ██████████ <br><br> Tracy, CA 95391-1052 <br><br> San Joaquin County <br> (Residential) | Current | 2010 - 12/2025 <br><br> (Current Residence) | |

**Possible Household Members**

████████

███████████

**Neighborhood Profile**
Average Age: 27

Median Household Income: $187,065

Median Home Value: $803,105

Average Years of Education: 11

| No. | Address | Status | To-From | Phone |
|-----|---------|--------|---------|-------|
| 2. | █████████████ <br><br> Tracy, CA 95391-3018 <br><br> San Joaquin County <br> (Residential) | Prior | 08/2009 - 2025 | |

**Possible Household Members**
███████████

**Neighborhood Profile**
Average Age: 36

Median Household Income: $167,630

Median Home Value: $764,151

Average Years of Education: 12

| No. | Address | Status | To-From | Phone |
|-----|---------|--------|---------|-------|
| 3. | ██████████ <br><br> Stockton, CA 95215-7421 <br><br> San Joaquin County <br> (Residential) | Prior | 08/1984 - 2025 | |

**Neighborhood Profile**
Average Age: 38

Median Household Income: $37,059

Median Home Value: $231,373

Average Years of Education: 11

| No. | Address | Status | To-From | Phone |
|-----|---------|--------|---------|-------|
| 4. | ████████████ | Prior | 08/1984 - 05/2019 | |

| | | | | |
|---|---|---|---|---|
| | Cupertino, CA 95014-4726<br><br>Santa Clara County<br><br>(Residential) | | | |

**Possible Household Members**

██████████

████████

██████████████

**Neighborhood Profile**
Average Age: 46

Median Household Income: $192,442

Median Home Value: $1,238,361

Average Years of Education: 16

| | | | | |
|---|---|---|---|---|
| 5. | ████████████<br><br>Cupertino, CA 95014-2621<br><br>Santa Clara County<br><br>(Residential) | Prior | 10/2008 - 03/2011 | |

**Possible Household Members**

██████████████

**Neighborhood Profile**
Average Age: 44

Median Household Income: $288,969

Median Home Value: $1,000,000

Average Years of Education: 16

| | | | | |
|---|---|---|---|---|
| 6. | ████████████████<br><br>Cupertino, CA 95014-5248<br><br>Santa Clara County<br><br>(Residential) | Prior | 12/2006 - 01/2007 | |

**Possible Household Members**

████████████

████████████

**Neighborhood Profile**
Average Age: 39

Median Household Income: $239,497

Median Home Value: $1,246,269

Average Years of Education: 17

| 7. | ██████████ <br><br> Livermore, CA 94550-3531 <br><br> Alameda County <br><br> (Residential) | Prior | 12/1994 - 02/2004 | |

**Name Associated with Address**

██████████

**Neighborhood Profile**
Average Age: 43

Median Household Income: $181,604

Median Home Value: $1,097,619

Average Years of Education: 15

| 8. | ██████████ <br><br> Davis, CA 95616-5172 | Prior | 01/1992 - 11/2000 | |

**Neighborhood Profile**
Average Age: 22

Median Household Income: $24,627

Median Home Value: $312,000

Average Years of Education: 14

| 9. | ██████████ <br><br> San Ramon, CA 94583-4473 <br><br> Contra Costa County <br><br> (Residential) | Prior | 08/1994 - 01/1995 | |

**Neighborhood Profile**
Average Age: 35

Median Household Income: $121,012

Median Home Value: $1,145,833

Average Years of Education: 14

| 10. | ██████████ <br><br> Davis, CA 95616-2173 | Prior | 10/1989 | |

**Neighborhood Profile**
Average Age: 25

Median Household Income: $51,829

Median Home Value: $668,269

Average Years of Education: 14

## Phone Summary (1 phones)

| No. | Phone | To-From | Line Type | Listing Name | Carrier |
|-----|-------|---------|-----------|--------------|---------|
| 1. | 925-443-5122. | 10/2006 - 3/2026. | Landline. | YUEJEN J CHUU. | PACIFIC BELL. |

## Voter Registrations (0 records found)

## Licenses (0 licenses)
## Driver Licenses - 0 licenses
## Other Licenses - 0 licenses

## Real Property (6 current, 2 prior)

| No. | Address | Status | Purchase Price | Sale Price | State |
|-----|---------|--------|----------------|------------|-------|
| 1. | ███████ <br><br> Tracy, CA 95391-1052 <br><br> County/FIPS: SAN JOAQUIN/06077 <br><br> Source: A | Current | $385,000.00 | | CA |

**Owner Info**

**Chuu, Yue Jen**

**Legal Info**

Parcel Number: ███████

Sale Date: 03/04/2011

Assessment Year: 2025

Sale Price: $385,000.00

Recording Date: 03/10/2011

Document Type: Assessor

Assessed Value: $493,238.00

Type of Address: Sfr

Mortgage Lender Name: BANK OF AMERICA

Legal Description: LOT 4

**Mortgage Info 1**

Loan Amount: $60,000.00

Description: Deed Of Trust

Lender Name: WELLS FARGO BK NA

Loan Type: Conventional

Recording Date: 02/01/2013

Contract Date: 01/11/2013

Transaction Type: Refinance

**Mortgage Info 2**

Loan Amount: $60,000.00

Loan Type: Conventional

Recording Date: 02/01/2013

Contract Date: 01/11/2013

Transaction Type: Refinance

**Mortgage Info 3**

Loan Amount: $60,000.00

Loan Type: Conventional

Recording Date: 02/01/2013

Contract Date: 01/11/2013

Transaction Type: Refinance

**Mortgage Info 4**

Loan Amount: $281,700.00

Description: Deed Of Trust

Lender Name: BANK OF AMERICA

Loan Type: Conventional

Recording Date: 01/03/2013

yuejen_Chuu

Contract Date: 12/22/2012

Transaction Type: Refinance

**Mortgage Info 5**

Loan Amount: $281,700.00

Loan Type: Conventional

Recording Date: 01/03/2013

Contract Date: 12/22/2012

Transaction Type: Refinance

**Mortgage Info 6**

Loan Amount: $281,700.00

Loan Type: Conventional

Recording Date: 01/03/2013

Contract Date: 12/22/2012

Transaction Type: Refinance

**Mortgage Info 7**

Recording Date: 03/11/2011

Contract Date: 03/04/2011

Transaction Type: Nominal

**Mortgage Info 8**

Loan Amount: $308,000.00

Description: Deed Of Trust

Lender Name: BANK OF AMERICA

Loan Type: Conventional

Recording Date: 03/10/2011

Contract Date: 03/04/2011

Transaction Type: Resale

**Mortgage Info 9**

Description: Grant Deed

Recording Date: 03/11/2011

Contract Date: 03/04/2011

Transaction Type: Nominal

**Mortgage Info 10**

Loan Amount: $308,000.00

Description: Grant Deed

Loan Type: Conventional

Recording Date: 03/10/2011

Contract Date: 03/04/2011

Transaction Type: Resale

**Mortgage Info 11**

Description: Grant Deed

Recording Date: 03/11/2011

Contract Date: 03/04/2011

Transaction Type: Nominal

**Mortgage Info 12**

Loan Amount: $308,000.00

Description: Grant Deed

Loan Type: Conventional

Recording Date: 03/10/2011

Contract Date: 03/04/2011

Transaction Type: Resale

| 2. | ▮▮▮▮▮▮▮ | Current | $141,000.00 | | CA |
| | Stockton, CA 95215-7421 | | | | |
| | County/FIPS: SAN JOAQUIN/06077 | | | | |
| | Source: A | | | | |

yuejen_Chuu

**Owner Info**

**Chuu, Yue Jen**

**Legal Info**

Parcel Number: ▇▇▇▇▇

Sale Date: 10/19/2017

Assessment Year: 2025

Sale Price: $141,000.00

Recording Date: 10/31/2017

Document Type: Assessor

Assessed Value: $160,429.00

Type of Address: Sfr

**Mortgage Info 1**

Recording Date: 10/31/2017

Contract Date: 10/19/2017

Transaction Type: Resale

**Mortgage Info 2**

Description: Grant Deed

Recording Date: 10/31/2017

Contract Date: 10/19/2017

Transaction Type: Resale

**Mortgage Info 3**

Description: Grant Deed

Recording Date: 10/31/2017

Contract Date: 10/19/2017

Transaction Type: Resale

| 3. | ▇▇▇▇▇▇ Tracy, CA 95391-3018 | Current | $165,000.00 | | CA |

| County/FIPS: SAN JOAQUIN/06077 | | | | |
| --- | --- | --- | --- | --- |
| Source: A | | | | |

**Owner Info**

**Chuu, Yue Jen**

**Legal Info**

Parcel Number: ▇▇▇▇▇

Sale Date: 05/28/2013

Assessment Year: 2025

Sale Price: $165,000.00

Recording Date: 05/31/2013

Document Type: Assessor

Assessed Value: $203,175.00

Type of Address: Condominium

**Mortgage Info 1**

Loan Amount: $210,600.00

Description: Deed Of Trust

Lender Name: BANK OF AMERICA

Loan Type: Conventional

Recording Date: 02/04/2015

Contract Date: 01/24/2015

Transaction Type: Refinance

**Mortgage Info 2**

Loan Amount: $210,600.00

Loan Type: Conventional

Recording Date: 02/04/2015

Contract Date: 01/24/2015

Transaction Type: Refinance

**Mortgage Info 3**

Loan Amount: $210,600.00

Loan Type: Conventional

Recording Date: 02/04/2015

Contract Date: 01/24/2015

Transaction Type: Refinance

**Mortgage Info 4**

Recording Date: 05/31/2013

Contract Date: 05/28/2013

Transaction Type: Resale

**Mortgage Info 5**

Description: Grant Deed

Recording Date: 05/31/2013

Contract Date: 05/28/2013

Transaction Type: Resale

**Mortgage Info 6**

Description: Grant Deed

Recording Date: 05/31/2013

Contract Date: 05/28/2013

Transaction Type: Resale

| 4. | ▮▮▮▮▮▮▮ | Current | | | CA |
|---|---|---|---|---|---|
| | Tracy, CA 95391-1052 | | | | |
| | County/FIPS: SAN JOAQUIN/06077 | | | | |
| | Source: B | | | | |

**Owner Info**

**Chuu, Yue Jen**

▮▮▮▮▮▮▮

Tracy, CA 95391-1052

**Legal Info**

Parcel Number: ███████████

Recording Date: 03/10/2011

Document Type: Assessor

Assessed Value: $493,238.00

Type of Address: Single Family Residential

Legal Description: 03-FM PT OF 254-040-09 PER MTN HOUSE NEIGH F NO. 4

**Mortgage Info 1**

Loan Amount: $60,000.00

Lender Name: WELLS FARGO BANK NA

Loan Type: Future Advance Clause/Open End Mortgage

Recording Date: 02/01/2013

Contract Date: 01/11/2013

**Mortgage Info 2**

Loan Amount: $281,700.00

Lender Name: BANK OF AMERICA NA

Loan Type: New Conventional

Recording Date: 01/03/2013

Contract Date: 12/22/2012

**Mortgage Info 3**

Loan Amount: $308,000.00

Lender Name: BANK OF AMERICA NA

Loan Type: New Conventional

Recording Date: 03/10/2011

Contract Date: 03/10/2011

**Mortgage Info 4**

Recording Date: 03/11/2011

Contract Date: 03/04/2011

**Mortgage Info 5**

Loan Amount: $308,000.00

Lender Name: BANK OF AMERICA NA

Loan Type: New Conventional

Recording Date: 03/10/2011

Contract Date: 03/04/2011

| 5. | ███████ | Current | | | CA |
| | Stockton, CA 95215-7421 | | | | |
| | County/FIPS: SAN JOAQUIN/06077 | | | | |
| | Source: B | | | | |

**Owner Info**

**Chuu, Yue Jen**

███████████

Cupertino, CA 95014-4726

**Legal Info**

Parcel Number: ███████████

Document Type: Assessor

Assessed Value: $160,429.00

Type of Address: Single Family Residential

**Mortgage Info 1**

Recording Date: 10/31/2017

Contract Date: 10/19/2017

| 6. | ███████ | Current | | | CA |
| | Tracy, CA 95391-3018 | | | | |
| | County/FIPS: SAN JOAQUIN/06077 | | | | |
| | Source: B | | | | |

**Owner Info**

**Chuu, Yue Jen**

███████████████

Cupertino, CA 95014-4726

**Legal Info**

Parcel Number: ████████████

Document Type: Assessor

Assessed Value: $203,175.00

Type of Address: Condominium

Legal Description: 06-FM PT OF 254-230-01/RM 40-019

**Mortgage Info 1**

Loan Amount: $210,600.00

Lender Name: BANK OF AMERICA NA

Loan Type: Credit Line (Revolving)

Recording Date: 02/04/2015

Contract Date: 01/24/2015

| 7. | ████████ | Prior | $235,000.00 | | CA |
| | Livermore, CA 94550-3531 | | | | |
| | County/FIPS: ALAMEDA/06001 | | | | |
| | Source: A | | | | |

**Owner Info**

**Yuejen, Chuu**

███████████

████████

Livermore, CA 94550-3531

**Legal Info**

Parcel Number: ████████████

Assessment Year: 2000

Sale Price: $235,000.00

Recording Date: 12/15/1994

Document Type: Assessor

Assessed Value: $261,961.00

Type of Address: Sfr

Mortgage Lender Name: SUNBELT NAT'L MTG CORP

Legal Description: TRACT 6561 LOT 39

| 8. | ███████ | Prior | | $467,000.00 | CA |
| | Livermore, CA 94550-3531 | | | | |
| | Source: B | | | | |

**Owner Info**

███████████

██████████

███████

Livermore, CA 94550-3531

**Legal Info**

Sale Date: 01/29/2003

Sale Price: $467,000.00

Recording Date: 03/21/2003

Document Type: Deed

Type of Address: Single Family Residence

**Mortgage Info 1**

Loan Amount: $307,000.00

Lender Name: PROVIDENT FUNDING ASSOCIATES LP

Loan Type: Balloon

Recording Date: 03/21/2003

Contract Date: 01/29/2003

**Mortgage Info 2**

Loan Amount: $156,786.00

Lender Name: FREMONT BANK

Loan Type: Unknown

Recording Date: 01/15/2003

Contract Date: 01/15/2003

**Mortgage Info 3**

Loan Amount: $160,000.00

Lender Name: FREMONT BANK

Loan Type: Unknown

Recording Date: 05/14/2002

Contract Date: 05/14/2002

**Mortgage Info 4**

Loan Amount: $188,000.00

Lender Name: SUNBELT NATL MTG CORP

Recording Date: 12/15/1994

Contract Date: 12/13/1994

# Personal Property (0 current, 0 prior)

# Possible Education (0 records found)

# Possible Criminal/Arrest (0 filings)

# Bankruptcy (0 active, 0 closed)

# Judgment / Liens (1 active, 0 closed)

| No. | Type | Status | Amount | Filing Date | Filing Number | Jurisdiction |
|-----|------|--------|--------|-------------|---------------|--------------|
| 1. | Small Claims Judgment Release | See Details | $3,500.00 | 12/05/2018 | SC2018011364 | California |

**Debtor 1**

**Chuu, Yue Jen**

███████████████

Cupertino, CA 95014-4726

yuejen_Chuu

▮▮▮▮▮▮▮▮▮▮

Release Date: 05/03/2019

**Creditor 1**

**Bernell Crockett**

**Creditor 2**

**Kimberly Crockett**

**Filing 1**

Landlord/Tenant Dispute Records: No

Type: Small Claims Judgment Release

Agency: Stockton - San Joaquin Municipal Ct

Agency State: CA

Agency County: San Joaquin

Number: SC2018011364

**Filing 2**

Landlord/Tenant Dispute Records: No

Type: Small Claims Judgment

Agency: Stockton - San Joaquin Municipal Ct

Agency State: CA

Agency County: San Joaquin

Number: SC2018011364

## UCC Filings (0 debtor, 0 creditor)

## Associates (26 records)
## Possible Relatives - 1st Degree: 8, 2nd Degree: 8, 3rd Degree: 0

| No. | First Degree Relatives | Address | Phone |
|-----|------------------------|---------|-------|
| 1. | ▮▮▮▮▮▮▮▮ (Possible Spouse) ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮ | ▮▮▮▮▮▮ Tracy, CA 95391-1052 | |

yuejen_Chuu

| | Second Degree Relatives | Address | Phone |
|---|---|---|---|
| | ████████ ████████ ████████ ██████ ███ | | |
| | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | ████████ ████████ ████████ ██████ ██ | ████████████ San Jose, CA 95123-4440 | ████████ |
| 2. | ████ ████████ ████ ████ ████████ ██████ ██ | ███████████ San Jose, CA 95123-4440 | |
| 3. | ████ ████████ ████ ████████ | ████████ San Diego, CA 92127-5004 | |
| | **First Degree Relative** | | |
| 2. | ████████████████ ████████ ████████ ████████ ██████ | ████████ Milpitas, CA 95035-7023 | |
| | **First Degree Relative** | | |
| 3. | ██████████████ ████████ ████ ██████ | ████████████ San Diego, CA 92109-1022 | |
| | **First Degree Relative** | | |
| 4. | ████████████ | ████████████ |  |

| | | | |
|---|---|---|---|
| | ████████████ | Cupertino, CA 95014-4726 | |
| | ████████ | | |
| | ████ | | |
| | **First Degree Relative** | | |
| 5. | ██████████████ | ████████ | ████████ |
| | ████████ | Cupertino, CA 95014-4968 | |
| | ██████ | | |
| | ██████ | | |
| | ████████ | | |
| | ██████ | | |
| | ████ | | |
| | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | ██████ | ████████ | ████████ |
| | ████████ | San Francisco, CA 94124-2268 | |
| | ██████ | | |
| | ████ | | |
| 2. | ████ | ██████████ | |
| | ████████ | Monrovia, CA 91016-4016 | |
| 3. | ████████ | ██████████ | |
| | ██████ | San Diego, CA 92130-1379 | |
| | ██████████ | | |
| | ██████ | | |
| | ████████ | | |
| | ████████ | | |
| | ██████ | | |
| | ████ | | |
| | **First Degree Relative** | | |
| 6. | ██████████████ | ████████ | ██████ |
| | ██████ | Cupertino, CA 95014-4968 | |
| | ██████ | | |
| | ████████ | | |
| | ████████ | | |
| | ██████ | | |
| | ████████ | | |
| | ██████ | | |
| | ████████ | | |

|  | | Address | Phone |
|---|---|---|---|
|  | ██████████ ██████████ ██████████ ██████████ ████████████ ██████ ██████ | | |
|  | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | ████████ ██████████ ██████████ ██████████ ██████████ ██████████ ████████████ ██████ ██████ | ██████████ Millbrae, CA 94030-1313 | |
|  | **First Degree Relative** | | |
| 7. | ██████████████████████ ██████████ ██████████ ██████████ ██████████ ██████████ ████████████ ██████ ██████ | ██████████ Cupertino, CA 95014-4968 | ██████ |
|  | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | ██████ ██████████ ████████████ ██████ ██████ | ██████████ Roseville, CA 95661-3803 | ██████ |
|  | **First Degree Relative** | | |
| 8. | ████████████ ██████████ | ██████████ San Francisco, CA 94112-2116 | ██████ |

| | | |
|---|---|---|
| ███████ ███ | | |

## Person Associates - 4 records found

| No. | Full Name | Address | Role |
|---|---|---|---|
| 1. | ████████ ███ ██████ ████████ ████ | ████████ ███ Houston, TX 77024-4211 | Associate |
| 2. | ███████ ██ ███████ ██ ████████ ██ | ████████ Houston, TX 77024-4211 | Associate |
| 3. | █████ █ ███████ ████████ █████ | ████████ ███ San Jose, CA 95123-4440 408-362-1075 | Associate |
| 4. | █████ █ ████████ █████ | █████ Livermore, CA 94550-3531 | Associate |

## Neighbors - 3 records found

Found Near: 127 Sean Ave

Tracy, CA 95391-1052 - 3 records found

| No. | Full Name | Address | Phone |
|---|---|---|---|
| 1. | █████ ██████ █████████ █████ ██ | ██████ Tracy, CA 95391-1052 | |
| 2. | ████████████ ██████ | █████ Tracy, CA 95391-1052 | |



| | | |
|---|---|---|
| | ██████████ | |
| 3. | ██████████ | ██████ |
| | | Tracy, CA 95391-1052 |



## Business Connections - 0 records found

## Possible Employers - 1 records found.

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 1. | LAW LAB | | |

**Details**

Name: Chuu, Yue Jen

SSN: ███████

LexID: 0004-4774-0624

Confidence Level: Medium

## Business Associates - 2 records found.

| No. | Name | Address | Role |
|-----|------|---------|------|
| 1. | ████████████ | ████████ <br><br> Tracy, CA 95391-1052 | Real Property |
| 2. | MCBAIL COMPANY | | Real Property |

## Sources (159 sources)

| All Sources | 159 Source Documents |
|-------------|----------------------|
| Deed Transfers | 32 Source Documents |
| Email Addresses | 17 Source Documents |

| Historical Person Locator | 13 Source Documents |
|---|---|
| Liens and Judgments | 2 Source Documents |
| Person Locator 2 | 6 Source Documents |
| PhonesPlus Records | 4 Source Documents |
| Tax Assessor Records | 85 Source Documents |

Key

⚠ High Risk Indicator. These symbols may prompt you to investigate further.

🔖 Moderate Risk Indicator. These symbols may prompt you to investigate further.

🔖 General Information Indicator. These symbols inform you that additional information is provided.

✔ The most recent telephone listing as reported by Electronic Directory Assistance.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: I have no permissible use

Your Secondary DPPA Permissible Use: None

Your GLBA Permissible Use: I have no permissible use

Copyright © 2026 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# Exhibit 12

## Table of Contents

**Person Summary** .................................................................................................................2

**At a Glance** ........................................................................................................................2

**Name Variations, SSN Summary and DOBs**..................................................................2

**Physical Description** ...........................................................................................................2

**Address Summary (1 current, 18 prior)** ...........................................................................2

**Phone Summary (5 phones)** .............................................................................................7

**Voter Registrations (0 records found)** ............................................................................8

**Licenses (1 licenses)** ........................................................................................................8

**Driver Licenses - 1 licenses**............................................................................................8

**Other Licenses - 0 licenses**.............................................................................................8

**Real Property (2 current, 2 prior)**.....................................................................................8

**Personal Property (0 current, 1 prior)** .........................................................................14

**Possible Education (2 records found)** ..........................................................................15

**Possible Criminal/Arrest (0 filings)** .............................................................................16

**Bankruptcy (0 active, 0 closed)**....................................................................................16

**Judgment / Liens (0 active, 0 closed)**..........................................................................16

**UCC Filings (0 debtor, 0 creditor)**................................................................................16

**Associates (22 records)** ................................................................................................16

**Possible Relatives - 1st Degree: 4, 2nd Degree: 3, 3rd Degree: 2**.............................16

**Person Associates - 1 records found**...........................................................................18

**Neighbors - 0 records found**.........................................................................................18

**Business Connections - 0 records found** ....................................................................18

**Possible Employers - 8 records found.** ........................................................................18

**Business Associates - 4 records found.** ......................................................................22

**Sources (127 sources)**...................................................................................................22



**1 OF 1 RECORD(S)**

**SmartLinx®Person Report**
**Report Created:** 7-07-2026 5:10 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2026 LexisNexis, All rights reserved.

**Report created for:**Hill Farrer & Burrill LLP

## Person Summary

| Name | Address | County | Phone |
|------|---------|--------|-------|
| Chinnappa, Manjula L | ████████████████<br><br>Chicago, IL 60607-3178<br>(Residential, High-rise) | Cook | 650-678-6130 |

| LexID | SSN | DOB | Email |
|-------|-----|-----|-------|
| 0004-3963-9986 | ████████ | ████████<br><br>(Age: ██)<br><br>(Female) | manasina@hotmail.com<br><br>manju.chinnappa@bcw.edu<br><br>manjuchin@hotmail.com<br><br>manjuchin@icloud.com<br><br>mchinnappa@natera.com |

## At a Glance

| Real Property | 2 | Criminal/Arrest | 0 |
|---------------|---|-----------------|---|
| Personal Property | 0 | Bankruptcy | 0 |
| Professional Licenses | 0 | Judgments/Liens | 0 |
| Business Connections | 0 | Foreclosure/Notice of Default | 0 |

## Name Variations, SSN Summary and DOBs

| Name Variations | SSN Summary | Reported DOBs |
|-----------------|-------------|---------------|
| Chimmappa, Manjula | ████████ | ██████ |
| Chinapppa, Manjula | Issued in Wisconsin, 1989 - 1990 | |
| Chinnappa, Manju | | |
| Chinnappa, Manjula L | | |
| Manjula, Chinnappa | | |
| Sen, Manjula | | |

## Physical Description

## Address Summary (1 current, 18 prior)

| No. | Address | Status | To-From | Phone |
|---|---|---|---|---|
| 1. | ████████ Chicago, IL 60607-3178 Cook County (Residential, High-rise) | Current | 09/2024-Current (Current Residence) | |
| **Neighborhood Profile** Average Age: 33 Median Household Income: $177,715 Median Home Value: $564,159 Average Years of Education: 15 | | | | |
| 2. | ████████ Redwood City, CA 94061-1339 San Mateo County (Residential) | Prior | 10/2021 - 2025 | |
| **Neighborhood Profile** Average Age: 43 Median Household Income: $210,789 Median Home Value: $1,224,270 Average Years of Education: 14 | | | | |
| 3. | ████████ Palo Alto, CA 94301-2503 Santa Clara County (Residential) | Prior | 06/2021 - 10/2021 | |
| **Neighborhood Profile** Average Age: 47 Median Household Income: $93,243 Median Home Value: $1,196,133 Average Years of Education: 18 | | | | |
| 4. | ████████ Palo Alto, CA 94302-0284 Santa Clara County (Residential, PO Box) | Prior | 09/2021 | |
| **Neighborhood Profile** Average Age: 49 | | | | |

Median Household Income: $160,204

Median Home Value: $1,000,000

Average Years of Education: 17

| 5. | ▮▮▮▮▮▮▮ San Carlos, CA 94070-3429 San Mateo County (Residential, High-rise) | Prior | 04/2002 - 07/2021 | |
|---|---|---|---|---|

**Neighborhood Profile**
Average Age: 50

Median Household Income: $175,000

Median Home Value: $1,235,789

Average Years of Education: 15

| 6. | ▮▮▮▮▮ San Mateo, CA 94404-2038 San Mateo County (Residential) | Prior | 02/2011 - 09/2015 | |
|---|---|---|---|---|

**Neighborhood Profile**
Average Age: 45

Median Household Income: $153,906

Median Home Value: $1,178,445

Average Years of Education: 15

| 7. | ▮▮▮▮▮▮ Foster City, CA 94404-2607 San Mateo County (Residential, High-rise) | Prior | 10/2002 - 11/2011 | |
|---|---|---|---|---|

**Neighborhood Profile**
Average Age: 36

Median Household Income: $172,477

Median Home Value: $1,000,000

Average Years of Education: 16

| 8. | ▮▮▮▮▮▮▮ Milwaukee, WI 53202-6302 | Prior | 04/1998 - 01/2003 | |
|---|---|---|---|---|

| | Milwaukee County (Residential, High-rise) | | | |
|---|---|---|---|---|
| **Neighborhood Profile**<br>Average Age: 30<br><br>Median Household Income: $81,034<br><br>Median Home Value: $541,667<br><br>Average Years of Education: 15 | | | | |
| 9. | ████████ <br><br>Milw, WI 53202-6316 | Prior | 01/2001 | |
| | | | | |
| 10. | ████████ <br><br>Pittsburgh, PA 15217-1830 | Prior | 07/1996 - 03/1998 | |
| **Neighborhood Profile**<br>Average Age: 34<br><br>Median Household Income: $110,484<br><br>Median Home Value: $643,443<br><br>Average Years of Education: 16 | | | | |
| 11. | ████████ <br><br>Milwaukee, WI 53233-1748<br><br>Milwaukee County<br><br>(Residential, High-rise) | Prior | 09/1995 - 09/1996 | |
| **Neighborhood Profile**<br>Average Age: 22<br><br>Median Household Income: $9,966<br><br>Median Home Value: $0<br><br>Average Years of Education: 14 | | | | |
| 12. | ████████ <br><br>Wheeling, IL 60090-5263<br><br>Cook County<br><br>(Residential, High-rise) | Prior | 02/1988 - 10/2000 | |
| **Neighborhood Profile**<br>Average Age: 34<br><br>Median Household Income: $109,220<br><br>Median Home Value: $0 | | | | |

manjula_Chinnappa

| | | | | |
|---|---|---|---|---|
| Average Years of Education: 15 | | | | |
| 13. ▮▮▮▮▮ <br><br> Brookfield, WI 53045-3484 | Prior | 02/1988 - 10/1997 | |
| **Neighborhood Profile** <br> Average Age: 41 <br><br> Median Household Income: $87,000 <br><br> Median Home Value: $326,154 <br><br> Average Years of Education: 14 | | | | |
| 14. ▮▮▮▮▮ <br><br> Great Falls, VA 22066-2013 <br><br> Fairfax County <br><br> (Residential) | Prior | | |
| **Neighborhood Profile** <br> Average Age: 46 <br><br> Median Household Income: $198,624 <br><br> Median Home Value: $1,160,000 <br><br> Average Years of Education: 16 | | | | |
| 15. ▮▮▮▮▮ <br><br> Buffalo Grove, IL 60089 | Prior | 07/1996 | |
| **Neighborhood Profile** <br> Average Age: 44 <br><br> Median Household Income: $122,917 <br><br> Median Home Value: $375,833 <br><br> Average Years of Education: 15 | | | | |
| 16. ▮▮▮▮▮ <br><br> Pittsburgh, PA 15217 | Prior | 07/1996 | |
| **Neighborhood Profile** <br> Average Age: 33 <br><br> Median Household Income: $73,469 <br><br> Median Home Value: $382,558 <br><br> Average Years of Education: 16 | | | | |
| 17. ▮▮▮▮▮ <br><br> Milwaukee, WI 53213-3278 | Prior | 03/1991 - 01/1995 | |

**Neighborhood Profile**
Average Age: 42

Median Household Income: $75,806

Median Home Value: $231,250

Average Years of Education: 13

| 18. | ███████████ Mount Pleasant, WI 53406-6118 Racine County (Residential, High-rise) | Prior | 12/1992 - 08/1993 | |

**Neighborhood Profile**
Average Age: 35

Median Household Income: $51,930

Median Home Value: $144,079

Average Years of Education: 12

| 19. | ██████████ Milwaukee, WI 53233-2140 Milwaukee County (Residential, High-rise) | Prior | 02/1988 | |

**Possible Household Members**
Sen, Shaurav

**Neighborhood Profile**
Average Age: 22

Median Household Income: $10,335

Median Home Value: $0

Average Years of Education: 13

## Phone Summary (5 phones)

| No. | Phone | To-From | Line Type | Listing Name | Carrier |
|---|---|---|---|---|---|
| 1. | 650-678-6130. | 8/2024 - 5/2026. | Possible Wireless. | MANJULA CHINNAPPA. | T-MOBILE USA, INC.. |
| 2. | 630-368-3100. | 7/2018 - 7/2018. | Possible VoIP. | NORTHWESTERN MUTUAL LIFE INSURANCE - CHASE MENDOZA. | ONVOY, LLC - IL. |
| 3. | 650-253-0000. | 8/2018 - 8/2018. | Possible VoIP. | GOOGLE INC. | LEVEL 3 COMMUNICATIONS, LLC - CA. |

| 4. | 650-249-9090. | 8/2015 - 1/2018. | Possible VoIP. | NATERA. | BANDWIDTH.COM CLEC, LLC. |
| 5. | 650-330-2162. | 7/2018 - 7/2018. | Landline. | PERSONALIS INC.. | PACIFIC BELL. |

## Voter Registrations (0 records found)

## Licenses (1 licenses)

## Driver Licenses - 1 licenses

| No. | DL Name/Address | Status | Issued/Expired | Location |
|---|---|---|---|---|
| 1. | Sen, Manjula <br><br> ██████████ <br> ██ <br><br> Milwaukee, WI 53202-6302 | | | WI |

**Personal Information**

████████████

Dob: █████

**Driver Information**

Data Source: Non-Governmental: WI

**License Information**

## Other Licenses - 0 licenses

## Real Property (2 current, 2 prior)

| No. | Address | Status | Purchase Price | Sale Price | State |
|---|---|---|---|---|---|
| 1. | ███████████ <br><br> Redwood City, CA 94061-1339 <br><br> County/FIPS: SAN MATEO/06081 <br><br> Source: A | Current | $1,975,000.00 | | CA |

**Owner Info**

**Chinnappa, Manjula**

**Legal Info**

Parcel Number: ██████████

Sale Date: 10/05/2021

Assessment Year: 2025

Sale Price: $1,975,000.00

Recording Date: 10/19/2021

Document Type: Assessor

Assessed Value: $2,095,885.00

Type of Address: Sfr

Legal Description: LOT 20 BLOCK 20 STERLING HEIGHTS NO 2 RSM 36/1 2 CITY

**Mortgage Info 1**

Loan Amount: $1,481,250.00

Description: Deed Of Trust

Lender Name: FLAGSTAR BK FSB FLAGSTAR BK FSB

Loan Type: Conventional

Recording Date: 10/19/2021

Contract Date: 10/18/2021

Transaction Type: Refinance

| 2. | █████████████ | Current | | | CA |
| | Redwood City, CA 94061-1339 | | | | |
| | County/FIPS: SAN MATEO/06081 | | | | |
| | Source: B | | | | |

**Owner Info**

**Chinnappa, Manjula**

████████████████

Redwood City, CA 94061-1339

**Legal Info**

Parcel Number:████████████

Document Type: Assessor

Assessed Value: $2,095,885.00

Type of Address: Single Family Residential

Legal Description: LOT 20 BLOCK 20 STERLING HEIGHTS NO 2 RSM 36/1 2 CITY

**Mortgage Info 1**

Loan Amount: $1,481,250.00

Lender Name: FLAGSTAR BANK FSB

Loan Type: New Conventional

Recording Date: 10/19/2021

Contract Date: 10/18/2021

**Mortgage Info 2**

Loan Amount: $1,481,250.00

Lender Name: FLAGSTAR BANK FSB

Loan Type: New Conventional

Recording Date: 10/19/2021

Contract Date: 10/05/2021

| 3. | ███████████ | Prior | | $950,000.00 | CA |
|---|---|---|---|---|---|
| | San Carlos, CA 94070-3429 | | | | |
| | County/FIPS: SAN MATEO/06081 | | | | |
| | Source: A | | | | |

**Owner Info**

████████████

████████████

**Legal Info**

Parcel Number: ████████

Sale Date: 07/16/2021

Assessment Year: 2025

Sale Price: $950,000.00

Recording Date: 07/26/2021

Document Type: Assessor

Assessed Value: $1,008,147.00

Type of Address: Condominium

Mortgage Lender Name: WELLS FARGO BK NA

Legal Description: UNIT 172-05 BRITTAN HEIGHTS CONDOMINIUM LOT 2 RSM 74/2

**Mortgage Info 1**

Loan Amount: $570,000.00

Description: Deed Of Trust

Lender Name: WELLS FARGO BK NA WELLS FARGO BK NA

Loan Type: Conventional

Recording Date: 07/26/2021

Contract Date: 07/16/2021

Transaction Type: Resale

**Mortgage Info 2**

Loan Amount: $570,000.00

Description: Grant Deed

Loan Type: Conventional

Recording Date: 07/26/2021

Contract Date: 07/16/2021

Transaction Type: Resale

**Mortgage Info 3**

Loan Amount: $570,000.00

Description: Grant Deed

Loan Type: Conventional

Recording Date: 07/26/2021

Contract Date: 07/16/2021

Transaction Type: Resale

**Mortgage Info 4**

manjula_Chinnappa

Loan Amount: $570,000.00

Description: Grant Deed

Loan Type: Conventional

Recording Date: 07/26/2021

Contract Date: 07/16/2021

Transaction Type: Resale

**Mortgage Info 5**

Loan Amount: $570,000.00

Description: Grant Deed

Loan Type: Conventional

Recording Date: 07/26/2021

Contract Date: 07/16/2021

Transaction Type: Resale

**Mortgage Info 6**

Loan Amount: $570,000.00

Description: Grant Deed

Loan Type: Conventional

Recording Date: 07/26/2021

Contract Date: 07/16/2021

Transaction Type: Resale

**Mortgage Info 7**

Recording Date: 06/02/2021

Contract Date: 05/14/2021

Transaction Type: Nominal

**Mortgage Info 8**

Loan Amount: $554,000.00

Description: Deed Of Trust

Lender Name: BANK OF AMERICA NA BANK OF AMERICA NA

Loan Type: Conventional

Recording Date: 09/17/2019

Contract Date: 08/23/2019

Transaction Type: Refinance

**Mortgage Info 9**

Loan Amount: $568,000.00

Description: Deed Of Trust

Lender Name: OPES ADVISORS INC

Loan Type: Conventional

Recording Date: 03/31/2015

Contract Date: 03/24/2015

Transaction Type: Resale

| 4. | ██████████ | Prior | | | CA |
|---|---|---|---|---|---|
| | San Carlos, CA 94070-3429 | | | | |
| | County/FIPS: SAN MATEO/06081 | | | | |
| | Source: B | | | | |

**Owner Info**

**Chinnappa, Manjula**

██████████

San Carlos, CA 94070-3429

**Legal Info**

Parcel Number: ████████

Document Type: Assessor

Assessed Value: $799,430.00

Type of Address: Condominium

Legal Description: UNIT 172-05 BRITTAN HEIGHTS CONDOMINIUM LOT 2 RSM 74/2

**Mortgage Info 1**

Loan Amount: $570,000.00

Lender Name: WELLS FARGO BANK NA

Loan Type: New Conventional

Recording Date: 07/26/2021

Contract Date: 07/16/2021

**Mortgage Info 2**

Recording Date: 06/02/2021

Contract Date: 05/14/2021

**Mortgage Info 3**

Loan Amount: $568,000.00

Lender Name: OPES ADVISORS INC

Loan Type: New Conventional

Recording Date: 03/31/2015

Contract Date: 03/24/2015

## Personal Property (0 current, 1 prior)

| No. | Type | Status | Year/Make | Model | VIN | Jurisdiction |
|---|---|---|---|---|---|---|
| 1. | MVR | Prior | 1999 Toyota | Corolla, Sedan 4 Door | 2T1BR12E7XC147039 | Non-Governmental |

**Vehicle Information**

VIN: 2T1BR12E7XC147039

Model Year: 1999

Make: Toyota

Model: Corolla

Series: VE/CE/LE

Class/Type: Passenger Car/Light Truck

Body Style: Sedan 4 Door

State of Origin: WI

Base Price: $12,218.00

**Source Information**

Data Source: NON-GOVERNMENTAL

Source First Seen: 02/01/2002

Source Last Seen: 12/30/2012

**Owner 1**

**Chinnappa, Manjula**

█████████████████████

Milwaukee, WI 53202-6302

Dob: 12/1966

## Possible Education (2 records found)

| No. | School | To-From | Level |
|---|---|---|---|
| 1. | Marquette University | 04/03/2013 - 01/24/2018 | Four Year College |

**Personal Information**

Name: Sen, Manjula

Address: 5830 Margery Dr Apt 201

Mount Pleasant, WI 53406-6118

Phone: 262-633-6703

Date of Birth: ███

SSN: █████████

LexID: 0004-3963-9986

Attended High School: Yes

High School Graduation Year: 2000

Years Since HS Graduation: 42

Is Current Student: True

**College Data**

College 2Yr/4yr/Grad 1: Not specified

College Public/Private 1: Not specified

Name: MARQUETTE UNIVERSITY

Level: FOUR YEAR COLLEGE

Type: PRIVATE SCHOOL

Original Name: MARQUETTE UNIVERSITY

School Size: 5,001 - 15,000

College 2Yr/4yr/Grad 2: Not specified

College Public/Private 2: Not specified

| 2. | | 09/22/2016 - 01/24/2018 | |
|---|---|---|---|

**Personal Information**

Name: Sen, Manjula

Address: █████████████

San Mateo, CA 94404-2038

Date of Birth: ██████

SSN: ████████

LexID: 0004-3963-9986

Attended High School: Yes

High School Graduation Year: 1984

Years Since HS Graduation: 42

Is Current Student: False

## Possible Criminal/Arrest (0 filings)

## Bankruptcy (0 active, 0 closed)

## Judgment / Liens (0 active, 0 closed)

## UCC Filings (0 debtor, 0 creditor)

## Associates (22 records)
## Possible Relatives - 1st Degree: 4, 2nd Degree: 3, 3rd Degree: 2

| No. | First Degree Relatives | Address | Phone |
|---|---|---|---|
| 1. | ████████████████████ ██████████ ██████ | ███████████ Chandler, AZ 85224-4160 | |

|  |  | Address | Phone |
|---|---|---|---|
|  | ██████████ ████████ |  |  |
|  | ████████████ |  |  |
|  | ███████ |  |  |
|  | █████ |  |  |
|  | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | ███████ ████████████ ████████████ | █████████ Phoenix, AZ 85086-3258 |  |
|  | **First Degree Relative** |  |  |
| 2. | ████████████ ████████████ ███████ █████ | ██████████ Chandler, AZ 85224-4160 |  |
|  | **First Degree Relative** |  |  |
| 3. | ████████████████ ████████████ ██████████ █████████ ████████████ ███████ █████ | ██████████ Vienna, VA 22181-5913 |  |
|  | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | █████████ ████████████ | ██████████ Vienna, VA 22181-5913 |  |
| 2. | ███████ █████████ █████████ ████████████ █████████ █████ | ██████████ Washington, DC 20015-1681 | ██████████ |
|  | **Third Degree Relatives** | **Address** | **Phone** |
| 1. | █████████ █████████ | ██████████ Washington, DC 20015-1681 | █████████ |

| | | | |
|---|---|---|---|
| | ███████████ <br><br> ██████ <br><br> ████ | | |
| 2. | ████████ <br><br> █████████ <br> ██████████ <br><br> ███████ <br><br> ████ | ████████ <br><br> Washington, DC 20015-1681 | ████████ |
| | **First Degree Relative** | | |
| 4. | ████████ <br><br> █████████ <br> █████████ <br> █████████ <br> █████████ | ███████ <br><br> Chandler, AZ 85224-4160 | |

## Person Associates - 1 records found

| No. | Full Name | Address | Role |
|---|---|---|---|
| 1. | ███████████ <br><br> ████████ <br><br> █████████ <br><br> ███████ | ███████████████ <br><br> Chandler, AZ 85226-2793 | Associate |

## Neighbors - 0 records found

## Business Connections - 0 records found

## Possible Employers - 8 records found.

| No. | Name | Address | Phone |
|---|---|---|---|
| 1. | GOOGLE INC. | 1600 Amphitheatre Pkwy <br><br> Mountain View, CA 94043-1351 | 650-253-0000 |

**Details**

Name: Chinnappa, Manju

SSN: ████████

LexID: 0004-3963-9986

BusinessId: 000356660717

Company Time Zone: PDT

Title: APPLICATIONS

EMail: mchinnappa@google.com

Date First Seen: 08/23/2018

Date Last Seen: 08/23/2018

Confidence Level: Medium

| 2. | PERSONALIS INC | 1330 Obrien Dr

Menlo Park, CA 94025-1436 | 650-330-2162 |

**Details**

Name: Chinnappa, Manju

SSN: ███████████

LexID: 0004-3963-9986

BusinessId: 003901421812

Company Time Zone: PDT

EMail: manju.chinnappa@personalis.com

Date First Seen: 07/30/2018

Date Last Seen: 07/30/2018

Confidence Level: Medium

| 3. | NORTHWESTERN MUTUAL INVESTMENT SERVICES LLC | 100 E Wisconsin Ave Ste 2300

Milwaukee, WI 53202-4169 | 630-368-3100 |

**Details**

Name: Chinnappa, Manjula

SSN: ██████████

LexID: 0004-3963-9986

BusinessId: 004627794386

Company Time Zone: CDT

EMail: manjulachinnappa@northwesternmutual.com

Date First Seen: 07/13/2018

Date Last Seen: 07/13/2018

| | | | |
|---|---|---|---|
| Confidence Level: Medium | | | |
| 4. | NORTHWESTERN MUTUAL INVESTMENT SERVICES, LLC | 720 E Wisconsin Ave<br><br>Milwaukee, WI 53202-4703 | 877-858-3855 |

**Details**

Name: Chinnappa, Manjula

SSN: ███████

LexID: 0004-3963-9986

BusinessId: 000045362747

EMail: manjulachinnappa@northwesternmutual.com

Date First Seen: 05/10/2018

Date Last Seen: 06/18/2018

| | | | |
|---|---|---|---|
| Confidence Level: Medium | | | |
| 5. | ABBOTT LABORATORIES COMPANY | 100 Abbott Park Rd<br><br>North Chicago, IL 60064-3502 | 877-888-1245 |

**Details**

Name: Chinnappa, Manjula

SSN: ███████

LexID: 0004-3963-9986

BusinessId: 000053129620

Title: MANUFACTURING

EMail: manjula.chinnappa@abbott.com

Date First Seen: 12/19/2016

Date Last Seen: 02/24/2017

| | | | |
|---|---|---|---|
| Confidence Level: Medium | | | |
| 6. | NATERA, INC. | 201 Industrial Rd Ste 410<br><br>San Carlos, CA 94070-2396 | 650-249-9090 |

**Details**

Name: Chinnappa, Manjula

███████

LexID: 0004-3963-9986

BusinessId: 003326983404

Company Time Zone: PDT

Title: MANAGER PROCESS DEVELOPMENT

EMail: mchinnappa@natera.com

Date First Seen: 08/19/2015

Date Last Seen: 01/14/2018

Confidence Level: Medium

| 7. | VERINATA HEALTH INC | 800 Suginow Dr<br><br>Redwood City, CA 94063 | 650-632-1680 |

**Details**

Name: Chinnappa, Manjula

██████████

LexID: 0004-3963-9986

BusinessId: 003154169913

Company Time Zone: PDT

EMail: mchinnappa@verinata.com

Date First Seen: 07/24/2012

Date Last Seen: 07/24/2012

Confidence Level: Medium

| 8. | CELL GENESYS, INC. | 500 Forbes Blvd<br><br>South San Francisco, CA 94080-2018 | 415-990-4226 |

**Details**

Name: Chinnappa, Manjula

██████████

LexID: 0004-3963-9986

BusinessId: 000108763562

Company Time Zone: PDT

Date First Seen: 02/02/2007

Date Last Seen: 02/02/2007

Confidence Level: High

## Business Associates - 4 records found.

| No. | Name | Address | Role |
|---|---|---|---|
| 1. | ██████████████████████ | ████████ <br><br> Palo Alto, CA 94301-2503 | Real Property |
| 2. | ████████████ | ████████ <br><br> Palo Alto, CA 94301-2503 | Real Property |
| 3. | ████████████ | ██████████ <br><br> Redwood City, CA 94061-1339 | Real Property |
| 4. | ██████████████ | ██████████ <br><br> San Carlos, CA 94070-3429 | Real Property |

## Sources (127 sources)

| All Sources | 127 Source Documents |
|---|---|
| Deed Transfers | 12 Source Documents |
| Driver Licenses | 1 Source Documents |
| Email Addresses | 30 Source Documents |
| Historical Person Locator | 24 Source Documents |
| Motor Vehicle Registrations | 1 Source Documents |
| Person Locator 2 | 14 Source Documents |
| Person Locator 4 | 1 Source Documents |
| PhonesPlus Records | 1 Source Documents |
| Student Locator | 2 Source Documents |
| Tax Assessor Records | 41 Source Documents |

Key

⚠ High Risk Indicator. These symbols may prompt you to investigate further.

🔖 Moderate Risk Indicator. These symbols may prompt you to investigate further.

🔖 General Information Indicator. These symbols inform you that additional information is provided.

✔ The most recent telephone listing as reported by Electronic Directory Assistance.

**Important:**  The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: I have no permissible use

Your Secondary DPPA Permissible Use: None

Your GLBA Permissible Use: I have no permissible use

Copyright © 2026 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**

# Exhibit 13

## <u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | |
|---|---|
| Applicants: Richard P. Rava et al. | Examiner: Channing S. Mahatan |
| Serial No.: 15/299,335 | Group Art Unit: 1636 |
| Filed: October 20, 2016 | Docket No.: IP-0716B-US |
| Confirmation No.: 9726 | |

Title:   METHODS FOR DETERMINING FRACTION OF FETAL NUCLEIC ACIDS IN MATERNAL SAMPLES

### <u>AMENDMENT AND RESPONSE UNDER 37 CFR § 1.113</u>

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Responsive to the Final Office Action mailed July 10, 2018 please amend the above-identified patent application as follows and consider the following remarks.

Amendments to the claims begin on page 2.

Remarks begin on page 5.

**AMENDMENT AND RESPONSE UNDER 37 CFR § 1.113**                                    **Page 2**
Serial Number: 15/299,335                                                          Dkt: IP-0716B-US
Filing Date: October 20, 2016

## IN THE CLAIMS

Please amend the claims as follows:

1.      (Currently Amended) A method for <u>determining the fraction of fetal cell-free DNA</u> <u>(cfDNA) in a maternal blood sample comprising a mixture of fetal and maternal cfDNA, the</u> <u>method comprising:</u>

~~performing amniocentesis on a pregnant female, said method comprising:~~ ~~performing amniocentesis on a pregnant female;~~

~~wherein the pregnant female has been identified as at risk for fetal aneuploidy by a noninvasive~~ ~~aneuploidy test, the test including a determination of the fraction of fetal cell-free DNA (cfDNA)~~ ~~in a maternal blood sample comprising a mixture of fetal and maternal cfDNA by a method~~ ~~comprising:~~

(a)      isolating said mixture of cfDNA from said sample;

(b)      amplifying a plurality of predetermined polymorphic target nucleic acids in said mixture, wherein each of said predetermined polymorphic target nucleic acids comprises at least one single nucleotide polymorphism (SNP);

(c)      preparing a sequencing library using at least a portion of the amplified product obtained in step (b);

(d)      performing massively parallel sequencing of at least a portion of said library obtained in step (c) to provide ~~sequence information for~~ a plurality of <u>polymorphic</u> sequence ~~tags~~<u>reads</u>;

(e)      <u>mapping a plurality of the sequence reads to polymorphic sites in a reference</u> <u>genome to obtain a plurality of mapped sequence tags</u>~~using said sequence information to provide~~ ~~a number of sequence tags aligning to a reference sequence~~, wherein said ~~reference sequence~~ ~~comprises~~ <u>polymorphic sites comprise</u> allelic sequences for said at least one SNP in each of said plurality of predetermined target nucleic acids;

(f)      ~~counting the number of~~<u>quantifying</u> sequence tags aligned to <u>each of</u> said allelic sequences <u>to obtain a quantitative value for each of said allelic sequences</u>;

**AMENDMENT AND RESPONSE UNDER 37 CFR § 1.113**                    **Page 3**
Serial Number: 15/299,335                                        Dkt: IP-0716B-US
Filing Date: October 20, 2016

(g)    identifying a plurality of informative SNPs from the number of sequence tags obtained in step (f), wherein said informative SNPs are identified by the difference in allelic sequences and the number of sequence tags aligned to each of the possible allelic sequences for each SNP; and

(h)    for each of said informative SNPs, calculating said fraction of fetal cfDNA from the ~~number of sequence tags aligned to said possible allelic sequences for said informative SNPs~~quantitative values obtained in (f).

2.    (Previously Presented) The method of Claim 1, wherein amplifying said plurality of predetermined polymorphic target nucleic acids in step (b) comprises performing PCR.

3.    (Original) The method of Claim 1, wherein said massively parallel sequencing is sequencing-by-synthesis with reversible dye terminators.

4.    (Original) The method of Claim 1, wherein said massively parallel sequencing is sequencing-by-ligation.

5.    (Original) The method of Claim 1, wherein said sequencing is single molecule sequencing.

6.    (Original) The method of Claim 1, wherein said sequencing comprises an amplification.

7.    (Original) The method of Claim 1, wherein said maternal sample is selected from blood, plasma, serum, urine and saliva.

8.    (Original) The method of Claim 1, wherein said method is a fetal gender-independent method.

9.    (Original) The method of Claim 1, wherein said plurality of polymorphic nucleic acids are located on a plurality of different chromosomes.

**AMENDMENT AND RESPONSE UNDER 37 CFR § 1.113**                    **Page 4**
Serial Number:  15/299,335                                      Dkt: IP-0716B-US
Filing Date: October 20, 2016

10.     (Original) The method of Claim 11, wherein said plurality of different chromosomes are selected from chromosomes 1-22.

11.     (Original) The method of Claim 1, wherein said plurality of polymorphic sites are located on a chromosome other than chromosome 13, 18, 21, X or Y.

12.     (Cancelled)

13.     (Original) The method of Claim 1, wherein said plurality of polymorphic nucleic acids comprises at least 10 informative polymorphic sites.

14.     (Cancelled)

15.     (Previously Presented) The method of Claim 1, further comprising setting at least one threshold for calling an aneuploidy, a normal or a no call state, wherein the at least one threshold is based on the calculated fraction of fetal cfDNA obtained in step (h).

16.     (Previously Presented) The method of Claim 1, further comprising estimating the probability of correctly identifying an aneuploidy, wherein the probability is based on the calculated fraction of fetal cfDNA obtained in step (h).

17.     (New) A method comprising:
        (a)     obtaining a plasma sample from a human patient; and
        (b)     detecting whether fetal cell-free DNA (cfDNA) is present in the plasma sample by contacting nucleic acids from the plasma sample with primers configured to amplify polymorphic target nucleic acids and detecting binding between fetal cfDNA and the primers.

18.     (New) The method of claim 17, wherein said contacting comprises mixing said primers with cfDNA isolated from said plasma sample.

19.     (New) The method of claim 17, wherein said detecting binding comprises:

(b1)     amplifying a plurality of predetermined polymorphic target nucleic acids in said plasma sample, wherein each of said predetermined polymorphic target nucleic acids comprises at least one single nucleotide polymorphism (SNP);

(b2)     preparing a sequencing library using at least a portion of the amplified product obtained in step (b1);

(b3)     performing massively parallel sequencing of at least a portion of said library obtained in step (b2) to provide a plurality of polymorphic sequence reads;

(b4)     mapping a plurality of the sequence reads to polymorphic sites in a reference genome to obtain a plurality of mapped sequence tags, wherein said polymorphic sites comprise allelic sequences for said at least one SNP in each of said plurality of predetermined target nucleic acids.

20.     (New) The method of claim 19, the method further comprising:
(c)     quantifying sequence tags aligned to each of said allelic sequences to obtain a quantitative value for each of said allelic sequences; and

(d)     identifying a plurality of informative SNPs from the number of sequence tags obtained in step (c), wherein said informative SNPs are identified by the difference in allelic sequences and the number of sequence tags aligned to each of the possible allelic sequences for each SNP.

21.     (New) The method of claim 20, the method further comprising:

(e)     for each of said informative SNPs, calculating a fraction of fetal cfDNA from the quantitative values obtained in (c).

**AMENDMENT AND RESPONSE UNDER 37 CFR § 1.113**                     **Page 6**
Serial Number:  15/299,335                                          Dkt: IP-0716B-US
Filing Date: October 20, 2016

22.    (New) A method for determining the relative abundance of fetal cell-free DNA (cfDNA) in a maternal blood sample comprising a mixture of fetal and maternal cfDNA, said method comprising:

(a) providing digital sequence information comprising sequence reads obtained from massively parallel sequencing of a plurality of amplified polymorphic target nucleic acids from a mixture of fetal and maternal cfDNA,

   wherein the plurality of amplified polymorphic target nucleic acids are amplicons of specific target sequences, each target sequence comprising at least one single nucleotide polymorphism (SNP);

(b) mapping a plurality of the sequence reads to polymorphic sites in a reference genome to obtain a plurality of mapped sequence tags;

(c) for each of a plurality of polymorphic sites in the reference genome:

   (i)    quantifying mapped sequence tags that map to a first allele of the polymorphic site to obtain a quantitative value for the first allele;

   (ii)   quantifying mapped sequence tags that map to a second allele of the polymorphic site to obtain a quantitative value for the second allele;

   (iii)  determining a parameter from the quantitative value for the first allele and the quantitative value for the second allele;

   (iv)   comparing the parameter to one or more cutoff values associated with the relative abundance of fetal cfDNA in the maternal sample; and

   (v)    classifying the polymorphic site as an (i) informative SNP or a (ii) non-informative SNP, based on the comparison of the parameter to the one or more cutoff values;

(d) determining the relative abundance of fetal cfDNA in the maternal blood sample based on the parameter obtained in step (c) for each of a plurality of informative SNPs.

**AMENDMENT AND RESPONSE UNDER 37 CFR § 1.113**                    **Page 7**
Serial Number: 15/299,335                                         Dkt: IP-0716B-US
Filing Date: October 20, 2016

## REMARKS

Claim 1 has been amended. Claims 12 and 14 are cancelled. New claims 17-22 are added. Support for the amendment and new claims can be found throughout the specification and claims as originally filed, for example at paragraphs [0160] - [0162]. No new matter is believed to be entered. Applicant reserves the right to pursue any or all canceled subject matter in the future.

Following entry of the amendment, claims 1-11, 13, and 15-22 will be pending.

### Double Patenting Rejection

Claims 1-16 are rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1-9 of U.S. Patent No. 9,493,828.

Applicants maintain that amended claim 1 and those claims dependent thereon are patentably distinct from claims 1-9 of U.S. Patent No. 9,493,828. Nevertheless, solely in an effort to expedite grant of the instant application, Applicant will consider filing a terminal disclaimer as appropriate when there is an indication of otherwise allowable subject matter.

### Rejection Under 35 U.S.C. § 101

Claims 1-16 are rejected under 35 U.S.C. § 101 because the claimed invention is allegedly directed to a judicial exception without significantly more.

Summary of the claimed methods and Applicant's arguments

Independent claim 1 is directed to a method for determining the fetal fraction of cell-free DNA allow fetal aneuploidy screens to be more accurate. Claims 2-11, 13 and 14-16 depend directly or indirectly from claim 1 and include its limitations. New claim 17 is directed to a method that includes detecting whether fetal cell-free DNA (cfDNA) is present in a plasma sample. Claims 18-21 depend directly or indirectly from claim 17 and include its limitations. New claim 22 is directed to a method for determining the relative abundance of fetal cell-free DNA (cfDNA) in a maternal blood sample.

Applicant respectfully submits that the amended claims are not similar to at least one concept the courts have identified as an abstract idea.

**AMENDMENT AND RESPONSE UNDER 37 CFR § 1.113**                              **Page 8**
Serial Number: 15/299,335                                                    Dkt: IP-0716B-US
Filing Date: October 20, 2016

Analysis under Step 2A

Regarding Step 2A, the Office Action stated that the steps "using said sequence information", "counting the number", "identifying a plurality of informative SNPs", and "calculating said fraction of fetal cfDNA" are understood to be "mental" steps that an individual performs in evaluating/interpreting gathered data/information.

Applicants respectfully submit that claim 1 is not directed to an abstract idea at Step 2A for the following two reasons. First, the alleged abstract idea ("using…", counting…", "identifying…", and "calculating") is not similar to any abstract idea that the courts have identified.

The Office Action appears to assert that any method for ("using…", counting…", "identifying…", and "calculating" is abstract no matter how specific the claims may be. However, making such a broad comparison is directly contrary to the Supreme Court's warning in *Mayo v. Prometheus,* and reiterated in *Alice,* that "all inventions ... embody, use, reflect, rest upon, or apply laws of nature, natural phenomena, or abstract ideas," and that courts should "tread carefully in construing this exclusionary principle lest it swallow all of patent law." *Alice* at 2352 (citing *Mayo Collaborative Services v. Prometheus Laboratories, Inc.,* 566 U.S. 66 (2012).

Unlike generic claims that the Federal Circuit has found to be directed to an abstract idea, the claim 1 recites specific and unconventional steps including mapping a plurality of the sequence reads to polymorphic sites in a reference genome to obtain a plurality of mapped sequence tags, quantifying sequence tags aligned to allelic sequences to obtain a quantitative value; identifying a plurality of informative SNPs from the number of sequence tags, and calculating a fraction of fetal cfDNA from the quantitative values. New claim 22 recites specific and unconventional steps including providing digital sequence information comprising sequence reads obtained from massively parallel sequencing of a plurality of amplified polymorphic target nucleic acids from a mixture of fetal and maternal cfDNA, mapping a plurality of the sequence reads to polymorphic sites in a reference genome to obtain a plurality of mapped sequence tags, (for each of polymorphic site, the steps of:) quantifying mapped sequence tags that map to a first allele of the polymorphic site to obtain a quantitative value for the first allele; quantifying mapped sequence tags that map to a second allele of the polymorphic site to obtain a quantitative value for the second allele; determining a parameter from the quantitative value for the first allele and the quantitative value

for the second allele; comparing the parameter to one or more cutoff values associated with the relative abundance of fetal cfDNA in the maternal sample; and classifying the polymorphic site as an (i) informative SNP or a (ii) non-informative SNP, based on the comparison of the parameter to the one or more cutoff values; and determining the relative abundance of fetal cfDNA in the maternal blood sample based on the parameter obtained in step (c) for each of a plurality of informative SNPs.

That is, the claims read on only the specific methods that they recite and are not open-ended comparisons. Second, the asserted abstract idea is an improper overgeneralization of the claim, because claim 1 recites specific steps and features that are not merely directed to the asserted abstract idea. See *McRO, Inc. dba Planet Blue v. Bandai Namco Games America Inc.*, 837 F.3d 1299 (Fed. Cir. 2016) (holding that a claim shall be considered as a whole and shall not be overgeneralized or simplified into its "gist" or core principles). For example, claim 1 recites "(a) isolating said mixture of cfDNA from said sample; (b) amplifying a plurality of predetermined polymorphic target nucleic acids in said mixture, wherein each of said predetermined polymorphic target nucleic acids comprises at least one single nucleotide polymorphism (SNP); (c) preparing a sequencing library using at least a portion of the amplified product obtained in step (b); (d) performing massively parallel sequencing of at least a portion of said library obtained in step (c) to provide a plurality of polymorphic sequence reads." Thus, Applicants respectfully submit that claim 1 is directed to sequencing test sample nucleic acid from a pregnant female and determining the presence and abundance of fetal polymorphisms based on a specific process of mapping the sequences of said plurality of sequence tags to the sequences of multiple reference polymorphisms, to identify sequence tags mapped to each of said multiple reference polymorphisms. Therefore, claim 1 is sufficiently specific, because it recites concrete active steps and is not merely directed to an abstract idea.

Because claims 1 and 22 are not directed to an abstract idea, Applicants respectfully submit that the claims are patent eligible at Step 2A.

New claim 17 also is not directed to an abstract idea. The following table compares claim 17 to sample claim 1 from example 29 provided by the USPTO guidance in May 2016 ("Subject Matter Eligibility Examples: Life Sciences"):

| Claim 17 | USPTO Example claim 29 |
|---|---|
| 17. A method comprising: | 1. A method of detecting JUL-1 in a patient, said method comprising: |
| (a) obtaining a plasma sample from a human patient; and | a. obtaining a plasma sample from a human patient; and |
| (b) detecting whether fetal cell-free DNA (cfDNA) is present in the plasma sample | b. detecting whether JUL-1 is present in the plasma sample |
| by contacting nucleic acids from the plasma sample with primers configured to amplify polymorphic target nucleic acids and | by contacting the plasma sample with an anti-JUL-1 antibody and |
| detecting binding between fetal cfDNA and the primers. | detecting binding between JUL-1 and the antibody. |

The steps recited in both instant claim 17 and USPTO example claim 29 do not recite or describe any recognized exception. See, e.g., Mayo Collaborative Svcs. v. Prometheus Labs., 566 U.S. __, 132 S. Ct. 1289, 1297 (2012) (recited steps of administering a drug to a patient and determining the resultant level of 6-thioguanine in the patient "are not themselves natural laws"). Accordingly, claim 17 is not directed to an exception (Step 2A: NO), and is eligible.

Analysis under Step 2B

In the event that the Office disagrees with applicant's analysis of the claims under Step 2A, when analyzed under Step 2B, the claims also meet the requirements of 35 U.S.C. § 101.

For example, the claims recite additional elements and a combination of additional elements that were not well-understood, routine, and conventional activity at the time when this application was filed.

As explained in the USPTO' s *Memorandum – Revising 101 Eligibility Procedure in view of Berkheimer v. HP, Inc.* issued on April 19, 2018 (the "Memorandum"), an additional element (or combination of elements) is not well-understood, routine, and conventional unless the Office

**AMENDMENT AND RESPONSE UNDER 37 CFR § 1.113**  **Page 11**
Serial Number: 15/299,335                                                          Dkt: IP-0716B-US
Filing Date: October 20, 2016

finds supporting evidence. Under *Berkheimer v. HP Inc.,* 881 F.3d 1360 (Fed. Cir. 2018), the burden is on the Office to establish that an additional element (or combination of elements) in a claim is well-understood, routine, and conventional. Applicants respectfully submit that in the present application the Office has not provided sufficient supporting evidence to show that the additional elements beyond the asserted abstract idea were well-understood, routine, and conventional at the time when this application was filed.

Instead of providing such evidence, the Office points to Fan et al., alleging that this reference provides evidence that "massively parallel sequencing a mixture of maternal and fetal cfDNA molecules" to be well-understood, routine or conventional (Office Action, page 10). However, as explained in *Berkheimer,* "the mere fact that something is disclosed in a piece of prior art, for example, does not mean it was well-understood, routine, and conventional" (881 F .3d 1360, 1369).

As explained in the USPTO's Memorandum, this assertion is insufficient for a Step 2B finding, given the specific additional elements of the claimed invention. That is, claim 1 recites "performing massively parallel sequencing of at least a portion of said library obtained in step (c) to provide a plurality of polymorphic sequence reads" and subsequently recites using such sequence reads to map and identify informative polymorphic sites and thereby calculate a fraction of fetal cfDNA sequences based on a quantification of the number of sequence tags mapped to multiple reference polymorphisms. Similarly, claim 22 recites "providing […] sequence reads obtained from massively parallel sequencing of a plurality of amplified polymorphic target nucleic acids from a mixture of fetal and maternal cfDNA" and subsequently recites using such sequence reads to map and identify informative polymorphic sites and thereby calculate a fraction of fetal cfDNA sequences. As demonstrated in Example 8 in the instant application, identification of fetal polymorphisms was discovered to be a tool to determine fetal fraction of cfDNA in a maternal sample. Applicants note that calculation of fetal fraction is important for more precise measurements of chromosome representation in order to minimize false diagnoses. Similarly, it is pointed out in Example 13 of the instant specification that determination of fetal fraction is important for knowing the minimal sequencing depth for accurate detection of aneuploidies (see paragraph [0235]).

**AMENDMENT AND RESPONSE UNDER 37 CFR § 1.113**　　　　　　　　**Page 12**
Serial Number: 15/299,335　　　　　　　　　　　　　　　　　　　Dkt: IP-0716B-US
Filing Date: October 20, 2016

However, at the time of filing of the instant application in 2010, it was not routine nor conventional to perform massively parallel sequencing of cfDNA from maternal blood.  The references cited in the Office Action represent seminal discoveries by pioneers in the field of NIPT. In fact, the three references cited in the Office action serve to demonstrate that, for several years, there were only two labs <u>in the entire world</u> who had managed to successfully detect aneuploidy by massively parallel sequencing.

Rather than such a chromosomal aneuploidy determination being conventional, Applicants note that the Sequenom was the first to launch commercially a massively parallel sequencing-based test, MaterniT21. This massively parallel sequencing-based test was launched in October 2011, almost two years after the earliest filing date of the instant application (January 19, 2010). In support of this, Applicants submit herewith Exhibit A -- Agarwal et al., "Commercial Landscape of noninvasive prenatal testing in the United States," Prenat. Diagn., 2013 June, 33(6):521-53 l)("Sequenom was the first to launch its MPS-based test, MaterniT21 (now MaterniT21 Plus) for trisomy 21 in October 2011, and the test was soon expanded to detect trisomy 13, trisomy 18, and sex chromosome aneuploidies," at page 3) (See also Exhibit B, Pollack, "A Less Risky Down Syndrome Test Is Developed," The New York Times, October 17, 2011 ("The first new test, which analyzes fetal DNA in the mother's blood, is being offered in 20 major cities starting Monday by Sequenom, a biotechnology company in San Diego") (this article is available at: https://www.nytimes.com/2011/10/18/business/sequenom-test-for-down-syndrome-raises-hopes-and- questions.html).  Sequenom's commercial MPS-based test was thus not known to the public until after the present application's earliest effective priority date. Even after this launch, massively parallel sequencing-based aneuploidy determinations were not well-understood, routine, and conventional for those of skill in this field, because Sequenom was initially the sole provider in this field in October 2011. Therefore, contrary to the Office's assertions, applicant respectfully submits that sequencing circulating cell-free nucleic acid from blood of a pregnant female by a genome-wide massively parallel sequencer, especially for determining fetal aneuploidy, was not a well-understood, routine, and conventional activity to those of skill in the relevant field at the time when the present application was filed.

As the *Memorandum* makes clear, the elements of each claim have to be considered both individually and as an ordered combination.  Here, the Office has failed to establish that the

**AMENDMENT AND RESPONSE UNDER 37 CFR § 1.113**                                   **Page 13**
Serial Number: 15/299,335                                                        Dkt: IP-0716B-US
Filing Date: October 20, 2016

additional elements for identifying fetal alleles were well-understood, routine, and conventional. For example, claim 1 recites "performing massively parallel sequencing of at least a portion of said library obtained in step (c) to provide a plurality of polymorphic sequence reads" and subsequently recites using such sequence reads to map and identify informative polymorphic sites and thereby calculate a fraction of fetal cfDNA sequences based on a quantification of the number of sequence tags mapped to multiple reference polymorphisms. Similarly, claim 22 recites "providing [...] sequence reads obtained from massively parallel sequencing of a plurality of amplified polymorphic target nucleic acids from a mixture of fetal and maternal cfDNA" and subsequently recites using such sequence reads to map and identify informative polymorphic sites and thereby calculate a fraction of fetal cfDNA sequences. These additional elements, alone or in combination, have not been established as routine, well-understood, and conventional.

Furthermore, the Memorandum makes clear that the question of whether additional elements represent well-understood, routine, and conventional activity is distinct from patentability over the prior art under 35 U.S.C. §§ 102 and 103. This is because a showing that additional elements are obvious under 35 U.S.C. § 103, or even that they lack novelty under 35 U.S.C. § 102, is not by itself sufficient to establish that the additional elements are well understood, routine, conventional activities or elements to those of skill in the relevant field.

Here, these additional elements have not been established to have been routine, well-understood or conventional at the time of the invention. Instead, the claim features are not found in the prior art. That the claims recite novel and non-obvious elements is further evidence that the claimed invention cannot (as an ordered combination or individually) be well-understood, routine, and conventional. Rather, the additional elements transform the asserted judicial exception into a patent-eligible inventive concept.

For at least these reasons, the claimed methods are <u>not</u> directed to a judicial exception, Applicant respectfully requests withdrawal of the outstanding rejection under 35 U.S.C. 101.

## Rejection Under 35 U.S.C. § 112(b)

Claims 1-16 stand rejected under 35 U.S.C. § 112(b) or 35 U.S.C. § 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject

matter which the inventor regards as the invention. In particular, the Office Action alleges that the "active/positive" step of "performing amniocentesis on a pregnant female" followed by a "wherein" clause having a series of steps therein which when considered in the totality of the claimed method are vague and indefinite.

Applicants maintain that claim is not vague or indefinite. Specifically, it is clear that the steps recited in the "wherein" clause are steps that characterize the pregnant female, and are passive. Nevertheless, in an effort to expedite allowance of the instant claims, claim 1 has been amended to remove the step of "performing amniocentesis on a pregnant female" and the "wherein" clause. Applicants submit that the instant claims particularly point out and distinctly claim the subject matter of the invention, and request withdrawal of the rejection under 35 U.S.C. § 112(b) or 35 U.S.C. § 112 (pre-AIA).

## Rejections Under 35 U.S.C. § 102

Claims 1-16 stand rejected under pre-AIA 35 U.S.C. § 102(b) as being anticipated by Fan et al., "Noninvasive diagnosis of fetal aneuploidy by shotgun sequencing of DNA from maternal blood", October 21, 2008, *Proceedings from the National Academy of Sciences*, Vol. 105, No. 42, pp. 16266-16271 (hereinafter "Fan"). Specifically, the Office Action alleges that Fan teaches each of the features recited in claims 1-16.

As mentioned above in the remarks concerning the rejection under 35 U.S.C. § 112 (b), claim 1 has been amended to remove the step of "performing amniocentesis on a pregnant female." Applicants submit that Fan does not teach the features of amended claim 1. Specifically, Fan does not teach mapping and quantitation of polymorphic sequence reads to determine fetal fraction. To the contrary, Fan states, "The sequencing approach is **polymorphism-independent**" and "[w]e showed in this study the successful development of a truly universal, **polymorphism-independent** noninvasive test for fetal aneuploidy" (Fan at Abstract and at p. 16269, right column, first full paragraph, emphasis added).

Because Fan fails to teach or disclose each and every feature of the instant claims, a case of anticipation has not been established. Withdrawal of the rejection under pre-AIA 35 U.S.C. § 102(b) is respectfully requested.

**AMENDMENT AND RESPONSE UNDER 37 CFR § 1.113**                                    **Page 15**
Serial Number: 15/299,335                                                          Dkt: IP-0716B-US
Filing Date: October 20, 2016

<u>**Conclusion**</u>

The Applicants believe that the present application is now in condition for allowance and respectfully request favorable reconsideration of the application. Should anything remain in order to place the present application in condition for allowance, the Examiner is kindly invited to contact the undersigned at the telephone number listed below.

This response is being filed with a one-month extension of time. Fees for the one month extension of time are submitted herewith. The Applicants hereby authorize the Commissioner to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 50-2690. If any additional extension of time is needed for timely acceptance of papers submitted herewith, the Applicants hereby petition for such an extension under 37 C.F.R. § 1.136 and authorizes payment of any such extensions fees be charged to Deposit Account No. 50-2690.

Respectfully submitted,

Date:   13 November 2018                              /brentcmoore/
                                                      Brent C. Moore
                                                      Reg. No. 55,461

Illumina, Inc.
5200 Illumina Way
San Diego, CA 92122
Phone: 858-202-4500
Fax: 858-736-8428

# Exhibit 14

# Noninvasive diagnosis of fetal aneuploidy by shotgun sequencing DNA from maternal blood

**H. Christina Fan\*, Yair J. Blumenfeld†, Usha Chitkara†, Louanne Hudgins‡, and Stephen R. Quake\*§**

\*Department of Bioengineering, Stanford University and Howard Hughes Medical Institute, 318 Campus Drive, Clark Center, Room E300, Stanford, CA 94305; †Division of Maternal-Fetal Medicine, Department of Obstetrics and Gynecology, Stanford University, 300 Pasteur Drive, Room HH333, Stanford, CA 94305; and ‡Division of Medical Genetics, Department of Pediatrics, Stanford University, 300 Pasteur Drive, Stanford, CA 94305

Communicated by Leonard A. Herzenberg, Stanford University School of Medicine, Stanford, CA, August 22, 2008 (received for review July 13, 2008)

We directly sequenced cell-free DNA with high-throughput shotgun sequencing technology from plasma of pregnant women, obtaining, on average, 5 million sequence tags per patient sample. This enabled us to measure the over- and underrepresentation of chromosomes from an aneuploid fetus. The sequencing approach is polymorphism-independent and therefore universally applicable for the noninvasive detection of fetal aneuploidy. Using this method, we successfully identified all nine cases of trisomy 21 (Down syndrome), two cases of trisomy 18 (Edward syndrome), and one case of trisomy 13 (Patau syndrome) in a cohort of 18 normal and aneuploid pregnancies; trisomy was detected at gestational ages as early as the 14th week. Direct sequencing also allowed us to study the characteristics of cell-free plasma DNA, and we found evidence that this DNA is enriched for sequences from nucleosomes.

fetal DNA | next-generation sequencing | noninvasive prenatal diagnosis | Down syndrome | trisomy

**F**etal aneuploidy and other chromosomal aberrations affect 9 of 1,000 live births (1). The gold standard for diagnosing chromosomal abnormalities is karyotyping of fetal cells obtained via invasive procedures such as chorionic villus sampling and amniocentesis. These procedures impose small but potentially significant risks to both the fetus and the mother (2). Noninvasive screening of fetal aneuploidy using maternal serum markers and ultrasound are available but have limited reliability (3–5). There is therefore a desire to develop noninvasive genetic tests for fetal chromosomal abnormalities.

Since the discovery of intact fetal cells in maternal blood, there has been intense interest in trying to use them as a diagnostic window into fetal genetics (6–9). Although this has not yet moved into practical application (10), the later discovery that significant amounts of cell-free fetal nucleic acids also exist in maternal circulation has led to the development of new noninvasive prenatal genetic tests for a variety of traits (11, 12). However, measuring aneuploidy remains challenging because of the high background of maternal DNA; fetal DNA often constitutes <10% of total DNA in maternal cell-free plasma (13). Recently developed methods for aneuploidy detection focus on allelic variation between the mother and the fetus. Lo *et al.* (14) demonstrated that allelic ratios of placental-specific mRNA in maternal plasma could be used to detect trisomy 21 (T21) in certain populations. Similarly, they also showed the use of allelic ratios of imprinted genes in maternal plasma DNA to diagnose trisomy 18 (T18) (15). Dhallan *et al.* (16) used fetal-specific alleles in maternal plasma DNA to detect trisomy 21. However, these methods are limited to specific populations because they depend on the presence of genetic polymorphisms at specific loci. We and others argued that it should be possible, in principle, to use digital PCR to create a universal, polymorphism-independent test for fetal aneuploidy by using maternal plasma DNA (17–19), but because of technical challenges relating to the low fraction of fetal DNA, such a test has not yet been practically realized.

An alternative method to achieve digital quantification of DNA is direct shotgun sequencing, followed by mapping to the chromosome of origin and enumeration of fragments per chromosome. Recent advances in DNA-sequencing technology allow massively parallel sequencing (20), producing tens of millions of short sequence tags in a single run and enabling a deeper sampling than can be achieved by digital PCR. By counting the number of sequence tags mapped to each chromosome, the over- or underrepresentation of any chromosome in maternal plasma DNA contributed by an aneuploid fetus can be detected. This method does not require the differentiation of fetal versus maternal DNA, and with large enough tag counts, it can be applied to arbitrarily small fractions of fetal DNA. We demonstrate here the successful use of shotgun sequencing to detect fetal trisomy 21 (Down syndrome), trisomy 18 (Edward syndrome), and trisomy 13 (T13) (Patau syndrome) noninvasively by using cell-free fetal DNA in maternal plasma. This forms the basis of a universal, polymorphism-independent noninvasive diagnostic test for fetal aneuploidy. The sequence data also allowed us to characterize plasma DNA in unprecedented detail, suggesting that it is enriched for nucleosome-bound fragments.

## Results

**Shotgun Sequencing of Cell-Free Plasma DNA.** Cell-free plasma DNA from 18 pregnant women and a male donor, as well as whole-blood genomic DNA from the same male donor, were sequenced on the Solexa/Illumina platform. We obtained on average ≈10 million 25-bp sequence tags per sample. Approximately 50% (i.e., ≈5 million) of the reads mapped uniquely to the human genome with, at most, one mismatch against the human genome, covering ≈4% of the entire genome. An average of ≈154,000, ≈135,000, and ≈65,700 sequence tags mapped to chromosomes 13, 18, and 21, respectively. The number of sequence tags for each sample is detailed in supporting information (SI) Table S1.

We observed a nonuniform distribution of sequence tags across each chromosome. This pattern of intrachromosomal variation was common among all samples, including randomly sheared genomic DNA, indicating that the observed variation was most probably due to sequencing artifacts. We applied a sliding window of 50 kb across each chromosome and counted the number of tags falling within each window. The median count per 50-kb window for each chromosome was selected. The median of the autosomal values was used as a normalization constant to account for the differences in

Author contributions: H.C.F., Y.J.B., U.C., L.H., and S.R.Q. designed research; H.C.F. performed research; H.C.F. analyzed data; Y.J.B., U.C., and L.H. designed the IRB-approved clinical protocol and coordinated patient recruitment and enrollment; and H.C.F., Y.J.B., and S.R.Q. wrote the paper.

Conflict of interest statement: S.R.Q. is a founder, shareholder, and consultant of Fluidigm Corporation. S.R.Q. and H.C.F. have applied for a patent relating to the method described in this study. Other authors declare no conflict of interest.

Freely available online through the PNAS open access option.

Data deposition: Sequence data have been deposited at the National Center for Biotechnology Information short read archive (www.ncbi.nlm.nih.gov/Traces/sra/sra.cgi), accession no. SRA001174.

§To whom correspondence should be addressed. E-mail: quake@stanford.edu.

This article contains supporting information online at www.pnas.org/cgi/content/full/0808319105/DCSupplemental.

© 2008 by The National Academy of Sciences of the USA

Downloaded from https://www.pnas.org by 63.147.34.5 on June 4, 2026 from IP address 63.147.34.5.

Downloaded from https://www.pnas.org by 63.147.34.5 on June 4, 2026 from IP address 63.147.34.5.



A



B

**Fig. 1.** Fetal aneuploidy is detectable by the overrepresentation of the affected chromosome in maternal blood. (*A*) Sequence tag density relative to the corresponding value of genomic DNA control; chromosomes are ordered by increasing GC content. (*B*) Chromosome 21 sequence tag density relative to the median chromosome 21 sequence tag density of the normal cases. Note that the values of three disomy 21 cases overlap at 1.0. The dashed line represents the upper boundary of the 99% confidence interval constructed from all disomy 21 samples. Number of disomy 21 samples = 9. Number of trisomy 21 samples = 9.

MEDICAL SCIENCES

total number of sequence tags obtained for different samples. (From this point forward, "sequence tag density" refers to the normalized value and is used for comparing different samples and for subsequent analysis). The interchromosomal variation within each sample was also consistent among all samples (including genomic DNA control). The mean sequence tag density of each chromosome correlates with the GC content of the chromosome ($P < 10^{-9}$) (Fig. S1 *A* and *B*). The standard deviation of sequence tag density for each chromosome also correlates with the absolute degree of deviation in chromosomal GC content from the genome-wide GC content ($P < 10^{-12}$) (Fig. S1 *A* and *C*). The GC content of sequenced tags of all samples (including the genomic DNA control) was, on average, ≈10% higher than the value of the sequenced human genome (41%) (21) (Table S1), suggesting that there is a strong GC bias stemming from the sequencing process. We plotted in Fig. 1*A* the sequence tag density for each chromosome (ordered by increasing GC content) relative to the corresponding value of the genomic DNA control to remove such bias.

**Detection of Fetal Aneuploidy.** The distribution of chromosome 21 sequence tag density for all nine T21 pregnancies is clearly separated from that of pregnancies bearing disomy 21 fetuses ($P < 10^{-5}$, Student's *t* test) (Fig. 1 *A* and *B*). The coverage of chromosome 21 for T21 cases is ≈4–18% higher (average ≈11%) than that of the disomy 21 cases. Because the sequence tag density of chromosome 21 for T21 cases should be $(1 + \varepsilon/2)$ of that of disomy 21 pregnancies, where $\varepsilon$ is the fraction of total plasma DNA originating from the fetus (see *SI Appendix* for derivations), such increase in chromosome 21 coverage in T21 cases corresponds to a fetal DNA fraction of ≈8–35% (average ≈23%) (Table S1 and Fig. 2). We constructed a 99% confidence interval of the distribution of chromosome 21 sequence tag density of disomy 21 pregnancies. The values for all nine T21 cases lie outside the upper boundary of the confidence interval, and those for all nine disomy 21 cases lie below the boundary (Fig. 1*B*). If we used the upper bound of the confidence interval as a threshold value for detecting T21, the minimum fraction of fetal DNA that would be detected is ≈2%.



Downloaded from https://www.pnas.org by 63.147.34.5 on June 4, 2026 from IP address 63.147.34.5.

**Fig. 2.** Fetal DNA fraction and gestational age. The fraction of fetal DNA in maternal plasma correlates with gestational age. Fetal DNA fraction was estimated in three different ways: (*i*) from the additional amount of chromosomes 13, 18, and 21 sequences for T13, T18, and T21 cases, respectively; (*ii*) from the depletion in amount of chromosome X sequences for male cases; (*iii*) from the amount of chromosome Y sequences present for male cases. The horizontal dashed line represents the estimated minimum fetal DNA fraction required for the detection of aneuploidy. For each sample, the values of fetal DNA fraction calculated from the data of different chromosomes were averaged. There is a statistically significant correlation between the average fetal DNA fraction and gestational age ($P = 0.0051$). The dashed line represents the simple linear regression line between the average fetal DNA fraction and gestational age. The $R^2$ value represents the square of the correlation coefficient.

Plasma DNA of pregnant women carrying T18 fetuses (two cases) and a T13 fetus (one case) were also directly sequenced. Overrepresentation was observed for chromosomes 18 and 13 in T18 and T13 cases, respectively (Fig. 1*A*). Although there were not enough positive samples to measure a representative distribution, it is encouraging that all of these three positives are outliers from the distribution of disomy values. The T18 are large outliers and are clearly statistically significant ($P < 10^{-7}$), whereas the statistical significance of the single T13 case is marginal ($P < 0.05$). Fetal DNA fraction was also calculated from the overrepresented chromosome as described above (Fig. 2 and Table S1).

**Fetal DNA Fraction in Maternal Plasma.** Using digital TaqMan PCR for a single locus on chromosome 1, we estimated the average cell-free DNA concentration in the sequenced maternal plasma samples to be ≈360 cell equivalents per milliliter of plasma (range: 57–761 cell equivalents per milliliter of plasma) (Table S1), in rough accordance with previously reported values (13). The cohort included 12 male pregnancies (6 normal cases, 4 T21 cases, 1 T18 case, and 1 T13 case) and 6 female pregnancies (5 T21 cases and 1 T18 case). DYS14, a multicopy locus on chromosome Y, was detectable in maternal plasma by real-time PCR in all these pregnancies but not in any of the female pregnancies (data not shown). The fraction of fetal DNA in maternal cell-free plasma DNA is usually determined by comparing the amount of fetal-specific locus (such as the SRY locus on chromosome Y in male pregnancies) to that of a locus on any autosome that is common to both the mother and the fetus by using quantitative real-time PCR (13, 22, 23). We applied a similar duplex assay on a digital PCR platform (see *Materials and Methods*) to compare the counts of the SRY locus and a locus on chromosome 1 in male pregnancies. SRY locus was not detectable in any plasma DNA samples from female pregnancies. We found with digital PCR that for the majority samples, fetal DNA constituted ≤10% of total DNA in maternal plasma (Table S1), agreeing with previously reported values (13).

The percentage of fetal DNA among total cell-free DNA in maternal plasma can also be calculated from the density of se-

quence tags of the sex chromosomes for male pregnancies. By comparing the sequence tag density of chromosome Y of plasma DNA from male pregnancies to that of adult male plasma DNA, we estimated fetal DNA percentage to be, on average, ≈19% (range: 4–44%) for all male pregnancies (Table S1 and Fig. 2). Because human males have one fewer chromosome X than human females, the sequence tag density of chromosome X in male pregnancies should be $(1 - \varepsilon/2)$ of that of female pregnancies, where $\varepsilon$ is fetal DNA fraction (see *SI Appendix* for derivation). We indeed observed underrepresentation of chromosome X in male pregnancies as compared with that of female pregnancies (Fig. S2). Based on the data from chromosome X, we estimated fetal DNA percentage to be, on average, ≈19% (range: 8–40%) for all male pregnancies (Table S1 and Fig. 2). The fetal DNA percentage estimated from chromosomes X and Y for each male pregnancy sample correlated with each other ($P = 0.0015$) (Fig. S3).

We plotted in Fig. 2 the fetal DNA fraction calculated from the overrepresentation of trisomic chromosome in aneuploid pregnancies and the underrepresentation of chromosome X and the presence of chromosome Y for male pregnancies against gestational age. The average fetal DNA fraction for each sample correlates with gestational age ($P = 0.0051$), a trend that is also previously reported (13).

**Size Distribution of Cell-Free Plasma DNA.** We analyzed the sequencing libraries with a commercial lab-on-a-chip capillary electrophoresis system. There is a striking consistency in the peak fragment size, as well as the distribution around the peak, for all plasma DNA samples, including those from pregnant women and male donor. The peak fragment size was, on average, 261 bp (range: 256–264 bp) (Fig. S4). Subtracting the total length of the Solexa adaptors (92 bp) from 261 bp gives 169 bp as the actual peak fragment size. This size corresponds to the length of DNA wrapped in a chromatosome, which is a nucleosome bound to a H1 histone (24). Because the library preparation includes an 18-cycle PCR, there are concerns that the distribution might be biased. To verify that the size distribution observed in the electropherograms is not an artifact of PCR, we also sequenced cell-free plasma DNA from a pregnant woman carrying a male fetus by using the 454 platform. The sample preparation for this system uses emulsion PCR, which does not require competitive amplification of the sequencing libraries and creates product that is largely independent of the amplification efficiency. The size distribution of the reads mapped to unique locations of the human genome resembled those of the Solexa sequencing libraries, with a predominant peak at 176 bp, after subtracting the length of 454 universal adaptors (Fig. 3 and Fig. S5). These findings suggest that the majority of cell-free DNA in the plasma is derived from apoptotic cells, in accordance with previous findings (22, 23, 25, 26).

Of particular interest is the size distribution of maternal and fetal DNA in maternal cell-free plasma. Two groups have previously shown that the majority of fetal DNA has size range of that of mononucleosome (<200–300 bp), whereas maternal DNA is longer (22, 23). Because 454 sequencing has a targeted read length of 250 bp, we interpreted the small peak at ≈250 bp (Fig. 3 and Fig. S5) as the instrumentation limit from sequencing higher-molecular-mass fragments. We plotted the distribution of all reads and those mapped to Y chromosome (Fig. 3). We observed a slight depletion of Y-chromosome reads in the higher end of the distribution. Reads <220 bp constitute 94% of Y-chromosome and 87% of the total reads. Our results are not in complete agreement with previous findings in that we do not see as dramatic an enrichment of fetal DNA at short lengths (22, 23). Future studies will be needed to resolve this point and to eliminate any potential residual bias in the 454 sample preparation process, but it is worth noting that the ability to sequence single plasma samples permits one to measure the distribution in length enrichments across many individual

Downloaded from https://www.pnas.org by 63.147.34.5 on June 4, 2026 from IP address 63.147.34.5.



**Fig. 3.** Size distribution of maternal and fetal DNA in maternal plasma. A histogram showing the size distribution of total and chromosome Y-specific fragments obtained from 454 sequencing of maternal plasma DNA from a normal male pregnancy is presented. The distribution is normalized to sum to 1. The numbers of total reads and reads mapped to the Y chromosome are 144,992 and 178, respectively. (*Inset*) Cumulative fetal DNA fraction as a function of sequenced fragment size. The error bars correspond to the standard error of the fraction estimated, assuming that the error of the counts of sequenced fragments follow Poisson statistics.

patients rather than measuring the average length enrichment of pooled patient samples.

**Cell-Free Plasma DNA Shares Features of Nucleosomal DNA.** Because our observations of the size distribution of cell-free plasma DNA suggested that plasma DNA is mainly apoptotic in origin, we investigated whether features of nucleosomal DNA and positioning are found in plasma DNA. One such feature is nucleosome positioning around transcription start sites. Experimental data from yeast and human have suggested that nucleosomes are depleted in promoters upstream of transcription start sites, and nucleosomes are well positioned near transcription start sites (27–30). We applied a 5-bp window spanning ±1,000 bp of transcription start sites of all RefSeq genes and counted the number of tags mapping to the sense and antisense strands within each window. A peak in the sense strand represents the beginning of a nucleosome, whereas a peak in the antisense strand represents the end. After smoothing,

we saw that for most plasma DNA samples, at least three well positioned nucleosomes downstream of transcription start sites could be detected, and in some cases, up to five well positioned nucleosomes could be detected, in rough accordance with the results of Schones *et al.* (27) (Fig. 4 and Fig. S6). We applied the same analysis on sequence tags of randomly sheared genomic DNA and observed no obvious pattern in tag localization, although the density of tags was higher at the transcription start site (Fig. 4).

## Discussion

Noninvasive prenatal diagnosis of aneuploidy has been a challenging problem because fetal DNA constitutes a small percentage of total DNA in maternal blood (13), and intact fetal cells are even rarer (6, 7, 9, 31, 32). We showed in this study the successful development of a truly universal, polymorphism-independent noninvasive test for fetal aneuploidy. By directly sequencing maternal plasma DNA, we could detect fetal trisomy 21 as early as the 14th week of gestation. The use of cell-free DNA instead of intact cells allows one to avoid complexities associated with microchimerism and foreign cells that might have colonized the mother; these cells occur at such low numbers that their contribution to the cell-free DNA is negligible (33, 34). Furthermore, there is evidence that cell-free fetal DNA clears from the blood to undetectable levels within a few hours of delivery and therefore is not carried forward from one pregnancy to the next (35–37).

Rare forms of aneuploidy caused by unbalanced translocations and partial duplication of a chromosome are, in principle, detectable by the approach of shotgun sequencing, because the density of sequence tags in the triplicated region of the chromosome would be higher than the rest of the chromosome. Detecting incomplete aneuploidy caused by mosaicism is also possible in principle but may be more challenging, because it depends not only on the concentration of fetal DNA in maternal plasma but also the degree of fetal mosaicism. Further studies are required to determine the effectiveness of shotgun sequencing in detecting these rare forms of aneuploidy.

An advantage of using direct sequencing to measure aneuploidy noninvasively is that it is able to make full use of the sample, whereas PCR-based methods analyze only a few targeted sequences. In this study, we obtained on average 5 million reads per sample in a single run, of which ≈66,000 mapped to chromosome 21. Because those 5 million reads represent only a portion of one human genome, in principle less than one genomic equivalent of DNA is sufficient for the detection of aneuploidy by using direct



**Fig. 4.** Distribution of sequence tags around transcription start sites (TSS) of ReSeq genes on all autosomes and chromosome X from plasma DNA sample of a normal male pregnancy (*Upper*) and randomly sheared genomic DNA control (*Lower*). The number of tags within each 5-bp window was counted within ±1,000-bp region around each TSS, taking into account the strand to which each sequence tag mapped. The counts from all transcription start sites for each 5-bp window were summed and normalized to the median count among the 400 windows. A moving average was used to smooth the data. A peak in the sense strand represents the beginning of a nucleosome, whereas a peak in the antisense strand represents the end of a nucleosome. In the plasma DNA sample shown here, five well positioned nucleosomes are observed downstream of transcription start sites and are represented as gray ovals. The number within each oval represents the distance in base pairs between adjacent peaks in the sense and antisense strands, corresponding to the size of the inferred nucleosome. No obvious pattern is observed for the genomic DNA control.

MEDICAL SCIENCES

Fan *et al.*

Downloaded from https://www.pnas.org by 63.147.34.5 on June 4, 2026 from IP address 63.147.34.5.

sequencing. In practice, a larger amount of DNA was used because there is sample loss during sequencing library preparation, but it may be possible to further reduce the amount of blood required for analysis.

We observed that certain chromosomes have large variations in the counts of sequenced fragments from sample to sample, and that this depends strongly on the GC content (Fig. S1 *A*–*C*). It is unclear at this point whether this stems from PCR artifacts during sequencing library preparation or cluster generation or the sequencing process itself or whether it is a true biological effect relating to chromatin structure. We strongly suspect that it is an artifact because we also observe GC bias on genomic DNA control, and such bias on the Solexa sequencing platform has recently been reported (38, 39). It has a practical consequence because the sensitivity to aneuploidy detection will vary from chromosome to chromosome; fortunately the most common human aneuploidies (such as 13, 18, and 21) have low variation and therefore high detection sensitivity. Both this problem and the sample-volume limitations may possibly be resolved by the use of single-molecule sequencing technologies, which do not require the use of PCR for library preparation (40).

Plasma DNA samples used in this study were obtained ≈15–30 min after amniocentesis or chorionic villus sampling. Because these invasive procedures disrupt the interface between the placenta and maternal circulation, there have been discussions whether the amount of fetal DNA in maternal blood might increase after invasive procedures. Neither of the studies to date have observed a significant effect (41, 42). Our results support this conclusion, because using the digital PCR assay, we estimated that fetal DNA constituted ≤10% of total cell-free DNA in the majority of our maternal plasma samples. This is within the range of previously reported values in maternal plasma samples obtained before invasive procedures (13). It would be valuable to have a direct measurement addressing this point in a future study.

The average fetal DNA fraction estimated from sequencing data of sex chromosomes are higher than the values estimated from digital PCR data by an average factor of two ($P < 0.005$, paired $t$ test on all male pregnancies that have complete set of data). One possible explanation for this is that the PCR step during Solexa library preparation preferentially amplifies shorter fragments, which others have found to be enriched for fetal DNA (22, 23). Our own measurements of length distribution on one sample do not support this explanation, but we also cannot reject it at this point. It should also be pointed out that using the sequence tags, we find some variation of fetal fraction even in the same sample depending on which chromosome we use to make the calculation (Fig. 2, Fig. S3 and Table S1). This is most likely because of artifacts and errors in the sequencing and mapping processes, which are substantial—recall that only half of the sequence tags map to the human genome with one error or less. Finally, it is also possible that the PCR measurements are biased because they are only sampling a tiny fraction of the fetal genome. These discrepancies will be sorted out in future studies as sequencing reliability improves, and our results show that they do not materially affect the ability to determine fetal aneuploidy.

Our sequencing data suggest that the majority of cell-free plasma DNA is of apoptotic origin and shares features of nucleosomal DNA. Because nucleosome occupancy throughout the eukaryotic genome is not necessarily uniform and depends on factors such as function, expression, or sequence of the region (30, 43), the representation of sequences from different loci in cell-free maternal plasma may not be equal, as one usually expects in genomic DNA extracted from intact cells. Thus, the quantity of a particular locus may not be representative of the quantity of the entire chromosome, and care must be taken when one designs assays for measuring gene dosage in cell-free maternal plasma DNA that target only a few loci.

Historically, because of risks associated with chorionic villus sampling and amniocentesis, invasive diagnosis of fetal aneuploidy was primarily offered to women who were considered at risk of carrying an aneuploid fetus based on evaluation of risk factors such as maternal age, levels of serum markers, and ultrasonographic findings. Recently, an American College of Obstetricians and Gynecologists Practice Bulletin recommended that "invasive diagnostic testing for aneuploidy should be available to all women, regardless of maternal age" and that "pretest counseling should include a discussion of the risks and benefits of invasive testing compared with screening tests" (2). A noninvasive genetic test based on the results described here and in future large-scale studies would presumably carry the best of both worlds: minimal risk to the fetus while providing true genetic information. The costs of the assay are already fairly low; the sequencing cost per sample is approximately $700, and the cost of sequencing is expected to continue to drop dramatically in the near future.

In conclusion, we demonstrated the use of massively parallel sequencing to detect fetal aneuploidy noninvasively with maternal cell-free plasma DNA. Shotgun sequencing can potentially reveal many more previously unknown features of cell-free nucleic acids such as plasma mRNA distributions, as well as epigenetic features of plasma DNA such as DNA methylation and histone modification, in fields including perinatology, oncology, and transplantation, thereby improving our understanding of the basic biology of pregnancy, early human development, and disease.

## Materials and Methods

**Subject Enrollment.** The study was approved by the Institutional Review Board of Stanford University. Pregnant women at risk for fetal aneuploidy were recruited at the Lucile Packard Children's Hospital Perinatal Diagnostic Center of Stanford University during the period of April 2007 to May 2008. Informed consent was obtained from each participant before the blood draw. Blood was collected 15–30 min after amniocentesis or chorionic villus sampling except for one sample that was collected during the third trimester. Karyotype analysis was performed via amniocentesis or chorionic villus sampling to confirm fetal karyotype. Nine T21, 2 T18, 1 T13, and 6 normal singleton pregnancies were included in this study. The gestational age of the subjects at the time of blood draw ranged from 10 to 35 weeks (Table S1). A blood sample from a male donor was obtained from the Stanford Blood Center.

**Sample Processing and DNA Quantification.** Seven to 15 ml of peripheral blood drawn from each subject and donor was collected in EDTA tubes. Blood was centrifuged at 1,600 × *g* for 10 min. Plasma was transferred to microcentrifuge tubes and centrifuged at 16,000 × *g* for 10 min to remove residual cells. The two centrifugation steps were performed within 24 h after blood collection. Cell-free plasma was stored at −80°C until further processing and was frozen and thawed only once before DNA extraction. DNA was extracted from cell-free plasma by using the QIAamp DNA Micro kit (Qiagen) or the NucleoSpin Plasma kit (Macherey–Nagel) according to the manufacturers' instructions. Genomic DNA was extracted from 200 μl of whole blood of the donors by using the QIAamp DNA Blood Mini kit (Qiagen). Microfluidic digital PCR (Fluidigm) was used to quantify the amount of total and fetal DNA by using TaqMan assays targeting at the EIF2C1 locus on chromosome 1 (forward: 5′-GTTCGGCTTTCACCAGTCT-3′; reverse: 5′-CTCCATAGCTCTCCCCACTC-3′; probe: 5′-HEX-CGCCCTGCCATGTGGAA-GAT-BHQ1–3′; amplicon size: 81 bp) and the SRY locus on chromosome Y (forward: 5′-CGCTTAACATAGCAGAAGCA-3′; reverse: 5′-AGTTTCGAACTCTGG-CACCT-3′; probe: 5′-FAM-TGTCGCACTCTCCTTGTTTTTGACA-BHQ1–3′; amplicon size: 84 bp), respectively. A TaqMan assay targeted at DYS14 (forward: 5′-ATCGTCCATTTCCAGAATCA-3′; reverse: 5′-GTTGACAGCCGTGGAATC-3′; probe: 5′-FAM-TGCCACAGACTGAACTGAATGATTTTC-BHQ1–3′; amplicon size: 84 bp); a multicopy locus on chromosome Y was used for the initial determination of fetal sex from cell-free plasma DNA with traditional real-time PCR. PCR reactions were performed with 1× iQ Supermix (Bio-Rad), 0.1% Tween-20 (microfluidic digital PCR only), 300 nM primers, and 150 nM probes. The PCR thermal cycling protocol was 95°C for 10 min, followed by 40 cycles of 95°C for 15 s and 60°C for 1 min. Primers and probes were purchased form IDT.

**Sequencing.** A total of 19 cell-free plasma DNA samples, including 18 from pregnant women and 1 from a male blood donor, and genomic DNA sample from whole blood of the same male donor, were sequenced on the Solexa/Illumina platform. ≈1–8 ng of DNA fragments extracted from 1.3–3.2 ml of cell-free plasma was used for sequencing library preparation (Table S1). Library preparation was carried out according to the manufacturer's protocol with slight mod-

Downloaded from https://www.pnas.org by 63.147.34.5 on June 4, 2026 from IP address 63.147.34.5.

ifications. Because cell-free plasma DNA was fragmented in nature, no further fragmentation by nebulization or sonication was done on plasma DNA samples. Genomic DNA from male donor's whole blood was sonicated (Misonix XL-2020) (24 cycles of 30-s sonication and 90-s pause), yielding fragments with size between 50 and 400 bp, with a peak at 150 bp. Approximately 2 ng of the sonicated genomic DNA was used for library preparation. Briefly, DNA samples were blunt-ended and ligated to universal adaptors. The amount of adaptors used for ligation was 500 times less than that written on the manufacturer's protocol. Eighteen cycles of PCR were performed to enrich for fragments with adaptors by using primers complementary to the adaptors. The size distributions of the sequencing libraries were analyzed with a DNA 1000 kit on the 2100 Bioanalyzer (Agilent) and quantified with microfluidic digital PCR (Fluidigm). The libraries were then sequenced by using the Solexa 1G Genome Analyzer according to the manufacturer's instructions.

Cell-free plasma DNA from a pregnant woman carrying a normal male fetus was also sequenced on the 454/Roche platform. Fragments of DNA extracted from 5.6 ml of cell-free plasma (equivalent to $\approx$4.9 ng of DNA) were used for sequencing library preparation. The sequencing library was prepared according to the manufacturer's protocol, except that no nebulization was performed on the sample, and quantification was done with microfluidic digital PCR instead of capillary electrophoresis. The library was then sequenced on the 454 Genome Sequencer FLX System according to the manufacturer's instructions.

**Data Analysis.** *Shotgun sequence analysis.* Solexa sequencing produced 36- to 50-bp reads. The first 25 bp of each read was mapped to the human genome build 36 (hg18) by using ELAND from the Solexa data analysis pipeline. The reads that were uniquely mapped to the human genome having, at most, one mismatch were retained for analysis. To compare the coverage of the different chromosomes, a sliding window of 50 kb was applied across each chromosome, except in regions of assembly gaps and microsatellites, and the number of sequence tags falling within each window was counted, and the median value was chosen to be the representative of the chromosome. Because the total number of sequence tags for each sample was different, for each sample, we normalized the sequence tag density of each chromosome (except chromosome Y) to the median sequence tag density among autosomes. The normalized values were used for comparison among samples in subsequent analysis. We estimated fetal DNA fraction from chromosome 21 for T21 cases, chromosome 18 from T18 cases, chromosome 13 from T13 case, and chromosomes X and Y for male pregnancies. For chromosome 21,18, and 13, the fetal

DNA fraction was estimated as $2 \times (x - 1)$, where $x$ was the ratio of the overrepresented chromosome sequence tag density of each trisomy case to the median chromosome sequence tag density of the all disomy cases. For chromosome X, fetal DNA was estimated as $2 \times (1\text{-}x)$, where $x$ was the ratio of chromosome X sequence tag density of each male pregnancy to the median chromosome X sequence tag density of all female pregnancies. For chromosome Y, fetal DNA fraction was estimated as the ratio of chromosome Y sequence tag density of each male pregnancy to that of male donor plasma DNA. Because a small number of chromosome Y sequences were detected in female pregnancies, we considered only sequence tags falling within transcribed regions on chromosome Y and subtracted the median number of tags in female pregnancies from all samples; this amounted to a correction of a few percent. The width of 99% confidence intervals was calculated for all disomy 21 pregnancies as $t \times s/\sqrt{N}$, where $N$ is the number of disomy 21 pregnancies, $t$ is the $t$ statistic corresponding to $\alpha = 0.005$ with degree of freedom equal to $N - 1$, and $s$ is the standard deviation. To investigate the distribution of sequence tags around transcription start sites, a sliding window of 5 bp was applied from $-1,000$ bp to $+1,000$ bp of transcription start sites of all RefSeq genes on all chromosomes except chromosome Y. The number of sequence tags mapped to the sense and antisense strands within each window was counted. A moving average with a window of 10 data points was used to smooth the data. All analyses were done with Matlab.

For the 454/Roche data, reads were aligned to the human genome build 36 (hg18) by using the 454 Reference Mapper. Reads having an accuracy of $\geq$90% and coverage (i.e., fraction of read mapped) $\geq$90% were retained for analysis. To study the size distribution of total and fetal DNA, the number of retained reads falling within each 10-bp window between 50 and 330 bp was counted.

*Genome data retrieval.* Information regarding GC content, location of transcription start sites of RefSeq genes, location of assembly gaps, and microsatellites were obtained from the University of California, Santa Cruz (UCSC) Genome Browser.

**ACKNOWLEDGMENTS.** We thank the Division of Perinatal Genetics and the General Clinical Research Center of Stanford University for patient recruitment and enrollment; Joseph Derisi, Arend Sidow, Clement Chu, Guang Shi, Norma Neff, and Richard White III for assistance in carrying out sequencing runs; and Kael Fisher and Nick Ingolia for assistance in Solexa pipeline analysis. This work was supported by the Wallace H. Coulter Foundation and the National Institute of Health Director's Pioneer Award. H.C.F. was supported by a Stanford Graduate Fellowship.

1. Cunningham F, *et al.* (2002) in *Williams Obstetrics* (McGraw–Hill, New York), p 942.
2. ACOG Practice Bulletin No. 88 (2007) Invasive prenatal testing for aneuploidy. *Obstet Gynecol* 110:1459–1467.
3. Wapner R, *et al.* (2003) First-trimester screening for trisomies 21 and 18. *N Engl J Med* 349:1405–1413.
4. Alfirevic Z, Neilson JP (2004) Antenatal screening for Down's syndrome. *Br Med J* 329:811–812.
5. Malone FD, *et al.* (2005) First-trimester or second-trimester screening, or both, for Down's syndrome. *N Engl J Med* 353:2001–2011.
6. Herzenberg LA, *et al.* (1979) Fetal cells in the blood of pregnant women: Detection and enrichment by fluorescence-activated cell sorting. *Proc Natl Acad Sci USA* 76:1453–1455.
7. Bianchi DW, *et al.* (1990) Isolation of fetal DNA from nucleated erythrocytes in maternal blood. *Proc Natl Acad Sci USA* 87:3279–3283.
8. Cheung MC, Goldberg JD, Kan YW (1996) Prenatal diagnosis of sickle cell anaemia and thalassaemia by analysis of fetal cells in maternal blood. *Nat Genet* 14:264–268.
9. Bianchi DW, *et al.* (1997) PCR quantitation of fetal cells in maternal blood in normal and aneuploid pregnancies. *Am J Hum Genet* 61:822–829.
10. Bianchi DW, *et al.* (2002) Fetal gender and aneuploidy detection using fetal cells in maternal blood: Analysis of NIFTY I data. National Institute of Child Health and Development Fetal Cell Isolation Study. *Prenat Diagn* 22:609–615.
11. Lo YM, *et al.* (1997) Presence of fetal DNA in maternal plasma and serum. *Lancet* 350:485–487.
12. Dennis Lo YM, Chiu RW (2007) Prenatal diagnosis: progress through plasma nucleic acids. *Nat Rev Genet* 8:71–77.
13. Lo YM, *et al.* (1998) Quantitative analysis of fetal DNA in maternal plasma and serum: Implications for noninvasive prenatal diagnosis. *Am J Hum Genet* 62:768–775.
14. Lo YM, *et al.* (2007) Plasma placental RNA allelic ratio permits noninvasive prenatal chromosomal aneuploidy detection. *Nat Med* 13:218–223.
15. Tong YK, *et al.* (2006) Noninvasive prenatal detection of fetal trisomy 18 by epigenetic allelic ratio analysis in maternal plasma: Theoretical and empirical considerations. *Clin Chem* 52:2194–2202.
16. Dhallan R, *et al.* (2007) A non-invasive test for prenatal diagnosis based on fetal DNA present in maternal blood: a preliminary study. *Lancet* 369:474–481.
17. Fan HC, Quake SR (2007) Detection of aneuploidy with digital polymerase chain reaction. *Anal Chem* 79:7576–7579.
18. Lo YM, *et al.* (2007) Digital PCR for the molecular detection of fetal chromosomal aneuploidy. *Proc Natl Acad Sci USA* 104:13116–13121.
19. Quake SR, Fan HC (2006) Non-invasive fetal genetic screening by digital analysis. US Provisional Patent Application No. 60/764:420.
20. Mardis ER (2008) Next-Generation DNA Sequencing Methods. *Annu Rev Genomics Hum Genet* 9:387–402.
21. Lander ES, *et al.* (2001) Initial sequencing and analysis of the human genome. *Nature* 409:860–921.
22. Chan KC, *et al.* (2004) Size distributions of maternal and fetal DNA in maternal plasma. *Clin Chem* 50:88–92.
23. Li Y, *et al.* (2004) Size separation of circulatory DNA in maternal plasma permits ready detection of fetal DNA polymorphisms. *Clin Chem* 50:1002–1011.
24. Cooper G, Hausman R (2007) in *The Cell: A Molecular Approach* (Sinauer, Sunderland, MA), p 168.
25. Jahr S, *et al.* (2001) DNA fragments in the blood plasma of cancer patients: Quantitations and evidence for their origin from apoptotic and necrotic cells. *Cancer Res* 61:1659–1665.
26. Giacona MB, *et al.* (1998) Cell-free DNA in human blood plasma: Length measurements in patients with pancreatic cancer and healthy controls. *Pancreas* 17:89–97.
27. Schones DE, *et al.* (2008) Dynamic regulation of nucleosome positioning in the human genome. *Cell* 132:887–898.
28. Ozsolak F, Song JS, Liu XS, Fisher DE (2007) High-throughput mapping of the chromatin structure of human promoters. *Nat Biotechnol* 25:244–248.
29. Yuan GC, *et al.* (2005) Genome-scale identification of nucleosome positions in *S. cerevisiae*. *Science* 309:626–630.
30. Lee W, *et al.* (2007) A high-resolution atlas of nucleosome occupancy in yeast. *Nat Genet* 39:1235–1244.
31. Sohda S, *et al.* (1997) The proportion of fetal nucleated red blood cells in maternal blood: estimation by FACS analysis. *Prenat Diagn* 17:743–752.
32. Hamada H, *et al.* (1993) Fetal nucleated cells in maternal peripheral blood: frequency and relationship to gestational age. *Hum Genet* 91:427–432.
33. Nelson JL (2008) Your cells are my cells. *Sci Am* 298(2):64–71.
34. Khosrotehrani K, Bianchi DW (2003) Fetal cell microchimerism: Helpful or harmful to the parous woman? *Curr Opin Obstet Gynecol* 15:195–199.
35. Lo YM, *et al.* (1999) Rapid clearance of fetal DNA from maternal plasma. *Am J Hum Genet* 64:218–224.
36. Smid M, *et al.* (2003) No evidence of fetal DNA persistence in maternal plasma after pregnancy. *Hum Genet* 112:617–618.
37. Rijnders RJ, Christiaens GC, Soussan AA, van der Schoot CE (2004) Cell-free fetal DNA is not present in plasma of nonpregnant mothers. *Clin Chem* 50:679–681 and author reply, p 681.
38. Hillier LW, *et al.* (2008) Whole-genome sequencing and variant discovery in *C. elegans*. *Nat Methods* 5:183–188.
39. Dohm JC, Lottaz C, Borodina T, Himmelbauer H (2008) Substantial biases in ultra-short read data sets from high-throughput DNA sequencing. *Nucleic Acids Res* 36(16):e105.
40. Harris TD, *et al.* (2008) Single-molecule DNA sequencing of a viral genome. *Science* 320:106–109.
41. Samura O, *et al.* (2003) Cell-free fetal DNA in maternal circulation after amniocentesis. *Clin Chem* 49:1193–1195.
42. Lo YM, *et al.* (1999) Increased fetal DNA concentrations in the plasma of pregnant women carrying fetuses with trisomy 21. *Clin Chem* 45:1747–1751.
43. Segal E, *et al.* (2006) A genomic code for nucleosome positioning. *Nature* 442:772–778.

MEDICAL SCIENCES

# Exhibit 15

## Contact

www.linkedin.com/in/stephen-quake (LinkedIn)

## Honors-Awards

Clarivate Citation Laureate in Physics

Honorary doctorate

Honorary Professor

Icon "25 people to watch over next 25 years"

Raymond and Beverly Sackler Prize for Convergence Research

## Publications

Publication Index

# Stephen Quake, D.Phil.

Professor of #bioengineering and Applied Physics @Stanford Prolific #inventor and #scientist focused on nexus of #biology, #physics + #tech

San Francisco Bay Area

## Summary

Stephen Quake is the Lee Otterson Professor of Bioengineering and Professor of Applied Physics at Stanford University. Quake's research has explored the nexus of biology, physics, and technology development. His research in microfluidic device physics led to the invention of the biological integrated circuit – chips with tens of thousands of microfabricated valves and other assorted plumbing elements. Quake developed applications of these devices in areas in fields as diverse as structural biology, biochemistry, genetics, and cell biology. Many of the technologies currently used for single-cell genomics trace their origin to Quake's discoveries in this field. Quake's early career work in single-molecule biophysics led him to the invention of the first single-molecule sequencing technology, which he used as an early example of human genome sequencing. He then began exploring other applications of genomics, which led him to become a pioneer of immune repertoire analysis, diagnostics, and the development of non-invasive tests for fetal aneuploidy and organ transplant rejection.  Quake's contributions to the development of new biotechnology at the interface between physics and biology have been widely recognized. He is an elected member of the National Academy of Sciences, the National Academy of Engineering, the National Academy of Medicine, the American Academy of Arts and Sciences, the National Academy of Inventors, the American Institute for Medical and Biological Engineering, and the American Physical Society. He has published more than 300 peer-reviewed papers and has received more than 100,000 citations; his h-index is 188.

---

## Experience

Stanford University

22 years

Lee Otterson Professor of Bioengineering and Applied Physics

2008 - Present (18 years)

Lee Otterson Professor of Bioengineering and Professor of Applied Physics

Co-Chair of Bioengineering
2007 - 2012 (5 years)

Professor of Bioengineering and (by courtesy) Applied Physics
2006 - 2008 (2 years)

Professor of Bioengineering
2004 - 2006 (2 years)

Chan Zuckerberg Initiative
3 years 3 months

Chief Science Advisor
April 2025 - September 2025 (6 months)

Head of Science
July 2022 - April 2025 (2 years 10 months)

Oversee CZI's science grant programs, technology development, and the CZ Biohub Network.

Chan Zuckerberg Biohub Network
President
2022 - 2025 (3 years)

Chan Zuckerberg Biohub Network
Founding Co-President, CZ Biohub SF
2016 - July 2021 (5 years)

Howard Hughes Medical Institute
Investigator
2006 - 2016 (10 years)

Caltech
9 years

Thomas E. and Doris Everhart Professor of Applied Physics and Physics
2004 - 2005 (1 year)

Professor of Applied Physics and Physics
2003 - 2004 (1 year)

Associate Professor of Applied Physics and Physics
2002 - 2003 (1 year)

Associate Professor of Applied Physics
1999 - 2002 (3 years)

Assistant Professor of Applied Physics
1996 - 1999 (3 years)

———

## Education

University of Oxford
Doctorate in Theoretical Physics, Marshall Scholar  · (1991 - 1994)

Stanford University
B.S. in Physics, M.S. in Mathematics  · (1987 - 1991)

# Exhibit 16

# Christina F.

Co-Founder and CTO @ Countable Labs
Stanford, California, United States

## Contact

www.linkedin.com/in/christina-h-fan
(LinkedIn)

## Top Skills

Microfluidics

DNA sequencing

PCR

## Honors-Awards

TR35

Forbes 30 under 30 2012 (Science & Healthcare)

Forbes 30 under 30 2011 (Science and Innovation)

## Publications

Analysis of the size distributions of fetal and maternal cell-free DNA by paired-end sequencing.

Combinatorial labeling of single cells for gene expression cytometry

Detection of aneuploidy with digital polymerase chain reaction

Genome-wide Single-Cell Analysis of Recombination Activity and De Novo Mutation Rates in Human Sperm

Sensitivity of noninvasive prenatal detection of fetal aneuploidy from maternal plasma using shotgun sequencing is limited only by counting statistics

## Summary

As a scientist, inventor, and serial entrepreneur, I've dedicated my career to pioneering genomic technologies that transform how we understand and measure biology. My work spans from inventing the foundational methods behind non-invasive prenatal testing (NIPT) and single-cell sequencing, to leading innovations in spatial genomics and single-molecule DNA counting. As the technical co-founder and CTO of two startups, I've built cross-functional teams that turned groundbreaking ideas into innovative products that fuel new waves of scientific discoveries.

MIT TR35. Two time recipient of Forbes 30 under 30.

―――――

## Experience

Countable Labs
Co-Founder and CTO
April 2019 - Present (7 years 4 months)

Formerly Enumerix

13.8, Inc.
Principal
April 2018 - Present (8 years 4 months)

Takara Bio USA, Inc.
VP, Spatial Genomics R&D
January 2025 - March 2026 (1 year 3 months)

Curio Bioscience
Co-Founder, CTO
February 2021 - January 2025 (4 years)

Acquired by Takara Bio USA Jan 2025.

Built the team from the ground up, bringing two innovative spatial products to market - Curio Seeker (slide-seq) and Curio Trekker (slide-tag). Oversaw R&D and manufacturing functions of the company.

## BD
Senior Staff Scientist, Applications Team Lead
January 2017 - December 2017 (1 year)

Inventor and technical lead for the product BD Rhapsody and the BD AbSeq assay.

## Cellular Research
Staff Scientist
April 2013 - December 2016 (3 years 9 months)

Inventor of a massively parallel single cell mRNA sequencing technique using molecular indexing, barcoded beads and microwell array. The technique was first published in Science (Feb 2015) and later commercialized by BD as the 'BD Rhapsody' system.

## ImmuMetrix LLC
Director, Technology Development
December 2011 - March 2013 (1 year 4 months)

## Lawrence Berkeley National Laboratory
Postdoctoral Fellow
April 2011 - November 2011 (8 months)

## Stanford University
Graduate Student
June 2006 - April 2011 (4 years 11 months)

Co-inventor of the concept of digital counting via sequencing and digital PCR for noninvasive prenatal diagnosis of fetal aneuploidy (e.g. Down syndrome) and fetal genetic diseases. Lead author in the first published study (Fan et. al, PNAS, Oct 2008) that demonstrated massively parallel sequencing for detecting fetal aneuploidy from maternal blood. The technology forms the basis of modern NIPT tests.

Conceptualized and developed microfluidic devices for physical separation of chromosomes to achieve whole-genome haplotyping of human individuals. The manuscript (Fan et. al, Nature Biotechnology, Jan 2011) was selected for the cover of the Jan. 2011 issue of the journal, and the technique of single cell

chromosome separation was given the recognition of TR10 of 2011 by MIT's Technology Review. The technique has also been used to improve genome assemblies of mammalian genomes (Xu et. al, Nature Biotech, July 2011).

Conceptualized and proved the principle of deciphering the fetal genome from maternal blood (Fan et. al, Nature Precedings, Dec 2010; Fan et. al, Nature, July 2012).

———

## Education

Stanford University
Ph.D, Bioengineering · (2006 - 2010)

Stanford University
MSc, Bioengineering · (2005 - 2007)

Columbia University
BSc, Biomedical Engineering · (2001 - 2005)

# Exhibit 17

# Yair Blumenfeld

Professor, University Medical Line at Stanford University School of Medicine
Palo Alto, California, United States

## Contact

www.linkedin.com/in/yair-
blumenfeld-3a3b5b45 (LinkedIn)

## Top Skills

Medical Education
Maternal Fetal Medicine
Prenatal Diagnosis

## Summary

Professor, Department of Obstetrics & Gynecology, Division of Maternal-Fetal Medicine & Obstetrics, Stanford University School of Medicine:
--I have 20 years experience in OB/GYN and MFM, and trained at Mount Sinai Hospital, NY and Stanford University.
--I am an active clinician and practice the entire spectrum of our specialty - from outpatient care & consultations to inpatient management of high-risk pregnancies and labor and delivery/obstetric care.
https://healthier.stanfordchildrens.org/en/pregnant-mom-survives-life-threatening-covid-infection-delivers-healthy-baby/

Director of Fetal Therapy at Lucile Packard Children's Hospital:
--We diagnose and care for the 3-4% of all pregnancies complicated by complex fetal anomalies. We perform in-utero treatments (fetal surgery) for conditions such as twin-twin transfusion syndrome, fetal spina bifida, fetal anemia, fetal lower urinary tract obstruction and congenital diaphragmatic hernia.
https://healthier.stanfordchildrens.org/en/boys-unstoppable-smile-defies-challenging-start/
https://healthier.stanfordchildrens.org/en/two-patients-one-lifesaving-procedure/
https://healthier.stanfordchildrens.org/en/mom-braves-new-territory-to-give-daughter-with-spina-bifida-her-best-shot/

Mentorship:
--I've mentored and still mentor medical trainees at all levels including undergraduate students, medical students, residents and fellows. Former trainees are currently maternal-fetal medicine specialists at Mount Sinai Hospital (NY), University of Colorado, Sheba Medical Center (Israel) and other leading academic medical centers.

Research:

I conduct clinical and translational research in the fields of prenatal diagnosis (medical imaging, genetics, etc.), fetal therapy, clinical obstetrics, and high-risk pregnancy. My projects are supported by funding from the NIH and institutional funds. I've authored/co-authored over 100 peer-reviewed publications and serve on the editorial board of the journal Prenatal Diagnosis. I am also an ad-hoc reviewer for 8-10 OB/GYN focused journals.

https://raft-trial.org

https://www.thegoodstudy.org

https://www.youtube.com/watch?v=NzTDxuNTgws

Innovation:

I serve as an advisor to the Stanford Impact1 program focusing on maternal-fetal innovations and advise early stage companies in the space.

https://biodesign.stanford.edu/programs/impact1.html

Professional Societies:

I've been a member of and have had leadership positions in the following medical societies: ACOG, SMFM, ISPD, ISUOG, AIUM.

―――――

## Experience

**Stanford University School of Medicine**
17 years 1 month

Professor
July 2022 - Present (4 years 1 month)
Stanford, California, United States

Associate Professor
2017 - December 2022 (5 years)

Department of Obstetrics & Gynecology, Division of Maternal-Fetal Medicine

Assistant Professor, Medical Center Line
2013 - 2017 (4 years)
Department of Obstetrics & Gynecology, Division of Maternal-Fetal Medicine

Comprehensive care of pregnant women with maternal medical conditions and/or fetal anomalies

Clinical Assistant Professor
July 2009 - 2013 (4 years)
Department of Obstetrics & Gynecology, Division of Maternal-Fetal Medicine

Comprehensive care of pregnant women with maternal medical conditions and/or fetal anomalies

Stanford University
Attending Physician
2006 - Present (20 years)

_____

## Education

Stanford University School of Medicine

Fellowship, Maternal-Fetal Medicine · (2006 - 2009)

Mount Sinai School of Medicine of New York University

Residency, Obstetrics & Gynecology · (2002 - 2006)

Tel Aviv University

MD, Medicine · (1998 - 2002)

UCLA

BS, Microbiology & Molecular Genetics · (1993 - 1998)

# Exhibit 18

Case 1:26-cv-00531-JLH   Document 10-1   Filed 08/07/26   Page 145 of 299 PageID #: 864

 **ONE**   Products    Technology    Careers    Company    News & Media    Investors

Press Releases    November 7, 2025

# BillionToOne Announces Closing of Upsized Initial Public Offering and Full Exercise of Underwriters' Option to Purchase Additional Shares

MENLO PARK, Calif., November 7, 2025 -- BillionToOne, Inc., a molecular diagnostics company with a mission to create powerful and accurate tests that are accessible to all, today announced the closing of its upsized initial public offering of 5,233,765 shares of its Class A common stock, which includes the exercise in full of the underwriters' option to purchase an additional 682,665 shares of Class A common stock at a public offering price of $60.00 per share, less underwriting discounts and commissions. The aggregate gross proceeds from the offering, before deducting underwriting discounts and commissions and estimated offering expenses payable by BillionToOne, were approximately $314.0 million. BillionToOne's Class A common stock began trading on the Nasdaq Global Select Market on November 6, 2025, under the ticker symbol "BLLN."

J.P. Morgan, Piper Sandler, Jefferies and William Blair acted as joint book-running managers for the offering. Stifel, Wells Fargo Securities and BTIG also acted as book-running managers for the offering.

A registration statement on Form S-1 related to these securities has been filed with the U.S. Securities and Exchange Commission and became effective on November 5, 2025. A prospectus relating to and describing the terms of the offering has been filed with the SEC and is available on the SEC's website at <u>www.sec.gov</u>. The offering was made only by means of a prospectus. Copies of the prospectus may be obtained from: J.P. Morgan Securities LLC, c/o Broadridge Financial Solutions, 1155 Long Island Avenue, Edgewood, New York 11717 or by email: <u>prospectus-eq_fi@jpmchase.com</u> and <u>postsalemanualrequests@broadridge.com</u>;  Piper Sandler & Co., Attention: Prospectus Department, 350 North 5th Street, Suite 1000, Minneapolis, Minnesota 55401, by telephone at (800) 747-3924, or by email at <u>prospectus@psc.com</u>; Jefferies LLC, Attn: Equity Syndicate Prospectus Department, 520 Madison Avenue, New York, New York 10022, by telephone at (877) 821-7388 or by email at <u>Prospectus_Department@Jefferies.com</u>; or William Blair & Company, L.L.C., Attention: Prospectus Department, 150 North Riverside Plaza, Chicago, Illinois 60606, by telephone at (800) 621-0687 or by email at <u>prospectus@williamblair.com</u>.

This press release shall not constitute an offer to sell or the solicitation of an offer to buy these securities, nor shall there be any sale of these securities in any state or jurisdiction in which such offer, solicitation, or sale would be unlawful prior to registration or qualification under the securities laws of any such state or jurisdiction.

**About BillionToOne**

7/14/26, 5:21 AM

BillionToOne Announces Closing of Upsized Initial Public Offering and Full Exercise of Underwriters' Option to Purchase Additional …

Case 1:26-cv-00531-JLH    Document 10-1    Filed 08/07/26    Page 146 of 299 PageID #: 865

Headquartered in Menlo Park, California, BillionToOne is a molecular diagnostics company with a mission to create powerful and accurate tests that are accessible to all. The company's patented Quantitative Counting Templates™ (QCT™) molecular counting platform is the only multiplex technology that can accurately count DNA molecules at the single-molecule level.

**Investor Contact**

ir@billiontoone.com

**Media Contact**

billiontoone@moxiegrouppr.com

---

Share this post

  

# News & Media

 

Press Releases    June 29, 2026

BillionToOne's Northstar Response® Is a Stronger Predictor of Immunotherapy Outcomes Than Standard-of-Care Imaging for Cancer Patients in Peer-Reviewed Study

Read Article  ›

Press Releases    May 27, 2026

BillionToOne to Participate in the William Blair 46th Annual Growth Stock Conference

Read Article  ›

Press Releases    Ma

BillionToOne Repo Quarter 2026 Res Raises 2026 Reve Guidance

Read Article  ›



What We Offer

Explore

About Us

Contact

Case 1:26-cv-00531-JLH   Document 10-1   Filed 08/07/26   Page 147 of 299 PageID #: 866

We are **ONE** team, working toward **ONE** goal — to detect disease **ONE** molecule at a time.

Our Technology

Publications

Products

News & Media

Press Releases

Media Coverage

Events

Careers

Patient Portal

IT Security Compliance

Contact Information

in   X

Privacy Policy    Notice of Privacy Practices    Accessibility Statement    TERMS OF USE

ACCREDITATIONS UNION CITY: CA: CDF-00353741   CAP: 8643216   CLIA: 05D2167800   MD: 2999   PA: 37021
RI: LCO01671   DC: HFD-OS29   NYSDOH: 9828
ACCREDITATIONS MENLO PARK: CA: CDF-90008579   CAP: 9568790   CLIA: 05D2275351   MD: 3855   PA: 40795
RI: LCO01700   DC: HFD-OS43
PATENT MARKINGS

© 2026 BillionToOne Inc.
All rights reserved.

# Exhibit 19

Products – BillionToOne

**BILLION TO ONE**    Products    Technology    Careers    Company    News & Media    Investors ⬈

OUR PRODUCTS

# Moving prenatal screening and liquid biopsy forward.

PRENATAL

## The new standard in prenatal care.

Unity Complete® leverages our proprietary single-molecule, next-generation sequencing (smNGS) platform to directly assess fetal risk for recessive conditions, aneuploidies, and more — from a single maternal blood sample as early as 9 weeks.

By directly measuring disease-causing mutations in the pregnancy via cfDNA with molecular precision, Unity identifies approximately 3x more affected pregnancies than traditional screening — all without requiring a partner sample.

Learn about Unity ⬈



ONCOLOGY

## The power to see what others miss.

Northstar liquid biopsies use smNGS to deliver unmatched sensitivity and single-molecule precision for therapy selection and treatment monitoring, all from a simple blood draw.

Northstar Select® is the most sensitive liquid biopsy for therapy selection and uncovers ~50% more clinically actionable alterations than other ctDNA tests[1]. **Northstar Response®** brings single-molecule precision to treatment monitoring, providing real-time, quantifiable insight to help optimize therapy planning and tracks tumor burden changes down to 0.01% tumor fraction, without requiring tissue.

Learn about Northstar ↗

## News & Media

 

**Press Releases**    June 29, 2026

BillionToOne's Northstar Response® Is a Stronger Predictor of Immunotherapy Outcomes Than Standard-of-Care Imaging for Cancer Patients in Peer-Reviewed Study

Read Article >

**Press Releases**    May 27, 2026

BillionToOne to Participate in the William Blair 46th Annual Growth Stock Conference

Read Article >

**Press Releases**    Ma

BillionToOne Repo Quarter 2026 Res Raises 2026 Reve Guidance

Read Article >

1. Bower, X., et al. J Liq Biopsy. 2025 Sept. Volume 9, 1003222. Head-to-head improvement % determined when compared to the comparator products in the aggregate. Actual percentages may vary depending on the individual comparator liquid biopsy test.

**TO ONE**

We are **ONE** team, working toward **ONE** goal — to detect disease **ONE** molecule at a time.

**What We Offer**

Our Technology

Publications

Products

**Explore**

News & Media

Press Releases

Media Coverage

Events

**About Us**

Careers

Patient Portal

IT Security Compliance

**Contact**

Contact Information

in  X

Privacy Policy    Notice of Privacy Practices    Accessibility Statement    TERMS OF USE

ACCREDITATIONS UNION CITY: CA: CDF-00353741  CAP: 8643216  CLIA: 05D2167800  MD: 2999  PA: 37021
RI: LCO01671  DC: HFD-OS29  NYSDOH: 9828
ACCREDITATIONS MENLO PARK: CA: CDF-90008579  CAP: 9568790  CLIA: 05D2275351  MD: 3855  PA: 40795
RI: LCO01700  DC: HFD-OS43
PATENT MARKINGS

© 2026 BillionToOne Inc.

All rights reserved.

# Exhibit 20

Case 1:26-cv-00531-JLH    Document 10-1    Filed 08/07/26    Page 153 of 299 PageID #: 872

**ONE**

Products    Technology    Careers    Company    News & Media    Investors

CAREERS

# Join the mission to make healthcare more intelligent. For everyone.

Open Positions

**THE QUESTION THAT STARTED IT ALL**

What is the most challenging global healthcare problem that physics will allow us to solve?



Our Story ↗

## A different kind of "one-percenter"

Our bar is high, not because we seek perfection, but because we seek purpose. We look for teammates who are intrinsically motivated, who hold themselves to the highest standard even when no one is watching. Collaboration here means genuine partnership where 1 + 1 becomes 3. Challenges aren't obstacles — they're invitations to create something better for every patient, every sample, every day. Walk through our halls and you'll feel it: the focus, the energy, the shared commitment to something larger than ourselves. This is what it means to be part of the ONE.

Open Positions



## We are on a mission to remove the fear of the unknown.

Each sample represents a patient receiving insights that could change the course of their healthcare journey. Our products detect the most challenging prenatal genetics non-invasively, uncover over 50% more cancer treatment options, and track tumors months earlier than imaging.



Our Mission ↗

## Work and Life at BillionToOne

←



Open, transparent culture
**Weekly town halls that keep us connected**



Complimentary meals
**Delicious meals delivered from favorite local eateries**



Onsite gyms
**Complimentary on-site gyms membership for employees**



Free shuttle service
**Free WiFi and service to BART, Caltrain and San Francisco**

# "We are at our best when we serve others… Let us be scientists for humanity."

- JANE GOODALL

Our science begins with people. Every act of precision, collaboration, and care advances a shared mission—to bring intelligent, compassionate healthcare to every life we touch.

Our Mission ↗

## BillionToOne spaces, designed for breakthrough work

At BillionToOne, innovation happens everywhere — from our state-of-the-art labs to our collaborative creative spaces. We equip every employee, on-site or remote, with cutting-edge tools and technology designed to amplify creativity, precision, and impact.

Menlo Park, CA
**Headquarters, Lab 2.0 (CLIA + CAP)**

Union City, CA
**Lab 3.0 (CLIA + CAP)**

Austin, TX
**Coming Soon**

## Benefits and Perks

### Growth & Development

**Career Growth & Development**
Ongoing learning, mentorship, and structured programs to advance your skills.

**Post-Baccalaureate CGMBS Training Program**
One-year internal program: 35 hrs/week hands-on, 5 hrs/week didactic; CDPH-approved; ASCP prep.

**Open, Transparent Culture**
Weekly town halls and clear communication across teams.

### Compensation & Ownership

**Meaningful Equity-Based Compensation**
All positions have some variable pay component, which allows employees to generate an increase in pay based on their performance.

**401(k) Retirement Plan**
Retirement plan with up to a 4% company match and immediate vesting.

**Development & Advancement**
Performance reviews twice per year to promote multiple opportunities for development and advancement.

### On-Campus & Commuter Perks

**Transportation & Commuter Support**
CarShare access, and WiFi-enabled commuter shuttles connecting BART, Caltrain, and San Francisco.

**Complimentary Fitness Centers**
Onsite gyms with classes, weights, pools, saunas, climbing walls and more.

**Catered Lunches & Stocked Kitchens**
Daily catered lunches from local favorites; fully stocked kitchens.

### Work Environment

**Generous PTO**
Paid time off that increases with tenure.

**State-of-the-Art Tools & Spaces**
Advanced equipment, hardware, and software in cutting-edge labs and collaborative work areas.

### Health & Family

**Comprehensive Health Coverage**
Multiple medical plans; employee premiums 100% on select plans, dependents covered up to 80%. Dental & vision included.

**Fertility & Family Support**
Supplemental fertility benefits to support every path to family.

**Paid Family & Parental Leave**
16 weeks of 100% paid time off for eligible employees.

**GROWTH THAT STARTS AT OUR LIMITS**

## Our mission demands growth from everyone, in every role. Our career programs invest in that growth — developing new talent, skills, and capabilities.

**PEOPLE LEADER DEVELOPMENT**

Build the skills to lead with empathy, clarity, and accountability through workshops, mentorship, and real-world leadership experience.

**CGMBS TRAINING**

Contribute to molecular biology and bioinformatics projects exploring new assays, sequencing methods, and analytical models in a fast-paced lab.

## News & Media

← →

Press Releases    June 29, 2026

BillionToOne's Northstar Response® Is a Stronger Predictor of Immunotherapy Outcomes Than Standard-of-Care Imaging for Cancer Patients in Peer-Reviewed Study

Read Article  ›

Press Releases    May 27, 2026

BillionToOne to Participate in the William Blair 46th Annual Growth Stock Conference

Read Article  ›

Press Releases    May 6, 2026

BillionToOne Reports First Quarter 2026 Results and Raises 2026 Revenue Guidance

Read Article  ›

Press Releases    May

BillionToOne Launch Confirm™: A catego test that bridges the between screening invasive diagnostics

Read Article  ›



We are **ONE** team, working toward **ONE** goal — to detect disease **ONE** molecule at a time.

**What We Offer**

Our Technology

Publications

Products

**Explore**

News & Media

Press Releases

Media Coverage

Events

**About Us**

Careers

Patient Portal

IT Security Compliance

**Contact**

Contact Information

Privacy Policy    Notice of Privacy Practices    Accessibility Statement    TERMS OF USE

ACCREDITATIONS UNION CITY: CA: CDF-00353741  CAP: 8643216  CLIA: 05D2167800  MD: 2999  PA: 37021  RI: LCO01671  DC: HFD-OS29  NYSDOH: 9828
ACCREDITATIONS MENLO PARK: CA: CDF-90008579  CAP: 9568790  CLIA: 05D2275351  MD: 3855  PA: 40795  RI: LCO01700  DC: HFD-OS43
PATENT MARKINGS

© 2026 BillionToOne Inc.
All rights reserved.

# Exhibit 21

Case 1:26-cv-00531-JLH    Document 10-1    Filed 08/07/26    Page 159 of 299 PageID #: 878

**ONE**   Products    Technology    Careers    Company    News & Media    Investors

# Leadership & Board



**Oguzhan Atay, PhD**
Co-Founder, CEO, and Board Chair



**David Tsao, PhD**
Co-Founder, CTO, and Board Member

"We did not ask what other people are doing and can we do it better. We asked what is physically possible given the number of molecules in a sample."

( Meet Oguzhan & David )

# Executive Leadership Team

Case 1:26-cv-00531-JLH    Document 10-1    Filed 08/07/26    Page 160 of 299 PageID #: 879



**Ross Taylor, MBA**
Chief Financial Officer



**Shan Riku, MBA**
Chief Product Officer



**John Lister**
Chief Administrative Officer



**Nancy Johnson, MT (ASCP)**
Senior VP of Sales and Commercial Operations



**John ten Bosch, PhD, FACMG**
Senior VP of Laboratory Operations



**Tom Lynch, JD**
General Counsel



**Haywood Brown, MD**
Chief Medical Officer, Prenatal



**Allen Chen, MD, MBA, FASTRO, FACHE**
VP of Medical Affairs and Clinical Development, Oncology



**Gary Palmer, MD, MBA, JD**
Chief Medical Officer, Oncology (Emeritus; Advisor)



**Jean Hayden**
VP of Business Operations, Chief of Staff CEO



**Jennifer Hoskovec, MS, CGC**
VP of Medical Affairs, Prenatal



**Lynn Fenicchia**
VP of Sales



**Lisa Edelmann, PhD**
VP of Lab Operations



**Gemma English**
VP, Reimbursement



**Jaclyn Eng**
VP of Marketing



**Bryce Moller, MBA**
VP of Quality Assurance & Regulatory Affairs



**Carrie McGehee**
VP of Market Access



**Brent Kirk**
VP of Sales Strategy & Operations



**Vaghar Haghiri**
Senior Director of People Operations



**Dhruv Swaroop, MBA**
Senior Director of Product and Engneering



**Karel Hurka**
Senior Director of Supply Chain



**Tim Richards**
Senior Director of Design

# Other Leaders



**Amy Sharma, MBA**
Senior Director of Product, Prenatal



**Brandon Resendez**
Area Director - West



**Brittany Williams**
Area Director - East



**Elaine Cull**
Director of Regulatory Affairs, Oncology



**Elliott Margulies**
Director of Bioinformatics



**Ezequiel Renzulli**
Director of Product Partnerships, Oncology



**Heather Shappell**
Senior Director of Market Access, Policy Development



**Jay Chang, MD**
Director of Medical Partnerships



**Jonathan Stumpf**
Director of Market Access



**Judy Wong**
VP, Controller



**Julia Wynn**
Director of Clinical Research



**Kitty Li**
Director of Lab Operations



**Kristie Smith, MS, CGC**
Director of Sales Training



**Michael Lemieux, PhD**
Director of Market Access, Policy Development, Oncology



**Michele Phelps**
Senior Director of Financial Planning & Analysis



**Ramu Perni, MD, MBA**
Medical Director, Prenatal



**Rob Thompson**
Director of Inside Sales



**Steven Drucker, MBA**
Senior Director of Market Access



**Sunny Dunlavey, MBA**
Director of Market Access



**Taylor Pollock, JD**
Associate General Counsel

Case 1:26-cv-00531-JLH     Document 10-1     Filed 08/07/26     Page 163 of 299 PageID #: 882



**Shara Venezia-Walerstein**

Associate General Counsel

# Board of Directors



**Oguzhan Atay, PhD**

Co-Founder, CEO, and Board Chair



**David Tsao, PhD**

Co-Founder, CTO, and Board Member



**Swaroop Kolluri**

Neotribe



**Tom Bremner**

Adams Street



**Firat Ileri**

Hummingbird



**Akshay Rai**

Premji Invest



**Anthony Pagano**

Genmab

# News & Media

 

Press Releases     June 29, 2026

BillionToOne's Northstar Response® Is a Stronger Predictor of Immunotherapy

Press Releases     May 27, 2026

BillionToOne to Participate in the William Blair 46th Annual Growth Stock Conference

Press Releases     Ma

BillionToOne Repo Quarter 2026 Res

Outcomes Than Standard-of-
Care Imaging for Cancer
Patients in Peer-Reviewed
Study

Read Article  ›

Read Article  ›

Raises 2026 Reve
Guidance

Read Article  ›

**TO ONE**

We are **ONE** team, working
toward **ONE** goal — to detect
disease **ONE** molecule at a time.

in    𝕏

### What We Offer

Our Technology

Publications

Products

### Explore

News & Media

Press Releases

Media Coverage

Events

### About Us

Careers

Patient Portal

IT Security Compliance

### Contact

Contact Information

Privacy Policy    Notice of Privacy Practices    Accessibility Statement    TERMS OF USE

ACCREDITATIONS UNION CITY: CA: CDF-00353741  CAP: 8643216  CLIA: 05D2167800  MD: 2999  PA: 37021
RI: LCO01671  DC: HFD-OS29  NYSDOH: 9828
ACCREDITATIONS MENLO PARK: CA: CDF-90008579  CAP: 9568790  CLIA: 05D2275351  MD: 3855  PA: 40795
RI: LCO01700  DC: HFD-OS43
PATENT MARKINGS

© 2026 BillionToOne Inc.

All rights reserved.

# Exhibit 22

## Contact

www.linkedin.com/in/davidtsao (LinkedIn)
www.davetsao.com (Personal)

## Top Skills

JavaScript

Python

Research

## Publications

Delineating cooperative responses of processive motors in living cells.

# David Tsao

Co-founder and CTO, BillionToOne
Palo Alto, California, United States

## Experience

**BillionToOne**
Chief Technology Officer
April 2017 - Present (9 years 4 months)
Palo Alto, CA

**Groupon**
Member of Technical Staff
February 2012 - July 2012 (6 months)

**Adku**
Software Engineer
August 2011 - February 2012 (7 months)
San Francisco

Worked on big data problems in e-commerce. Acquired by Groupon in February, 2012.

**Northrop Grumman Aerospace Systems**
Engineering Intern
March 2007 - August 2008 (1 year 6 months)
Redondo Beach

Engineering Intern on the LCROSS Lunar Impactor mission

────────

## Education

**Rice University**
Doctor of Philosophy - PhD, Bioengineering and Biomedical Engineering · (2012 - 2017)

**Princeton University**
A.B., Physics, Biophysics, Engineering and Management Systems · (2007 - 2011)

# Exhibit 23

## Contact

www.linkedin.com/in/oatay
(LinkedIn)

## Top Skills

Mathematical Modeling

Quantitative Research

Matlab

## Languages

French (Limited Working)

Turkish (Native or Bilingual)

## Honors-Awards

Bio-X Stanford Interdisciplinary
Graduate Fellowship

Stanford Graduate Fellowship

Early selection to Phi Beta Kappa
Society

Shapiro Prize for Academic
Excellence

Freshman First Honor Prize for
Class of 2011

# Oguzhan Atay, PhD

Co-founder & CEO at BillionToOne
San Francisco Bay Area

## Summary

CEO of BillionToOne, a YC S17 company. Globally, more than 3,000,000 babies are born every year with serious genetic defects. Backed by prominent angel investors and VCs, BillionToOne is developing a prenatal genetic test for every expecting mother. Our novel method can detect genetic disorders, including certain single-gene diseases such as thalassemia, through a sequencing of maternal blood.

Previously:
PhD from Stanford: Quantitative Cell Biology. Developed mathematical models and machine learning algorithms to extract meaningful information from TB-scale noisy data, obtained by imaging of genetically manipulated strains.

Bachelor's from Princeton (PBK and summa cum laude): Molecular Biology with minors in CS, Applied Mathematics, and Physics.

Other:
Published in Cell, Cell Systems, Plos One, Molecular Biology of the Cell, and Journal of Cell Biology.
Proficient in Big Data stack (including Spark) for advanced analytics and machine learning
Experience with full-stack software development
Ranked 1st in Turkish University Entrance Exam in 2008 (>1.5M test takers)

————

## Experience

**BillionToOne**
Co-founder and CEO
January 2017 - Present (9 years 7 months)
SF Bay Area

Stanford University, Department of Biology
Graduate Fellow
September 2011 - January 2017 (5 years 5 months)

Implemented machine learning algorithms and mathematical models to solve specific problems in cellular biology and developed a data-driven mathematical framework to simplify the analysis of complex biological networks.

University of Oxford
Researcher
September 2009 - January 2010 (5 months)

Conducted expression, purification, biochemical and biophysical characterization of aging-related fly proteins in Dr. Lynne Cox's laboratory, as part of Princeton-Oxford Exchange.

———

## Education

Stanford University
Doctor of Philosophy (Ph.D.), Systems Biology · (2011 - 2016)

Princeton University
Bachelor's Degree, Molecular Biology · (2007 - 2011)

# Exhibit 24

**U.S. District Court – Judicial Caseload Profile**

| | | | 12-Month Periods Ending | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 |
| **Overall Caseload Statistics** | | Filings [1] | 580,752 | 421,860 | 356,598 | 448,529 | 363,073 | 413,590 |
| | | Terminations | 356,552 | 349,844 | 411,149 | 389,015 | 514,883 | 361,434 |
| | | Pending | 683,039 | 754,843 | 699,942 | 757,573 | 597,554 | 540,417 |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -28.8 | -2.0 | 16.0 | -7.8 | 13.9 | |
| | | Number of Judgeships | 677 | 677 | 677 | 677 | 677 | 677 |
| | | Vacant Judgeship Months [2] | 762.9 | 855.2 | 847.9 | 700.3 | 436.9 | 346.0 |
| **Actions per Judgeship** | Filings | Total | 858 | 623 | 527 | 663 | 536 | 611 |
| | | Civil | 731 | 484 | 392 | 533 | 396 | 464 |
| | | Criminal Felony | 96 | 101 | 95 | 91 | 101 | 109 |
| | | Supervised Release Hearings | 30 | 38 | 39 | 38 | 39 | 38 |
| | Pending Cases [2] | | 1,009 | 1,115 | 1,034 | 1,119 | 883 | 798 |
| | Weighted Filings [2] | | 704 | 546 | 474 | 570 | 481 | 550 |
| | Terminations | | 527 | 517 | 607 | 575 | 761 | 534 |
| | Trials Completed | | 10 | 15 | 16 | 15 | 15 | 15 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.3 | 10.1 | 11.0 | 11.0 | 10.9 | 8.3 |
| | | Civil [2] | 8.9 | 8.8 | 12.3 | 6.9 | 18.2 | 7.0 |
| | From Filing to Trial [2] (Civil Only) | | 27.5 | 31.8 | 34.6 | 35.6 | 33.7 | 34.6 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 60,556 10.5 | 73,318 11.4 | 88,867 15.0 | 255,132 38.9 | 192,203 38.3 | 123,062 27.6 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.2 | 1.2 | 1.2 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 53.3 | 50.4 | 51.5 | 49.3 | 50.5 | 54.3 |
| | | Percent Not Selected or Challenged | 40.8 | 39.9 | 41.0 | 41.0 | 40.4 | 40.7 |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | |
|---|---|---|---|
| Total Civil | 313,916 | Total Criminal[1] | 73,585 |
| A-Social Security | 17,234 | A-Marijuana | 605 |
| B-Personal Injury/Product Liability | 43,012 | B-All Other Drugs | 14,645 |
| C-Prisoner Petitions | 60,230 | C-Immigration | 33,060 |
| D-Forfeitures and Penalties | 753 | D-Firearms and Explosives | 9,678 |
| E-Real Property | 5,770 | E-Fraud | 5,485 |
| F-Labor Suits | 13,126 | F-Violent Offenses | 2,436 |
| G-Contracts | 30,824 | G-Sex Offenses | 3,624 |
| H-Torts (other than Personal Injury/Product Liability) | 29,006 | H-Forgery and Counterfeiting | 97 |
| I-Intellectual Property Rights | 17,847 | I-Larceny and Theft | 792 |
| J-Civil Rights | 53,869 | J-Justice System Offenses | 577 |
| K-Antitrust | 610 | K-Regulatory Offenses | 821 |
| L-All Other Civil | 41,635 | L-All Other Criminal | 1,765 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**DISTRICT OF COLUMBIA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 4,412 | 4,259 | 4,464 | 4,467 | 4,335 | 4,838 | | |
| | | Terminations | 3,849 | 4,135 | 4,149 | 4,037 | 4,287 | 4,383 | | |
| | | Pending | 5,748 | 5,796 | 6,010 | 6,402 | 6,539 | 6,964 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 9.7 | 13.6 | 8.4 | 8.3 | 11.6 | | 46 | - |
| Number of Judgeships | | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 16.8 | 3.3 | 13.9 | 32.7 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 294 | 284 | 298 | 298 | 289 | 323 | 82 | - |
| | | Civil | 261 | 230 | 262 | 260 | 243 | 286 | 63 | - |
| | | Criminal Felony | 23 | 44 | 26 | 28 | 34 | 27 | 90 | - |
| | | Supervised Release Hearings | 11 | 10 | 9 | 9 | 13 | 10 | 83 | - |
| | Pending Cases [2] | | 383 | 386 | 401 | 427 | 436 | 464 | 51 | - |
| | Weighted Filings [2] | | 285 | 295 | 282 | 291 | 299 | 347 | 76 | - |
| | Terminations | | 257 | 276 | 277 | 269 | 286 | 292 | 85 | - |
| | Trials Completed | | 5 | 7 | 11 | 14 | 12 | 10 | 68 | - |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.5 | 13.5 | 17.9 | 19.3 | 18.4 | 13.6 | 51 | - |
| | | Civil [2] | 5.3 | 5.5 | 5.0 | 5.1 | 6.8 | 7.3 | 38 | - |
| | From Filing to Trial [2] (Civil Only) | | - | 42.7 | 54.4 | 48.6 | - | 52.1 | 42 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 743 16.1 | 874 20.2 | 1,031 22.6 | 1,232 24.8 | 1,310 25.6 | 1,270 22.1 | 79 | - |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.3 | 1.6 | 1.3 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 59.3 | 66.0 | 119.2 | 139.2 | 101.7 | 91.3 | | |
| | | Percent Not Selected or Challenged | 44.1 | 59.5 | 57.6 | 59.6 | 55.7 | 54.7 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4,291 | 34 | 9 | 324 | 22 | 36 | 146 | 191 | 270 | 64 | 1,153 | 15 | 2,027 |
| Criminal [1] | 398 | 7 | 64 | 1 | 126 | 55 | 36 | 36 | 0 | 4 | 3 | 39 | 27 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**MAINE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 627 | 680 | 675 | 684 | 660 | 916 | | |
| | Terminations | | 649 | 807 | 692 | 698 | 678 | 727 | | |
| | Pending | | 756 | 635 | 621 | 601 | 581 | 770 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 46.1 | 34.7 | 35.7 | 33.9 | 38.8 | | 6 | 1 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 2.8 | 2.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 209 | 227 | 225 | 228 | 220 | 305 | 83 | 2 |
| | | Civil | 167 | 129 | 146 | 156 | 153 | 221 | 78 | 3 |
| | | Criminal Felony | 27 | 71 | 53 | 41 | 46 | 65 | 54 | 2 |
| | | Supervised Release Hearings | 15 | 26 | 26 | 32 | 21 | 19 | 70 | 4 |
| | Pending Cases [2] | | 252 | 212 | 207 | 200 | 194 | 257 | 91 | 5 |
| | Weighted Filings [2] | | 182 | 234 | 201 | 192 | 211 | 288 | 84 | 3 |
| | Terminations | | 216 | 269 | 231 | 233 | 226 | 242 | 87 | 5 |
| | Trials Completed | | 9 | 13 | 17 | 26 | 19 | 21 | 22 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.1 | 18.0 | 11.5 | 14.2 | 13.0 | 11.7 | 42 | 1 |
| | | Civil [2] | 9.2 | 9.7 | 8.9 | 7.5 | 8.0 | 5.5 | 8 | 1 |
| | From Filing to Trial [2] (Civil Only) | | - | 30.6 | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 8 1.5 | 11 2.8 | 24 6.0 | 19 4.6 | 18 4.6 | 24 4.5 | 16 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.3 | 1.1 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 75.3 | 37.2 | 72.2 | 56.2 | 75.4 | 63.7 | | |
| | | Percent Not Selected or Challenged | 48.7 | 20.2 | 33.5 | 24.6 | 40.5 | 34.4 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 663 | 57 | 4 | 104 | 2 | 126 | 41 | 53 | 72 | 12 | 128 | 0 | 64 |
| Criminal [1] | 195 | 5 | 48 | 28 | 40 | 28 | 6 | 28 | 1 | 4 | 1 | 3 | 3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**MASSACHUSETTS**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 3,385 | 3,202 | 3,299 | 4,203 | 4,271 | 5,257 | | |
| | Terminations | | 3,067 | 3,592 | 3,579 | 3,495 | 3,523 | 4,190 | | |
| | Pending | | 4,933 | 4,537 | 4,249 | 4,949 | 5,684 | 6,716 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 55.3 | 64.2 | 59.4 | 25.1 | 23.1 | | 15 | 3 |
| Number of Judgeships | | | 13 | 13 | 13 | 13 | 13 | 13 | | |
| Vacant Judgeship Months [2] | | | 24.0 | 26.4 | 18.0 | 18.4 | 0.0 | 12.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 260 | 246 | 254 | 323 | 329 | 404 | 68 | 1 |
| | | Civil | 208 | 188 | 200 | 277 | 276 | 343 | 49 | 1 |
| | | Criminal Felony | 35 | 37 | 35 | 30 | 35 | 44 | 75 | 3 |
| | | Supervised Release Hearings | 17 | 22 | 19 | 16 | 17 | 17 | 76 | 5 |
| | Pending Cases [2] | | 379 | 349 | 327 | 381 | 437 | 517 | 43 | 1 |
| | Weighted Filings [2] | | 260 | 250 | 264 | 299 | 326 | 381 | 65 | 1 |
| | Terminations | | 236 | 276 | 275 | 269 | 271 | 322 | 79 | 1 |
| | Trials Completed | | 6 | 10 | 8 | 9 | 10 | 8 | 82 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.8 | 18.4 | 25.7 | 25.1 | 21.7 | 14.2 | 64 | 2 |
| | | Civil [2] | 9.1 | 12.1 | 12.0 | 7.0 | 7.5 | 7.0 | 31 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 33.1 | 39.6 | 32.8 | 34.6 | 33.5 | 31.4 | 20 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 716 18.6 | 518 15.0 | 445 13.9 | 417 10.4 | 341 7.0 | 460 7.8 | 39 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.5 | 1.7 | 1.4 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 62.1 | 71.8 | 73.2 | 58.2 | 61.7 | 63.5 | | |
| | | Percent Not Selected or Challenged | 33.9 | 48.0 | 44.8 | 32.9 | 38.9 | 35.6 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4,465 | 124 | 754 | 883 | 13 | 123 | 205 | 320 | 386 | 278 | 695 | 13 | 671 |
| Criminal [1] | 573 | 0 | 153 | 124 | 44 | 102 | 20 | 46 | 0 | 8 | 18 | 5 | 53 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**NEW HAMPSHIRE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,410 | 1,346 | 749 | 722 | 577 | 702 | | |
| | Terminations | | 673 | 685 | 666 | 1,490 | 2,347 | 896 | | |
| | Pending | | 3,332 | 3,998 | 4,087 | 3,324 | 1,560 | 1,397 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -50.2 | -47.8 | -6.3 | -2.8 | 21.7 | | 17 | 4 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 9.5 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 470 | 449 | 250 | 241 | 192 | 234 | 86 | 5 |
| | | Civil | 394 | 354 | 188 | 181 | 128 | 176 | 83 | 4 |
| | | Criminal Felony | 59 | 74 | 41 | 40 | 44 | 35 | 79 | 4 |
| | | Supervised Release Hearings | 16 | 21 | 21 | 19 | 21 | 23 | 61 | 3 |
| | Pending Cases [2] | | 1,111 | 1,333 | 1,362 | 1,108 | 520 | 466 | 50 | 2 |
| | Weighted Filings [2] | | 393 | 398 | 231 | 208 | 195 | 227 | 87 | 5 |
| | Terminations | | 224 | 228 | 222 | 497 | 782 | 299 | 83 | 3 |
| | Trials Completed | | 12 | 15 | 12 | 11 | 14 | 6 | 88 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.0 | 15.4 | 13.9 | 15.7 | 13.6 | 14.5 | 69 | 3 |
| | | Civil [2] | 8.6 | 11.5 | 10.4 | 54.4 | 44.4 | 25.6 | 92 | 5 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 322 10.6 | 1,063 28.6 | 1,845 47.6 | 1,770 57.0 | 630 48.3 | 563 49.8 | 87 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.2 | 1.6 | 1.6 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 61.8 | 54.3 | 40.8 | 49.0 | 62.7 | 56.3 | | |
| | | Percent Not Selected or Challenged | 32.0 | 39.9 | 27.5 | 30.3 | 39.9 | 34.0 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 528 | 17 | 20 | 146 | 0 | 14 | 14 | 54 | 57 | 14 | 131 | 0 | 61 |
| Criminal [1] | 104 | 0 | 40 | 5 | 12 | 22 | 9 | 8 | 0 | 0 | 1 | 3 | 4 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**RHODE ISLAND**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 712 | 705 | 604 | 672 | 711 | 906 | | |
| | Terminations | | 660 | 657 | 714 | 716 | 694 | 804 | | |
| | Pending | | 973 | 1,020 | 909 | 865 | 886 | 982 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 27.2 | 28.5 | 50.0 | 34.8 | 27.4 | | 10 | 2 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 237 | 235 | 201 | 224 | 237 | 302 | 84 | 3 |
| | | Civil | 182 | 173 | 153 | 180 | 189 | 240 | 73 | 2 |
| | | Criminal Felony | 44 | 50 | 39 | 29 | 33 | 35 | 79 | 4 |
| | | Supervised Release Hearings | 11 | 11 | 10 | 15 | 16 | 27 | 59 | 2 |
| | Pending Cases [2] | | 324 | 340 | 303 | 288 | 295 | 327 | 82 | 4 |
| | Weighted Filings [2] | | 249 | 237 | 203 | 221 | 243 | 277 | 85 | 4 |
| | Terminations | | 220 | 219 | 238 | 239 | 231 | 268 | 86 | 4 |
| | Trials Completed | | 3 | 3 | 6 | 7 | 7 | 10 | 68 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.3 | 13.6 | 16.1 | 20.0 | 23.7 | 18.1 | 82 | 5 |
| | | Civil [2] | 10.4 | 11.2 | 11.0 | 8.6 | 9.0 | 8.5 | 60 | 3 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 80 / 10.7 | 106 / 14.1 | 123 / 19.0 | 122 / 19.0 | 94 / 14.0 | 87 / 11.1 | 60 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.6 | 1.2 | 1.2 | 1.4 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 41.3 | 60.5 | 47.5 | 63.8 | 36.3 | 46.0 | | |
| | | Percent Not Selected or Challenged | 61.8 | 59.9 | 59.3 | 57.6 | 46.3 | 53.9 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 719 | 81 | 10 | 159 | 3 | 18 | 44 | 64 | 60 | 6 | 150 | 33 | 91 |
| Criminal [1] | 105 | 1 | 30 | 15 | 5 | 36 | 6 | 5 | 0 | 4 | 1 | 0 | 2 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**PUERTO RICO**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,714 | 1,951 | 2,079 | 2,067 | 1,847 | 2,006 | | |
| | Terminations | | 2,068 | 2,337 | 2,287 | 2,470 | 2,215 | 2,097 | | |
| | Pending | | 3,888 | 3,550 | 3,367 | 2,956 | 2,586 | 2,519 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 17.0 | 2.8 | -3.5 | -3.0 | 8.6 | | 59 | 5 |
| Number of Judgeships | | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| Vacant Judgeship Months [2] | | | 1.0 | 24.4 | 36.0 | 7.3 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 245 | 279 | 297 | 295 | 264 | 287 | 85 | 4 |
| | | Civil | 111 | 98 | 102 | 96 | 87 | 100 | 91 | 5 |
| | | Criminal Felony | 104 | 129 | 144 | 149 | 132 | 130 | 16 | 1 |
| | | Supervised Release Hearings | 30 | 52 | 52 | 51 | 45 | 57 | 27 | 1 |
| | Pending Cases [2] | | 555 | 507 | 481 | 422 | 369 | 360 | 76 | 3 |
| | Weighted Filings [2] | | 241 | 277 | 301 | 320 | 280 | 297 | 83 | 2 |
| | Terminations | | 295 | 334 | 327 | 353 | 316 | 300 | 82 | 2 |
| | Trials Completed | | 4 | 7 | 9 | 7 | 9 | 11 | 62 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 20.3 | 25.0 | 21.4 | 22.7 | 19.6 | 17.3 | 79 | 4 |
| | | Civil [2] | 14.5 | 17.0 | 18.7 | 17.1 | 14.3 | 12.4 | 86 | 4 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | 33.0 | 21 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 248 14.5 | 320 21.3 | 304 22.6 | 226 20.7 | 205 20.8 | 175 16.8 | 73 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.8 | 2.0 | 1.9 | 2.3 | 2.1 | 2.0 | | |
| | Jurors | Avg. Present for Jury Selection | 116.0 | 64.6 | 34.5 | 54.5 | 69.9 | 47.6 | | |
| | | Percent Not Selected or Challenged | 30.5 | 33.5 | 39.0 | 36.6 | 52.1 | 42.1 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 700 | 64 | 7 | 64 | 12 | 51 | 20 | 85 | 180 | 15 | 140 | 1 | 61 |
| Criminal [1] | 910 | 83 | 205 | 102 | 281 | 58 | 33 | 39 | 0 | 20 | 15 | 17 | 57 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**CONNECTICUT**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 2,466 | 2,347 | 2,267 | 2,290 | 2,593 | 2,708 | | |
| | Terminations | | 2,456 | 2,395 | 2,599 | 2,497 | 2,365 | 2,390 | | |
| | Pending | | 2,965 | 2,913 | 2,567 | 2,387 | 2,613 | 2,927 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 9.8 | 15.4 | 19.5 | 18.3 | 4.4 | | 72 | 4 |
| Number of Judgeships | | | 8 | 8 | 8 | 8 | 8 | 8 | | |
| Vacant Judgeship Months [2] | | | 12.0 | 29.2 | 5.5 | 12.0 | 10.6 | 11.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 308 | 293 | 283 | 286 | 324 | 339 | 80 | 6 |
| | | Civil | 249 | 225 | 216 | 220 | 266 | 281 | 65 | 6 |
| | | Criminal Felony | 42 | 39 | 36 | 32 | 32 | 29 | 86 | 5 |
| | | Supervised Release Hearings | 17 | 30 | 32 | 35 | 26 | 29 | 55 | 4 |
| | Pending Cases [2] | | 371 | 364 | 321 | 298 | 327 | 366 | 74 | 5 |
| | Weighted Filings [2] | | 303 | 287 | 274 | 260 | 295 | 321 | 82 | 6 |
| | Terminations | | 307 | 299 | 325 | 312 | 296 | 299 | 83 | 6 |
| | Trials Completed | | 5 | 10 | 12 | 10 | 10 | 9 | 77 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.0 | 19.5 | 20.9 | 20.0 | 17.9 | 20.2 | 85 | 5 |
| | | Civil [2] | 9.4 | 9.0 | 8.8 | 8.0 | 8.0 | 6.8 | 29 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 33.0 | 42.0 | 40.6 | 40.7 | 41.8 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 136 6.3 | 148 7.0 | 159 8.4 | 148 8.2 | 142 7.0 | 158 6.5 | 29 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.6 | 1.5 | 1.6 | 1.6 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 66.9 | 67.7 | 84.0 | 83.0 | 64.3 | 83.0 | | |
| | | Percent Not Selected or Challenged | 6.7 | 39.8 | 35.7 | 31.2 | 31.6 | 25.3 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,245 | 190 | 28 | 443 | 11 | 25 | 109 | 210 | 251 | 104 | 478 | 9 | 387 |
| Criminal [1] | 230 | 0 | 85 | 11 | 32 | 35 | 16 | 22 | 2 | 12 | 1 | 5 | 9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**NEW YORK NORTHERN**

| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings [1] | 2,363 | 2,089 | 2,187 | 2,471 | 2,348 | 2,738 | U.S. | Circuit |
| | | Terminations | 2,126 | 2,103 | 2,507 | 2,369 | 2,464 | 2,456 | | |
| | | Pending | 2,876 | 2,892 | 2,440 | 2,540 | 2,401 | 2,686 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 15.9 | 31.1 | 25.2 | 10.8 | 16.6 | | 29 | 1 |
| Number of Judgeships | | | 5 | 5 | 5 | 5 | 5 | 5 | | |
| Vacant Judgeship Months [2] | | | 12.0 | 12.0 | 12.0 | 0.0 | 2.6 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 473 | 418 | 437 | 494 | 470 | 548 | 34 | 3 |
| | | Civil | 385 | 317 | 326 | 374 | 363 | 430 | 33 | 4 |
| | | Criminal Felony | 60 | 70 | 76 | 87 | 79 | 84 | 38 | 3 |
| | | Supervised Release Hearings | 27 | 31 | 35 | 34 | 28 | 33 | 45 | 3 |
| | Pending Cases [2] | | 575 | 578 | 488 | 508 | 480 | 537 | 38 | 4 |
| | Weighted Filings [2] | | 362 | 341 | 372 | 395 | 379 | 432 | 54 | 4 |
| | Terminations | | 425 | 421 | 501 | 474 | 493 | 491 | 38 | 4 |
| | Trials Completed | | 4 | 16 | 13 | 12 | 10 | 10 | 68 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.6 | 11.3 | 12.5 | 9.3 | 8.2 | 7.4 | 11 | 1 |
| | | Civil [2] | 9.0 | 10.3 | 11.7 | 7.7 | 7.6 | 8.6 | 61 | 5 |
| | From Filing to Trial [2] (Civil Only) | | - | 48.9 | 63.6 | 50.7 | 50.4 | 55.4 | 47 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 237 / 11.2 | 240 / 11.8 | 264 / 15.3 | 274 / 14.7 | 222 / 12.2 | 196 / 9.2 | 50 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.2 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 33.4 | 32.4 | 32.6 | 39.6 | 37.7 | 36.0 | | |
| | | Percent Not Selected or Challenged | 13.5 | 18.8 | 13.3 | 19.5 | 6.0 | 5.9 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,150 | 353 | 17 | 716 | 50 | 43 | 89 | 82 | 107 | 75 | 479 | 1 | 138 |
| Criminal [1] | 420 | 0 | 96 | 171 | 35 | 25 | 6 | 55 | 2 | 4 | 2 | 4 | 20 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**NEW YORK EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 7,433 | 8,352 | 9,113 | 10,506 | 9,793 | 8,063 | | |
| | Terminations | | 7,094 | 8,428 | 9,106 | 9,334 | 9,347 | 8,291 | | |
| | Pending | | 12,467 | 12,353 | 12,301 | 13,370 | 13,772 | 13,475 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 8.5 | -3.5 | -11.5 | -23.3 | -17.7 | | 91 | 5 |
| Number of Judgeships | | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| Vacant Judgeship Months [2] | | | 27.0 | 22.9 | 43.9 | 33.9 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 496 | 557 | 608 | 700 | 653 | 538 | 36 | 4 |
| | | Civil | 432 | 484 | 537 | 643 | 595 | 484 | 23 | 2 |
| | | Criminal Felony | 44 | 47 | 49 | 36 | 40 | 34 | 81 | 4 |
| | | Supervised Release Hearings | 19 | 26 | 22 | 22 | 18 | 19 | 70 | 6 |
| | Pending Cases [2] | | 831 | 824 | 820 | 891 | 918 | 898 | 13 | 2 |
| | Weighted Filings [2] | | 487 | 545 | 564 | 605 | 584 | 510 | 33 | 2 |
| | Terminations | | 473 | 562 | 607 | 622 | 623 | 553 | 28 | 3 |
| | Trials Completed | | 5 | 9 | 13 | 11 | 14 | 19 | 28 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 21.3 | 26.8 | 29.1 | 31.0 | 29.8 | 29.3 | 94 | 6 |
| | | Civil [2] | 8.8 | 7.2 | 5.9 | 5.1 | 6.1 | 6.7 | 27 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 46.6 | 51.2 | 63.8 | 54.3 | 49.3 | 51.9 | 41 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,725 18.7 | 1,890 21.0 | 2,031 22.7 | 2,012 19.5 | 2,037 18.8 | 2,115 19.8 | 77 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.3 | 1.5 | 1.4 | 1.5 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 116.8 | 139.1 | 84.0 | 67.0 | 72.1 | 84.8 | | |
| | | Percent Not Selected or Challenged | 49.2 | 29.7 | 36.7 | 43.3 | 37.6 | 47.4 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7,265 | 398 | 58 | 482 | 7 | 305 | 905 | 491 | 825 | 671 | 1,216 | 7 | 1,900 |
| Criminal [1] | 503 | 7 | 107 | 20 | 66 | 156 | 41 | 32 | 0 | 13 | 21 | 8 | 32 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**NEW YORK SOUTHERN**

| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 12-Month Periods Ending | | | | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 13,130 | 13,359 | 13,113 | 13,313 | 11,206 | 12,742 | | |
| | | Terminations | 12,436 | 13,657 | 14,652 | 12,871 | 12,403 | 12,064 | | |
| | | Pending | 19,321 | 19,026 | 17,474 | 17,873 | 16,616 | 17,147 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -3.0 | -4.6 | -2.8 | -4.3 | 13.7 | | 38 | 2 |
| Number of Judgeships | | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| Vacant Judgeship Months [2] | | | 31.3 | 40.7 | 53.5 | 30.5 | 8.3 | 24.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 469 | 477 | 468 | 475 | 400 | 455 | 57 | 5 |
| | | Civil | 410 | 413 | 406 | 417 | 349 | 399 | 38 | 5 |
| | | Criminal Felony | 38 | 37 | 33 | 31 | 26 | 27 | 90 | 6 |
| | | Supervised Release Hearings | 20 | 27 | 29 | 28 | 26 | 29 | 55 | 4 |
| | Pending Cases [2] | | 690 | 680 | 624 | 638 | 593 | 612 | 27 | 3 |
| | Weighted Filings [2] | | 535 | 560 | 543 | 535 | 449 | 490 | 37 | 3 |
| | Terminations | | 444 | 488 | 523 | 460 | 443 | 431 | 55 | 5 |
| | Trials Completed | | 10 | 18 | 16 | 20 | 19 | 19 | 28 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.4 | 19.3 | 18.9 | 18.4 | 16.8 | 16.3 | 77 | 4 |
| | | Civil [2] | 6.7 | 5.9 | 5.8 | 5.6 | 6.6 | 5.6 | 11 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 30.7 | 36.7 | 49.7 | 42.0 | 39.3 | 36.4 | 29 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 2,792 19.5 | 3,292 23.4 | 3,377 26.6 | 3,522 26.4 | 3,250 26.2 | 3,233 25.0 | 80 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.9 | 1.6 | 1.6 | 1.5 | 1.3 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 97.4 | 72.8 | 75.3 | 70.9 | 76.7 | 102.9 | | |
| | | Percent Not Selected or Challenged | 68.2 | 54.1 | 47.5 | 59.6 | 50.1 | 56.4 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 11,176 | 463 | 248 | 1,202 | 23 | 286 | 901 | 1,265 | 933 | 996 | 3,307 | 53 | 1,499 |
| Criminal [1] | 746 | 0 | 254 | 19 | 168 | 166 | 44 | 34 | 3 | 13 | 9 | 4 | 32 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**NEW YORK WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 3,854 | 2,952 | 2,368 | 2,885 | 2,833 | 3,089 | | |
| | | Terminations | 3,313 | 3,421 | 3,019 | 3,044 | 3,015 | 2,576 | | |
| | | Pending | 4,844 | 4,385 | 3,734 | 3,565 | 3,382 | 3,871 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -19.8 | 4.6 | 30.4 | 7.1 | 9.0 | | 55 | 3 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months ² | | 0.0 | 0.0 | 0.0 | 9.0 | 7.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 964 | 738 | 592 | 721 | 708 | 772 | 17 | 1 |
| | | Civil | 765 | 539 | 406 | 540 | 533 | 590 | 14 | 1 |
| | | Criminal Felony | 102 | 97 | 90 | 88 | 81 | 99 | 31 | 2 |
| | | Supervised Release Hearings | 97 | 102 | 96 | 93 | 94 | 84 | 9 | 1 |
| | Pending Cases ² | | 1,211 | 1,096 | 934 | 891 | 846 | 968 | 11 | 1 |
| | Weighted Filings ² | | 642 | 520 | 456 | 533 | 515 | 555 | 27 | 1 |
| | Terminations | | 828 | 855 | 755 | 761 | 754 | 644 | 17 | 2 |
| | Trials Completed | | 8 | 8 | 11 | 7 | 7 | 10 | 68 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.4 | 13.5 | 13.8 | 9.6 | 12.2 | 7.5 | 12 | 2 |
| | | Civil ² | 14.9 | 14.1 | 16.2 | 11.3 | 8.0 | 9.9 | 79 | 6 |
| | From Filing to Trial ² (Civil Only) | | - | - | 58.0 | - | - | 55.0 | 46 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 461 / 11.4 | 470 / 13.4 | 515 / 17.6 | 525 / 18.3 | 517 / 19.2 | 557 / 17.3 | 74 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.1 | 1.1 | 1.1 | 1.1 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 175.4 | 106.6 | 108.5 | 74.9 | 97.6 | 73.8 | | |
| | | Percent Not Selected or Challenged | 65.2 | 50.7 | 51.8 | 39.7 | 41.1 | 43.1 | | |

| **2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,358 | 907 | 19 | 619 | 14 | 40 | 50 | 109 | 106 | 84 | 293 | 1 | 116 |
| Criminal ¹ | 395 | 0 | 142 | 78 | 49 | 53 | 9 | 43 | 0 | 8 | 3 | 5 | 5 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**VERMONT**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 443 | 509 | 564 | 1,089 | 1,773 | 1,260 | | |
| | Terminations | | 499 | 538 | 511 | 786 | 1,685 | 1,490 | | |
| | Pending | | 541 | 501 | 557 | 849 | 925 | 710 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 184.4 | 147.5 | 123.4 | 15.7 | -28.9 | | 92 | 6 |
| Number of Judgeships | | | 2 | 2 | 2 | 2 | 2 | 2 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 222 | 255 | 282 | 545 | 887 | 630 | 26 | 2 |
| | | Civil | 115 | 147 | 118 | 394 | 753 | 474 | 24 | 3 |
| | | Criminal Felony | 68 | 56 | 102 | 90 | 82 | 105 | 26 | 1 |
| | | Supervised Release Hearings | 40 | 53 | 63 | 61 | 52 | 52 | 30 | 2 |
| | Pending Cases [2] | | 271 | 251 | 279 | 425 | 463 | 355 | 78 | 6 |
| | Weighted Filings [2] | | 211 | 209 | 255 | 317 | 424 | 379 | 66 | 5 |
| | Terminations | | 250 | 269 | 256 | 393 | 843 | 745 | 10 | 1 |
| | Trials Completed | | 11 | 15 | 13 | 15 | 14 | 19 | 28 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.7 | 13.9 | 12.7 | 12.3 | 14.5 | 14.0 | 60 | 3 |
| | | Civil [2] | 9.8 | 6.1 | 8.5 | 2.6 | 2.4 | 2.6 | 1 | 1 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 36 11.8 | 45 15.5 | 47 18.0 | 45 8.5 | 45 7.1 | 48 11.5 | 61 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.1 | 1.4 | 1.4 | 1.4 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 50.0 | 36.8 | 38.7 | 57.0 | 52.4 | 52.0 | | |
| | | Percent Not Selected or Challenged | 30.7 | 38.8 | 49.1 | 39.3 | 46.6 | 36.9 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 947 | 36 | 5 | 48 | 2 | 15 | 8 | 21 | 30 | 6 | 44 | 1 | 731 |
| Criminal [1] | 208 | 0 | 85 | 26 | 28 | 42 | 6 | 18 | 0 | 1 | 1 | 0 | 1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**DELAWARE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,937 | 1,993 | 1,819 | 1,651 | 1,625 | 1,785 | | |
| | Terminations | | 2,098 | 2,116 | 2,193 | 1,527 | 1,561 | 1,891 | | |
| | Pending | | 2,484 | 2,401 | 2,078 | 2,237 | 2,338 | 2,243 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -7.8 | -10.4 | -1.9 | 8.1 | 9.8 | | 54 | 4 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 484 | 498 | 455 | 413 | 406 | 446 | 60 | 3 |
| | | Civil | 461 | 472 | 426 | 380 | 371 | 408 | 37 | 3 |
| | | Criminal Felony | 21 | 20 | 26 | 28 | 31 | 32 | 83 | 5 |
| | | Supervised Release Hearings | 3 | 7 | 4 | 6 | 5 | 7 | 89 | 5 |
| | Pending Cases [2] | | 621 | 600 | 520 | 559 | 585 | 561 | 33 | 3 |
| | Weighted Filings [2] | | 875 | 953 | 775 | 666 | 612 | 657 | 19 | 2 |
| | Terminations | | 525 | 529 | 548 | 382 | 390 | 473 | 46 | 3 |
| | Trials Completed | | 17 | 19 | 23 | 18 | 31 | 22 | 19 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.3 | 15.4 | 15.0 | 10.6 | 17.5 | 5.3 | 6 | 1 |
| | | Civil [2] | 6.9 | 7.1 | 8.0 | 8.3 | 9.0 | 9.4 | 72 | 5 |
| | From Filing to Trial [2] (Civil Only) | | 26.5 | 36.5 | 33.7 | 38.0 | 32.3 | 43.0 | 38 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 288 12.4 | 314 14.2 | 313 16.6 | 327 16.1 | 351 16.6 | 355 17.3 | 74 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.0 | 1.3 | 1.3 | 1.3 | 1.0 | | |
| | Jurors | Avg. Present for Jury Selection | 45.0 | 47.7 | 42.4 | 35.9 | 32.0 | 43.5 | | |
| | | Percent Not Selected or Challenged | 53.8 | 37.0 | 39.1 | 37.4 | 31.8 | 38.7 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,631 | 19 | 11 | 193 | 3 | 8 | 38 | 196 | 67 | 616 | 198 | 9 | 273 |
| Criminal [1] | 128 | 0 | 12 | 82 | 10 | 9 | 5 | 4 | 0 | 1 | 0 | 0 | 5 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**NEW JERSEY**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| Overall Caseload Statistics | Filings ¹ | | 23,453 | 23,063 | 9,998 | 25,654 | 13,806 | 21,981 | | |
| | Terminations | | 10,721 | 10,699 | 9,906 | 9,801 | 10,277 | 11,390 | | |
| | Pending | | 51,514 | 63,894 | 63,988 | 79,806 | 83,374 | 93,986 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -6.3 | -4.7 | 119.9 | -14.3 | 59.2 | | 3 | 1 |
| Number of Judgeships | | | 17 | 17 | 17 | 17 | 17 | 17 | | |
| Vacant Judgeship Months ² | | | 72.0 | 60.5 | 16.5 | 29.6 | 2.6 | 0.0 | | |
| Actions per Judgeship | Filings | Total | 1,380 | 1,357 | 588 | 1,509 | 812 | 1,293 | 2 | 1 |
| | | Civil | 1,325 | 1,302 | 533 | 1,452 | 762 | 1,245 | 2 | 1 |
| | | Criminal Felony | 46 | 45 | 43 | 46 | 37 | 36 | 78 | 4 |
| | | Supervised Release Hearings | 8 | 10 | 13 | 11 | 13 | 13 | 81 | 3 |
| | Pending Cases ² | | 3,030 | 3,758 | 3,764 | 4,694 | 4,904 | 5,529 | 1 | 1 |
| | Weighted Filings ² | | 994 | 1,003 | 478 | 1,131 | 674 | 1,009 | 2 | 1 |
| | Terminations | | 631 | 629 | 583 | 577 | 605 | 670 | 14 | 1 |
| | Trials Completed | | 3 | 5 | 7 | 6 | 6 | 5 | 93 | 6 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 8.7 | 13.3 | 13.3 | 15.9 | 13.1 | 12.6 | 45 | 2 |
| | | Civil ² | 10.1 | 8.4 | 9.8 | 7.4 | 8.1 | 7.5 | 40 | 3 |
| | From Filing to Trial ² (Civil Only) | | - | 43.3 | 52.9 | 50.8 | 60.4 | 56.9 | 49 | 4 |
| Other | Number (and %) of Civil Cases Over 3 Years Old ² | | 6,849 13.7 | 14,041 22.5 | 27,140 43.5 | 39,651 50.6 | 52,524 64.0 | 52,429 56.5 | 91 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.1 | 1.0 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 247.5 | 153.4 | 105.1 | 86.1 | 93.4 | 105.2 | | |
| | | Percent Not Selected or Challenged | 44.8 | 45.9 | 41.9 | 44.4 | 46.9 | 38.0 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 21,158 | 404 | 11,762 | 1,260 | 12 | 70 | 422 | 866 | 1,216 | 617 | 1,706 | 21 | 2,802 |
| Criminal ¹ | 603 | 12 | 201 | 59 | 79 | 134 | 30 | 26 | 1 | 20 | 8 | 8 | 25 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**PENNSYLVANIA EASTERN**

| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | Numerical Standing Within U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings [1] | 7,714 | 6,918 | 6,495 | 8,064 | 9,730 | 9,509 | | |
| | | Terminations | 6,262 | 7,113 | 7,081 | 8,200 | 8,121 | 7,803 | | |
| | | Pending | 10,123 | 9,892 | 9,280 | 8,090 | 9,596 | 11,309 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 23.3 | 37.5 | 46.4 | 17.9 | -2.3 | | 83 | 5 |
| Number of Judgeships | | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| Vacant Judgeship Months [2] | | | 21.0 | 43.5 | 48.0 | 38.4 | 26.1 | 3.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 351 | 314 | 295 | 367 | 442 | 432 | 62 | 4 |
| | | Civil | 325 | 285 | 267 | 336 | 412 | 397 | 40 | 4 |
| | | Criminal Felony | 20 | 20 | 20 | 22 | 21 | 26 | 93 | 6 |
| | | Supervised Release Hearings | 5 | 10 | 8 | 8 | 9 | 9 | 86 | 4 |
| | Pending Cases [2] | | 460 | 450 | 422 | 368 | 436 | 514 | 44 | 4 |
| | Weighted Filings [2] | | 311 | 292 | 270 | 273 | 330 | 355 | 73 | 5 |
| | Terminations | | 285 | 323 | 322 | 373 | 369 | 355 | 73 | 5 |
| | Trials Completed | | 3 | 6 | 7 | 6 | 6 | 6 | 88 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.3 | 22.0 | 21.1 | 22.0 | 20.5 | 16.8 | 78 | 4 |
| | | Civil [2] | 6.0 | 6.6 | 6.5 | 4.5 | 4.8 | 5.0 | 5 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 19.7 | 24.4 | 23.9 | 27.6 | 28.3 | 20.7 | 2 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,551 17.8 | 1,831 21.4 | 2,370 29.5 | 2,057 29.9 | 1,997 23.5 | 2,098 20.6 | 78 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 47.0 | 50.9 | 59.0 | 47.0 | 42.4 | 56.4 | | |
| | | Percent Not Selected or Challenged | 30.9 | 43.3 | 44.1 | 40.5 | 31.3 | 41.4 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 8,730 | 509 | 1,888 | 1,275 | 2 | 76 | 321 | 890 | 842 | 302 | 1,781 | 20 | 824 |
| Criminal [1] | 572 | 0 | 153 | 80 | 102 | 82 | 66 | 24 | 0 | 14 | 8 | 16 | 27 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**PENNSYLVANIA MIDDLE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 3,044 | 2,817 | 2,713 | 2,728 | 2,858 | 3,180 | | |
| | Terminations | | 2,769 | 2,863 | 2,952 | 2,827 | 2,882 | 3,024 | | |
| | Pending | | 3,980 | 3,955 | 3,753 | 3,638 | 3,609 | 3,771 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 4.5 | 12.9 | 17.2 | 16.6 | 11.3 | | 50 | 3 |
| Number of Judgeships | | | 6 | 6 | 6 | 6 | 6 | 6 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 5.0 | 15.0 | 24.0 | 1.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 507 | 470 | 452 | 455 | 476 | 530 | 38 | 2 |
| | | Civil | 424 | 375 | 356 | 372 | 392 | 449 | 28 | 2 |
| | | Criminal Felony | 70 | 77 | 79 | 65 | 66 | 63 | 56 | 1 |
| | | Supervised Release Hearings | 13 | 17 | 18 | 17 | 19 | 18 | 73 | 2 |
| | Pending Cases [2] | | 663 | 659 | 626 | 606 | 602 | 629 | 25 | 2 |
| | Weighted Filings [2] | | 453 | 437 | 423 | 425 | 451 | 475 | 45 | 3 |
| | Terminations | | 462 | 477 | 492 | 471 | 480 | 504 | 35 | 2 |
| | Trials Completed | | 18 | 25 | 26 | 22 | 27 | 26 | 10 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 21.8 | 22.7 | 21.9 | 20.5 | 22.2 | 20.8 | 88 | 6 |
| | | Civil [2] | 10.8 | 9.5 | 12.7 | 10.8 | 8.1 | 8.7 | 64 | 4 |
| | From Filing to Trial [2] (Civil Only) | | - | 41.4 | 45.6 | 52.3 | - | 45.8 | 40 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 298 10.3 | 305 11.1 | 285 11.2 | 276 11.3 | 256 10.2 | 246 8.9 | 43 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.4 | 1.3 | 1.4 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 57.1 | 47.5 | 58.1 | 51.1 | 54.2 | 49.8 | | |
| | | Percent Not Selected or Challenged | 40.0 | 32.6 | 37.0 | 31.0 | 29.3 | 33.0 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,694 | 377 | 18 | 950 | 4 | 17 | 83 | 162 | 205 | 65 | 647 | 4 | 162 |
| Criminal [1] | 377 | 1 | 123 | 42 | 62 | 50 | 25 | 49 | 2 | 6 | 5 | 0 | 12 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

# U.S. District Court — Judicial Caseload Profile

**PENNSYLVANIA WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 3,827 | 3,629 | 3,383 | 3,929 | 3,389 | 3,950 | | |
| | | Terminations | 3,312 | 3,309 | 3,594 | 3,574 | 3,504 | 3,840 | | |
| | | Pending | 3,699 | 3,989 | 3,754 | 4,108 | 4,021 | 4,209 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 3.2 | 8.8 | 16.8 | 0.5 | 16.6 | | 29 | 2 |
| Number of Judgeships | | | 10 | 10 | 10 | 10 | 10 | 10 | | |
| Vacant Judgeship Months ² | | | 12.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 383 | 363 | 338 | 393 | 339 | 395 | 69 | 5 |
| | | Civil | 300 | 280 | 283 | 324 | 276 | 333 | 52 | 5 |
| | | Criminal Felony | 73 | 76 | 42 | 49 | 42 | 42 | 76 | 2 |
| | | Supervised Release Hearings | 10 | 7 | 13 | 20 | 21 | 20 | 68 | 1 |
| | Pending Cases ² | | 370 | 399 | 375 | 411 | 402 | 421 | 64 | 5 |
| | Weighted Filings ² | | 372 | 354 | 295 | 352 | 292 | 363 | 71 | 4 |
| | Terminations | | 331 | 331 | 359 | 357 | 350 | 384 | 67 | 4 |
| | Trials Completed | | 13 | 16 | 23 | 24 | 23 | 26 | 10 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.4 | 19.1 | 21.0 | 24.0 | 22.1 | 20.4 | 86 | 5 |
| | | Civil ² | 5.6 | 6.7 | 6.6 | 5.8 | 6.6 | 6.6 | 24 | 2 |
| | From Filing to Trial ² (Civil Only) | | - | 44.7 | 34.2 | 45.4 | 52.1 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 78 3.4 | 106 4.3 | 134 5.3 | 148 4.8 | 298 9.4 | 408 11.9 | 63 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.7 | 1.5 | 1.3 | 1.7 | 1.4 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 41.3 | 54.8 | 43.6 | 69.7 | 56.1 | 64.7 | | |
| | | Percent Not Selected or Challenged | 31.2 | 42.6 | 32.5 | 32.2 | 36.2 | 26.0 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,325 | 142 | 61 | 1,158 | 11 | 16 | 143 | 281 | 226 | 178 | 912 | 2 | 195 |
| Criminal ¹ | 421 | 1 | 128 | 35 | 116 | 41 | 11 | 35 | 2 | 13 | 4 | 2 | 33 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**VIRGIN ISLANDS**

| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 306 | 499 | 232 | 221 | 190 | 182 | | |
| | Terminations | | 315 | 462 | 304 | 213 | 274 | 182 | | |
| | Pending | | 1,397 | 1,429 | 1,360 | 1,362 | 579 | 540 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -40.5 | -63.5 | -21.6 | -17.6 | -4.2 | | 86 | 6 |
| Number of Judgeships | | | 2 | 2 | 2 | 2 | 2 | 2 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 153 | 250 | 116 | 111 | 95 | 91 | 93 | 6 |
| | | Civil | 117 | 209 | 70 | 59 | 57 | 48 | 92 | 6 |
| | | Criminal Felony | 33 | 38 | 44 | 49 | 35 | 38 | 77 | 3 |
| | | Supervised Release Hearings | 4 | 3 | 2 | 3 | 4 | 6 | 91 | 6 |
| | Pending Cases [2] | | 699 | 715 | 680 | 681 | 290 | 270 | 89 | 6 |
| | Weighted Filings [2] | | | | | | | | - | - |
| | Terminations | | 158 | 231 | 152 | 107 | 137 | 91 | 93 | 6 |
| | Trials Completed | | 15 | 13 | 10 | 18 | 18 | 24 | 15 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 21.2 | 21.1 | 24.4 | 14.0 | 22.0 | 14.3 | 67 | 3 |
| | | Civil [2] | 14.0 | 6.2 | 16.7 | 21.0 | 16.8 | 10.3 | 82 | 6 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 166 33.1 | 177 34.3 | 191 44.4 | 185 43.5 | 139 41.6 | 169 49.4 | 86 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.7 | 1.8 | 1.2 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 73.6 | 111.7 | 78.8 | 34.5 | 73.8 | 73.9 | | |
| | | Percent Not Selected or Challenged | 25.5 | 46.9 | 37.7 | 26.2 | 32.1 | 39.7 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 96 | 0 | 0 | 6 | 1 | 23 | 4 | 13 | 19 | 0 | 24 | 0 | 6 |
| Criminal [1] | 75 | 9 | 31 | 18 | 2 | 2 | 4 | 3 | 0 | 0 | 1 | 0 | 5 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**MARYLAND**

| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | Numerical Standing Within U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings [1] | | 4,503 | 4,057 | 4,173 | 4,347 | 4,504 | 5,007 | | |
| | Terminations | | 3,857 | 4,405 | 4,723 | 4,830 | 4,561 | 4,516 | | |
| | Pending | | 6,254 | 5,922 | 5,385 | 4,919 | 4,869 | 5,371 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 11.2 | 23.4 | 20.0 | 15.2 | 11.2 | | 52 | 4 |
| Number of Judgeships | | | 10 | 10 | 10 | 10 | 10 | 10 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.7 | 0.4 | 4.4 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 450 | 406 | 417 | 435 | 450 | 501 | 43 | 4 |
| | | Civil | 384 | 338 | 353 | 369 | 393 | 448 | 29 | 3 |
| | | Criminal Felony | 55 | 55 | 46 | 46 | 36 | 29 | 86 | 9 |
| | | Supervised Release Hearings | 12 | 13 | 19 | 20 | 22 | 23 | 61 | 7 |
| | Pending Cases [2] | | 625 | 592 | 539 | 492 | 487 | 537 | 38 | 3 |
| | Weighted Filings [2] | | 399 | 381 | 372 | 383 | 394 | 452 | 47 | 4 |
| | Terminations | | 386 | 441 | 472 | 483 | 456 | 452 | 50 | 4 |
| | Trials Completed | | 7 | 10 | 12 | 10 | 13 | 11 | 62 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.3 | 19.2 | 19.3 | 22.0 | 20.4 | 20.7 | 87 | 9 |
| | | Civil [2] | 9.1 | 9.5 | 8.7 | 9.2 | 7.3 | 6.7 | 27 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 30.5 | 45.9 | 40.8 | 39.5 | 46.7 | 37.6 | 31 | 5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 612 12.4 | 891 19.3 | 885 21.1 | 532 14.3 | 433 11.5 | 454 10.3 | 54 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.4 | 1.4 | 1.3 | 1.4 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 52.7 | 68.1 | 45.5 | 57.2 | 54.5 | 63.4 | | |
| | | Percent Not Selected or Challenged | 28.9 | 46.0 | 24.8 | 34.5 | 33.2 | 36.3 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4,482 | 291 | 33 | 851 | 16 | 87 | 283 | 364 | 685 | 246 | 741 | 7 | 878 |
| Criminal [1] | 292 | 14 | 45 | 27 | 46 | 57 | 22 | 35 | 3 | 10 | 5 | 5 | 23 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**NORTH CAROLINA EASTERN**

| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings [1] | | 3,124 | 2,702 | 2,528 | 4,306 | 3,614 | 4,049 | | |
| | Terminations | | 2,537 | 2,965 | 2,734 | 3,004 | 2,749 | 2,663 | | |
| | Pending | | 3,804 | 3,518 | 3,262 | 4,350 | 5,226 | 6,601 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 29.6 | 49.9 | 60.2 | -6.0 | 12.0 | | 45 | 2 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 781 | 676 | 632 | 1,077 | 904 | 1,012 | 7 | 2 |
| | | Civil | 477 | 412 | 409 | 831 | 683 | 820 | 5 | 2 |
| | | Criminal Felony | 255 | 196 | 151 | 158 | 150 | 131 | 15 | 1 |
| | | Supervised Release Hearings | 49 | 68 | 73 | 88 | 71 | 62 | 20 | 2 |
| | Pending Cases [2] | | 951 | 880 | 816 | 1,088 | 1,307 | 1,650 | 7 | 2 |
| | Weighted Filings [2] | | 721 | 629 | 551 | 992 | 842 | 947 | 3 | 2 |
| | Terminations | | 634 | 741 | 684 | 751 | 687 | 666 | 15 | 1 |
| | Trials Completed | | 29 | 42 | 42 | 35 | 28 | 28 | 9 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.6 | 14.0 | 16.5 | 14.6 | 12.7 | 12.9 | 47 | 5 |
| | | Civil [2] | 9.6 | 10.5 | 11.6 | 8.1 | 8.2 | 7.7 | 45 | 4 |
| | From Filing to Trial [2] (Civil Only) | | - | - | 36.5 | 31.2 | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 326 / 14.2 | 369 / 16.6 | 354 / 17.5 | 195 / 6.0 | 229 / 5.5 | 261 / 4.7 | 17 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.3 | 1.3 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 41.6 | 44.8 | 38.5 | 36.2 | 37.2 | 40.5 | | |
| | | Percent Not Selected or Challenged | 37.2 | 30.1 | 27.0 | 27.0 | 28.1 | 31.6 | | |

| **2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,281 | 183 | 19 | 733 | 17 | 30 | 38 | 159 | 1,457 | 97 | 339 | 1 | 208 |
| Criminal [1] | 520 | 2 | 222 | 30 | 127 | 58 | 28 | 22 | 2 | 10 | 3 | 8 | 8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**NORTH CAROLINA MIDDLE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 1,777 | 1,652 | 1,810 | 1,773 | 1,791 | 1,823 | | |
| | | Terminations | 1,760 | 1,834 | 1,833 | 1,888 | 1,791 | 1,636 | | |
| | | Pending | 1,728 | 1,550 | 1,523 | 1,415 | 1,415 | 1,601 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 2.6 | 10.4 | 0.7 | 2.8 | 1.8 | | 79 | 7 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 444 | 413 | 453 | 443 | 448 | 456 | 55 | 6 |
| | | Civil | 297 | 247 | 289 | 285 | 283 | 299 | 59 | 7 |
| | | Criminal Felony | 104 | 103 | 92 | 76 | 86 | 80 | 43 | 4 |
| | | Supervised Release Hearings | 44 | 63 | 72 | 82 | 80 | 76 | 10 | 1 |
| | Pending Cases [2] | | 432 | 388 | 381 | 354 | 354 | 400 | 67 | 7 |
| | Weighted Filings [2] | | 378 | 345 | 366 | 359 | 360 | 385 | 64 | 6 |
| | Terminations | | 440 | 459 | 458 | 472 | 448 | 409 | 61 | 7 |
| | Trials Completed | | 15 | 19 | 20 | 26 | 19 | 19 | 28 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.6 | 9.0 | 9.8 | 9.0 | 9.5 | 9.3 | 21 | 2 |
| | | Civil [2] | 9.2 | 10.8 | 10.6 | 8.9 | 7.8 | 8.2 | 54 | 5 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | 41.1 | - | 23.1 | 5 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 105 9.2 | 65 6.5 | 67 6.7 | 45 4.6 | 49 5.2 | 61 5.4 | 23 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.3 | 1.3 | 1.3 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 48.1 | 47.4 | 42.8 | 41.7 | 33.0 | 25.0 | | |
| | | Percent Not Selected or Challenged | 27.7 | 43.7 | 29.4 | 45.6 | 46.6 | 40.0 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,197 | 97 | 13 | 461 | 9 | 3 | 33 | 110 | 71 | 46 | 222 | 0 | 132 |
| Criminal [1] | 321 | 1 | 76 | 17 | 154 | 18 | 17 | 19 | 0 | 2 | 4 | 1 | 12 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**NORTH CAROLINA WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 2,202 | 1,937 | 1,865 | 2,100 | 2,327 | 2,367 | | |
| | Terminations | | 1,965 | 2,199 | 2,237 | 1,958 | 2,296 | 2,110 | | |
| | Pending | | 2,063 | 1,809 | 1,447 | 1,600 | 1,652 | 1,929 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 7.5 | 22.2 | 26.9 | 12.7 | 1.7 | | 80 | 8 |
| Number of Judgeships | | | 5 | 5 | 5 | 5 | 5 | 5 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 7.5 | 13.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 440 | 387 | 373 | 420 | 465 | 473 | 51 | 5 |
| | | Civil | 258 | 239 | 228 | 291 | 336 | 331 | 53 | 6 |
| | | Criminal Felony | 130 | 93 | 87 | 73 | 74 | 84 | 38 | 3 |
| | | Supervised Release Hearings | 53 | 55 | 58 | 56 | 56 | 59 | 23 | 3 |
| | Pending Cases [2] | | 413 | 362 | 289 | 320 | 330 | 386 | 68 | 8 |
| | Weighted Filings [2] | | 396 | 343 | 330 | 369 | 382 | 416 | 59 | 5 |
| | Terminations | | 393 | 440 | 447 | 392 | 459 | 422 | 58 | 5 |
| | Trials Completed | | 9 | 14 | 13 | 19 | 18 | 15 | 44 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.6 | 13.4 | 12.9 | 12.5 | 14.9 | 14.3 | 67 | 8 |
| | | Civil [2] | 8.5 | 10.5 | 9.3 | 6.3 | 5.7 | 5.8 | 14 | 1 |
| | From Filing to Trial [2] (Civil Only) | | - | 30.4 | 30.1 | 32.4 | 26.9 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 73 / 5.6 | 54 / 4.6 | 49 / 5.2 | 53 / 4.9 | 50 / 4.5 | 57 / 4.2 | 12 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.2 | 1.1 | 1.2 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 36.6 | 27.3 | 33.7 | 37.5 | 20.3 | 57.1 | | |
| | | Percent Not Selected or Challenged | 29.2 | 33.5 | 36.9 | 34.9 | 30.9 | 40.3 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,653 | 195 | 29 | 365 | 6 | 16 | 45 | 212 | 87 | 91 | 310 | 0 | 297 |
| Criminal [1] | 415 | 1 | 76 | 60 | 150 | 53 | 17 | 28 | 4 | 2 | 1 | 6 | 17 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**SOUTH CAROLINA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 5,354 | 5,117 | 5,390 | 7,728 | 8,211 | 14,812 | | |
| | Terminations | | 4,153 | 4,786 | 4,233 | 4,428 | 7,885 | 5,162 | | |
| | Pending | | 6,162 | 6,550 | 7,777 | 11,429 | 12,191 | 22,123 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 176.7 | 189.5 | 174.8 | 91.7 | 80.4 | | 1 | 1 |
| Number of Judgeships | | | 10 | 10 | 10 | 10 | 10 | 10 | | |
| Vacant Judgeship Months [2] | | | 24.0 | 0.0 | 0.0 | 12.0 | 9.4 | 12.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 535 | 512 | 539 | 773 | 821 | 1,481 | 1 | 1 |
| | | Civil | 446 | 418 | 443 | 673 | 730 | 1,391 | 1 | 1 |
| | | Criminal Felony | 60 | 59 | 59 | 62 | 58 | 57 | 65 | 6 |
| | | Supervised Release Hearings | 29 | 35 | 37 | 38 | 34 | 33 | 45 | 6 |
| | Pending Cases [2] | | 616 | 655 | 778 | 1,143 | 1,219 | 2,212 | 3 | 1 |
| | Weighted Filings [2] | | 441 | 418 | 433 | 590 | 632 | 1,095 | 1 | 1 |
| | Terminations | | 415 | 479 | 423 | 443 | 789 | 516 | 31 | 2 |
| | Trials Completed | | 9 | 14 | 12 | 14 | 12 | 12 | 57 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.0 | 17.0 | 16.9 | 17.0 | 14.3 | 14.0 | 60 | 6 |
| | | Civil [2] | 10.3 | 10.0 | 9.5 | 8.0 | 12.0 | 8.6 | 61 | 6 |
| | From Filing to Trial [2] (Civil Only) | | 35.8 | 35.5 | 32.1 | 44.9 | 37.6 | 35.8 | 27 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 447 9.1 | 561 10.5 | 622 9.4 | 1,338 12.9 | 1,859 16.7 | 2,592 12.3 | 64 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 2.1 | 1.7 | 1.5 | 1.6 | 1.6 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 49.0 | 47.3 | 51.8 | 57.5 | 50.2 | 52.2 | | |
| | | Percent Not Selected or Challenged | 37.7 | 36.6 | 41.6 | 43.4 | 34.0 | 35.4 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 13,911 | 260 | 9,908 | 1,290 | 15 | 208 | 236 | 463 | 608 | 69 | 502 | 2 | 350 |
| Criminal [1] | 569 | 12 | 127 | 68 | 150 | 92 | 8 | 34 | 0 | 15 | 14 | 18 | 31 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**VIRGINIA EASTERN**

| | | | 12-Month Periods Ending | | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 4,328 | 4,183 | 4,160 | 4,552 | 5,185 | 5,636 | | | |
| | | Terminations | 3,733 | 4,575 | 4,213 | 4,394 | 4,678 | 5,214 | | | |
| | | Pending | 4,035 | 3,691 | 3,683 | 3,828 | 4,381 | 4,786 | | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 30.2 | 34.7 | 35.5 | 23.8 | 8.7 | | | 58 | 5 |
| Number of Judgeships | | | 11 | 11 | 11 | 11 | 11 | 11 | | | |
| Vacant Judgeship Months [2] | | | 13.7 | 17.8 | 19.0 | 0.0 | 0.0 | 0.0 | | | |
| **Actions per Judgeship** | **Filings** | Total | 393 | 380 | 378 | 414 | 471 | 512 | | 42 | 3 |
| | | Civil | 303 | 277 | 267 | 319 | 373 | 410 | | 36 | 4 |
| | | Criminal Felony | 63 | 65 | 72 | 61 | 66 | 67 | | 53 | 5 |
| | | Supervised Release Hearings | 27 | 38 | 39 | 34 | 32 | 35 | | 41 | 5 |
| | Pending Cases [2] | | 367 | 336 | 335 | 348 | 398 | 435 | | 58 | 5 |
| | Weighted Filings [2] | | 359 | 354 | 351 | 373 | 415 | 485 | | 40 | 3 |
| | Terminations | | 339 | 416 | 383 | 399 | 425 | 474 | | 44 | 3 |
| | Trials Completed | | 13 | 18 | 18 | 16 | 17 | 20 | | 24 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.7 | 8.2 | 7.8 | 7.9 | 7.9 | 7.2 | | 10 | 1 |
| | | Civil [2] | 6.3 | 6.6 | 6.9 | 6.2 | 5.3 | 5.8 | | 14 | 1 |
| | From Filing to Trial [2] (Civil Only) | | - | 18.2 | 24.1 | 20.7 | 14.6 | 17.4 | | 1 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 84 3.0 | 166 6.5 | 355 14.3 | 354 13.2 | 338 10.5 | 393 10.9 | | 56 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.3 | 1.2 | 1.2 | 1.2 | | | |
| | Jurors | Avg. Present for Jury Selection | 54.4 | 56.9 | 66.7 | 63.0 | 55.2 | 42.5 | | | |
| | | Percent Not Selected or Challenged | 49.5 | 49.4 | 40.9 | 50.2 | 36.8 | 31.5 | | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4,512 | 167 | 17 | 1,277 | 8 | 59 | 179 | 414 | 343 | 309 | 743 | 11 | 985 |
| Criminal [1] | 739 | 1 | 148 | 119 | 137 | 166 | 26 | 66 | 0 | 14 | 7 | 16 | 39 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**VIRGINIA WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,746 | 1,451 | 1,561 | 1,603 | 1,638 | 1,825 | | |
| | Terminations | | 1,737 | 1,614 | 1,645 | 1,440 | 1,642 | 1,674 | | |
| | Pending | | 1,673 | 1,502 | 1,418 | 1,583 | 1,569 | 1,725 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 4.5 | 25.8 | 16.9 | 13.8 | 11.4 | | 48 | 3 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months [2] | | | 8.3 | 0.0 | 12.0 | 12.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 437 | 363 | 390 | 401 | 410 | 456 | 55 | 6 |
| | | Civil | 339 | 265 | 317 | 316 | 336 | 385 | 43 | 5 |
| | | Criminal Felony | 70 | 70 | 44 | 62 | 50 | 48 | 71 | 7 |
| | | Supervised Release Hearings | 29 | 28 | 30 | 24 | 23 | 23 | 61 | 7 |
| | Pending Cases [2] | | 418 | 376 | 355 | 396 | 392 | 431 | 60 | 6 |
| | Weighted Filings [2] | | 349 | 318 | 311 | 344 | 341 | 376 | 67 | 7 |
| | Terminations | | 434 | 404 | 411 | 360 | 411 | 419 | 60 | 6 |
| | Trials Completed | | 25 | 27 | 24 | 31 | 20 | 20 | 24 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.9 | 12.0 | 15.4 | 14.3 | 12.2 | 10.4 | 31 | 4 |
| | | Civil [2] | 11.7 | 11.3 | 14.1 | 10.8 | 9.8 | 9.1 | 68 | 7 |
| | From Filing to Trial [2] (Civil Only) | | - | 27.9 | 35.5 | 33.9 | 23.0 | 30.2 | 18 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 38 3.2 | 51 5.0 | 60 5.6 | 57 4.9 | 56 4.7 | 126 9.1 | 48 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.6 | 1.2 | 1.6 | 1.6 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 49.6 | 34.4 | 39.4 | 40.9 | 50.7 | 41.9 | | |
| | | Percent Not Selected or Challenged | 25.8 | 23.3 | 38.7 | 29.4 | 43.4 | 40.3 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,541 | 134 | 7 | 850 | 6 | 25 | 40 | 81 | 109 | 13 | 156 | 4 | 116 |
| Criminal [1] | 192 | 0 | 76 | 36 | 32 | 19 | 2 | 13 | 1 | 3 | 5 | 2 | 3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**WEST VIRGINIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 1,311 | 1,081 | 1,244 | 1,341 | 1,132 | 1,109 | | |
| | | Terminations | 1,123 | 1,307 | 1,329 | 1,403 | 1,064 | 1,172 | | |
| | | Pending | 1,344 | 1,106 | 1,007 | 965 | 1,036 | 977 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -15.4 | 2.6 | -10.9 | -17.3 | -2.0 | | 82 | 9 |
| | Number of Judgeships | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 437 | 360 | 415 | 447 | 377 | 370 | 75 | 8 |
| | | Civil | 268 | 202 | 243 | 268 | 195 | 223 | 77 | 8 |
| | | Criminal Felony | 131 | 110 | 119 | 125 | 139 | 98 | 32 | 2 |
| | | Supervised Release Hearings | 38 | 48 | 53 | 54 | 43 | 48 | 33 | 4 |
| | Pending Cases [2] | | 448 | 369 | 336 | 322 | 345 | 326 | 83 | 9 |
| | Weighted Filings [2] | | 409 | 326 | 370 | 387 | 368 | 324 | 80 | 8 |
| | Terminations | | 374 | 436 | 443 | 468 | 355 | 391 | 62 | 8 |
| | Trials Completed | | 10 | 15 | 20 | 12 | 13 | 14 | 49 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.9 | 10.8 | 12.7 | 11.7 | 12.1 | 14.2 | 64 | 7 |
| | | Civil [2] | 8.9 | 10.9 | 11.9 | 9.4 | 10.1 | 9.4 | 72 | 9 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 30 / 3.8 | 34 / 6.1 | 45 / 8.4 | 42 / 9.2 | 42 / 8.7 | 39 / 7.7 | 37 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.8 | 1.7 | 1.6 | 1.6 | 1.9 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 100.0 | 53.4 | 48.2 | 45.8 | 58.1 | 50.5 | | |
| | | Percent Not Selected or Challenged | 59.0 | 30.5 | 41.2 | 26.5 | 27.8 | 28.6 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 669 | 33 | 3 | 337 | 5 | 10 | 15 | 56 | 58 | 7 | 85 | 3 | 57 |
| Criminal [1] | 294 | 0 | 157 | 14 | 58 | 21 | 2 | 22 | 1 | 4 | 5 | 0 | 10 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**WEST VIRGINIA SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 1,358 | 1,157 | 1,013 | 1,200 | 1,079 | 1,119 | | |
| | | Terminations | 3,281 | 1,271 | 1,141 | 1,105 | 1,097 | 1,085 | | |
| | | Pending | 2,501 | 2,374 | 2,238 | 2,320 | 2,282 | 2,300 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -17.6 | -3.3 | 10.5 | -6.8 | 3.7 | | 74 | 6 |
| Number of Judgeships | | | 5 | 5 | 5 | 5 | 5 | 5 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 272 | 231 | 203 | 240 | 216 | 224 | 87 | 9 |
| | | Civil | 202 | 145 | 129 | 169 | 157 | 160 | 85 | 9 |
| | | Criminal Felony | 43 | 63 | 52 | 54 | 44 | 45 | 72 | 8 |
| | | Supervised Release Hearings | 26 | 23 | 21 | 17 | 14 | 19 | 70 | 9 |
| | Pending Cases [2] | | 500 | 475 | 448 | 464 | 456 | 460 | 53 | 4 |
| | Weighted Filings [2] | | 215 | 221 | 182 | 213 | 185 | 195 | 90 | 9 |
| | Terminations | | 656 | 254 | 228 | 221 | 219 | 217 | 89 | 9 |
| | Trials Completed | | 13 | 10 | 11 | 9 | 10 | 8 | 82 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.2 | 9.6 | 8.7 | 9.9 | 9.4 | 9.6 | 23 | 3 |
| | | Civil [2] | 62.8 | 9.6 | 11.7 | 9.7 | 11.4 | 9.2 | 70 | 8 |
| | From Filing to Trial [2] (Civil Only) | | - | - | 26.9 | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,104 49.9 | 1,099 54.4 | 1,103 57.7 | 1,104 55.0 | 1,095 55.1 | 1,091 54.2 | 89 | 9 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.2 | 1.1 | 1.4 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 39.2 | 35.8 | 34.2 | 40.4 | 37.6 | 42.7 | | |
| | | Percent Not Selected or Challenged | 11.6 | 5.3 | 3.7 | 23.8 | 18.0 | 11.1 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 802 | 63 | 8 | 362 | 9 | 15 | 33 | 92 | 62 | 13 | 101 | 1 | 43 |
| Criminal [1] | 223 | 0 | 101 | 16 | 55 | 9 | 0 | 22 | 0 | 9 | 6 | 3 | 2 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**LOUISIANA EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 3,196 | 2,343 | 5,419 | 7,387 | 2,667 | 2,529 | | |
| | | Terminations | 18,296 | 10,237 | 9,406 | 7,243 | 6,968 | 11,765 | | |
| | | Pending | 29,759 | 21,877 | 17,900 | 18,042 | 13,738 | 4,513 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -20.9 | 7.9 | -53.3 | -65.8 | -5.2 | | 87 | 9 |
| Number of Judgeships | | | 12 | 12 | 12 | 12 | 12 | 12 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 11.1 | 24.0 | 19.8 | 24.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 266 | 195 | 452 | 616 | 222 | 211 | 88 | 9 |
| | | Civil | 243 | 167 | 419 | 582 | 187 | 173 | 84 | 9 |
| | | Criminal Felony | 20 | 23 | 27 | 29 | 29 | 28 | 88 | 9 |
| | | Supervised Release Hearings | 4 | 5 | 6 | 5 | 7 | 10 | 83 | 7 |
| | Pending Cases [2] | | 2,480 | 1,823 | 1,492 | 1,504 | 1,145 | 376 | 71 | 8 |
| | Weighted Filings [2] | | 239 | 184 | 512 | 717 | 222 | 204 | 89 | 9 |
| | Terminations | | 1,525 | 853 | 784 | 604 | 581 | 980 | 3 | 2 |
| | Trials Completed | | 3 | 6 | 7 | 6 | 6 | 6 | 88 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.1 | 22.3 | 19.5 | 15.6 | 14.4 | 15.1 | 73 | 8 |
| | | Civil [2] | 34.9 | 25.0 | 70.8 | 11.5 | 12.1 | 85.7 | 94 | 9 |
| | From Filing to Trial [2] (Civil Only) | | 18.8 | 25.8 | 29.5 | 25.2 | 20.6 | 26.5 | 12 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 16,011 54.8 | 17,158 80.4 | 12,760 73.5 | 10,782 61.6 | 10,027 75.8 | 2,045 50.6 | 88 | 9 |
| | Average Number of Felony Defendants Filed per Case | | 1.7 | 1.5 | 1.2 | 1.3 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 27.7 | 68.7 | 49.7 | 7.6 | 17.1 | 51.3 | | |
| | | Percent Not Selected or Challenged | 24.1 | 67.1 | 39.2 | 40.1 | 28.5 | 47.3 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,078 | 21 | 130 | 264 | 8 | 35 | 61 | 431 | 596 | 30 | 316 | 0 | 186 |
| Criminal [1] | 337 | 10 | 75 | 60 | 70 | 61 | 10 | 9 | 2 | 12 | 5 | 9 | 14 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**LOUISIANA MIDDLE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,051 | 878 | 1,335 | 1,894 | 1,204 | 1,421 | | |
| | Terminations | | 1,459 | 1,137 | 1,150 | 1,384 | 1,563 | 1,412 | | |
| | Pending | | 1,612 | 1,345 | 1,537 | 2,044 | 1,694 | 1,707 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 35.2 | 61.8 | 6.4 | -25.0 | 18.0 | | 25 | 3 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 350 | 293 | 445 | 631 | 401 | 474 | 50 | 5 |
| | | Civil | 303 | 250 | 390 | 578 | 357 | 394 | 41 | 5 |
| | | Criminal Felony | 33 | 27 | 37 | 38 | 38 | 72 | 48 | 7 |
| | | Supervised Release Hearings | 15 | 15 | 18 | 16 | 6 | 7 | 89 | 8 |
| | Pending Cases [2] | | 537 | 448 | 512 | 681 | 565 | 569 | 31 | 5 |
| | Weighted Filings [2] | | 320 | 271 | 444 | 678 | 402 | 483 | 41 | 5 |
| | Terminations | | 486 | 379 | 383 | 461 | 521 | 471 | 47 | 6 |
| | Trials Completed | | 27 | 33 | 26 | 27 | 19 | 18 | 32 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.4 | 12.7 | 15.0 | 11.3 | 10.9 | 11.3 | 39 | 7 |
| | | Civil [2] | 25.6 | 15.6 | 14.3 | 9.9 | 10.4 | 13.9 | 89 | 8 |
| | From Filing to Trial [2] (Civil Only) | | - | 34.9 | - | 36.1 | 39.0 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 228 17.0 | 134 12.1 | 68 5.2 | 59 3.3 | 60 4.2 | 68 5.0 | 18 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.1 | 1.2 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 40.0 | 26.0 | 36.2 | 41.7 | 43.8 | 41.3 | | |
| | | Percent Not Selected or Challenged | 30.0 | 25.6 | 32.7 | 34.0 | 45.1 | 41.4 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,183 | 14 | 16 | 241 | 3 | 30 | 25 | 301 | 241 | 14 | 131 | 3 | 164 |
| Criminal [1] | 212 | 1 | 52 | 48 | 42 | 35 | 6 | 16 | 0 | 3 | 2 | 4 | 3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**LOUISIANA WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 2,156 | 4,888 | 6,618 | 2,294 | 2,220 | 2,642 | | |
| | Terminations | | 1,929 | 2,717 | 4,296 | 5,011 | 3,535 | 2,507 | | |
| | Pending | | 2,679 | 4,845 | 7,153 | 4,428 | 3,127 | 3,247 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 22.5 | -45.9 | -60.1 | 15.2 | 19.0 | | 22 | 2 |
| Number of Judgeships | | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| Vacant Judgeship Months [2] | | | 6.9 | 0.0 | 22.2 | 14.9 | 5.9 | 12.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 308 | 698 | 945 | 328 | 317 | 377 | 74 | 7 |
| | | Civil | 256 | 643 | 894 | 268 | 265 | 311 | 56 | 6 |
| | | Criminal Felony | 47 | 46 | 41 | 48 | 41 | 55 | 68 | 8 |
| | | Supervised Release Hearings | 5 | 9 | 11 | 11 | 11 | 11 | 82 | 6 |
| | Pending Cases [2] | | 383 | 692 | 1,022 | 633 | 447 | 464 | 51 | 7 |
| | Weighted Filings [2] | | 277 | 813 | 1,125 | 332 | 303 | 353 | 74 | 8 |
| | Terminations | | 276 | 388 | 614 | 716 | 505 | 358 | 71 | 8 |
| | Trials Completed | | 5 | 10 | 14 | 15 | 12 | 12 | 57 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.1 | 12.2 | 12.9 | 14.2 | 11.5 | 10.5 | 33 | 6 |
| | | Civil [2] | 11.1 | 7.1 | 9.0 | 11.9 | 18.9 | 12.9 | 88 | 7 |
| | From Filing to Trial [2] (Civil Only) | | - | 35.1 | 30.8 | 34.1 | 28.4 | 40.1 | 36 | 7 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 466 20.5 | 460 10.4 | 516 7.7 | 557 13.8 | 762 27.8 | 749 26.0 | 81 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.2 | 1.6 | 1.4 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 25.0 | 43.8 | 41.7 | 37.4 | 33.6 | 35.9 | | |
| | | Percent Not Selected or Challenged | 26.4 | 26.7 | 33.8 | 27.2 | 28.4 | 23.2 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,177 | 40 | 18 | 824 | 1 | 40 | 32 | 343 | 495 | 17 | 261 | 0 | 106 |
| Criminal [1] | 386 | 5 | 100 | 76 | 111 | 22 | 13 | 31 | 2 | 8 | 3 | 6 | 9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**MISSISSIPPI NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 950 | 807 | 926 | 1,130 | 988 | 1,091 | | |
| | | Terminations | 876 | 909 | 973 | 1,156 | 1,010 | 918 | | |
| | | Pending | 942 | 848 | 802 | 778 | 753 | 925 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 14.8 | 35.2 | 17.8 | -3.5 | 10.4 | | 53 | 7 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 12.0 | 8.9 | 0.3 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 317 | 269 | 309 | 377 | 329 | 364 | 76 | 8 |
| | | Civil | 274 | 213 | 230 | 303 | 253 | 262 | 70 | 8 |
| | | Criminal Felony | 28 | 43 | 65 | 55 | 58 | 85 | 37 | 5 |
| | | Supervised Release Hearings | 14 | 13 | 13 | 18 | 18 | 17 | 76 | 5 |
| | Pending Cases [2] | | 314 | 283 | 267 | 259 | 251 | 308 | 86 | 9 |
| | Weighted Filings [2] | | 276 | 260 | 328 | 438 | 376 | 389 | 63 | 6 |
| | Terminations | | 292 | 303 | 324 | 385 | 337 | 306 | 81 | 9 |
| | Trials Completed | | 15 | 16 | 20 | 17 | 17 | 16 | 41 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.2 | 10.8 | 11.4 | 10.0 | 12.4 | 9.7 | 24 | 4 |
| | | Civil [2] | 9.2 | 11.2 | 9.7 | 5.0 | 6.2 | 7.3 | 38 | 3 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 19 / 2.4 | 31 / 4.6 | 26 / 4.4 | 26 / 4.5 | 17 / 3.1 | 20 / 3.0 | 7 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.5 | 1.2 | 1.3 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 0 | 27.3 | 30.8 | 34.8 | 33.4 | 35.3 | | |
| | | Percent Not Selected or Challenged | 0 | 28.3 | 21.3 | 25.6 | 24.7 | 22.6 | | |

| **2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 785 | 45 | 10 | 163 | 6 | 11 | 32 | 108 | 109 | 4 | 158 | 0 | 139 |
| Criminal [1] | 254 | 1 | 94 | 9 | 62 | 27 | 3 | 35 | 0 | 10 | 3 | 6 | 4 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**MISSISSIPPI SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 2,064 | 2,009 | 1,919 | 4,191 | 2,066 | 2,329 | | |
| | Terminations | | 2,597 | 2,107 | 2,166 | 1,974 | 2,021 | 2,180 | | |
| | Pending | | 2,233 | 2,123 | 1,881 | 4,088 | 4,137 | 4,290 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 12.8 | 15.9 | 21.4 | -44.4 | 12.7 | | 41 | 6 |
| Number of Judgeships | | | 6 | 6 | 6 | 6 | 6 | 6 | | |
| Vacant Judgeship Months [2] | | | 19.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 344 | 335 | 320 | 699 | 344 | 388 | 72 | 6 |
| | | Civil | 273 | 252 | 231 | 613 | 268 | 294 | 62 | 7 |
| | | Criminal Felony | 58 | 64 | 68 | 69 | 57 | 74 | 47 | 6 |
| | | Supervised Release Hearings | 14 | 19 | 21 | 17 | 20 | 20 | 68 | 4 |
| | Pending Cases [2] | | 372 | 354 | 314 | 681 | 690 | 715 | 19 | 4 |
| | Weighted Filings [2] | | 326 | 330 | 307 | 686 | 339 | 358 | 72 | 7 |
| | Terminations | | 433 | 351 | 361 | 329 | 337 | 363 | 70 | 7 |
| | Trials Completed | | 15 | 24 | 35 | 32 | 32 | 32 | 6 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.4 | 12.0 | 11.6 | 11.3 | 10.8 | 10.4 | 31 | 5 |
| | | Civil [2] | 7.1 | 11.6 | 11.9 | 10.3 | 9.0 | 9.1 | 68 | 6 |
| | From Filing to Trial [2] (Civil Only) | | 27.7 | - | 32.6 | 30.2 | 17.6 | 23.1 | 5 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 62 3.5 | 85 5.2 | 82 6.0 | 85 2.4 | 82 2.2 | 87 2.3 | 3 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.3 | 1.4 | 1.3 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 42.2 | 40.5 | 49.2 | 41.1 | 54.7 | 55.7 | | |
| | | Percent Not Selected or Challenged | 38.2 | 42.7 | 40.7 | 36.9 | 42.0 | 46.6 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,764 | 17 | 33 | 704 | 9 | 23 | 44 | 229 | 290 | 15 | 311 | 4 | 85 |
| Criminal [1] | 445 | 0 | 116 | 122 | 66 | 62 | 17 | 29 | 0 | 9 | 2 | 11 | 11 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**TEXAS NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 8,504 | 7,688 | 7,259 | 7,012 | 7,589 | 8,109 | | |
| | Terminations | | 10,495 | 10,214 | 12,632 | 7,550 | 7,072 | 7,825 | | |
| | Pending | | 14,153 | 11,649 | 6,234 | 5,672 | 6,170 | 6,432 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -4.6 | 5.5 | 11.7 | 15.6 | 6.9 | | 65 | 8 |
| Number of Judgeships | | | 12 | 12 | 12 | 12 | 12 | 12 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 2.7 | 17.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 709 | 641 | 605 | 584 | 632 | 676 | 20 | 3 |
| | | Civil | 536 | 480 | 441 | 440 | 478 | 519 | 21 | 2 |
| | | Criminal Felony | 148 | 128 | 123 | 107 | 112 | 113 | 24 | 3 |
| | | Supervised Release Hearings | 25 | 33 | 40 | 38 | 43 | 43 | 36 | 3 |
| | Pending Cases [2] | | 1,179 | 971 | 520 | 473 | 514 | 536 | 40 | 6 |
| | Weighted Filings [2] | | 649 | 594 | 564 | 542 | 591 | 638 | 20 | 4 |
| | Terminations | | 875 | 851 | 1,053 | 629 | 589 | 652 | 16 | 4 |
| | Trials Completed | | 13 | 17 | 15 | 14 | 17 | 17 | 36 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 7.8 | 10.1 | 9.6 | 9.1 | 9.0 | 8.4 | 16 | 3 |
| | | Civil [2] | 13.7 | 16.7 | 55.1 | 6.5 | 5.4 | 5.8 | 14 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 27.4 | 26.8 | 23.6 | 27.3 | 20.8 | 24.4 | 8 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 7,038 60.2 | 5,053 54.0 | 433 10.4 | 430 11.1 | 468 10.9 | 523 11.0 | 57 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.3 | 1.4 | 1.4 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 49.2 | 46.4 | 38.6 | 48.9 | 50.5 | 46.0 | | |
| | | Percent Not Selected or Challenged | 37.0 | 37.5 | 48.1 | 50.7 | 44.0 | 43.6 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6,233 | 125 | 45 | 1,692 | 22 | 236 | 173 | 937 | 780 | 319 | 978 | 6 | 920 |
| Criminal [1] | 1,359 | 64 | 382 | 327 | 264 | 80 | 62 | 78 | 8 | 31 | 11 | 23 | 29 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**TEXAS EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 4,301 | 4,421 | 4,260 | 4,222 | 4,657 | 5,269 | | |
| | Terminations | | 3,885 | 3,940 | 3,936 | 3,995 | 4,618 | 4,980 | | |
| | Pending | | 5,510 | 6,001 | 6,325 | 6,568 | 6,611 | 6,895 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 22.5 | 19.2 | 23.7 | 24.8 | 13.1 | | 40 | 5 |
| Number of Judgeships | | | 8 | 8 | 8 | 8 | 8 | 8 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 538 | 553 | 533 | 528 | 582 | 659 | 23 | 4 |
| | | Civil | 387 | 398 | 386 | 413 | 465 | 553 | 18 | 1 |
| | | Criminal Felony | 149 | 154 | 146 | 115 | 117 | 105 | 26 | 4 |
| | | Supervised Release Hearings | 2 | 0 | 1 | 0 | 0 | 1 | 93 | 9 |
| | Pending Cases [2] | | 689 | 750 | 791 | 821 | 826 | 862 | 15 | 2 |
| | Weighted Filings [2] | | 630 | 666 | 663 | 676 | 825 | 916 | 4 | 1 |
| | Terminations | | 486 | 493 | 492 | 499 | 577 | 623 | 20 | 5 |
| | Trials Completed | | 12 | 14 | 16 | 13 | 10 | 15 | 44 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.6 | 13.8 | 18.0 | 22.0 | 24.1 | 23.2 | 90 | 9 |
| | | Civil [2] | 8.9 | 8.0 | 9.0 | 8.0 | 7.4 | 7.2 | 36 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 17.5 | 23.0 | 19.0 | 21.4 | 23.0 | 24.0 | 7 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 254 7.7 | 280 8.6 | 259 7.9 | 279 8.0 | 274 7.1 | 282 6.5 | 29 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.8 | 1.9 | 1.7 | 1.7 | 1.7 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 50.9 | 44.7 | 48.6 | 57.7 | 49.9 | 47.2 | | |
| | | Percent Not Selected or Challenged | 37.4 | 43.7 | 44.8 | 47.7 | 49.7 | 42.5 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4,425 | 77 | 30 | 1,025 | 15 | 99 | 80 | 403 | 455 | 1,354 | 431 | 9 | 447 |
| Criminal [1] | 837 | 46 | 408 | 67 | 173 | 45 | 31 | 34 | 0 | 3 | 4 | 3 | 23 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**TEXAS SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 15,637 | 15,652 | 15,151 | 14,140 | 14,835 | 18,240 | | |
| | Terminations | | 15,384 | 16,639 | 14,817 | 14,458 | 14,434 | 16,443 | | |
| | Pending | | 15,288 | 14,501 | 14,876 | 14,599 | 15,088 | 16,899 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 16.6 | 16.5 | 20.4 | 29.0 | 23.0 | | 16 | 1 |
| Number of Judgeships | | | 19 | 19 | 19 | 19 | 19 | 19 | | |
| Vacant Judgeship Months [2] | | | 5.0 | 0.0 | 12.0 | 26.2 | 12.1 | 54.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 823 | 824 | 797 | 744 | 781 | 960 | 8 | 2 |
| | | Civil | 325 | 313 | 324 | 341 | 356 | 442 | 31 | 4 |
| | | Criminal Felony | 433 | 418 | 381 | 314 | 336 | 454 | 4 | 2 |
| | | Supervised Release Hearings | 66 | 93 | 92 | 90 | 89 | 63 | 18 | 2 |
| | Pending Cases [2] | | 805 | 763 | 783 | 768 | 794 | 889 | 14 | 1 |
| | Weighted Filings [2] | | 603 | 608 | 612 | 567 | 601 | 731 | 14 | 3 |
| | Terminations | | 810 | 876 | 780 | 761 | 760 | 865 | 5 | 3 |
| | Trials Completed | | 15 | 22 | 25 | 20 | 14 | 14 | 49 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 4.5 | 4.8 | 5.0 | 4.9 | 4.9 | 4.0 | 2 | 1 |
| | | Civil [2] | 8.2 | 9.0 | 8.5 | 7.9 | 7.5 | 7.6 | 44 | 5 |
| | From Filing to Trial [2] (Civil Only) | | 22.6 | 22.4 | 31.4 | 25.5 | 32.0 | 27.0 | 14 | 5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 329 5.8 | 330 6.1 | 345 6.1 | 348 5.9 | 376 5.8 | 492 6.3 | 28 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.2 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 45.3 | 39.0 | 43.6 | 41.1 | 43.7 | 46.8 | | |
| | | Percent Not Selected or Challenged | 39.4 | 29.3 | 35.3 | 35.3 | 36.4 | 36.7 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 8,402 | 210 | 70 | 1,394 | 27 | 503 | 283 | 2,014 | 1,346 | 376 | 946 | 2 | 1,231 |
| Criminal [1] | 8,632 | 25 | 655 | 6,862 | 346 | 242 | 122 | 110 | 2 | 18 | 20 | 145 | 85 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**TEXAS WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 12,315 | 12,584 | 13,178 | 13,175 | 13,794 | 15,710 | | |
| | Terminations | | 12,011 | 11,197 | 12,018 | 13,379 | 14,102 | 15,484 | | |
| | Pending | | 8,593 | 9,909 | 10,947 | 10,672 | 10,304 | 10,507 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 27.6 | 24.8 | 19.2 | 19.2 | 13.9 | | 34 | 4 |
| Number of Judgeships | | | 13 | 13 | 13 | 13 | 13 | 13 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 10.1 | 13.0 | 18.9 | 4.5 | 24.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 947 | 968 | 1,014 | 1,013 | 1,061 | 1,208 | 3 | 1 |
| | | Civil | 354 | 344 | 365 | 356 | 349 | 460 | 27 | 3 |
| | | Criminal Felony | 512 | 518 | 553 | 569 | 608 | 639 | 1 | 1 |
| | | Supervised Release Hearings | 82 | 106 | 96 | 88 | 104 | 109 | 4 | 1 |
| | Pending Cases [2] | | 661 | 762 | 842 | 821 | 793 | 808 | 16 | 3 |
| | Weighted Filings [2] | | 820 | 850 | 847 | 773 | 756 | 864 | 7 | 2 |
| | Terminations | | 924 | 861 | 924 | 1,029 | 1,085 | 1,191 | 1 | 1 |
| | Trials Completed | | 18 | 26 | 25 | 18 | 18 | 21 | 22 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 4.5 | 5.6 | 5.7 | 6.9 | 6.0 | 5.2 | 5 | 2 |
| | | Civil [2] | 6.7 | 8.2 | 7.9 | 7.3 | 7.8 | 7.5 | 40 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 18.5 | 25.5 | 29.5 | 28.3 | 33.9 | 29.5 | 17 | 6 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 189 5.1 | 227 5.6 | 247 6.1 | 337 8.5 | 428 10.0 | 507 9.0 | 46 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 62.3 | 48.4 | 51.2 | 51.7 | 49.9 | 56.3 | | |
| | | Percent Not Selected or Challenged | 46.5 | 40.0 | 49.7 | 43.8 | 41.3 | 47.8 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 5,984 | 181 | 46 | 1,402 | 12 | 370 | 168 | 812 | 648 | 791 | 746 | 6 | 802 |
| Criminal [1] | 8,301 | 34 | 566 | 6,991 | 306 | 136 | 65 | 90 | 0 | 7 | 26 | 50 | 30 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**KENTUCKY EASTERN**

| | | | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | | | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 2,038 | 1,667 | 1,719 | 1,664 | 1,640 | 1,866 | | | | |
| | | Terminations | 1,956 | 1,813 | 2,086 | 1,710 | 1,623 | 1,774 | | | | |
| | | Pending | 2,316 | 2,178 | 1,802 | 1,757 | 1,771 | 1,865 | | | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -8.4 | 11.9 | 8.6 | 12.1 | 13.8 | | | | 36 | 6 |
| Number of Judgeships | | | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 | | | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | | |
| **Actions per Judgeship** | **Filings** | Total | 371 | 303 | 313 | 303 | 298 | 339 | | | 80 | 9 |
| | | Civil | 251 | 176 | 191 | 196 | 192 | 221 | | | 78 | 9 |
| | | Criminal Felony | 82 | 87 | 89 | 75 | 75 | 89 | | | 35 | 4 |
| | | Supervised Release Hearings | 37 | 39 | 33 | 32 | 31 | 30 | | | 50 | 4 |
| | Pending Cases [2] | | 421 | 396 | 328 | 319 | 322 | 339 | | | 80 | 9 |
| | Weighted Filings [2] | | 314 | 284 | 292 | 275 | 291 | 327 | | | 79 | 9 |
| | Terminations | | 356 | 330 | 379 | 311 | 295 | 323 | | | 78 | 9 |
| | Trials Completed | | 14 | 12 | 16 | 11 | 14 | 13 | | | 54 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.9 | 12.1 | 10.3 | 10.8 | 10.1 | 9.8 | | | 25 | 2 |
| | | Civil [2] | 9.3 | 11.7 | 15.5 | 9.0 | 8.9 | 7.9 | | | 48 | 3 |
| | From Filing to Trial [2] (Civil Only) | | - | - | 44.1 | - | - | - | | | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 140 9.0 | 303 22.1 | 163 16.0 | 151 15.4 | 131 12.8 | 129 12.3 | | | 64 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.5 | 1.4 | 1.3 | 1.3 | 1.3 | | | | |
| | Jurors | Avg. Present for Jury Selection | 50.8 | 50.0 | 48.4 | 55.7 | 49.2 | 50.3 | | | | |
| | | Percent Not Selected or Challenged | 31.7 | 24.9 | 28.6 | 32.5 | 27.7 | 30.7 | | | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,215 | 162 | 14 | 393 | 6 | 17 | 51 | 125 | 123 | 11 | 199 | 4 | 110 |
| Criminal [1] | 488 | 0 | 205 | 38 | 96 | 46 | 19 | 55 | 0 | 1 | 7 | 5 | 16 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**KENTUCKY WESTERN**

| | | | 12-Month Periods Ending | | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | | 1,800 | 1,719 | 1,680 | 1,676 | 1,699 | 2,003 | | |
| | Terminations | | | 1,893 | 1,766 | 1,745 | 1,761 | 1,814 | 1,760 | | |
| | Pending | | | 2,078 | 2,045 | 1,975 | 1,871 | 1,756 | 1,990 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | | 11.3 | 16.5 | 19.2 | 19.5 | 17.9 | | 27 | 5 |
| Number of Judgeships | | | | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | | |
| Vacant Judgeship Months [2] | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | | 400 | 382 | 373 | 372 | 378 | 445 | 61 | 6 |
| | | Civil | | 338 | 284 | 273 | 264 | 279 | 326 | 54 | 5 |
| | | Criminal Felony | | 48 | 75 | 76 | 84 | 75 | 96 | 33 | 3 |
| | | Supervised Release Hearings | | 14 | 22 | 24 | 24 | 24 | 23 | 61 | 7 |
| | Pending Cases [2] | | | 462 | 454 | 439 | 416 | 390 | 442 | 56 | 5 |
| | Weighted Filings [2] | | | 348 | 363 | 351 | 360 | 370 | 423 | 57 | 6 |
| | Terminations | | | 421 | 392 | 388 | 391 | 403 | 391 | 62 | 5 |
| | Trials Completed | | | 9 | 11 | 12 | 10 | 15 | 11 | 62 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | | 14.3 | 16.1 | 14.0 | 15.1 | 14.3 | 14.2 | 64 | 8 |
| | | Civil [2] | | 8.7 | 10.5 | 11.5 | 9.9 | 9.3 | 8.1 | 51 | 4 |
| | From Filing to Trial [2] (Civil Only) | | | - | - | 55.1 | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | | 135 / 8.3 | 150 / 9.8 | 154 / 11.1 | 145 / 11.2 | 118 / 9.8 | 111 / 7.8 | 39 | 4 |
| | Average Number of Felony Defendants Filed per Case | | | 1.4 | 1.4 | 1.4 | 1.5 | 1.6 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | | 57.3 | 46.4 | 55.2 | 69.5 | 63.5 | 54.8 | | |
| | | Percent Not Selected or Challenged | | 31.0 | 33.7 | 39.5 | 50.5 | 37.0 | 33.3 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,466 | 218 | 14 | 359 | 6 | 20 | 67 | 150 | 157 | 30 | 288 | 0 | 157 |
| Criminal [1] | 431 | 12 | 126 | 50 | 137 | 36 | 6 | 28 | 4 | 9 | 2 | 6 | 15 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**MICHIGAN EASTERN**

| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings [1] | 4,139 | 4,080 | 4,149 | 4,250 | 4,456 | 5,398 | | |
| | | Terminations | 3,990 | 4,122 | 4,531 | 4,247 | 4,441 | 5,080 | | |
| | | Pending | 5,361 | 5,356 | 5,002 | 5,000 | 5,059 | 5,360 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 30.4 | 32.3 | 30.1 | 27.0 | 21.1 | | 18 | 2 |
| Number of Judgeships | | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 14.5 | 27.2 | 20.7 | 3.2 | 5.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 276 | 272 | 277 | 283 | 297 | 360 | 77 | 8 |
| | | Civil | 227 | 202 | 212 | 221 | 233 | 278 | 66 | 7 |
| | | Criminal Felony | 37 | 51 | 44 | 41 | 42 | 59 | 63 | 8 |
| | | Supervised Release Hearings | 12 | 19 | 21 | 21 | 22 | 22 | 65 | 8 |
| | Pending Cases [2] | | 357 | 357 | 333 | 333 | 337 | 357 | 77 | 8 |
| | Weighted Filings [2] | | 259 | 272 | 263 | 275 | 280 | 336 | 78 | 8 |
| | Terminations | | 266 | 275 | 302 | 283 | 296 | 339 | 76 | 8 |
| | Trials Completed | | 5 | 8 | 11 | 13 | 9 | 11 | 62 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.2 | 17.8 | 15.4 | 15.9 | 16.1 | 10.6 | 34 | 3 |
| | | Civil [2] | 9.6 | 9.7 | 9.5 | 7.8 | 8.0 | 8.2 | 54 | 5 |
| | From Filing to Trial [2] (Civil Only) | | 30.9 | - | 47.0 | 50.9 | 39.9 | 35.6 | 25 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 350 / 8.7 | 421 / 10.9 | 435 / 12.0 | 397 / 10.6 | 425 / 10.9 | 376 / 8.9 | 43 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.3 | 1.2 | 1.2 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 52.2 | 56.6 | 67.8 | 56.3 | 78.3 | 62.0 | | |
| | | Percent Not Selected or Challenged | 43.7 | 41.9 | 53.5 | 49.0 | 58.2 | 51.4 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4,170 | 311 | 42 | 783 | 22 | 67 | 197 | 439 | 422 | 201 | 833 | 6 | 847 |
| Criminal [1] | 892 | 0 | 128 | 259 | 230 | 94 | 31 | 88 | 0 | 14 | 5 | 9 | 34 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**MICHIGAN WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 2,012 | 1,899 | 1,951 | 2,067 | 2,000 | 2,646 | | |
| | | Terminations | 2,091 | 2,077 | 1,995 | 1,931 | 2,026 | 2,424 | | |
| | | Pending | 1,533 | 1,356 | 1,340 | 1,494 | 1,479 | 1,693 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 31.5 | 39.3 | 35.6 | 28.0 | 32.3 | | 8 | 1 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months [2] | | | 8.3 | 9.5 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 503 | 475 | 488 | 517 | 500 | 662 | 22 | 1 |
| | | Civil | 399 | 359 | 397 | 413 | 413 | 573 | 15 | 1 |
| | | Criminal Felony | 68 | 78 | 61 | 64 | 55 | 59 | 63 | 8 |
| | | Supervised Release Hearings | 36 | 38 | 31 | 41 | 32 | 30 | 50 | 4 |
| | Pending Cases [2] | | 383 | 339 | 335 | 374 | 370 | 423 | 62 | 6 |
| | Weighted Filings [2] | | 403 | 412 | 421 | 476 | 446 | 559 | 26 | 1 |
| | Terminations | | 523 | 519 | 499 | 483 | 507 | 606 | 22 | 1 |
| | Trials Completed | | 10 | 18 | 17 | 11 | 14 | 12 | 57 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.1 | 8.1 | 8.7 | 9.0 | 9.3 | 7.8 | 14 | 1 |
| | | Civil [2] | 8.2 | 8.0 | 6.2 | 6.2 | 7.1 | 7.1 | 33 | 2 |
| | From Filing to Trial [2] (Civil Only) | | - | 46.0 | 37.0 | - | 35.9 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 65 / 5.0 | 48 / 4.3 | 44 / 3.8 | 32 / 2.5 | 33 / 2.6 | 34 / 2.2 | 2 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.2 | 1.4 | 1.0 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 47.6 | 36.4 | 47.4 | 37.8 | 46.1 | 40.8 | | |
| | | Percent Not Selected or Challenged | 46.3 | 44.7 | 46.3 | 39.6 | 51.2 | 40.5 | | |

| **2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,293 | 175 | 17 | 1,168 | 8 | 16 | 79 | 136 | 109 | 64 | 398 | 0 | 123 |
| Criminal [1] | 234 | 0 | 70 | 32 | 50 | 25 | 9 | 31 | 0 | 7 | 2 | 1 | 7 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**OHIO NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings ¹ | | 4,721 | 4,205 | 3,921 | 4,041 | 4,563 | 5,480 | | |
| | Terminations | | 4,241 | 4,447 | 4,365 | 4,412 | 4,169 | 4,011 | | |
| | Pending | | 7,551 | 7,298 | 6,842 | 6,482 | 6,861 | 8,349 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 16.1 | 30.3 | 39.8 | 35.6 | 20.1 | | 19 | 3 |
| Number of Judgeships | | | 11 | 11 | 11 | 11 | 11 | 11 | | |
| Vacant Judgeship Months ² | | | 24.0 | 44.4 | 15.0 | 4.4 | 5.9 | 12.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 429 | 382 | 356 | 367 | 415 | 498 | 45 | 3 |
| | | Civil | 293 | 231 | 221 | 230 | 285 | 361 | 46 | 3 |
| | | Criminal Felony | 102 | 98 | 80 | 73 | 54 | 63 | 56 | 7 |
| | | Supervised Release Hearings | 34 | 53 | 56 | 64 | 76 | 74 | 12 | 1 |
| | Pending Cases ² | | 686 | 663 | 622 | 589 | 624 | 759 | 17 | 2 |
| | Weighted Filings ² | | 391 | 357 | 309 | 317 | 327 | 397 | 62 | 7 |
| | Terminations | | 386 | 404 | 397 | 401 | 379 | 365 | 69 | 6 |
| | Trials Completed | | 9 | 13 | 14 | 15 | 11 | 12 | 57 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.6 | 11.1 | 13.3 | 14.0 | 13.3 | 11.5 | 41 | 4 |
| | | Civil ² | 9.8 | 9.4 | 9.5 | 8.2 | 8.1 | 6.6 | 24 | 1 |
| | From Filing to Trial ² (Civil Only) | | - | 24.4 | - | - | 35.8 | 35.7 | 26 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 566 9.1 | 1,831 31.4 | 2,943 52.1 | 3,158 58.1 | 3,231 53.2 | 3,233 43.0 | 84 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.4 | 1.4 | 1.4 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 47.9 | 52.4 | 46.4 | 43.5 | 50.6 | 56.3 | | |
| | | Percent Not Selected or Challenged | 31.5 | 39.9 | 40.8 | 27.8 | 47.2 | 43.9 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,967 | 543 | 1,191 | 550 | 9 | 36 | 214 | 232 | 211 | 194 | 479 | 1 | 307 |
| Criminal ¹ | 694 | 7 | 203 | 88 | 174 | 82 | 15 | 69 | 0 | 14 | 13 | 1 | 28 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**OHIO SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 8,734 | 7,830 | 6,388 | 6,207 | 6,017 | 3,588 | | |
| | | Terminations | 3,160 | 3,325 | 3,457 | 3,249 | 3,326 | 3,421 | | |
| | | Pending | 14,855 | 19,355 | 22,280 | 25,230 | 27,919 | 28,084 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -58.9 | -54.2 | -43.8 | -42.2 | -40.4 | | 93 | 9 |
| Number of Judgeships | | | 8 | 8 | 8 | 8 | 8 | 8 | | |
| Vacant Judgeship Months [2] | | | 9.7 | 0.0 | 7.4 | 5.9 | 0.0 | 1.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 1,092 | 979 | 799 | 776 | 752 | 449 | 59 | 5 |
| | | Civil | 1,006 | 883 | 705 | 681 | 664 | 357 | 47 | 4 |
| | | Criminal Felony | 66 | 74 | 65 | 67 | 61 | 64 | 55 | 6 |
| | | Supervised Release Hearings | 20 | 22 | 29 | 28 | 27 | 28 | 57 | 6 |
| | Pending Cases [2] | | 1,857 | 2,419 | 2,785 | 3,154 | 3,490 | 3,511 | 2 | 1 |
| | Weighted Filings [2] | | 851 | 779 | 640 | 651 | 623 | 427 | 55 | 4 |
| | Terminations | | 395 | 416 | 432 | 406 | 416 | 428 | 56 | 3 |
| | Trials Completed | | 23 | 28 | 32 | 33 | 30 | 31 | 7 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.4 | 12.5 | 15.2 | 15.9 | 14.5 | 13.9 | 59 | 7 |
| | | Civil [2] | 9.6 | 11.1 | 12.5 | 9.2 | 8.4 | 11.1 | 85 | 9 |
| | From Filing to Trial [2] (Civil Only) | | - | 50.2 | 40.8 | 47.5 | 41.4 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 602 / 4.4 | 1,171 / 6.4 | 5,584 / 26.3 | 10,695 / 44.2 | 15,411 / 57.1 | 18,364 / 67.5 | 93 | 9 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.3 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 63.4 | 58.8 | 47.2 | 13.8 | 65.2 | 57.2 | | |
| | | Percent Not Selected or Challenged | 51.4 | 58.5 | 54.1 | 62.3 | 62.0 | 54.0 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,856 | 480 | 138 | 396 | 2 | 21 | 227 | 272 | 176 | 180 | 621 | 1 | 342 |
| Criminal [1] | 511 | 3 | 189 | 45 | 91 | 63 | 14 | 56 | 3 | 14 | 8 | 4 | 21 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**TENNESSEE EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,779 | 1,775 | 1,772 | 1,645 | 1,809 | 1,972 | | |
| | Terminations | | 1,821 | 1,874 | 2,102 | 1,805 | 1,770 | 1,781 | | |
| | Pending | | 2,491 | 2,386 | 2,013 | 1,853 | 1,904 | 2,100 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 10.8 | 11.1 | 11.3 | 19.9 | 9.0 | | 55 | 7 |
| Number of Judgeships | | | 5 | 5 | 5 | 5 | 5 | 5 | | |
| Vacant Judgeship Months [2] | | | 13.4 | 12.0 | 12.0 | 8.9 | 4.5 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 356 | 355 | 354 | 329 | 362 | 394 | 70 | 7 |
| | | Civil | 241 | 197 | 201 | 200 | 234 | 255 | 71 | 8 |
| | | Criminal Felony | 103 | 145 | 133 | 101 | 106 | 122 | 19 | 1 |
| | | Supervised Release Hearings | 12 | 13 | 20 | 27 | 23 | 17 | 76 | 9 |
| | Pending Cases [2] | | 498 | 477 | 403 | 371 | 381 | 420 | 65 | 7 |
| | Weighted Filings [2] | | 378 | 406 | 402 | 352 | 402 | 440 | 49 | 3 |
| | Terminations | | 364 | 375 | 420 | 361 | 354 | 356 | 72 | 7 |
| | Trials Completed | | 4 | 9 | 8 | 8 | 8 | 9 | 77 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.4 | 18.4 | 15.0 | 14.1 | 15.5 | 13.5 | 50 | 6 |
| | | Civil [2] | 11.1 | 11.4 | 12.0 | 11.0 | 9.6 | 9.8 | 78 | 8 |
| | From Filing to Trial [2] (Civil Only) | | - | 33.3 | 33.5 | 31.6 | 32.4 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 70 / 4.8 | 91 / 7.4 | 98 / 9.3 | 80 / 7.5 | 77 / 6.7 | 72 / 5.6 | 25 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.6 | 1.7 | 1.4 | 1.5 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 40.4 | 47.8 | 37.0 | 40.0 | 42.1 | 39.8 | | |
| | | Percent Not Selected or Challenged | 16.3 | 38.1 | 30.0 | 16.1 | 31.0 | 28.0 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,276 | 165 | 16 | 210 | 5 | 49 | 74 | 153 | 143 | 25 | 333 | 3 | 100 |
| Criminal [1] | 606 | 11 | 331 | 28 | 108 | 39 | 9 | 53 | 1 | 3 | 12 | 1 | 10 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**TENNESSEE MIDDLE**

| | | | 12-Month Periods Ending | | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 1,616 | 1,686 | 1,840 | 1,976 | 2,226 | 2,308 | | | |
| | | Terminations | 1,681 | 1,753 | 1,648 | 1,931 | 2,089 | 2,021 | | | |
| | | Pending | 1,981 | 1,933 | 2,125 | 2,179 | 2,332 | 2,607 | | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 42.8 | 36.9 | 25.4 | 16.8 | 3.7 | | | 74 | 8 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | |
| **Actions per Judgeship** | **Filings** | Total | 404 | 422 | 460 | 494 | 557 | 577 | | 31 | 2 |
| | | Civil | 332 | 283 | 311 | 402 | 445 | 444 | | 30 | 2 |
| | | Criminal Felony | 32 | 93 | 115 | 41 | 53 | 69 | | 51 | 5 |
| | | Supervised Release Hearings | 40 | 46 | 35 | 51 | 58 | 64 | | 16 | 2 |
| | Pending Cases [2] | | 495 | 483 | 531 | 545 | 583 | 652 | | 23 | 3 |
| | Weighted Filings [2] | | 367 | 417 | 480 | 449 | 536 | 553 | | 28 | 2 |
| | Terminations | | 420 | 438 | 412 | 483 | 522 | 505 | | 34 | 2 |
| | Trials Completed | | 14 | 22 | 19 | 20 | 18 | 20 | | 24 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 18.2 | 21.9 | 19.1 | 18.5 | 26.2 | 25.7 | | 91 | 9 |
| | | Civil [2] | 10.6 | 10.8 | 10.7 | 8.3 | 7.6 | 9.0 | | 66 | 6 |
| | From Filing to Trial [2] (Civil Only) | | - | 40.7 | 32.6 | - | 51.4 | 26.7 | | 13 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 94 6.3 | 85 6.3 | 104 7.8 | 87 5.7 | 66 3.7 | 88 4.2 | | 12 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.4 | 1.2 | 1.2 | 1.2 | 1.3 | | | |
| | Jurors | Avg. Present for Jury Selection | 81.6 | 40.0 | 65.2 | 57.8 | 57.5 | 37.4 | | | |
| | | Percent Not Selected or Challenged | 61.6 | 32.4 | 50.7 | 29.8 | 33.6 | 7.5 | | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,776 | 106 | 22 | 345 | 4 | 35 | 120 | 198 | 188 | 99 | 494 | 7 | 158 |
| Criminal [1] | 275 | 15 | 60 | 17 | 119 | 17 | 17 | 15 | 0 | 0 | 6 | 5 | 4 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**TENNESSEE WESTERN**

| | | | 12-Month Periods Ending | | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,882 | 1,808 | 1,920 | 1,766 | 1,953 | 2,305 | | | |
| | Terminations | | 1,802 | 1,858 | 1,996 | 1,787 | 1,882 | 2,098 | | | |
| | Pending | | 2,782 | 2,753 | 2,698 | 2,680 | 2,756 | 2,965 | | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 22.5 | 27.5 | 20.1 | 30.5 | 18.0 | | | 25 | 4 |
| Number of Judgeships | | | 5 | 5 | 5 | 5 | 5 | 5 | | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 5.3 | 0.0 | 12.0 | | | |
| **Actions per Judgeship** | **Filings** | Total | 376 | 362 | 384 | 353 | 391 | 461 | | 53 | 4 |
| | | Civil | 252 | 208 | 235 | 220 | 260 | 295 | | 60 | 6 |
| | | Criminal Felony | 73 | 92 | 84 | 77 | 65 | 102 | | 29 | 2 |
| | | Supervised Release Hearings | 52 | 62 | 65 | 56 | 65 | 64 | | 16 | 2 |
| | Pending Cases [2] | | 556 | 551 | 540 | 536 | 551 | 593 | | 30 | 4 |
| | Weighted Filings [2] | | 328 | 335 | 346 | 323 | 346 | 424 | | 56 | 5 |
| | Terminations | | 360 | 372 | 399 | 357 | 376 | 420 | | 59 | 4 |
| | Trials Completed | | 26 | 23 | 28 | 26 | 25 | 26 | | 10 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.3 | 17.9 | 14.1 | 13.8 | 14.2 | 12.7 | | 46 | 5 |
| | | Civil [2] | 8.7 | 10.2 | 10.1 | 10.1 | 9.0 | 9.0 | | 66 | 6 |
| | From Filing to Trial [2] (Civil Only) | | - | 24.4 | 28.9 | 27.0 | 25.6 | - | | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 164 10.8 | 174 12.0 | 170 11.8 | 190 12.6 | 186 11.2 | 192 11.0 | | 57 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.3 | 1.3 | 1.5 | 1.3 | 1.3 | | | |
| | Jurors | Avg. Present for Jury Selection | 61.7 | 59.6 | 44.9 | 68.2 | 78.1 | 71.0 | | | |
| | | Percent Not Selected or Challenged | 51.4 | 53.5 | 48.2 | 55.9 | 56.5 | 46.3 | | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,473 | 77 | 10 | 468 | 3 | 36 | 70 | 171 | 155 | 42 | 319 | 0 | 122 |
| Criminal [1] | 512 | 4 | 108 | 5 | 249 | 43 | 31 | 38 | 0 | 16 | 4 | 6 | 8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**ILLINOIS NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 9,578 | 8,316 | 8,545 | 18,273 | 14,514 | 17,024 | | |
| | | Terminations | 12,510 | 8,826 | 8,872 | 9,072 | 12,202 | 14,763 | | |
| | | Pending | 12,910 | 12,341 | 12,018 | 21,229 | 23,499 | 25,727 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 77.7 | 104.7 | 99.2 | -6.8 | 17.3 | | 28 | 3 |
| | Number of Judgeships | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | Vacant Judgeship Months [2] | | 18.4 | 14.8 | 6.7 | 29.1 | 6.5 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 435 | 378 | 388 | 831 | 660 | 774 | 16 | 2 |
| | | Civil | 388 | 335 | 355 | 798 | 630 | 733 | 9 | 2 |
| | | Criminal Felony | 38 | 31 | 23 | 23 | 19 | 27 | 90 | 7 |
| | | Supervised Release Hearings | 10 | 12 | 11 | 10 | 11 | 14 | 80 | 6 |
| | Pending Cases [2] | | 587 | 561 | 546 | 965 | 1,068 | 1,169 | 9 | 3 |
| | Weighted Filings [2] | | 424 | 378 | 386 | 729 | 659 | 792 | 9 | 1 |
| | Terminations | | 569 | 401 | 403 | 412 | 555 | 671 | 13 | 2 |
| | Trials Completed | | 4 | 8 | 8 | 11 | 9 | 9 | 77 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 20.7 | 22.6 | 24.4 | 29.2 | 33.3 | 28.9 | 93 | 7 |
| | | Civil [2] | 21.3 | 7.4 | 6.9 | 5.7 | 6.6 | 6.2 | 19 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 35.2 | 53.1 | 53.5 | 56.9 | 57.4 | 52.5 | 44 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,570 14.9 | 1,749 17.6 | 2,194 22.2 | 2,489 13.0 | 2,480 11.4 | 2,304 9.6 | 52 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.3 | 1.5 | 1.3 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 53.3 | 107.1 | 102.6 | 77.3 | 60.9 | 58.1 | | |
| | | Percent Not Selected or Challenged | 41.8 | 70.5 | 69.6 | 54.3 | 47.2 | 46.6 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 16,130 | 543 | 3,998 | 1,167 | 4 | 74 | 692 | 971 | 870 | 3,294 | 2,566 | 87 | 1,864 |
| Criminal [1] | 587 | 6 | 138 | 51 | 116 | 121 | 52 | 33 | 1 | 3 | 8 | 14 | 44 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**ILLINOIS CENTRAL**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 2,015 | 1,711 | 1,700 | 1,762 | 1,819 | 1,911 | | |
| | Terminations | | 1,638 | 1,855 | 1,804 | 1,889 | 1,891 | 1,909 | | |
| | Pending | | 2,346 | 2,196 | 2,105 | 1,982 | 1,909 | 1,908 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -5.2 | 11.7 | 12.4 | 8.5 | 5.1 | | 69 | 6 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 504 | 428 | 425 | 441 | 455 | 478 | 49 | 7 |
| | | Civil | 377 | 319 | 321 | 353 | 368 | 393 | 42 | 7 |
| | | Criminal Felony | 89 | 57 | 54 | 51 | 45 | 51 | 69 | 6 |
| | | Supervised Release Hearings | 38 | 53 | 51 | 37 | 41 | 35 | 41 | 2 |
| | Pending Cases [2] | | 587 | 549 | 526 | 496 | 477 | 477 | 49 | 7 |
| | Weighted Filings [2] | | 427 | 337 | 325 | 359 | 394 | 413 | 61 | 7 |
| | Terminations | | 410 | 464 | 451 | 472 | 473 | 477 | 41 | 5 |
| | Trials Completed | | 19 | 20 | 30 | 26 | 20 | 22 | 19 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.2 | 14.4 | 18.4 | 17.9 | 20.5 | 17.5 | 80 | 6 |
| | | Civil [2] | 10.4 | 10.2 | 11.9 | 9.7 | 7.9 | 7.8 | 46 | 4 |
| | From Filing to Trial [2] (Civil Only) | | - | 39.0 | 45.1 | 50.4 | 50.6 | 56.7 | 48 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 125 6.9 | 164 9.8 | 185 11.2 | 191 12.1 | 155 9.9 | 110 7.0 | 32 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.1 | 1.1 | 1.2 | 1.1 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 52.3 | 28.3 | 33.9 | 32.4 | 35.7 | 34.7 | | |
| | | Percent Not Selected or Challenged | 33.8 | 41.5 | 44.8 | 42.3 | 44.5 | 47.2 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,570 | 143 | 2 | 772 | 1 | 8 | 59 | 83 | 73 | 15 | 325 | 1 | 88 |
| Criminal [1] | 203 | 4 | 75 | 11 | 28 | 45 | 2 | 28 | 0 | 3 | 2 | 1 | 4 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**ILLINOIS SOUTHERN**

| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | Numerical Standing Within U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings [1] | | 1,851 | 2,267 | 3,468 | 4,453 | 3,170 | 2,611 | | |
| | Terminations | | 2,004 | 1,834 | 1,707 | 2,048 | 2,342 | 1,908 | | |
| | Pending | | 2,296 | 2,726 | 4,489 | 6,888 | 7,712 | 8,413 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 41.1 | 15.2 | -24.7 | -41.4 | -17.6 | | 90 | 7 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months [2] | | | 17.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 463 | 567 | 867 | 1,113 | 793 | 653 | 24 | 3 |
| | | Civil | 353 | 449 | 787 | 1,020 | 690 | 559 | 16 | 3 |
| | | Criminal Felony | 73 | 76 | 50 | 59 | 62 | 63 | 56 | 4 |
| | | Supervised Release Hearings | 37 | 42 | 31 | 35 | 40 | 31 | 49 | 4 |
| | Pending Cases [2] | | 574 | 682 | 1,122 | 1,722 | 1,928 | 2,103 | 5 | 2 |
| | Weighted Filings [2] | | 370 | 449 | 637 | 819 | 594 | 510 | 32 | 5 |
| | Terminations | | 501 | 459 | 427 | 512 | 586 | 477 | 41 | 5 |
| | Trials Completed | | 10 | 28 | 20 | 19 | 16 | 15 | 44 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.0 | 13.6 | 16.1 | 16.9 | 15.4 | 13.6 | 51 | 2 |
| | | Civil [2] | 14.3 | 7.8 | 11.8 | 9.8 | 11.5 | 12.8 | 87 | 7 |
| | From Filing to Trial [2] (Civil Only) | | - | 42.0 | 43.6 | 48.8 | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 226 / 11.9 | 246 / 10.8 | 245 / 6.0 | 206 / 3.2 | 621 / 8.4 | 2,277 / 28.2 | 82 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.1 | 1.4 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 69.0 | 36.2 | 48.9 | 39.4 | 39.0 | 43.6 | | |
| | | Percent Not Selected or Challenged | 18.8 | 21.5 | 37.7 | 29.9 | 24.5 | 34.1 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,235 | 102 | 1,026 | 691 | 2 | 7 | 28 | 65 | 101 | 3 | 151 | 0 | 59 |
| Criminal [1] | 252 | 10 | 80 | 25 | 71 | 22 | 5 | 25 | 1 | 3 | 2 | 0 | 8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**INDIANA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| Overall Caseload Statistics | | Filings [1] | 2,557 | 2,340 | 2,328 | 2,600 | 2,443 | 2,888 | | |
| | | Terminations | 2,645 | 2,603 | 2,673 | 2,568 | 2,382 | 2,651 | | |
| | | Pending | 3,025 | 2,765 | 2,416 | 2,464 | 2,532 | 2,790 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 12.9 | 23.4 | 24.1 | 11.1 | 18.2 | | 24 | 2 |
| Number of Judgeships | | | 5 | 5 | 5 | 5 | 5 | 5 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 11.2 | 12.0 | 3.3 | 1.6 | 0.0 | | |
| Actions per Judgeship | Filings | Total | 511 | 468 | 466 | 520 | 489 | 578 | 30 | 5 |
| | | Civil | 428 | 385 | 402 | 447 | 422 | 490 | 22 | 5 |
| | | Criminal Felony | 70 | 65 | 48 | 56 | 51 | 69 | 51 | 3 |
| | | Supervised Release Hearings | 14 | 18 | 16 | 17 | 16 | 18 | 73 | 5 |
| | Pending Cases [2] | | 605 | 553 | 483 | 493 | 506 | 558 | 34 | 5 |
| | Weighted Filings [2] | | 434 | 411 | 396 | 461 | 437 | 525 | 30 | 4 |
| | Terminations | | 529 | 521 | 535 | 514 | 476 | 530 | 29 | 4 |
| | Trials Completed | | 14 | 19 | 18 | 17 | 15 | 15 | 44 | 3 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 13.0 | 13.7 | 15.4 | 15.3 | 14.1 | 13.6 | 51 | 2 |
| | | Civil [2] | 11.7 | 12.6 | 12.2 | 8.8 | 8.6 | 8.6 | 61 | 5 |
| | From Filing to Trial [2] (Civil Only) | | - | 38.7 | 50.6 | 47.4 | - | - | - | - |
| Other | Number (and %) of Civil Cases Over 3 Years Old [2] | | 129 / 5.4 | 176 / 8.0 | 147 / 7.6 | 128 / 6.5 | 138 / 6.7 | 119 / 5.3 | 22 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.2 | 1.1 | 1.2 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 47.6 | 38.8 | 33.3 | 34.8 | 35.4 | 36.0 | | |
| | | Percent Not Selected or Challenged | 38.3 | 37.3 | 35.8 | 31.8 | 31.8 | 38.7 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,450 | 305 | 13 | 952 | 3 | 13 | 65 | 182 | 187 | 29 | 527 | 0 | 174 |
| Criminal [1] | 342 | 0 | 81 | 37 | 121 | 42 | 6 | 29 | 0 | 12 | 2 | 3 | 9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**INDIANA SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 5,370 | 4,902 | 4,071 | 3,791 | 3,787 | 4,323 | | |
| | Terminations | | 4,177 | 4,672 | 4,467 | 3,861 | 3,956 | 4,485 | | |
| | Pending | | 11,591 | 11,815 | 11,412 | 11,339 | 11,179 | 11,013 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -19.5 | -11.8 | 6.2 | 14.0 | 14.2 | | 33 | 4 |
| Number of Judgeships | | | 5 | 5 | 5 | 5 | 5 | 5 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 12.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 1,074 | 980 | 814 | 758 | 757 | 865 | 10 | 1 |
| | | Civil | 969 | 872 | 746 | 691 | 690 | 783 | 7 | 1 |
| | | Criminal Felony | 101 | 105 | 63 | 61 | 64 | 78 | 44 | 1 |
| | | Supervised Release Hearings | 4 | 4 | 6 | 6 | 3 | 3 | 92 | 7 |
| | Pending Cases [2] | | 2,318 | 2,363 | 2,282 | 2,268 | 2,236 | 2,203 | 4 | 1 |
| | Weighted Filings [2] | | 850 | 820 | 645 | 618 | 628 | 738 | 13 | 2 |
| | Terminations | | 835 | 934 | 893 | 772 | 791 | 897 | 4 | 1 |
| | Trials Completed | | 10 | 17 | 11 | 13 | 11 | 11 | 62 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.6 | 15.4 | 17.0 | 19.2 | 16.1 | 14.7 | 70 | 5 |
| | | Civil [2] | 8.0 | 12.2 | 12.6 | 10.4 | 10.3 | 10.1 | 81 | 6 |
| | From Filing to Trial [2] (Civil Only) | | 39.6 | 39.9 | 42.2 | 51.4 | 32.8 | 36.5 | 30 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 2,985 27.7 | 3,810 34.6 | 5,135 47.4 | 5,666 52.3 | 6,449 60.2 | 6,668 63.4 | 92 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.6 | 1.4 | 1.2 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 30.0 | 37.7 | 34.3 | 48.5 | 36.7 | 30.5 | | |
| | | Percent Not Selected or Challenged | 29.3 | 24.8 | 33.3 | 38.8 | 33.5 | 42.6 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,914 | 389 | 59 | 1,739 | 2 | 15 | 138 | 182 | 227 | 44 | 684 | 5 | 430 |
| Criminal [1] | 391 | 12 | 134 | 30 | 118 | 38 | 4 | 32 | 2 | 5 | 6 | 3 | 7 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**WISCONSIN EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 2,492 | 2,012 | 2,084 | 2,147 | 2,151 | 2,651 | | |
| | | Terminations | 2,327 | 2,167 | 2,217 | 2,164 | 2,299 | 2,339 | | |
| | | Pending | 2,507 | 2,331 | 2,191 | 2,182 | 2,116 | 2,437 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 6.4 | 31.8 | 27.2 | 23.5 | 23.2 | | 14 | 1 |
| Number of Judgeships | | | 5 | 5 | 5 | 5 | 5 | 5 | | |
| Vacant Judgeship Months [2] | | | 17.2 | 12.0 | 12.0 | 1.9 | 8.8 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 498 | 402 | 417 | 429 | 430 | 530 | 38 | 6 |
| | | Civil | 398 | 310 | 323 | 334 | 345 | 426 | 34 | 6 |
| | | Criminal Felony | 73 | 64 | 67 | 62 | 60 | 72 | 48 | 2 |
| | | Supervised Release Hearings | 27 | 28 | 27 | 34 | 25 | 32 | 48 | 3 |
| | Pending Cases [2] | | 501 | 466 | 438 | 436 | 423 | 487 | 48 | 6 |
| | Weighted Filings [2] | | 412 | 350 | 368 | 391 | 397 | 482 | 42 | 6 |
| | Terminations | | 465 | 433 | 443 | 433 | 460 | 468 | 48 | 7 |
| | Trials Completed | | 4 | 6 | 6 | 6 | 7 | 6 | 88 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.2 | 12.7 | 15.9 | 14.1 | 14.2 | 14.0 | 60 | 4 |
| | | Civil [2] | 7.5 | 9.9 | 9.4 | 7.3 | 6.4 | 5.7 | 13 | 1 |
| | From Filing to Trial [2] (Civil Only) | | - | 47.7 | 41.4 | 40.0 | 36.0 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 110 5.8 | 109 6.4 | 97 6.1 | 97 6.0 | 100 6.4 | 125 6.8 | 31 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.8 | 1.5 | 1.4 | 1.5 | 1.4 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 43.6 | 32.5 | 28.7 | 29.9 | 28.6 | 40.4 | | |
| | | Percent Not Selected or Challenged | 43.3 | 25.5 | 26.0 | 27.2 | 37.0 | 29.0 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,131 | 174 | 20 | 901 | 11 | 5 | 171 | 119 | 97 | 80 | 405 | 9 | 139 |
| Criminal [1] | 358 | 1 | 133 | 11 | 92 | 20 | 23 | 33 | 2 | 3 | 4 | 4 | 32 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**WISCONSIN WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,388 | 1,072 | 997 | 1,101 | 1,160 | 1,305 | | |
| | Terminations | | 1,292 | 1,228 | 1,191 | 1,150 | 1,084 | 1,167 | | |
| | Pending | | 1,492 | 1,345 | 1,157 | 1,110 | 1,188 | 1,323 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -6.0 | 21.7 | 30.9 | 18.5 | 12.5 | | 43 | 5 |
| Number of Judgeships | | | 2 | 2 | 2 | 2 | 2 | 2 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 694 | 536 | 499 | 551 | 580 | 653 | 24 | 3 |
| | | Civil | 586 | 426 | 387 | 466 | 478 | 553 | 18 | 4 |
| | | Criminal Felony | 73 | 73 | 78 | 66 | 63 | 56 | 67 | 5 |
| | | Supervised Release Hearings | 36 | 38 | 34 | 19 | 40 | 44 | 35 | 1 |
| | Pending Cases [2] | | 746 | 673 | 579 | 555 | 594 | 662 | 21 | 4 |
| | Weighted Filings [2] | | 571 | 457 | 452 | 509 | 501 | 581 | 24 | 3 |
| | Terminations | | 646 | 614 | 596 | 575 | 542 | 584 | 24 | 3 |
| | Trials Completed | | 12 | 20 | 15 | 15 | 26 | 23 | 16 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 7.9 | 9.2 | 9.4 | 9.7 | 8.3 | 8.3 | 15 | 1 |
| | | Civil [2] | 7.0 | 9.4 | 9.3 | 8.1 | 6.5 | 7.2 | 36 | 3 |
| | From Filing to Trial [2] (Civil Only) | | - | - | 22.4 | 40.5 | 25.0 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 68 5.6 | 124 11.6 | 119 13.7 | 51 6.1 | 44 4.7 | 52 5.0 | 18 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.2 | 1.3 | 1.3 | 1.1 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 48.3 | 24.7 | 23.4 | 25.5 | 21.7 | 25.0 | | |
| | | Percent Not Selected or Challenged | 19.7 | 17.3 | 20.2 | 21.0 | 13.4 | 12.0 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,106 | 77 | 11 | 462 | 5 | 3 | 68 | 62 | 56 | 34 | 222 | 6 | 100 |
| Criminal [1] | 111 | 1 | 48 | 6 | 38 | 2 | 1 | 8 | 0 | 0 | 0 | 4 | 3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**ARKANSAS EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 2,852 | 2,380 | 2,655 | 2,427 | 2,201 | 2,506 | | |
| | | Terminations | 2,564 | 2,514 | 2,542 | 2,851 | 2,412 | 2,247 | | |
| | | Pending | 3,206 | 3,085 | 3,202 | 2,781 | 2,570 | 2,836 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -12.1 | 5.3 | -5.6 | 3.3 | 13.9 | | 34 | 3 |
| | Number of Judgeships | | 5 | 5 | 5 | 5 | 5 | 5 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 570 | 476 | 531 | 485 | 440 | 501 | 43 | 5 |
| | | Civil | 447 | 343 | 382 | 350 | 324 | 385 | 43 | 2 |
| | | Criminal Felony | 104 | 99 | 117 | 102 | 78 | 82 | 40 | 9 |
| | | Supervised Release Hearings | 20 | 34 | 32 | 34 | 38 | 35 | 41 | 9 |
| | Pending Cases [2] | | 641 | 617 | 640 | 556 | 514 | 567 | 32 | 2 |
| | Weighted Filings [2] | | 482 | 419 | 475 | 443 | 392 | 436 | 52 | 7 |
| | Terminations | | 513 | 503 | 508 | 570 | 482 | 449 | 51 | 6 |
| | Trials Completed | | 12 | 17 | 16 | 16 | 16 | 18 | 32 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 20.3 | 23.6 | 27.5 | 24.3 | 23.0 | 22.6 | 89 | 10 |
| | | Civil [2] | 10.9 | 11.7 | 12.2 | 12.5 | 10.5 | 10.4 | 83 | 10 |
| | From Filing to Trial [2] (Civil Only) | | 26.8 | 38.7 | 28.9 | 36.1 | 32.8 | 35.4 | 24 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 49 2.6 | 68 3.8 | 75 4.0 | 88 5.6 | 84 5.3 | 82 4.3 | 14 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.5 | 1.3 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 48.5 | 52.6 | 35.3 | 44.9 | 47.1 | 53.7 | | |
| | | Percent Not Selected or Challenged | 38.5 | 50.6 | 45.1 | 36.5 | 41.7 | 41.9 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,924 | 237 | 14 | 950 | 4 | 19 | 25 | 133 | 152 | 13 | 289 | 2 | 86 |
| Criminal [1] | 406 | 16 | 162 | 27 | 88 | 51 | 6 | 28 | 1 | 15 | 7 | 0 | 5 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**ARKANSAS WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | | |
| **Overall Caseload Statistics** | | Filings [1] | 1,175 | 1,101 | 1,164 | 1,075 | 1,161 | 1,243 | **U.S.** | **Circuit** |
| | | Terminations | 1,124 | 1,128 | 1,198 | 1,103 | 1,079 | 1,126 | | |
| | | Pending | 1,169 | 1,138 | 1,109 | 1,078 | 1,156 | 1,266 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 5.8 | 12.9 | 6.8 | 15.6 | 7.1 | | 64 | 5 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 12.0 | 6.3 | 5.9 | 12.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 392 | 367 | 388 | 358 | 387 | 414 | 67 | 10 |
| | | Civil | 307 | 292 | 287 | 278 | 296 | 304 | 58 | 5 |
| | | Criminal Felony | 74 | 65 | 82 | 61 | 62 | 90 | 34 | 8 |
| | | Supervised Release Hearings | 11 | 10 | 20 | 20 | 28 | 21 | 66 | 10 |
| | Pending Cases [2] | | 390 | 379 | 370 | 359 | 385 | 422 | 63 | 6 |
| | Weighted Filings [2] | | 332 | 309 | 344 | 318 | 344 | 370 | 70 | 10 |
| | Terminations | | 375 | 376 | 399 | 368 | 360 | 375 | 68 | 10 |
| | Trials Completed | | 4 | 7 | 12 | 10 | 12 | 8 | 82 | 10 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.1 | 9.5 | 9.8 | 10.6 | 12.8 | 10.7 | 35 | 4 |
| | | Civil [2] | 10.1 | 10.1 | 11.7 | 10.4 | 9.0 | 8.9 | 65 | 7 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 15 / 2.0 | 25 / 3.4 | 22 / 3.2 | 31 / 4.8 | 29 / 3.8 | 30 / 3.8 | 11 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.1 | 1.4 | 1.2 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 53.0 | 52.0 | 50.8 | 46.7 | 49.3 | 58.0 | | |
| | | Percent Not Selected or Challenged | 30.2 | 45.1 | 46.8 | 41.0 | 41.4 | 56.7 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 911 | 191 | 16 | 324 | 3 | 14 | 11 | 105 | 61 | 11 | 121 | 0 | 54 |
| Criminal [1] | 269 | 0 | 112 | 27 | 38 | 34 | 1 | 39 | 1 | 10 | 1 | 3 | 3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**IOWA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 984 | 1,023 | 999 | 944 | 1,017 | 1,086 | | |
| | Terminations | | 987 | 1,098 | 1,026 | 950 | 987 | 1,026 | | |
| | Pending | | 774 | 701 | 679 | 678 | 715 | 771 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 10.4 | 6.2 | 8.7 | 15.0 | 6.8 | | 66 | 6 |
| Number of Judgeships | | | 2 | 2 | 2 | 2 | 2 | 2 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 492 | 512 | 500 | 472 | 509 | 543 | 35 | 3 |
| | | Civil | 210 | 211 | 207 | 202 | 202 | 264 | 69 | 7 |
| | | Criminal Felony | 184 | 165 | 171 | 149 | 184 | 177 | 9 | 3 |
| | | Supervised Release Hearings | 99 | 136 | 122 | 122 | 123 | 103 | 6 | 2 |
| | Pending Cases [2] | | 387 | 351 | 340 | 339 | 358 | 386 | 68 | 7 |
| | Weighted Filings [2] | | 430 | 418 | 421 | 368 | 441 | 488 | 39 | 4 |
| | Terminations | | 494 | 549 | 513 | 475 | 494 | 513 | 32 | 3 |
| | Trials Completed | | 51 | 71 | 65 | 63 | 63 | 51 | 4 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.7 | 9.9 | 10.4 | 10.4 | 9.9 | 10.2 | 29 | 2 |
| | | Civil [2] | 9.2 | 8.2 | 8.8 | 7.6 | 7.0 | 5.6 | 11 | 2 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 5 1.2 | 9 2.4 | 13 3.6 | 18 5.1 | 17 4.8 | 12 2.9 | 6 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.2 | 1.1 | 1.2 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 41.0 | 50.6 | 44.0 | 50.9 | 47.7 | 47.7 | | |
| | | Percent Not Selected or Challenged | 33.4 | 39.8 | 29.7 | 47.3 | 45.4 | 39.1 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 527 | 91 | 7 | 218 | 2 | 5 | 14 | 44 | 22 | 5 | 83 | 0 | 36 |
| Criminal [1] | 354 | 2 | 135 | 21 | 110 | 19 | 4 | 43 | 0 | 6 | 7 | 1 | 6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**IOWA SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,201 | 1,175 | 1,154 | 1,269 | 1,205 | 1,295 | | |
| | Terminations | | 1,144 | 1,291 | 1,177 | 1,298 | 1,283 | 1,172 | | |
| | Pending | | 1,000 | 888 | 873 | 844 | 768 | 896 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 7.8 | 10.2 | 12.2 | 2.0 | 7.5 | | 61 | 4 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 400 | 392 | 385 | 423 | 402 | 432 | 62 | 8 |
| | | Civil | 182 | 177 | 179 | 216 | 193 | 226 | 76 | 8 |
| | | Criminal Felony | 155 | 135 | 136 | 123 | 111 | 119 | 21 | 7 |
| | | Supervised Release Hearings | 63 | 80 | 70 | 84 | 98 | 87 | 8 | 3 |
| | Pending Cases [2] | | 333 | 296 | 291 | 281 | 256 | 299 | 88 | 10 |
| | Weighted Filings [2] | | 398 | 367 | 361 | 384 | 346 | 413 | 60 | 9 |
| | Terminations | | 381 | 430 | 392 | 433 | 428 | 391 | 62 | 8 |
| | Trials Completed | | 44 | 51 | 41 | 52 | 75 | 52 | 3 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.6 | 11.3 | 11.4 | 10.3 | 10.6 | 9.9 | 26 | 1 |
| | | Civil [2] | 7.4 | 10.4 | 11.0 | 7.4 | 8.4 | 7.8 | 46 | 5 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 22 4.8 | 21 4.6 | 27 5.7 | 18 3.5 | 16 3.6 | 11 2.0 | 1 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.3 | 1.2 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 43.1 | 40.0 | 38.3 | 39.5 | 38.3 | 35.6 | | |
| | | Percent Not Selected or Challenged | 17.4 | 19.4 | 18.9 | 17.5 | 27.6 | 23.2 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 677 | 54 | 6 | 248 | 14 | 5 | 22 | 60 | 51 | 20 | 141 | 4 | 52 |
| Criminal [1] | 358 | 0 | 156 | 16 | 85 | 14 | 5 | 47 | 0 | 10 | 4 | 2 | 19 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**MINNESOTA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 3,475 | 8,850 | 4,078 | 4,730 | 5,408 | 5,610 | | |
| | Terminations | | 3,880 | 4,116 | 3,983 | 3,805 | 3,607 | 4,447 | | |
| | Pending | | 3,299 | 8,041 | 8,123 | 9,056 | 10,837 | 12,000 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 61.4 | -36.6 | 37.6 | 18.6 | 3.7 | | 74 | 9 |
| Number of Judgeships | | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 12.0 | 12.0 | 12.0 | 6.9 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 496 | 1,264 | 583 | 676 | 773 | 801 | 14 | 1 |
| | | Civil | 384 | 1,147 | 458 | 557 | 664 | 684 | 10 | 1 |
| | | Criminal Felony | 57 | 41 | 60 | 66 | 56 | 76 | 45 | 10 |
| | | Supervised Release Hearings | 56 | 76 | 65 | 52 | 52 | 42 | 37 | 8 |
| | Pending Cases [2] | | 471 | 1,149 | 1,160 | 1,294 | 1,548 | 1,714 | 6 | 1 |
| | Weighted Filings [2] | | 411 | 404 | 468 | 558 | 638 | 676 | 18 | 1 |
| | Terminations | | 554 | 588 | 569 | 544 | 515 | 635 | 18 | 1 |
| | Trials Completed | | 4 | 8 | 9 | 8 | 9 | 10 | 68 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.6 | 14.0 | 15.3 | 10.3 | 13.7 | 12.2 | 44 | 6 |
| | | Civil [2] | 11.4 | 7.3 | 5.5 | 7.0 | 8.4 | 9.3 | 71 | 8 |
| | From Filing to Trial [2] (Civil Only) | | - | 34.1 | 41.2 | 38.6 | 47.1 | 39.1 | 35 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 530 19.0 | 294 3.9 | 243 3.2 | 218 2.6 | 5,010 48.8 | 4,788 42.2 | 83 | 10 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.3 | 1.5 | 1.5 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 59.2 | 58.6 | 56.7 | 54.9 | 55.8 | 75.1 | | |
| | | Percent Not Selected or Challenged | 34.1 | 43.5 | 47.9 | 37.8 | 50.2 | 46.3 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4,786 | 261 | 1,760 | 483 | 2 | 13 | 490 | 290 | 222 | 172 | 665 | 12 | 416 |
| Criminal [1] | 527 | 0 | 151 | 124 | 87 | 55 | 32 | 57 | 0 | 0 | 4 | 2 | 15 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**MISSOURI EASTERN**

| | | | 12-Month Periods Ending | | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 3,680 | 3,183 | 3,078 | 3,516 | 3,554 | 3,641 | | | |
| | | Terminations | 3,689 | 3,576 | 3,455 | 3,325 | 3,698 | 3,669 | | | |
| | | Pending | 3,707 | 3,345 | 2,957 | 3,122 | 2,966 | 2,932 | | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -1.1 | 14.4 | 18.3 | 3.6 | 2.4 | | | 78 | 10 |
| | Number of Judgeships | | 8 | 8 | 8 | 8 | 8 | 8 | | | |
| | Vacant Judgeship Months [2] | | 0.0 | 0.0 | 0.0 | 26.3 | 41.0 | 0.0 | | | |
| **Actions per Judgeship** | **Filings** | Total | 460 | 398 | 385 | 440 | 444 | 455 | | 57 | 7 |
| | | Civil | 281 | 221 | 206 | 251 | 256 | 273 | | 67 | 6 |
| | | Criminal Felony | 146 | 125 | 122 | 127 | 125 | 120 | | 20 | 6 |
| | | Supervised Release Hearings | 34 | 52 | 57 | 62 | 64 | 63 | | 18 | 5 |
| | Pending Cases [2] | | 463 | 418 | 370 | 390 | 371 | 367 | | 73 | 9 |
| | Weighted Filings [2] | | 443 | 377 | 373 | 419 | 431 | 442 | | 48 | 5 |
| | Terminations | | 461 | 447 | 432 | 416 | 462 | 459 | | 49 | 5 |
| | Trials Completed | | 14 | 21 | 20 | 20 | 26 | 10 | | 68 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.8 | 15.0 | 15.6 | 15.0 | 14.5 | 13.7 | | 54 | 7 |
| | | Civil [2] | 5.6 | 9.2 | 10.3 | 6.9 | 6.0 | 6.3 | | 20 | 3 |
| | From Filing to Trial [2] (Civil Only) | | - | 24.4 | 39.3 | - | - | 35.3 | | 23 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 87 4.2 | 124 6.7 | 125 8.2 | 92 5.3 | 100 6.2 | 63 3.7 | | 10 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 | 1.2 | | | |
| | Jurors | Avg. Present for Jury Selection | 23.3 | 35.9 | 39.6 | 46.8 | 47.2 | 43.8 | | | |
| | | Percent Not Selected or Challenged | 28.6 | 23.6 | 43.4 | 22.6 | 31.3 | 30.3 | | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,180 | 169 | 136 | 549 | 3 | 15 | 97 | 263 | 217 | 53 | 497 | 0 | 181 |
| Criminal [1] | 960 | 0 | 273 | 56 | 378 | 106 | 20 | 67 | 4 | 27 | 8 | 3 | 18 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**MISSOURI WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| Overall Caseload Statistics | | Filings [1] | 3,102 | 3,072 | 2,849 | 2,868 | 2,649 | 3,171 | | |
| | | Terminations | 2,770 | 3,093 | 3,004 | 3,196 | 2,829 | 2,933 | | |
| | | Pending | 3,140 | 3,161 | 3,024 | 2,683 | 2,489 | 2,739 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 2.2 | 3.2 | 11.3 | 10.6 | 19.7 | | 21 | 2 |
| Number of Judgeships | | | 6 | 6 | 6 | 6 | 6 | 6 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| Actions per Judgeship | Filings | Total | 517 | 512 | 475 | 478 | 442 | 529 | 41 | 4 |
| | | Civil | 337 | 334 | 300 | 315 | 280 | 338 | 50 | 3 |
| | | Criminal Felony | 131 | 119 | 120 | 102 | 108 | 132 | 14 | 5 |
| | | Supervised Release Hearings | 49 | 60 | 55 | 61 | 54 | 58 | 25 | 6 |
| | Pending Cases [2] | | 523 | 527 | 504 | 447 | 415 | 457 | 54 | 5 |
| | Weighted Filings [2] | | 467 | 488 | 411 | 425 | 414 | 508 | 34 | 3 |
| | Terminations | | 462 | 516 | 501 | 533 | 472 | 489 | 39 | 4 |
| | Trials Completed | | 21 | 19 | 18 | 13 | 14 | 17 | 36 | 6 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 17.3 | 19.3 | 21.0 | 22.3 | 20.0 | 18.5 | 83 | 9 |
| | | Civil [2] | 7.2 | 6.9 | 8.2 | 6.1 | 7.0 | 6.5 | 22 | 4 |
| | From Filing to Trial [2] (Civil Only) | | - | 27.1 | 27.3 | 29.1 | 22.2 | 27.0 | 14 | 1 |
| Other | Number (and %) of Civil Cases Over 3 Years Old [2] | | 130 8.2 | 125 8.2 | 112 7.5 | 140 9.8 | 151 11.4 | 138 9.2 | 50 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.5 | 1.3 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 38.0 | 52.9 | 37.3 | 38.7 | 55.6 | 48.6 | | |
| | | Percent Not Selected or Challenged | 23.4 | 36.0 | 26.4 | 25.7 | 37.8 | 26.8 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,030 | 252 | 22 | 418 | 11 | 29 | 87 | 262 | 226 | 29 | 412 | 8 | 274 |
| Criminal [1] | 790 | 0 | 268 | 53 | 296 | 56 | 17 | 55 | 1 | 15 | 1 | 7 | 21 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**NEBRASKA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,432 | 1,589 | 1,394 | 1,409 | 1,298 | 1,660 | | |
| | Terminations | | 1,371 | 1,504 | 1,375 | 1,412 | 1,308 | 1,571 | | |
| | Pending | | 1,286 | 1,370 | 1,382 | 1,373 | 1,372 | 1,473 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 15.9 | 4.5 | 19.1 | 17.8 | 27.9 | | 9 | 1 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 5.9 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 477 | 530 | 465 | 470 | 433 | 553 | 33 | 2 |
| | | Civil | 235 | 274 | 237 | 273 | 249 | 334 | 51 | 4 |
| | | Criminal Felony | 171 | 188 | 169 | 134 | 118 | 164 | 12 | 4 |
| | | Supervised Release Hearings | 71 | 68 | 59 | 62 | 65 | 56 | 29 | 7 |
| | Pending Cases [2] | | 429 | 457 | 461 | 458 | 457 | 491 | 47 | 4 |
| | Weighted Filings [2] | | 464 | 498 | 453 | 464 | 397 | 515 | 31 | 2 |
| | Terminations | | 457 | 501 | 458 | 471 | 436 | 524 | 30 | 2 |
| | Trials Completed | | 12 | 19 | 12 | 15 | 12 | 16 | 41 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.6 | 12.4 | 13.5 | 14.6 | 13.5 | 11.4 | 40 | 5 |
| | | Civil [2] | 7.9 | 5.0 | 6.8 | 6.8 | 8.6 | 5.5 | 8 | 1 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 38 / 5.7 | 37 / 6.1 | 41 / 6.6 | 48 / 6.1 | 63 / 7.1 | 79 / 8.5 | 42 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.2 | 1.2 | 1.3 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 36.2 | 34.5 | 35.7 | 35.7 | 35.4 | 39.2 | | |
| | | Percent Not Selected or Challenged | 19.5 | 16.7 | 23.9 | 35.7 | 11.1 | 24.6 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,001 | 59 | 5 | 212 | 3 | 7 | 21 | 117 | 107 | 21 | 174 | 0 | 275 |
| Criminal [1] | 491 | 3 | 133 | 82 | 63 | 102 | 27 | 45 | 0 | 5 | 6 | 8 | 17 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**NORTH DAKOTA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 760 | 803 | 793 | 767 | 809 | 851 | | |
| | Terminations | | 688 | 697 | 768 | 800 | 796 | 779 | | |
| | Pending | | 848 | 946 | 965 | 937 | 945 | 1,009 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 12.0 | 6.0 | 7.3 | 11.0 | 5.2 | | 68 | 7 |
| Number of Judgeships | | | 2 | 2 | 2 | 2 | 2 | 2 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 380 | 402 | 397 | 384 | 405 | 426 | 65 | 9 |
| | | Civil | 123 | 116 | 111 | 124 | 131 | 153 | 87 | 9 |
| | | Criminal Felony | 181 | 215 | 205 | 195 | 188 | 197 | 6 | 1 |
| | | Supervised Release Hearings | 77 | 71 | 82 | 66 | 86 | 76 | 10 | 4 |
| | Pending Cases [2] | | 424 | 473 | 483 | 469 | 473 | 505 | 46 | 3 |
| | Weighted Filings [2] | | 406 | 451 | 422 | 408 | 407 | 434 | 53 | 8 |
| | Terminations | | 344 | 349 | 384 | 400 | 398 | 390 | 65 | 9 |
| | Trials Completed | | 17 | 28 | 27 | 33 | 32 | 23 | 16 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.3 | 15.0 | 14.9 | 16.5 | 17.0 | 14.1 | 63 | 8 |
| | | Civil [2] | 11.5 | 11.9 | 13.5 | 12.4 | 11.0 | 7.9 | 48 | 6 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 48 15.2 | 44 14.8 | 55 19.0 | 47 15.9 | 37 13.3 | 37 12.3 | 64 | 9 |
| | Average Number of Felony Defendants Filed per Case | | 1.8 | 1.8 | 1.7 | 1.6 | 1.8 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 32.2 | 40.3 | 40.7 | 37.1 | 35.5 | 32.9 | | |
| | | Percent Not Selected or Challenged | 21.8 | 33.8 | 29.1 | 15.1 | 17.4 | 15.6 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 306 | 15 | 7 | 68 | 2 | 13 | 13 | 30 | 35 | 7 | 67 | 1 | 48 |
| Criminal [1] | 393 | 0 | 169 | 67 | 48 | 9 | 45 | 33 | 0 | 1 | 4 | 4 | 13 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**SOUTH DAKOTA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,252 | 1,321 | 1,289 | 1,339 | 1,341 | 1,402 | | |
| | Terminations | | 1,168 | 1,171 | 1,369 | 1,350 | 1,354 | 1,305 | | |
| | Pending | | 1,039 | 1,155 | 1,062 | 1,042 | 1,026 | 1,117 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 12.0 | 6.1 | 8.8 | 4.7 | 4.5 | | 71 | 8 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 3.0 | 12.0 | 12.0 | 5.9 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 417 | 440 | 430 | 446 | 447 | 467 | 52 | 6 |
| | | Civil | 118 | 125 | 108 | 121 | 124 | 127 | 89 | 10 |
| | | Criminal Felony | 188 | 205 | 184 | 196 | 191 | 193 | 7 | 2 |
| | | Supervised Release Hearings | 111 | 110 | 138 | 130 | 132 | 148 | 1 | 1 |
| | Pending Cases [2] | | 346 | 385 | 354 | 347 | 342 | 372 | 72 | 8 |
| | Weighted Filings [2] | | 415 | 446 | 420 | 447 | 444 | 440 | 50 | 6 |
| | Terminations | | 389 | 390 | 456 | 450 | 451 | 435 | 54 | 7 |
| | Trials Completed | | 38 | 40 | 48 | 41 | 39 | 53 | 2 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.9 | 11.0 | 11.5 | 10.9 | 10.8 | 10.3 | 30 | 3 |
| | | Civil [2] | 11.0 | 14.0 | 10.4 | 11.3 | 10.9 | 9.6 | 76 | 9 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 62 14.6 | 60 13.4 | 58 14.5 | 56 12.8 | 63 14.3 | 58 11.7 | 62 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 45.1 | 41.8 | 45.0 | 44.6 | 45.0 | 40.2 | | |
| | | Percent Not Selected or Challenged | 23.7 | 24.7 | 23.0 | 24.9 | 20.9 | 20.0 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 380 | 15 | 2 | 142 | 0 | 4 | 5 | 65 | 53 | 2 | 68 | 1 | 23 |
| Criminal [1] | 577 | 0 | 138 | 54 | 106 | 8 | 105 | 127 | 0 | 9 | 19 | 3 | 8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**ALASKA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 517 | 571 | 582 | 558 | 560 | 602 | | |
| | Terminations | | 403 | 594 | 656 | 519 | 467 | 598 | | |
| | Pending | | 774 | 760 | 691 | 719 | 800 | 792 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 16.4 | 5.4 | 3.4 | 7.9 | 7.5 | | 61 | 7 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 1.4 | 0.0 | 0.0 | 0.0 | 17.8 | 24.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 172 | 190 | 194 | 186 | 187 | 201 | 91 | 13 |
| | | Civil | 127 | 118 | 156 | 114 | 117 | 155 | 86 | 12 |
| | | Criminal Felony | 45 | 71 | 38 | 72 | 69 | 45 | 72 | 9 |
| | | Supervised Release Hearings | 0 | 1 | 0 | 0 | 0 | 1 | 93 | 15 |
| | Pending Cases [2] | | 258 | 253 | 230 | 240 | 267 | 264 | 90 | 12 |
| | Weighted Filings [2] | | 182 | 212 | 214 | 218 | 224 | 230 | 86 | 12 |
| | Terminations | | 134 | 198 | 219 | 173 | 156 | 199 | 92 | 14 |
| | Trials Completed | | 5 | 11 | 6 | 9 | 8 | 6 | 88 | 14 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.6 | 16.0 | 18.6 | 20.4 | 14.4 | 15.6 | 75 | 11 |
| | | Civil [2] | 8.5 | 9.8 | 4.8 | 8.2 | 9.9 | 6.5 | 22 | 6 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 51 / 11.7 | 59 / 15.1 | 65 / 17.6 | 79 / 20.1 | 76 / 17.8 | 77 / 16.6 | 72 | 12 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.4 | 1.2 | 1.5 | 1.3 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 89.3 | 41.3 | 71.0 | 52.2 | 73.9 | 49.5 | | |
| | | Percent Not Selected or Challenged | 61.6 | 23.5 | 31.4 | 42.5 | 46.5 | 33.8 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 464 | 26 | 3 | 129 | 5 | 4 | 14 | 49 | 58 | 2 | 134 | 0 | 40 |
| Criminal [1] | 134 | 3 | 63 | 1 | 22 | 13 | 3 | 19 | 0 | 2 | 0 | 7 | 1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**ARIZONA**

| | | | 12-Month Periods Ending | | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 8,834 | 9,930 | 9,631 | 11,377 | 18,034 | 15,184 | | | |
| | Terminations | | 12,103 | 11,046 | 9,593 | 9,800 | 9,068 | 9,372 | | | |
| | Pending | | 7,402 | 6,231 | 6,134 | 6,921 | 8,056 | 9,842 | | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 71.9 | 52.9 | 57.7 | 33.5 | -15.8 | | | 89 | 14 |
| Number of Judgeships | | | 13 | 13 | 13 | 13 | 13 | 13 | | | |
| Vacant Judgeship Months [2] | | | 13.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | |
| **Actions per Judgeship** | **Filings** | Total | 680 | 764 | 741 | 875 | 1,387 | 1,168 | | 4 | 1 |
| | | Civil | 268 | 255 | 240 | 309 | 362 | 468 | | 26 | 6 |
| | | Criminal Felony | 307 | 375 | 385 | 455 | 922 | 594 | | 2 | 1 |
| | | Supervised Release Hearings | 104 | 133 | 116 | 111 | 103 | 107 | | 5 | 2 |
| | Pending Cases [2] | | 569 | 479 | 472 | 532 | 620 | 757 | | 18 | 3 |
| | Weighted Filings [2] | | 432 | 504 | 483 | 567 | 798 | 739 | | 12 | 3 |
| | Terminations | | 931 | 850 | 738 | 754 | 698 | 721 | | 11 | 2 |
| | Trials Completed | | 7 | 10 | 11 | 11 | 10 | 9 | | 77 | 11 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 4.0 | 3.5 | 4.7 | 5.0 | 5.0 | 4.4 | | 3 | 1 |
| | | Civil [2] | 13.9 | 20.4 | 9.0 | 8.0 | 6.5 | 5.8 | | 14 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 36.3 | 34.0 | 39.1 | 38.4 | 36.0 | 45.4 | | 39 | 6 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 836 / 18.1 | 156 / 5.1 | 133 / 4.7 | 159 / 5.1 | 166 / 4.1 | 196 / 3.2 | | 9 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.0 | 1.1 | 1.1 | 1.1 | 1.0 | 1.0 | | | |
| | Jurors | Avg. Present for Jury Selection | 48.8 | 39.3 | 42.6 | 56.6 | 44.7 | 46.8 | | | |
| | | Percent Not Selected or Challenged | 34.8 | 36.4 | 31.9 | 44.3 | 32.9 | 31.3 | | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6,079 | 389 | 1,822 | 1,594 | 17 | 46 | 285 | 439 | 272 | 137 | 560 | 4 | 514 |
| Criminal [1] | 7,718 | 4 | 411 | 6,513 | 264 | 124 | 175 | 91 | 2 | 34 | 20 | 52 | 28 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**CALIFORNIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 10,313 | 10,990 | 10,090 | 7,569 | 10,547 | 11,971 | | |
| | Terminations | | 9,238 | 10,987 | 8,936 | 7,606 | 12,020 | 8,586 | | |
| | Pending | | 13,036 | 13,012 | 14,246 | 14,237 | 12,940 | 16,345 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 16.1 | 8.9 | 18.6 | 58.2 | 13.5 | | 39 | 4 |
| Number of Judgeships | | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 33.7 | 55.5 | 17.8 | 2.6 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 737 | 785 | 721 | 541 | 753 | 855 | 11 | 3 |
| | | Civil | 670 | 708 | 648 | 466 | 663 | 770 | 8 | 2 |
| | | Criminal Felony | 28 | 36 | 24 | 30 | 31 | 28 | 88 | 14 |
| | | Supervised Release Hearings | 38 | 41 | 49 | 45 | 60 | 57 | 27 | 7 |
| | Pending Cases [2] | | 931 | 929 | 1,018 | 1,017 | 924 | 1,168 | 10 | 2 |
| | Weighted Filings [2] | | 662 | 816 | 620 | 486 | 617 | 725 | 15 | 4 |
| | Terminations | | 660 | 785 | 638 | 543 | 859 | 613 | 21 | 4 |
| | Trials Completed | | 5 | 8 | 9 | 8 | 8 | 10 | 68 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.3 | 16.1 | 18.9 | 20.7 | 16.1 | 17.6 | 81 | 13 |
| | | Civil [2] | 11.3 | 8.9 | 8.4 | 6.9 | 20.6 | 7.5 | 40 | 8 |
| | From Filing to Trial [2] (Civil Only) | | 37.6 | 30.9 | 32.9 | 48.9 | 34.5 | 38.9 | 33 | 5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,039 8.7 | 1,050 8.9 | 1,445 11.0 | 2,859 21.7 | 2,271 19.0 | 2,721 17.8 | 76 | 13 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.2 | 1.3 | 1.3 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 88.9 | 60.0 | 66.3 | 59.0 | 48.0 | 54.9 | | |
| | | Percent Not Selected or Challenged | 60.2 | 42.2 | 45.8 | 36.2 | 32.9 | 39.2 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 10,783 | 286 | 3,053 | 1,308 | 7 | 93 | 426 | 893 | 1,215 | 646 | 996 | 48 | 1,812 |
| Criminal [1] | 384 | 3 | 126 | 20 | 46 | 86 | 22 | 21 | 0 | 3 | 7 | 12 | 38 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA EASTERN**

| | | | 12-Month Periods Ending | | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 4,859 | 4,820 | 4,557 | 5,301 | 6,009 | 6,458 | | | |
| | Terminations | | 4,544 | 4,488 | 4,726 | 5,344 | 5,869 | 6,070 | | | |
| | Pending | | 7,704 | 8,030 | 7,845 | 7,801 | 7,931 | 8,353 | | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 32.9 | 34.0 | 41.7 | 21.8 | 7.5 | | | 61 | 7 |
| Number of Judgeships | | | 6 | 6 | 6 | 6 | 6 | 6 | | | |
| Vacant Judgeship Months [2] | | | 22.9 | 24.0 | 20.5 | 1.6 | 5.9 | 0.0 | | | |
| **Actions per Judgeship** | **Filings** | Total | 810 | 803 | 760 | 884 | 1,002 | 1,076 | | 6 | 2 |
| | | Civil | 711 | 695 | 639 | 781 | 866 | 953 | | 4 | 1 |
| | | Criminal Felony | 64 | 68 | 69 | 51 | 69 | 61 | | 60 | 7 |
| | | Supervised Release Hearings | 36 | 41 | 52 | 52 | 66 | 62 | | 20 | 5 |
| | Pending Cases [2] | | 1,284 | 1,338 | 1,308 | 1,300 | 1,322 | 1,392 | | 8 | 1 |
| | Weighted Filings [2] | | 700 | 695 | 673 | 723 | 843 | 907 | | 5 | 1 |
| | Terminations | | 757 | 748 | 788 | 891 | 978 | 1,012 | | 2 | 1 |
| | Trials Completed | | 6 | 8 | 18 | 16 | 16 | 16 | | 41 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 20.8 | 24.1 | 32.7 | 30.3 | 32.9 | 27.9 | | 92 | 15 |
| | | Civil [2] | 9.5 | 10.0 | 11.3 | 10.1 | 8.5 | 8.4 | | 58 | 10 |
| | From Filing to Trial [2] (Civil Only) | | - | - | 57.2 | 68.3 | 64.5 | 64.6 | | 50 | 8 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 874 14.9 | 987 16.3 | 1,088 18.7 | 1,096 18.6 | 1,139 18.6 | 1,046 15.7 | | 71 | 11 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.5 | 1.5 | 1.4 | 1.8 | 1.4 | | | |
| | Jurors | Avg. Present for Jury Selection | 52.0 | 62.8 | 56.9 | 41.3 | 35.0 | 57.0 | | | |
| | | Percent Not Selected or Challenged | 45.8 | 40.0 | 49.2 | 39.4 | 39.0 | 46.3 | | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 5,720 | 589 | 47 | 2,364 | 20 | 60 | 193 | 461 | 329 | 130 | 967 | 3 | 557 |
| Criminal [1] | 365 | 0 | 108 | 48 | 59 | 58 | 20 | 30 | 0 | 5 | 0 | 4 | 33 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**CALIFORNIA CENTRAL**

| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **12-Month Periods Ending** | | | **Numerical Standing Within** | |
| **Overall Caseload Statistics** | Filings [1] | | 18,207 | 15,853 | 15,495 | 17,436 | 18,437 | 20,566 | **U.S.** | **Circuit** |
| | Terminations | | 17,388 | 17,255 | 15,881 | 17,358 | 18,018 | 18,982 | | |
| | Pending | | 15,310 | 13,879 | 13,491 | 13,547 | 13,942 | 15,494 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 13.0 | 29.7 | 32.7 | 18.0 | 11.5 | | 47 | 5 |
| Number of Judgeships | | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| Vacant Judgeship Months [2] | | | 108.3 | 92.9 | 79.5 | 28.7 | 22.3 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 650 | 566 | 553 | 623 | 658 | 735 | 18 | 5 |
| | | Civil | 594 | 505 | 495 | 563 | 588 | 654 | 12 | 3 |
| | | Criminal Felony | 36 | 37 | 35 | 32 | 39 | 50 | 70 | 8 |
| | | Supervised Release Hearings | 19 | 24 | 24 | 27 | 31 | 30 | 50 | 11 |
| | Pending Cases [2] | | 547 | 496 | 482 | 484 | 498 | 553 | 35 | 6 |
| | Weighted Filings [2] | | 716 | 607 | 562 | 616 | 696 | 781 | 10 | 2 |
| | Terminations | | 621 | 616 | 567 | 620 | 644 | 678 | 12 | 3 |
| | Trials Completed | | 4 | 8 | 9 | 11 | 10 | 10 | 68 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.7 | 19.0 | 20.2 | 21.3 | 19.6 | 14.9 | 72 | 9 |
| | | Civil [2] | 4.8 | 4.9 | 4.7 | 4.1 | 3.9 | 3.8 | 3 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 20.0 | 24.2 | 22.9 | 29.7 | 28.4 | 25.5 | 10 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 667 / 5.6 | 903 / 8.6 | 975 / 9.4 | 984 / 9.3 | 903 / 8.4 | 900 / 7.4 | 35 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.4 | 1.4 | 1.4 | 1.6 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 58.4 | 58.1 | 64.2 | 59.0 | 58.7 | 73.2 | | |
| | | Percent Not Selected or Challenged | 59.6 | 54.6 | 58.0 | 60.4 | 68.1 | 72.7 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 18,319 | 631 | 186 | 1,568 | 20 | 514 | 724 | 2,654 | 1,335 | 1,435 | 5,426 | 29 | 3,797 |
| Criminal [1] | 1,400 | 1 | 347 | 239 | 184 | 277 | 124 | 68 | 9 | 33 | 8 | 25 | 85 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**CALIFORNIA SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| Overall Caseload Statistics | | Filings [1] | 7,969 | 7,854 | 7,314 | 7,133 | 7,445 | 10,729 | | |
| | | Terminations | 7,188 | 7,856 | 7,513 | 7,516 | 6,911 | 7,700 | | |
| | | Pending | 6,789 | 6,366 | 5,763 | 5,069 | 4,981 | 5,763 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 34.6 | 36.6 | 46.7 | 50.4 | 44.1 | | 4 | 1 |
| Number of Judgeships | | | 13 | 13 | 13 | 13 | 13 | 13 | | |
| Vacant Judgeship Months [2] | | | 57.0 | 73.2 | 43.8 | 15.6 | 23.3 | 12.0 | | |
| Actions per Judgeship | Filings | Total | 613 | 604 | 563 | 549 | 573 | 825 | 12 | 4 |
| | | Civil | 212 | 177 | 171 | 192 | 202 | 305 | 57 | 9 |
| | | Criminal Felony | 312 | 324 | 271 | 247 | 255 | 404 | 5 | 2 |
| | | Supervised Release Hearings | 89 | 103 | 120 | 110 | 116 | 116 | 2 | 1 |
| | Pending Cases [2] | | 522 | 490 | 443 | 390 | 383 | 443 | 55 | 9 |
| | Weighted Filings [2] | | 598 | 585 | 474 | 454 | 463 | 600 | 22 | 6 |
| | Terminations | | 553 | 604 | 578 | 578 | 532 | 592 | 23 | 5 |
| | Trials Completed | | 5 | 8 | 10 | 9 | 9 | 7 | 85 | 12 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 6.0 | 8.0 | 7.4 | 6.5 | 6.2 | 4.9 | 4 | 2 |
| | | Civil [2] | 6.2 | 7.8 | 8.2 | 5.9 | 6.0 | 5.3 | 6 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 37.0 | 29.4 | 45.4 | 40.2 | 37.3 | 38.0 | 32 | 4 |
| Other | Number (and %) of Civil Cases Over 3 Years Old [2] | | 755 25.0 | 575 24.0 | 427 18.8 | 315 15.2 | 228 10.8 | 219 7.3 | 34 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.2 | 1.2 | 1.2 | 1.2 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 57.7 | 68.3 | 58.2 | 51.1 | 54.3 | 63.2 | | |
| | | Percent Not Selected or Challenged | 50.7 | 52.8 | 41.4 | 39.5 | 39.0 | 41.8 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,967 | 122 | 288 | 1,121 | 1 | 27 | 145 | 539 | 282 | 162 | 650 | 2 | 628 |
| Criminal [1] | 5,251 | 10 | 1,071 | 3,792 | 28 | 202 | 25 | 32 | 0 | 5 | 20 | 25 | 41 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**HAWAII**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 942 | 850 | 821 | 901 | 859 | 839 | | |
| | | Terminations | 875 | 964 | 865 | 807 | 1,008 | 834 | | |
| | | Pending | 1,021 | 906 | 861 | 952 | 803 | 813 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -10.9 | -1.3 | 2.2 | -6.9 | -2.3 | | 83 | 11 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 236 | 213 | 205 | 225 | 215 | 210 | 89 | 12 |
| | | Civil | 156 | 134 | 146 | 165 | 160 | 149 | 88 | 13 |
| | | Criminal Felony | 43 | 47 | 33 | 29 | 23 | 34 | 81 | 11 |
| | | Supervised Release Hearings | 36 | 32 | 27 | 32 | 33 | 26 | 60 | 12 |
| | Pending Cases [2] | | 255 | 227 | 215 | 238 | 201 | 203 | 93 | 14 |
| | Weighted Filings [2] | | 222 | 216 | 202 | 211 | 191 | 206 | 88 | 13 |
| | Terminations | | 219 | 241 | 216 | 202 | 252 | 209 | 90 | 13 |
| | Trials Completed | | 7 | 9 | 11 | 6 | 5 | 7 | 85 | 12 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.7 | 11.7 | 16.6 | 16.6 | 18.9 | 19.6 | 84 | 14 |
| | | Civil [2] | 7.3 | 9.3 | 9.0 | 6.0 | 4.6 | 5.4 | 7 | 3 |
| | From Filing to Trial [2] (Civil Only) | | - | - | 37.8 | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 48 8.0 | 49 9.6 | 51 10.6 | 53 9.3 | 43 9.4 | 44 8.9 | 43 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.2 | 1.2 | 1.1 | 1.0 | | |
| | Jurors | Avg. Present for Jury Selection | 69.4 | 53.1 | 54.5 | 56.9 | 133.8 | 70.1 | | |
| | | Percent Not Selected or Challenged | 35.2 | 46.5 | 42.4 | 46.8 | 74.9 | 39.5 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 597 | 47 | 2 | 59 | 3 | 23 | 18 | 89 | 94 | 59 | 147 | 1 | 55 |
| Criminal [1] | 137 | 0 | 63 | 9 | 22 | 14 | 3 | 16 | 0 | 0 | 2 | 4 | 4 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**IDAHO**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,011 | 1,014 | 948 | 1,113 | 1,094 | 1,259 | | |
| | Terminations | | 1,013 | 956 | 1,015 | 1,043 | 1,064 | 1,119 | | |
| | Pending | | 1,099 | 1,159 | 1,090 | 1,162 | 1,188 | 1,325 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 24.5 | 24.2 | 32.8 | 13.1 | 15.1 | | 31 | 3 |
| Number of Judgeships | | | 2 | 2 | 2 | 2 | 2 | 2 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 4.5 | 12.0 | 4.0 | 3.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 506 | 507 | 474 | 557 | 547 | 630 | 26 | 6 |
| | | Civil | 304 | 267 | 270 | 302 | 321 | 380 | 45 | 8 |
| | | Criminal Felony | 134 | 172 | 135 | 179 | 147 | 176 | 10 | 3 |
| | | Supervised Release Hearings | 68 | 69 | 70 | 76 | 80 | 74 | 12 | 4 |
| | Pending Cases [2] | | 550 | 580 | 545 | 581 | 594 | 663 | 20 | 4 |
| | Weighted Filings [2] | | 464 | 491 | 438 | 539 | 514 | 623 | 21 | 5 |
| | Terminations | | 507 | 478 | 508 | 522 | 532 | 560 | 26 | 6 |
| | Trials Completed | | 16 | 15 | 22 | 14 | 12 | 14 | 49 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.4 | 12.1 | 11.8 | 11.5 | 11.2 | 10.9 | 37 | 4 |
| | | Civil [2] | 12.1 | 14.3 | 11.3 | 11.5 | 10.5 | 9.9 | 79 | 13 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 77 11.2 | 90 13.3 | 93 13.7 | 92 13.2 | 104 13.8 | 108 12.5 | 67 | 9 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.1 | 1.2 | 1.3 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 46.6 | 60.3 | 44.5 | 43.0 | 43.8 | 35.4 | | |
| | | Percent Not Selected or Challenged | 39.9 | 23.1 | 36.8 | 26.9 | 47.1 | 29.8 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 759 | 91 | 7 | 220 | 0 | 7 | 13 | 72 | 47 | 18 | 193 | 1 | 90 |
| Criminal [1] | 352 | 0 | 141 | 62 | 42 | 32 | 9 | 35 | 0 | 9 | 1 | 2 | 19 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**MONTANA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,257 | 1,237 | 1,268 | 1,143 | 1,417 | 1,374 | | |
| | Terminations | | 1,156 | 1,305 | 1,227 | 1,057 | 1,347 | 1,323 | | |
| | Pending | | 1,152 | 1,080 | 1,113 | 1,221 | 1,278 | 1,314 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 9.3 | 11.1 | 8.4 | 20.2 | -3.0 | | 85 | 12 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 419 | 412 | 423 | 381 | 472 | 458 | 54 | 10 |
| | | Civil | 218 | 202 | 211 | 196 | 253 | 234 | 75 | 11 |
| | | Criminal Felony | 116 | 116 | 129 | 135 | 151 | 165 | 11 | 4 |
| | | Supervised Release Hearings | 85 | 94 | 82 | 49 | 68 | 59 | 23 | 6 |
| | Pending Cases [2] | | 384 | 360 | 371 | 407 | 426 | 438 | 57 | 10 |
| | Weighted Filings [2] | | 393 | 371 | 405 | 396 | 466 | 480 | 43 | 10 |
| | Terminations | | 385 | 435 | 409 | 352 | 449 | 441 | 52 | 10 |
| | Trials Completed | | 48 | 44 | 57 | 46 | 53 | 57 | 1 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.2 | 8.8 | 8.4 | 8.5 | 9.4 | 9.9 | 26 | 3 |
| | | Civil [2] | 9.6 | 10.9 | 10.9 | 11.9 | 10.4 | 9.4 | 72 | 11 |
| | From Filing to Trial [2] (Civil Only) | | - | - | 19.3 | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 69 9.7 | 73 11.0 | 84 12.6 | 83 12.4 | 80 11.8 | 76 11.0 | 57 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 38.0 | 40.5 | 37.1 | 41.9 | 41.2 | 41.7 | | |
| | | Percent Not Selected or Challenged | 32.3 | 37.0 | 30.8 | 32.7 | 35.0 | 28.0 | | |

| **2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 702 | 47 | 18 | 194 | 1 | 18 | 12 | 138 | 108 | 7 | 83 | 2 | 74 |
| Criminal [1] | 496 | 17 | 175 | 51 | 111 | 24 | 54 | 41 | 0 | 12 | 1 | 2 | 8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**NEVADA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 3,688 | 3,435 | 3,294 | 3,290 | 3,484 | 3,760 | | |
| | Terminations | | 3,745 | 3,878 | 3,564 | 3,352 | 3,566 | 3,475 | | |
| | Pending | | 5,129 | 4,697 | 4,400 | 4,372 | 4,316 | 4,608 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 2.0 | 9.5 | 14.1 | 14.3 | 7.9 | | 60 | 6 |
| Number of Judgeships | | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| Vacant Judgeship Months [2] | | | 24.0 | 24.0 | 14.7 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 527 | 491 | 471 | 470 | 498 | 537 | 37 | 8 |
| | | Civil | 442 | 402 | 395 | 399 | 423 | 470 | 25 | 5 |
| | | Criminal Felony | 54 | 52 | 45 | 35 | 30 | 31 | 84 | 12 |
| | | Supervised Release Hearings | 31 | 37 | 30 | 37 | 45 | 36 | 38 | 9 |
| | Pending Cases [2] | | 733 | 671 | 629 | 625 | 617 | 658 | 22 | 5 |
| | Weighted Filings [2] | | 473 | 455 | 432 | 416 | 443 | 497 | 36 | 8 |
| | Terminations | | 535 | 554 | 509 | 479 | 509 | 496 | 36 | 9 |
| | Trials Completed | | 11 | 14 | 11 | 10 | 10 | 13 | 54 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 17.5 | 19.0 | 19.5 | 20.5 | 19.3 | 16.0 | 76 | 12 |
| | | Civil [2] | 10.4 | 8.2 | 8.3 | 9.0 | 8.3 | 7.9 | 48 | 9 |
| | From Filing to Trial [2] (Civil Only) | | 40.2 | 47.9 | 52.0 | 59.8 | 62.2 | 52.2 | 43 | 7 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 616 / 15.5 | 577 / 16.2 | 622 / 18.3 | 610 / 17.2 | 574 / 16.3 | 545 / 14.2 | 69 | 10 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.2 | 1.3 | 1.3 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 36.9 | 51.7 | 52.8 | 31.0 | 38.8 | 55.9 | | |
| | | Percent Not Selected or Challenged | 39.2 | 29.1 | 38.7 | 51.0 | 34.1 | 20.3 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,288 | 121 | 41 | 968 | 6 | 53 | 83 | 369 | 403 | 84 | 758 | 6 | 396 |
| Criminal [1] | 217 | 0 | 38 | 49 | 33 | 25 | 24 | 19 | 0 | 3 | 8 | 6 | 12 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**OREGON**

| | | | | 12-Month Periods Ending | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 3,157 | 2,919 | 2,969 | 2,835 | 3,046 | 3,179 | | |
| | Terminations | | 2,840 | 2,892 | 3,335 | 2,951 | 3,077 | 3,035 | | |
| | Pending | | 3,627 | 3,633 | 3,289 | 3,162 | 3,112 | 3,242 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 0.7 | 8.9 | 7.1 | 12.1 | 4.4 | | 72 | 10 |
| Number of Judgeships | | | 6 | 6 | 6 | 6 | 6 | 6 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 12.0 | 1.5 | 10.6 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 526 | 487 | 495 | 473 | 508 | 530 | 38 | 9 |
| | | Civil | 380 | 320 | 336 | 332 | 362 | 398 | 39 | 7 |
| | | Criminal Felony | 80 | 91 | 86 | 74 | 88 | 81 | 41 | 6 |
| | | Supervised Release Hearings | 67 | 76 | 74 | 67 | 58 | 51 | 32 | 8 |
| | Pending Cases [2] | | 605 | 606 | 548 | 527 | 519 | 540 | 37 | 7 |
| | Weighted Filings [2] | | 434 | 429 | 435 | 412 | 467 | 488 | 38 | 9 |
| | Terminations | | 473 | 482 | 556 | 492 | 513 | 506 | 33 | 8 |
| | Trials Completed | | 5 | 8 | 11 | 8 | 8 | 11 | 62 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.8 | 17.1 | 19.9 | 19.7 | 18.4 | 15.2 | 74 | 10 |
| | | Civil [2] | 11.9 | 12.1 | 13.4 | 11.9 | 9.9 | 9.4 | 72 | 11 |
| | From Filing to Trial [2] (Civil Only) | | - | - | 44.3 | 43.3 | 37.5 | 34.6 | 22 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 198 7.1 | 289 10.6 | 264 11.1 | 238 10.2 | 239 10.4 | 229 9.1 | 48 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.4 | 1.2 | 1.3 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 41.1 | 43.3 | 36.2 | 35.3 | 41.0 | 32.5 | | |
| | | Percent Not Selected or Challenged | 33.7 | 30.4 | 24.9 | 13.1 | 16.2 | 30.8 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,388 | 308 | 16 | 675 | 11 | 29 | 79 | 325 | 175 | 43 | 420 | 2 | 305 |
| Criminal [1] | 481 | 1 | 195 | 42 | 91 | 38 | 33 | 48 | 0 | 7 | 6 | 5 | 15 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**WASHINGTON EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,977 | 1,857 | 1,946 | 1,636 | 1,626 | 1,725 | | |
| | Terminations | | 1,860 | 1,954 | 1,877 | 1,812 | 1,553 | 1,560 | | |
| | Pending | | 1,359 | 1,251 | 1,319 | 1,133 | 1,197 | 1,364 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -12.7 | -7.1 | -11.4 | 5.4 | 6.1 | | 67 | 9 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 2.6 | 3.6 | 8.9 | 10.6 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 494 | 464 | 487 | 409 | 407 | 431 | 64 | 11 |
| | | Civil | 313 | 241 | 229 | 205 | 212 | 235 | 74 | 10 |
| | | Criminal Felony | 72 | 70 | 89 | 73 | 89 | 106 | 25 | 5 |
| | | Supervised Release Hearings | 110 | 154 | 169 | 132 | 106 | 91 | 7 | 3 |
| | Pending Cases [2] | | 340 | 313 | 330 | 283 | 299 | 341 | 79 | 11 |
| | Weighted Filings [2] | | 281 | 243 | 275 | 268 | 313 | 344 | 77 | 11 |
| | Terminations | | 465 | 489 | 469 | 453 | 388 | 390 | 65 | 11 |
| | Trials Completed | | 9 | 12 | 13 | 16 | 16 | 17 | 36 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.7 | 17.3 | 16.0 | 15.8 | 16.9 | 13.8 | 56 | 8 |
| | | Civil [2] | 7.6 | 8.8 | 9.3 | 7.7 | 6.0 | 6.6 | 24 | 7 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 42 / 4.6 | 49 / 6.3 | 50 / 6.6 | 47 / 7.2 | 54 / 8.0 | 63 / 7.7 | 37 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.4 | 1.4 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 31.5 | 36.4 | 58.7 | 40.8 | 48.2 | 53.2 | | |
| | | Percent Not Selected or Challenged | 34.9 | 17.6 | 30.7 | 21.8 | 26.8 | 27.2 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 938 | 320 | 3 | 159 | 4 | 14 | 26 | 124 | 55 | 9 | 126 | 1 | 97 |
| Criminal [1] | 422 | 0 | 118 | 78 | 66 | 17 | 60 | 54 | 0 | 13 | 7 | 6 | 3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**WASHINGTON WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 3,575 | 3,162 | 3,323 | 3,667 | 3,708 | 4,407 | | |
| | Terminations | | 3,139 | 3,758 | 3,213 | 3,660 | 3,605 | 3,907 | | |
| | Pending | | 3,541 | 2,943 | 3,059 | 3,060 | 3,168 | 3,667 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 23.3 | 39.4 | 32.6 | 20.2 | 18.9 | | 23 | 2 |
| Number of Judgeships | | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| Vacant Judgeship Months [2] | | | 60.0 | 54.0 | 22.3 | 10.8 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 511 | 452 | 475 | 524 | 530 | 630 | 26 | 6 |
| | | Civil | 439 | 379 | 402 | 450 | 451 | 548 | 20 | 4 |
| | | Criminal Felony | 48 | 40 | 34 | 38 | 43 | 45 | 72 | 9 |
| | | Supervised Release Hearings | 24 | 33 | 38 | 35 | 36 | 36 | 38 | 9 |
| | Pending Cases [2] | | 506 | 420 | 437 | 437 | 453 | 524 | 42 | 8 |
| | Weighted Filings [2] | | 445 | 421 | 425 | 481 | 471 | 584 | 23 | 7 |
| | Terminations | | 448 | 537 | 459 | 523 | 515 | 558 | 27 | 7 |
| | Trials Completed | | 7 | 12 | 13 | 12 | 13 | 14 | 49 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.9 | 15.8 | 17.1 | 18.4 | 14.1 | 12.9 | 47 | 5 |
| | | Civil [2] | 7.4 | 8.7 | 7.0 | 6.2 | 6.5 | 6.0 | 18 | 5 |
| | From Filing to Trial [2] (Civil Only) | | 23.1 | 26.9 | 30.1 | 30.8 | 27.3 | 27.0 | 14 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 108 3.9 | 137 6.1 | 154 6.4 | 148 6.1 | 145 5.7 | 154 5.1 | 20 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.7 | 1.4 | 1.4 | 1.4 | 1.5 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 37.8 | 58.0 | 41.4 | 37.2 | 39.3 | 39.7 | | |
| | | Percent Not Selected or Challenged | 30.3 | 38.2 | 29.5 | 26.1 | 25.3 | 24.0 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,836 | 471 | 35 | 587 | 3 | 31 | 218 | 601 | 373 | 201 | 607 | 2 | 707 |
| Criminal [1] | 316 | 3 | 145 | 23 | 38 | 33 | 15 | 45 | 0 | 5 | 2 | 1 | 6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**GUAM**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 120 | 116 | 101 | 100 | 109 | 94 | | |
| | | Terminations | 117 | 137 | 108 | 78 | 122 | 219 | | |
| | | Pending | 393 | 371 | 356 | 373 | 356 | 233 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -21.7 | -19.0 | -6.9 | -6.0 | -13.8 | | 88 | 13 |
| Number of Judgeships | | | 1 | 1 | 1 | 1 | 1 | 1 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 120 | 116 | 101 | 100 | 109 | 94 | 92 | 14 |
| | | Civil | 50 | 29 | 31 | 27 | 27 | 48 | 92 | 14 |
| | | Criminal Felony | 33 | 37 | 32 | 47 | 44 | 30 | 85 | 13 |
| | | Supervised Release Hearings | 37 | 50 | 38 | 26 | 38 | 16 | 79 | 13 |
| | Pending Cases [2] | | 393 | 371 | 356 | 373 | 356 | 233 | 92 | 13 |
| | Weighted Filings [2] | | | | | | | | - | - |
| | Terminations | | 117 | 137 | 108 | 78 | 122 | 219 | 88 | 12 |
| | Trials Completed | | 14 | 10 | 4 | 6 | 6 | 10 | 68 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.0 | 18.4 | 15.2 | 13.6 | 11.7 | 13.7 | 54 | 7 |
| | | Civil [2] | 12.6 | 9.6 | 13.6 | 8.1 | 49.8 | 77.2 | 93 | 15 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 119 37.4 | 136 45.6 | 247 85.8 | 255 88.9 | 240 87.0 | 120 71.0 | 94 | 15 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.4 | 1.3 | 1.2 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 0 | 234.4 | 655.0 | 100.0 | 209.0 | 154.3 | | |
| | | Percent Not Selected or Challenged | 100.0 | 71.3 | 82.0 | 70.0 | 75.6 | 64.6 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 48 | 0 | 0 | 6 | 1 | 0 | 1 | 5 | 5 | 0 | 17 | 0 | 13 |
| Criminal [1] | 30 | 0 | 16 | 0 | 2 | 8 | 0 | 1 | 0 | 2 | 0 | 1 | 0 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**NORTHERN MARIANAS**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 58 | 57 | 61 | 56 | 78 | 38 | | |
| | | Terminations | 35 | 58 | 42 | 71 | 61 | 51 | | |
| | | Pending | 102 | 101 | 121 | 105 | 120 | 97 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -34.5 | -33.3 | -37.7 | -32.1 | -51.3 | | 94 | 15 |
| Number of Judgeships | | | 1 | 1 | 1 | 1 | 1 | 1 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 58 | 57 | 61 | 56 | 78 | 38 | 94 | 15 |
| | | Civil | 37 | 38 | 20 | 18 | 17 | 13 | 94 | 15 |
| | | Criminal Felony | 18 | 17 | 33 | 28 | 39 | 17 | 94 | 15 |
| | | Supervised Release Hearings | 3 | 2 | 8 | 10 | 22 | 8 | 88 | 14 |
| | Pending Cases [2] | | 102 | 101 | 121 | 105 | 120 | 97 | 94 | 15 |
| | Weighted Filings [2] | | | | | | | | - | - |
| | Terminations | | 35 | 58 | 42 | 71 | 61 | 51 | 94 | 15 |
| | Trials Completed | | 9 | 6 | 12 | 6 | 4 | 5 | 93 | 15 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.1 | 6.9 | 10.2 | 3.4 | 6.0 | 13.1 | 49 | 6 |
| | | Civil [2] | 6.1 | 7.0 | 12.7 | 22.5 | 3.0 | 16.8 | 91 | 14 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 15 / 27.8 | 18 / 30.5 | 19 / 33.3 | 16 / 31.4 | 23 / 39.7 | 22 / 56.4 | 90 | 14 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.0 | 2.4 | 1.2 | 1.8 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 105.3 | 61.0 | 130.5 | 58.0 | 55.0 | 0 | | |
| | | Percent Not Selected or Challenged | 61.1 | 9.8 | 55.6 | 12.1 | 0.0 | 100.0 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 13 | 0 | 0 | 2 | 0 | 0 | 1 | 2 | 1 | 0 | 5 | 0 | 2 |
| Criminal [1] | 17 | 0 | 3 | 5 | 0 | 3 | 1 | 3 | 0 | 0 | 0 | 0 | 2 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**COLORADO**

| | | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| Overall Caseload Statistics | | Filings [1] | | 4,371 | 4,073 | 3,904 | 4,073 | 4,193 | 4,772 | | |
| | | Terminations | | 4,072 | 4,137 | 4,064 | 3,990 | 4,082 | 4,081 | | |
| | | Pending | | 3,947 | 3,841 | 3,655 | 3,744 | 3,864 | 4,551 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | 9.2 | 17.2 | 22.2 | 17.2 | 13.8 | | 36 | 3 |
| Number of Judgeships | | | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| Vacant Judgeship Months [2] | | | | 12.0 | 15.0 | 0.0 | 6.4 | 0.3 | 0.0 | | |
| Actions per Judgeship | Filings | Total | | 624 | 582 | 558 | 582 | 599 | 682 | 19 | 2 |
| | | Civil | | 547 | 495 | 480 | 495 | 518 | 602 | 13 | 1 |
| | | Criminal Felony | | 59 | 60 | 54 | 62 | 55 | 62 | 59 | 7 |
| | | Supervised Release Hearings | | 18 | 26 | 23 | 25 | 26 | 18 | 73 | 8 |
| | Pending Cases [2] | | | 564 | 549 | 522 | 535 | 552 | 650 | 24 | 1 |
| | Weighted Filings [2] | | | 641 | 599 | 564 | 598 | 620 | 719 | 16 | 1 |
| | Terminations | | | 582 | 591 | 581 | 570 | 583 | 583 | 25 | 2 |
| | Trials Completed | | | 10 | 16 | 17 | 15 | 16 | 14 | 49 | 5 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | | 11.8 | 16.3 | 14.7 | 14.2 | 14.5 | 14.7 | 70 | 8 |
| | | Civil [2] | | 7.6 | 8.5 | 8.6 | 8.3 | 7.6 | 7.5 | 40 | 4 |
| | From Filing to Trial [2] (Civil Only) | | | 41.6 | 33.1 | 35.9 | 28.9 | 35.5 | 39.0 | 34 | 2 |
| Other | Number (and %) of Civil Cases Over 3 Years Old [2] | | | 120 3.7 | 173 5.5 | 179 6.0 | 223 7.2 | 210 6.5 | 206 5.4 | 23 | 3 |
| | Average Number of Felony Defendants Filed per Case | | | 1.6 | 1.4 | 1.4 | 1.4 | 1.3 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | | 49.4 | 35.6 | 39.6 | 37.3 | 39.7 | 41.7 | | |
| | | Percent Not Selected or Challenged | | 44.0 | 37.5 | 34.4 | 40.4 | 29.9 | 30.1 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4,216 | 145 | 41 | 989 | 12 | 34 | 176 | 980 | 331 | 217 | 877 | 32 | 382 |
| Criminal [1] | 431 | 3 | 146 | 51 | 117 | 23 | 57 | 5 | 0 | 3 | 3 | 3 | 20 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**KANSAS**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 2,026 | 1,967 | 1,810 | 1,837 | 1,845 | 2,111 | | |
| | Terminations | | 2,109 | 2,237 | 2,093 | 1,863 | 1,759 | 1,903 | | |
| | Pending | | 2,102 | 1,832 | 1,578 | 1,561 | 1,643 | 1,830 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 4.2 | 7.3 | 16.6 | 14.9 | 14.4 | | 32 | 2 |
| Number of Judgeships | | | 6 | 6 | 6 | 6 | 6 | 6 | | |
| Vacant Judgeship Months [2] | | | 9.0 | 0.0 | 24.0 | 20.9 | 12.0 | 19.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 338 | 328 | 302 | 306 | 308 | 352 | 79 | 7 |
| | | Civil | 245 | 218 | 205 | 208 | 205 | 251 | 72 | 5 |
| | | Criminal Felony | 58 | 66 | 60 | 62 | 68 | 72 | 48 | 6 |
| | | Supervised Release Hearings | 35 | 44 | 37 | 36 | 35 | 30 | 50 | 7 |
| | Pending Cases [2] | | 350 | 305 | 263 | 260 | 274 | 305 | 87 | 8 |
| | Weighted Filings [2] | | 303 | 301 | 282 | 291 | 301 | 351 | 75 | 7 |
| | Terminations | | 352 | 373 | 349 | 311 | 293 | 317 | 80 | 7 |
| | Trials Completed | | 13 | 13 | 13 | 17 | 15 | 17 | 36 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.6 | 17.9 | 15.8 | 13.6 | 15.7 | 13.8 | 56 | 7 |
| | | Civil [2] | 8.4 | 8.1 | 8.3 | 7.5 | 7.2 | 7.1 | 33 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 26.7 | 37.5 | 25.9 | 37.6 | 20.0 | 22.9 | 4 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 63 4.6 | 98 8.5 | 113 12.2 | 57 6.4 | 55 5.7 | 50 4.3 | 14 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.4 | 1.3 | 1.4 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 30.5 | 41.8 | 44.0 | 32.3 | 41.0 | 39.7 | | |
| | | Percent Not Selected or Challenged | 40.0 | 51.6 | 35.3 | 27.2 | 40.4 | 30.1 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,504 | 93 | 10 | 319 | 19 | 13 | 45 | 155 | 205 | 17 | 474 | 6 | 148 |
| Criminal [1] | 428 | 2 | 116 | 64 | 95 | 39 | 17 | 58 | 0 | 7 | 10 | 3 | 17 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**NEW MEXICO**

| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings [1] | 4,128 | 3,770 | 3,711 | 3,769 | 3,844 | 5,458 | | |
| | | Terminations | 4,149 | 3,545 | 4,251 | 3,898 | 3,828 | 5,266 | | |
| | | Pending | 3,248 | 3,464 | 2,880 | 2,769 | 2,807 | 3,006 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 32.2 | 44.8 | 47.1 | 44.8 | 42.0 | | 5 | 1 |
| Number of Judgeships | | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| Vacant Judgeship Months [2] | | | 24.0 | 24.0 | 12.0 | 1.4 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 590 | 539 | 530 | 538 | 549 | 780 | 15 | 1 |
| | | Civil | 197 | 177 | 141 | 168 | 186 | 190 | 81 | 7 |
| | | Criminal Felony | 307 | 266 | 280 | 251 | 253 | 478 | 3 | 1 |
| | | Supervised Release Hearings | 86 | 95 | 109 | 119 | 110 | 112 | 3 | 1 |
| | Pending Cases [2] | | 464 | 495 | 411 | 396 | 401 | 429 | 61 | 4 |
| | Weighted Filings [2] | | 431 | 398 | 361 | 361 | 374 | 476 | 44 | 3 |
| | Terminations | | 593 | 506 | 607 | 557 | 547 | 752 | 9 | 1 |
| | Trials Completed | | 9 | 13 | 12 | 12 | 15 | 13 | 54 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 2.7 | 5.3 | 4.4 | 4.0 | 3.4 | 2.1 | 1 | 1 |
| | | Civil [2] | 9.1 | 10.0 | 11.6 | 9.9 | 7.9 | 8.2 | 54 | 5 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 118 / 8.2 | 138 / 9.6 | 129 / 10.7 | 143 / 11.6 | 125 / 9.1 | 133 / 9.0 | 46 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.0 | 1.0 | 1.1 | 1.0 | 1.0 | | |
| | Jurors | Avg. Present for Jury Selection | 63.5 | 67.8 | 59.0 | 70.1 | 61.6 | 64.2 | | |
| | | Percent Not Selected or Challenged | 29.5 | 36.1 | 25.7 | 30.2 | 24.0 | 30.6 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,328 | 167 | 12 | 325 | 13 | 25 | 35 | 206 | 173 | 10 | 256 | 5 | 101 |
| Criminal [1] | 3,344 | 4 | 204 | 2,839 | 112 | 11 | 98 | 36 | 0 | 6 | 17 | 6 | 11 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**OKLAHOMA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings ¹ | | 1,254 | 1,406 | 1,265 | 1,243 | 1,305 | 1,454 | | |
| | Terminations | | 979 | 1,235 | 1,288 | 1,290 | 1,459 | 1,531 | | |
| | Pending | | 1,293 | 1,425 | 1,377 | 1,322 | 1,141 | 1,095 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 15.9 | 3.4 | 14.9 | 17.0 | 11.4 | | 48 | 5 |
| Number of Judgeships | | | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | | |
| Vacant Judgeship Months ² | | | 0.0 | 6.3 | 15.0 | 17.8 | 0.0 | 9.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 358 | 402 | 361 | 355 | 373 | 415 | 66 | 5 |
| | | Civil | 202 | 165 | 167 | 165 | 183 | 203 | 80 | 6 |
| | | Criminal Felony | 127 | 198 | 151 | 152 | 137 | 154 | 13 | 3 |
| | | Supervised Release Hearings | 29 | 39 | 43 | 39 | 53 | 58 | 25 | 3 |
| | Pending Cases ² | | 369 | 407 | 393 | 378 | 326 | 313 | 85 | 7 |
| | Weighted Filings ² | | 375 | 504 | 378 | 367 | 377 | 420 | 58 | 5 |
| | Terminations | | 280 | 353 | 368 | 369 | 417 | 437 | 53 | 5 |
| | Trials Completed | | 6 | 15 | 21 | 16 | 15 | 18 | 32 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 7.5 | 7.3 | 10.3 | 14.6 | 13.6 | 9.9 | 26 | 4 |
| | | Civil ² | 11.5 | 11.8 | 13.0 | 8.8 | 7.2 | 7.0 | 31 | 1 |
| | From Filing to Trial ² (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 48 / 5.8 | 59 / 7.6 | 75 / 11.1 | 94 / 14.7 | 100 / 15.3 | 71 / 10.6 | 55 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.3 | 1.3 | 1.3 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 44.5 | 49.3 | 55.6 | 47.6 | 53.3 | 49.2 | | |
| | | Percent Not Selected or Challenged | 21.3 | 32.5 | 34.0 | 28.6 | 36.2 | 26.2 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 711 | 83 | 7 | 139 | 3 | 4 | 11 | 188 | 67 | 11 | 106 | 1 | 91 |
| Criminal ¹ | 538 | 1 | 99 | 127 | 97 | 34 | 60 | 78 | 2 | 9 | 17 | 4 | 10 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**OKLAHOMA EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 723 | 848 | 614 | 735 | 810 | 837 | | |
| | Terminations | | 523 | 639 | 708 | 780 | 873 | 739 | | |
| | Pending | | 805 | 1,013 | 915 | 864 | 802 | 893 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 15.8 | -1.3 | 36.3 | 13.9 | 3.3 | | 77 | 7 |
| Number of Judgeships | | | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | | |
| Vacant Judgeship Months [2] | | | 4.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 482 | 565 | 409 | 490 | 540 | 558 | 32 | 3 |
| | | Civil | 335 | 267 | 260 | 299 | 343 | 316 | 55 | 2 |
| | | Criminal Felony | 129 | 272 | 119 | 158 | 161 | 190 | 8 | 2 |
| | | Supervised Release Hearings | 17 | 26 | 31 | 33 | 36 | 52 | 30 | 4 |
| | Pending Cases [2] | | 537 | 675 | 610 | 576 | 535 | 595 | 29 | 2 |
| | Weighted Filings [2] | | 499 | 842 | 409 | 535 | 551 | 563 | 25 | 2 |
| | Terminations | | 349 | 426 | 472 | 520 | 582 | 493 | 37 | 3 |
| | Trials Completed | | 7 | 47 | 55 | 41 | 36 | 44 | 5 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.1 | 7.7 | 15.3 | 20.6 | 13.6 | 10.9 | 37 | 5 |
| | | Civil [2] | 13.5 | 12.7 | 15.5 | 11.4 | 8.5 | 9.6 | 76 | 8 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 16 2.8 | 22 4.0 | 35 6.8 | 45 9.3 | 47 8.9 | 36 6.0 | 26 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.1 | 1.1 | 1.2 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 40.6 | 39.6 | 51.0 | 53.5 | 51.4 | 45.5 | | |
| | | Percent Not Selected or Challenged | 35.0 | 22.1 | 34.3 | 33.8 | 37.2 | 28.1 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 474 | 131 | 8 | 93 | 2 | 4 | 4 | 67 | 54 | 1 | 82 | 1 | 27 |
| Criminal [1] | 285 | 2 | 54 | 37 | 88 | 11 | 44 | 30 | 0 | 7 | 2 | 3 | 7 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**OKLAHOMA WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | | |
| | | | | | | | | | **U.S.** | **Circuit** |
| **Overall Caseload Statistics** | | Filings ¹ | 1,858 | 1,837 | 1,903 | 1,969 | 2,205 | 2,311 | | |
| | | Terminations | 1,701 | 1,883 | 1,802 | 1,996 | 2,248 | 2,096 | | |
| | | Pending | 1,752 | 1,708 | 1,813 | 1,790 | 1,737 | 1,950 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 24.4 | 25.8 | 21.4 | 17.4 | 4.8 | | 70 | 6 |
| Number of Judgeships | | | 6 | 6 | 6 | 6 | 6 | 6 | | |
| Vacant Judgeship Months ² | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 310 | 306 | 317 | 328 | 368 | 385 | 73 | 6 |
| | | Civil | 225 | 206 | 187 | 204 | 233 | 268 | 68 | 4 |
| | | Criminal Felony | 56 | 70 | 99 | 95 | 100 | 81 | 41 | 5 |
| | | Supervised Release Hearings | 29 | 31 | 31 | 29 | 35 | 36 | 38 | 6 |
| | Pending Cases ² | | 292 | 285 | 302 | 298 | 290 | 325 | 84 | 6 |
| | Weighted Filings ² | | 283 | 291 | 313 | 319 | 356 | 372 | 69 | 6 |
| | Terminations | | 284 | 314 | 300 | 333 | 375 | 349 | 74 | 6 |
| | Trials Completed | | 16 | 21 | 20 | 27 | 25 | 17 | 36 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.4 | 12.6 | 13.1 | 11.9 | 9.5 | 9.1 | 20 | 3 |
| | | Civil ² | 8.3 | 10.0 | 10.0 | 8.8 | 6.7 | 7.1 | 33 | 2 |
| | From Filing to Trial ² (Civil Only) | | - | 26.3 | 26.9 | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 58 4.8 | 55 4.9 | 57 5.5 | 71 6.4 | 66 5.9 | 70 5.1 | 20 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.3 | 1.2 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 32.6 | 41.1 | 42.4 | 38.2 | 41.3 | 54.9 | | |
| | | Percent Not Selected or Challenged | 24.1 | 32.4 | 35.6 | 24.2 | 24.9 | 43.7 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,609 | 110 | 26 | 436 | 7 | 22 | 39 | 410 | 145 | 19 | 269 | 3 | 123 |
| Criminal ¹ | 486 | 1 | 163 | 61 | 133 | 37 | 25 | 46 | 3 | 4 | 1 | 4 | 8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**UTAH**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 2,212 | 2,193 | 2,226 | 2,259 | 2,197 | 2,468 | | |
| | Terminations | | 2,019 | 2,239 | 2,299 | 2,304 | 2,213 | 2,419 | | |
| | Pending | | 2,721 | 2,651 | 2,576 | 2,501 | 2,499 | 2,542 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 11.6 | 12.5 | 10.9 | 9.3 | 12.3 | | 44 | 4 |
| Number of Judgeships | | | 5 | 5 | 5 | 5 | 5 | 5 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 9.0 | 12.0 | 3.3 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 442 | 439 | 445 | 452 | 439 | 494 | 46 | 4 |
| | | Civil | 246 | 213 | 216 | 235 | 249 | 295 | 60 | 3 |
| | | Criminal Felony | 157 | 167 | 164 | 155 | 126 | 128 | 17 | 4 |
| | | Supervised Release Hearings | 40 | 59 | 64 | 62 | 65 | 71 | 15 | 2 |
| | Pending Cases [2] | | 544 | 530 | 515 | 500 | 500 | 508 | 45 | 3 |
| | Weighted Filings [2] | | 438 | 455 | 443 | 466 | 440 | 463 | 46 | 4 |
| | Terminations | | 404 | 448 | 460 | 461 | 443 | 484 | 40 | 4 |
| | Trials Completed | | 7 | 7 | 10 | 9 | 11 | 7 | 85 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.0 | 9.5 | 11.2 | 11.8 | 13.0 | 11.7 | 42 | 6 |
| | | Civil [2] | 11.5 | 12.4 | 11.5 | 9.8 | 9.2 | 8.4 | 58 | 7 |
| | From Filing to Trial [2] (Civil Only) | | - | - | 60.7 | - | 30.0 | 54.3 | 45 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 219 12.2 | 226 14.1 | 241 16.3 | 228 15.7 | 214 14.1 | 179 10.1 | 53 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.2 | 1.3 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 85.5 | 44.0 | 51.9 | 49.9 | 55.6 | 58.5 | | |
| | | Percent Not Selected or Challenged | 36.3 | 26.3 | 27.9 | 31.3 | 30.5 | 36.9 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,474 | 183 | 20 | 100 | 1 | 17 | 110 | 237 | 143 | 112 | 294 | 8 | 249 |
| Criminal [1] | 638 | 3 | 156 | 258 | 72 | 21 | 32 | 59 | 0 | 2 | 11 | 1 | 23 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**WYOMING**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 628 | 560 | 677 | 596 | 615 | 622 | | |
| | Terminations | | 557 | 578 | 581 | 577 | 565 | 617 | | |
| | Pending | | 764 | 749 | 991 | 1,067 | 1,129 | 1,134 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -1.0 | 11.1 | -8.1 | 4.4 | 1.1 | | 81 | 8 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 7.0 | 12.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 209 | 187 | 226 | 199 | 205 | 207 | 90 | 8 |
| | | Civil | 86 | 79 | 104 | 84 | 93 | 103 | 90 | 8 |
| | | Criminal Felony | 73 | 52 | 73 | 61 | 68 | 57 | 65 | 8 |
| | | Supervised Release Hearings | 51 | 56 | 49 | 54 | 44 | 47 | 34 | 5 |
| | Pending Cases [2] | | 255 | 250 | 330 | 356 | 376 | 378 | 70 | 5 |
| | Weighted Filings [2] | | 183 | 161 | 222 | 181 | 194 | 184 | 91 | 8 |
| | Terminations | | 186 | 193 | 194 | 192 | 188 | 206 | 91 | 8 |
| | Trials Completed | | 7 | 14 | 12 | 10 | 10 | 9 | 77 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 6.2 | 7.1 | 6.4 | 6.0 | 5.5 | 5.5 | 7 | 2 |
| | | Civil [2] | 10.1 | 11.9 | 11.3 | 10.7 | 8.8 | 8.2 | 54 | 5 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 21 / 8.0 | 23 / 9.0 | 20 / 5.3 | 36 / 8.5 | 152 / 31.7 | 224 / 45.1 | 85 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.1 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 32.2 | 41.5 | 32.8 | 38.4 | 38.7 | 47.3 | | |
| | | Percent Not Selected or Challenged | 31.7 | 25.1 | 32.0 | 39.7 | 31.6 | 37.3 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 309 | 13 | 4 | 69 | 6 | 5 | 4 | 58 | 61 | 7 | 50 | 0 | 32 |
| Criminal [1] | 169 | 7 | 52 | 43 | 28 | 7 | 13 | 13 | 0 | 4 | 0 | 1 | 1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**ALABAMA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 2,715 | 2,369 | 2,380 | 2,649 | 2,522 | 3,144 | | |
| | Terminations | | 2,694 | 2,868 | 2,564 | 2,576 | 2,450 | 2,722 | | |
| | Pending | | 3,368 | 2,869 | 2,695 | 2,782 | 2,854 | 3,286 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 15.8 | 32.7 | 32.1 | 18.7 | 24.7 | | 12 | 4 |
| Number of Judgeships | | | 8 | 8 | 8 | 8 | 8 | 8 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 12.0 | 12.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 339 | 296 | 298 | 331 | 315 | 393 | 71 | 8 |
| | | Civil | 268 | 224 | 210 | 232 | 231 | 284 | 64 | 8 |
| | | Criminal Felony | 49 | 48 | 56 | 61 | 53 | 76 | 45 | 7 |
| | | Supervised Release Hearings | 22 | 24 | 32 | 39 | 32 | 33 | 45 | 4 |
| | Pending Cases [2] | | 421 | 359 | 337 | 348 | 357 | 411 | 66 | 7 |
| | Weighted Filings [2] | | 307 | 276 | 290 | 310 | 299 | 374 | 68 | 8 |
| | Terminations | | 337 | 359 | 321 | 322 | 306 | 340 | 75 | 8 |
| | Trials Completed | | 15 | 18 | 20 | 23 | 17 | 20 | 24 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.7 | 11.9 | 10.6 | 9.7 | 10.2 | 9.4 | 22 | 7 |
| | | Civil [2] | 11.4 | 10.7 | 11.1 | 8.8 | 8.6 | 8.1 | 51 | 6 |
| | From Filing to Trial [2] (Civil Only) | | 41.8 | 38.6 | 32.8 | 37.2 | 35.5 | 41.3 | 37 | 6 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 342 13.0 | 351 15.9 | 366 18.1 | 360 17.3 | 361 16.5 | 384 15.4 | 70 | 9 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.2 | 1.2 | 1.1 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 35.2 | 31.5 | 33.3 | 34.4 | 33.0 | 49.8 | | |
| | | Percent Not Selected or Challenged | 32.5 | 28.2 | 33.1 | 37.0 | 40.4 | 64.1 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,275 | 127 | 119 | 466 | 7 | 48 | 72 | 240 | 210 | 14 | 587 | 20 | 365 |
| Criminal [1] | 605 | 2 | 159 | 125 | 181 | 54 | 18 | 28 | 2 | 4 | 2 | 17 | 13 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**ALABAMA MIDDLE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,259 | 1,162 | 1,040 | 1,095 | 1,162 | 1,466 | | |
| | Terminations | | 1,141 | 1,111 | 1,307 | 1,285 | 1,099 | 1,274 | | |
| | Pending | | 1,734 | 1,787 | 1,514 | 1,324 | 1,389 | 1,583 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 16.4 | 26.2 | 41.0 | 33.9 | 26.2 | | 11 | 3 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 12.0 | 0.0 | 0.0 | 5.9 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 420 | 387 | 347 | 365 | 387 | 489 | 47 | 6 |
| | | Civil | 366 | 292 | 254 | 270 | 296 | 357 | 47 | 7 |
| | | Criminal Felony | 43 | 80 | 78 | 81 | 81 | 123 | 18 | 1 |
| | | Supervised Release Hearings | 11 | 16 | 14 | 14 | 10 | 9 | 86 | 9 |
| | Pending Cases [2] | | 578 | 596 | 505 | 441 | 463 | 528 | 41 | 5 |
| | Weighted Filings [2] | | 362 | 369 | 342 | 346 | 387 | 503 | 35 | 6 |
| | Terminations | | 380 | 370 | 436 | 428 | 366 | 425 | 57 | 7 |
| | Trials Completed | | 13 | 20 | 23 | 27 | 16 | 12 | 57 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.1 | 12.2 | 12.2 | 11.8 | 10.8 | 8.5 | 17 | 4 |
| | | Civil [2] | 10.6 | 12.8 | 13.2 | 11.6 | 8.3 | 6.9 | 30 | 5 |
| | From Filing to Trial [2] (Civil Only) | | - | - | 36.5 | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 185 13.1 | 170 12.5 | 176 16.6 | 182 20.3 | 171 17.5 | 152 13.8 | 68 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.6 | 1.3 | 1.2 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 40.9 | 38.6 | 38.3 | 46.8 | 47.5 | 51.2 | | |
| | | Percent Not Selected or Challenged | 27.6 | 22.0 | 30.1 | 32.1 | 33.9 | 32.5 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,070 | 40 | 7 | 384 | 3 | 23 | 15 | 78 | 91 | 5 | 320 | 0 | 104 |
| Criminal [1] | 368 | 10 | 73 | 43 | 145 | 30 | 17 | 19 | 1 | 14 | 5 | 7 | 4 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**ALABAMA SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,065 | 1,149 | 1,077 | 1,011 | 986 | 1,074 | | |
| | Terminations | | 1,542 | 1,153 | 1,160 | 1,056 | 973 | 994 | | |
| | Pending | | 1,036 | 1,042 | 969 | 932 | 943 | 1,014 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 0.8 | -6.5 | -0.3 | 6.2 | 8.9 | | 57 | 9 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 355 | 383 | 359 | 337 | 329 | 358 | 78 | 9 |
| | | Civil | 211 | 189 | 174 | 164 | 164 | 183 | 82 | 9 |
| | | Criminal Felony | 84 | 97 | 102 | 95 | 96 | 103 | 28 | 4 |
| | | Supervised Release Hearings | 60 | 97 | 83 | 78 | 69 | 72 | 14 | 1 |
| | Pending Cases [2] | | 345 | 347 | 323 | 311 | 314 | 338 | 81 | 9 |
| | Weighted Filings [2] | | 317 | 331 | 332 | 318 | 315 | 323 | 81 | 9 |
| | Terminations | | 514 | 384 | 387 | 352 | 324 | 331 | 77 | 9 |
| | Trials Completed | | 33 | 38 | 39 | 44 | 25 | 30 | 8 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.0 | 10.7 | 9.6 | 8.9 | 9.3 | 7.7 | 13 | 3 |
| | | Civil [2] | 4.8 | 9.4 | 12.0 | 9.9 | 9.0 | 10.5 | 84 | 8 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | 24.4 | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 30 / 4.8 | 31 / 5.1 | 29 / 5.4 | 33 / 6.3 | 33 / 6.1 | 38 / 6.1 | 27 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.4 | 1.3 | 1.4 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 41.2 | 42.9 | 44.1 | 35.6 | 42.7 | 37.3 | | |
| | | Percent Not Selected or Challenged | 35.1 | 30.9 | 33.7 | 17.3 | 37.2 | 25.2 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 549 | 15 | 8 | 113 | 1 | 14 | 19 | 106 | 83 | 5 | 123 | 0 | 62 |
| Criminal [1] | 309 | 0 | 67 | 64 | 77 | 57 | 11 | 19 | 0 | 4 | 2 | 0 | 8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**FLORIDA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 228,039 | 75,064 | 29,076 | 66,588 | 2,610 | 4,532 | | |
| | | Terminations | 14,836 | 8,380 | 68,616 | 41,900 | 169,977 | 3,196 | | |
| | | Pending | 220,931 | 287,657 | 248,151 | 272,861 | 105,681 | 3,773 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -98.0 | -94.0 | -84.4 | -93.2 | 73.6 | | 2 | 1 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 57,010 | 18,766 | 7,269 | 16,647 | 653 | 1,133 | 5 | 1 |
| | | Civil | 56,919 | 18,680 | 7,176 | 16,553 | 560 | 998 | 3 | 1 |
| | | Criminal Felony | 65 | 56 | 57 | 63 | 65 | 100 | 30 | 5 |
| | | Supervised Release Hearings | 26 | 30 | 36 | 32 | 28 | 35 | 41 | 3 |
| | Pending Cases [2] | | 55,233 | 71,914 | 62,038 | 68,215 | 26,420 | 943 | 12 | 1 |
| | Weighted Filings [2] | | 39,411 | 12,990 | 4,589 | 11,472 | 476 | 906 | 6 | 1 |
| | Terminations | | 3,709 | 2,095 | 17,154 | 10,475 | 42,494 | 799 | 6 | 1 |
| | Trials Completed | | 21 | 30 | 35 | 24 | 20 | 25 | 13 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.6 | 12.6 | 12.2 | 10.6 | 8.8 | 6.7 | 8 | 1 |
| | | Civil [2] | 5.0 | 9.6 | 22.4 | 18.3 | 46.1 | 14.0 | 90 | 9 |
| | From Filing to Trial [2] (Civil Only) | | 16.6 | 22.4 | 25.8 | 18.5 | 17.7 | 31.0 | 19 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 55 .0 | 65 .0 | 2,415 1.0 | 151,505 55.6 | 67,203 63.8 | 101 3.0 | 7 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.3 | 1.3 | 1.2 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 44.2 | 35.7 | 35.3 | 43.3 | 44.0 | 41.0 | | |
| | | Percent Not Selected or Challenged | 28.1 | 19.1 | 17.0 | 26.4 | 32.0 | 25.2 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,993 | 42 | 2,071 | 821 | 5 | 11 | 66 | 140 | 127 | 45 | 546 | 1 | 118 |
| Criminal [1] | 398 | 0 | 71 | 107 | 106 | 35 | 13 | 50 | 0 | 3 | 3 | 1 | 9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**FLORIDA MIDDLE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 10,324 | 9,972 | 10,113 | 10,785 | 10,862 | 12,091 | | |
| | Terminations | | 10,008 | 10,357 | 10,679 | 10,638 | 10,937 | 11,507 | | |
| | Pending | | 8,939 | 8,599 | 8,150 | 8,375 | 8,333 | 9,004 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 17.1 | 21.2 | 19.6 | 12.1 | 11.3 | | 50 | 8 |
| Number of Judgeships | | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| Vacant Judgeship Months [2] | | | 10.6 | 0.0 | 0.0 | 12.9 | 27.8 | 12.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 688 | 665 | 674 | 719 | 724 | 806 | 13 | 3 |
| | | Civil | 593 | 569 | 574 | 614 | 594 | 662 | 11 | 3 |
| | | Criminal Felony | 72 | 66 | 72 | 78 | 102 | 114 | 23 | 3 |
| | | Supervised Release Hearings | 24 | 30 | 28 | 27 | 28 | 30 | 50 | 5 |
| | Pending Cases [2] | | 596 | 573 | 543 | 558 | 556 | 600 | 28 | 3 |
| | Weighted Filings [2] | | 590 | 566 | 602 | 668 | 686 | 769 | 11 | 3 |
| | Terminations | | 667 | 690 | 712 | 709 | 729 | 767 | 7 | 2 |
| | Trials Completed | | 13 | 15 | 15 | 16 | 17 | 18 | 32 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.3 | 10.8 | 10.5 | 9.9 | 9.9 | 9.0 | 19 | 6 |
| | | Civil [2] | 6.2 | 6.3 | 6.5 | 5.4 | 5.6 | 5.5 | 8 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 25.7 | 28.7 | 33.4 | 30.1 | 27.4 | 25.5 | 10 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 445 / 6.2 | 461 / 6.7 | 454 / 7.1 | 447 / 6.9 | 465 / 7.5 | 480 / 7.1 | 33 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.4 | 1.3 | 1.3 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 49.1 | 43.5 | 43.1 | 48.6 | 45.6 | 49.1 | | |
| | | Percent Not Selected or Challenged | 46.4 | 35.3 | 30.9 | 35.2 | 31.9 | 33.4 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 9,928 | 503 | 85 | 2,318 | 13 | 84 | 664 | 1,224 | 894 | 393 | 2,075 | 5 | 1,670 |
| Criminal [1] | 1,715 | 0 | 427 | 496 | 236 | 255 | 45 | 125 | 9 | 26 | 10 | 19 | 67 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**FLORIDA SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 10,973 | 11,450 | 10,461 | 23,275 | 10,752 | 12,111 | | | |
| | | Terminations | 11,223 | 11,366 | 11,434 | 23,716 | 10,550 | 11,410 | | | |
| | | Pending | 6,351 | 6,557 | 5,831 | 5,581 | 5,829 | 6,570 | | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 10.4 | 5.8 | 15.8 | -48.0 | 12.6 | | | 42 | 7 |
| Number of Judgeships | | | 18 | 18 | 18 | 18 | 18 | 18 | | | |
| Vacant Judgeship Months [2] | | | 17.5 | 20.0 | 29.5 | 38.0 | 11.6 | 4.0 | | | |
| **Actions per Judgeship** | **Filings** | Total | 610 | 636 | 581 | 1,293 | 597 | 673 | | 21 | 4 |
| | | Civil | 554 | 512 | 462 | 1,189 | 487 | 556 | | 17 | 4 |
| | | Criminal Felony | 36 | 98 | 87 | 76 | 83 | 89 | | 35 | 6 |
| | | Supervised Release Hearings | 20 | 26 | 32 | 28 | 27 | 28 | | 57 | 6 |
| | Pending Cases [2] | | 353 | 364 | 324 | 310 | 324 | 365 | | 75 | 8 |
| | Weighted Filings [2] | | 568 | 647 | 592 | 1,085 | 620 | 699 | | 17 | 4 |
| | Terminations | | 624 | 631 | 635 | 1,318 | 586 | 634 | | 19 | 4 |
| | Trials Completed | | 14 | 21 | 32 | 24 | 23 | 25 | | 13 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 7.2 | 8.5 | 9.5 | 8.2 | 7.3 | 7.1 | | 9 | 2 |
| | | Civil [2] | 3.2 | 3.3 | 3.6 | 0.0 | 3.5 | 3.4 | | 2 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 16.3 | 24.5 | 22.4 | 23.1 | 24.4 | 21.2 | | 3 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 121 2.5 | 137 3.1 | 128 3.3 | 137 3.6 | 126 3.2 | 106 2.3 | | 3 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.4 | 1.4 | 1.3 | 1.4 | 1.3 | | | |
| | Jurors | Avg. Present for Jury Selection | 43.8 | 35.2 | 43.6 | 43.5 | 42.2 | 52.8 | | | |
| | | Percent Not Selected or Challenged | 21.5 | 14.8 | 16.2 | 13.8 | 12.7 | 18.0 | | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 9,999 | 156 | 91 | 1,035 | 18 | 104 | 834 | 1,024 | 1,648 | 954 | 2,451 | 14 | 1,670 |
| Criminal [1] | 1,602 | 62 | 324 | 453 | 148 | 255 | 52 | 94 | 4 | 21 | 22 | 37 | 130 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**GEORGIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 7,109 | 7,115 | 6,797 | 7,711 | 7,642 | 9,524 | | |
| | Terminations | | 6,116 | 6,740 | 9,488 | 8,559 | 7,679 | 8,418 | | |
| | Pending | | 9,046 | 9,398 | 6,663 | 5,795 | 5,742 | 6,846 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 34.0 | 33.9 | 40.1 | 23.5 | 24.6 | | 13 | 5 |
| Number of Judgeships | | | 11 | 11 | 11 | 11 | 11 | 11 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 16.7 | 5.5 | 0.0 | 0.0 | 7.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 646 | 647 | 618 | 701 | 695 | 866 | 9 | 2 |
| | | Civil | 567 | 563 | 548 | 632 | 637 | 785 | 6 | 2 |
| | | Criminal Felony | 64 | 66 | 50 | 50 | 39 | 60 | 61 | 8 |
| | | Supervised Release Hearings | 16 | 17 | 20 | 19 | 18 | 21 | 66 | 7 |
| | Pending Cases [2] | | 822 | 854 | 606 | 527 | 522 | 622 | 26 | 2 |
| | Weighted Filings [2] | | 591 | 562 | 538 | 637 | 646 | 808 | 8 | 2 |
| | Terminations | | 556 | 613 | 863 | 778 | 698 | 765 | 8 | 3 |
| | Trials Completed | | 11 | 17 | 22 | 20 | 19 | 23 | 16 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.0 | 10.9 | 14.8 | 15.9 | 12.2 | 8.9 | 18 | 5 |
| | | Civil [2] | 6.0 | 5.6 | 10.8 | 6.8 | 5.0 | 4.1 | 4 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 31.8 | 37.0 | 36.0 | 31.0 | 35.0 | 36.1 | 28 | 5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 506 6.7 | 1,739 22.2 | 1,091 20.5 | 272 6.0 | 164 3.6 | 135 2.4 | 5 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.3 | 1.2 | 1.4 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 19.4 | 37.6 | 51.5 | 41.5 | 34.0 | 44.2 | | |
| | | Percent Not Selected or Challenged | 33.6 | 25.4 | 41.3 | 36.8 | 39.3 | 42.1 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 8,633 | 206 | 1,041 | 971 | 12 | 773 | 284 | 900 | 995 | 483 | 1,464 | 4 | 1,500 |
| Criminal [1] | 655 | 3 | 93 | 201 | 112 | 89 | 22 | 51 | 1 | 11 | 5 | 21 | 46 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**GEORGIA MIDDLE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,941 | 1,687 | 1,663 | 1,616 | 1,625 | 1,952 | | |
| | Terminations | | 1,664 | 1,910 | 1,734 | 1,755 | 1,615 | 1,895 | | |
| | Pending | | 2,006 | 1,789 | 1,714 | 1,593 | 1,621 | 1,734 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 0.6 | 15.7 | 17.4 | 20.8 | 20.1 | | 19 | 6 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 485 | 422 | 416 | 404 | 406 | 488 | 48 | 7 |
| | | Civil | 379 | 311 | 294 | 312 | 292 | 418 | 35 | 6 |
| | | Criminal Felony | 95 | 100 | 106 | 77 | 93 | 60 | 61 | 8 |
| | | Supervised Release Hearings | 12 | 11 | 17 | 16 | 21 | 10 | 83 | 8 |
| | Pending Cases [2] | | 502 | 447 | 429 | 398 | 405 | 434 | 59 | 6 |
| | Weighted Filings [2] | | 427 | 398 | 395 | 370 | 383 | 437 | 51 | 7 |
| | Terminations | | 416 | 478 | 434 | 439 | 404 | 474 | 44 | 6 |
| | Trials Completed | | 8 | 16 | 15 | 16 | 13 | 15 | 44 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.1 | 14.7 | 15.3 | 15.2 | 15.5 | 13.8 | 56 | 9 |
| | | Civil [2] | 7.3 | 9.1 | 8.4 | 8.9 | 8.5 | 6.4 | 21 | 4 |
| | From Filing to Trial [2] (Civil Only) | | - | - | 33.0 | 22.0 | 32.5 | 24.8 | 9 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 67 5.2 | 72 6.7 | 89 8.9 | 87 8.7 | 93 9.0 | 105 8.3 | 41 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.6 | 1.8 | 1.5 | 1.7 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 87.0 | 16.6 | 9.0 | 54.5 | 11.0 | 20.8 | | |
| | | Percent Not Selected or Challenged | 52.9 | 34.2 | 43.8 | 55.6 | 62.5 | 50.1 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,673 | 70 | 11 | 824 | 4 | 22 | 34 | 127 | 176 | 19 | 276 | 2 | 108 |
| Criminal [1] | 238 | 13 | 68 | 19 | 55 | 43 | 3 | 16 | 5 | 5 | 8 | 1 | 2 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**GEORGIA SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,651 | 1,510 | 1,564 | 1,429 | 1,349 | 1,835 | | |
| | Terminations | | 1,517 | 1,560 | 1,784 | 1,634 | 1,443 | 1,428 | | |
| | Pending | | 1,801 | 1,748 | 1,527 | 1,322 | 1,231 | 1,641 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 11.1 | 21.5 | 17.3 | 28.4 | 36.0 | | 7 | 2 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months [2] | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 550 | 503 | 521 | 476 | 450 | 612 | 29 | 5 |
| | | Civil | 342 | 323 | 327 | 339 | 332 | 433 | 32 | 5 |
| | | Criminal Felony | 174 | 140 | 144 | 81 | 67 | 118 | 22 | 2 |
| | | Supervised Release Hearings | 34 | 40 | 50 | 56 | 51 | 61 | 22 | 2 |
| | Pending Cases [2] | | 600 | 583 | 509 | 441 | 410 | 547 | 36 | 4 |
| | Weighted Filings [2] | | 534 | 487 | 496 | 410 | 378 | 545 | 29 | 5 |
| | Terminations | | 506 | 520 | 595 | 545 | 481 | 476 | 43 | 5 |
| | Trials Completed | | 13 | 18 | 17 | 21 | 16 | 22 | 19 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.9 | 11.7 | 12.2 | 11.0 | 13.0 | 10.7 | 35 | 8 |
| | | Civil [2] | 9.0 | 8.8 | 9.6 | 7.5 | 6.4 | 8.1 | 51 | 6 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 94 / 8.7 | 92 / 8.6 | 91 / 10.7 | 80 / 10.0 | 77 / 9.7 | 82 / 7.6 | 36 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.9 | 1.7 | 1.8 | 1.5 | 1.5 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 44.0 | 55.4 | 66.4 | 44.0 | 44.8 | 59.3 | | |
| | | Percent Not Selected or Challenged | 27.3 | 48.1 | 43.6 | 33.1 | 34.8 | 55.4 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,300 | 60 | 8 | 639 | 5 | 10 | 28 | 133 | 118 | 10 | 210 | 0 | 79 |
| Criminal [1] | 353 | 0 | 114 | 15 | 125 | 42 | 11 | 12 | 0 | 9 | 5 | 6 | 14 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

# Exhibit 25

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For ecretary of tate documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of tate. The criminal record data in this product or service may include records that have been e punged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 U C 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** No Permissible Purpose
**Your GLBA Permissible Use:** No Permissible Purpose
**Your DMF Permissible Use:** No Permissible Purpose

# Comprehensive Report

**Date:** 07/24/26
**Reference Code:** 801105-7002-SVVO

**Report processed by:**
Irell & Manella
1800 Ave. of the Stars, Ste. 900
Los Angeles, CA 90067-4211
310-277-1010 Main Phone
310-203-7199 Fax

**Report Legend:**

**S** Shared Address
**D** Deceased
✔ - Probable Current Address

| Subject Information **(Best Information for Subject)** | AKAs **(Names Associated with Subject)** | Indicators |
|---|---|---|
| Name  SUKRIT B SILAS | SUKRIT B SILAS | Bankruptcy: **No** |
| Age  **0** | SSN: | Property: **Yes** |
| SSN: | | Corporate Affiliations  **Yes** |

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
   [None Found]

## Address Summary:   View All Address Variation Sources

✔ ▮▮▮▮▮▮▮▮▮ SAN FRANCISCO, CA 94127-2826, SAN FRANCISCO COUNTY (Oct 2024 - Mar 2025)
▮▮▮▮▮▮▮▮▮ SAN FRANCISCO, CA 94122-2306, SAN FRANCISCO COUNTY (Jun 2022 - Jul 2022)
▮▮▮▮▮▮▮ SAN FRANCISCO, CA 94117-1423, SAN FRANCISCO COUNTY (Mar 2020)
▮▮▮▮▮▮▮ SAN FRANCISCO, CA 94107-1029, SAN FRANCISCO COUNTY (Oct 2018)
▮▮▮▮▮▮▮▮▮ STANFORD, CA 94305-7121, SANTA CLARA COUNTY (Sep 2017)
▮▮▮▮▮▮▮▮▮ STANFORD, CA 94305-8556, SANTA CLARA COUNTY (Sep 2017)
▮▮▮▮▮▮▮ PRINCETON, NJ 08544-1148, MERCER COUNTY
▮▮▮▮▮▮▮ PRINCETON, NJ 08544-1100, MERCER COUNTY

## Active Address(es):   View All Address Variation Sources

✔ ▮▮▮▮▮▮▮▮, SAN FRANCISCO, CA 94127-2826, SAN FRANCISCO COUNTY (Oct 2024 - Mar 2025)
    **Name Associated with Address:**

SUKRIT SILAS

**Current Residents at Address:**



**Property Ownership Information for this Address**

**Property:**

Parcel Number - ████████

Owner Name: SUKRIT SILAS

Owner Name 2: ████████████████████

Property Address - ██████████ SAN FRANCISCO, CA 94127-2826, SAN FRANCISCO COUNTY

Owner Address: ██████████ SAN FRANCISCO, CA 94127-2826, SAN FRANCISCO COUNTY

Sale Date - 03/14/2025

Seller Name: SUKRIT SILAS

Seller Name 2: ████████████

Data Source - B

**Neighborhood Profile (2010 Census)**

Average Age: 48

Median Household Income: $217,166

Median Owner Occupied Home Value: $1,110,294

Average Years of Education: 14

**Previous And Non-Verified Address(es):** View All Address Variation Sources

████████████ SAN FRANCISCO, CA 94122-2306, SAN FRANCISCO COUNTY (Jun 2022 - Jul 2022)

**Name Associated with Address:**

SILAS SUKRIT

**Current Residents at Address:**

SUKRIT B SILAS

**Neighborhood Profile (2010 Census)**

Average Age: 37

Median Household Income: $161,644

Median Owner Occupied Home Value: $1,203,125

Average Years of Education: 16

████████████ SAN FRANCISCO, CA 94117-1423, SAN FRANCISCO COUNTY (Mar 2020)

**Name Associated with Address:**

SUKRIT B SILAS

**Current Residents at Address:**

SUKRIT B SILAS

████████████

**Neighborhood Profile (2010 Census)**

Average Age: 33

Median Household Income: $229,245

Median Owner Occupied Home Value: $1,070,513

Average Years of Education: 15

████████ SAN FRANCISCO, CA 94107-1029, SAN FRANCISCO COUNTY (Oct 2018)

**Name Associated with Address:**

SUKRIT SILAS

**Current Residents at Address:**

████████████████ -

**Property Ownership Information for this Address**

**Property:**

Parcel Number - ████████ ℹ️

Owner Name: ████████████████████

Owner Name 2: ████████████

Property Address: - ████████ SAN FRANCISCO, CA 94107-1029, SAN FRANCISCO COUNTY

Owner Address: ████████████ CAMAS, WA 98607-8911, CLARK COUNTY

Subdivision Name - PORTION 100 VARA BLOCK #190

Assessed Value - $1,242,781

Land Size - 2062 SF

Year Built - 1962

Data Source - B

**Neighborhood Profile (2010 Census)**

Average Age: 36

Median Household Income: $184,211

Median Owner Occupied Home Value: $1,111,111

Average Years of Education: 13

████████████████████ STANFORD, CA 94305-7121, SANTA CLARA COUNTY (Sep 2017)

**Name Associated with Address:**

SUKRIT SILAS

**Property Ownership Information for this Address**

**Property:**

Parcel Number - ████████ ℹ️

Owner Name: LELAND STANFORD JR UNIVERSITY BOARD OF TRUST

Property Address: - ████████ STANFORD, CA 94305-7115, SANTA CLARA COUNTY

Owner Address: ████████████ REDWOOD CITY, CA 94063-3133, SAN MATEO COUNTY

Assessed Value - $92,491,294

Data Source - B

**Neighborhood Profile (2010 Census)**

Average Age: 24

Median Household Income: $46,554

Median Owner Occupied Home Value: $1,227,273

Average Years of Education: 17

████████████████████ STANFORD, CA 94305-8556, SANTA CLARA COUNTY (Sep 2017)

**Name Associated with Address:**

SUKRIT SILAS

**Neighborhood Profile (2010 Census)**

Average Age: 36

Median Household Income: $292,856

Median Owner Occupied Home Value: $1,219,144

Average Years of Education: 18

████████████████████ , NJ 08544-1148, MERCER COUNTY

**Name Associated with Address:**

SUKRIT SILAS

**Current Residents at Address:**

████████████

**Neighborhood Profile (2010 Census)**

Average Age: 22

Median Household Income: $100,000

Median Owner Occupied Home Value: $90,000

Average Years of Education: 17

PRINCETON, NJ 08544-1100, MERCER COUNTY
**Name Associated with Address:**
SUKRIT SILAS
**Neighborhood Profile (2010 Census)**
Average Age: 22
Median Household Income: $100,000
Median Owner Occupied Home Value: $90,000
Average Years of Education: 17

## Bankruptcies:

[None Found]

## UCC Filings:
[None Found]

## Phones Plus:   Phone Finder Ultimate
Name: SILAS SUKRIT
Address: ███████████ SAN FRANCISCO, CA 94127-2826
Phone Number: 650-561-5291 - PDT
Phone Type: Mobile
Carrier: NEW CINGULAR WIRLESS - (PALO ALTO, CA)

## People at Work:
*Maximum 50 People at Work records returned*

Name: SILAS SUKRIT
Title: MANAGER
SSN: ████████
Company: SILAS SCIENTIFIC LLC
Phone:
FEIN:
Dates: Oct 21, 2025 -  Jun 3, 2026

Name: SUKRIT SILAS
SSN: ████████
Company: STANFORD UNIVERSITY
Address: 450 JANE STANFORD WAY, STANFORD, CA 94305-2004
Phone: ✔ 650-723-2300 - PDT
FEIN:
Dates: Jun 18, 2017

Name: SUKRIT SILAS
SSN: ████████
Company: STANFORD UNIVERSITY
Address: 650 JANE STANFORD WAY, STANFORD, CA 94305-6002
Phone: 650-498-9000 - PDT
FEIN:
Dates: Jun 18, 2017

Name: SUKRIT SILAS
SSN: ████████
Company: STANFORD UNIVERSITY
Address: 857 SERRA ST SUITE 210, STANFORD, CA 94305
Phone: 650-736-1934 - PDT
FEIN:
Dates: Mar 2, 2016 -  Jun 18, 2017

Name: SUKRIT SILAS
SSN: ████
Company: STANFORD UNIVERSITY
Address: 3145 PORTER DR, PALO ALTO, CA 94304-1234
Phone: 650-725-3139 - PDT
FEIN:
Dates: Oct 15, 2015

Name: SUKRIT SILAS
SSN: ████
Company: STANFORD UNIVERSITY
Address: 450 VIA PALOU MALL, STANFORD, CA 94305-4014
Phone: 415-723-7026 - PDT
FEIN:
Dates: Sep 16, 2014 -  Jan 26, 2015

Name: SUKRIT SILAS
SSN: ████
Company: PRINCETON UNIVERSITY
Address: 1 NASSAU HALL, PRINCETON, NJ 08544-2001
Phone: 609-258-3000 - EDT
FEIN:
Dates: Dec 13, 2013

Name: SUKRIT SILAS
SSN: ████
Company: PRINCETON UNIVERSITY
Address: 330 ALEXANDER RD, PRINCETON, NJ 08544-0001
Phone: 609-258-3146 - EDT
FEIN:
Dates: Dec 13, 2013

Name: SUKRIT SILAS
SSN: ████
Company: PRINCETON UNIVERSITY
Address: 330 ALEXANDER ST, PRINCETON, NJ 08540-7106
Phone: 609-258-5049 - EDT
FEIN:
Dates: Dec 13, 2013

Name: SUKRIT SILAS
SSN: ████
Company: PRINCETON UNIVERSITY
Address: 114 NASSAU ST 116, PRINCETON, NJ 08542-4516
Phone: ✔ 609-921-8500 - EDT
FEIN:
Dates: Dec 13, 2013

Name: SUKRIT SILAS
SSN: ████
Company: PRINCETON UNIVERSITY
Address: PO BOX 71, PRINCETON, NJ 08544-0001
Phone: 609-258-4897 - EDT
FEIN:

Dates: Dec 13, 2013

Name: SUKRIT SILAS
SSN: 
Company: PRINCETON UNIVERSITY
Address: 350 ALEXANDER ST, PRINCETON, NJ 08540-7137
Phone: 919-417-7614 - EDT
FEIN:
Dates: Dec 13, 2013

Name: SUKRIT SILAS
SSN: 
Company: PRINCETON UNIVERSITY
Address: DEPT OF RARE BOOKS AND SPECI, PRINCETON, NJ 08544-0001
Phone: 609-258-1021 - EDT
FEIN:
Dates: Dec 13, 2013

Name: SUKRIT SILAS
SSN: 
Company: PRINCETON UNIVERSITY
Address: 221 NASSAU ST FL 2, PRINCETON, NJ 08542-4619
Phone: 609-258-1111 - EDT
FEIN:
Dates: Dec 13, 2013

Name: SUKRIT SILAS
SSN: 
Company: PRINCETON UNIVERSITY
Address: 194 NASSAU ST STE 212, PRINCETON, NJ 08542-7021
Phone: 609-496-8027 - EDT
FEIN:
Dates: Dec 13, 2013

Name: SUKRIT SILAS
SSN: 
Company: PRINCETON UNIVERSITY
Address: 185 NASSAU ST, PRINCETON, NJ 08544-2003
Phone: 609-258-3946 - EDT
FEIN:
Dates: Apr 21, 2013

**Possible Properties Owned by Subject:**

**Property:**

    Parcel Number - 6917 -022
    Owner Name: SUKRIT SILAS
    Owner Name 2: 
    Property Address -  SAN FRANCISCO, CA 94127-2826, SAN FRANCISCO COUNTY
    Owner Address:  SAN FRANCISCO, CA 94127-2826, SAN FRANCISCO COUNTY
    Sale Date - 03/14/2025
    Seller Name: SUKRIT SILAS
    Seller Name 2: 
    Data Source - B

**Property:**

Parcel Number - ▮▮▮▮▮▮   ℹ️

Owner Name: SILAS SUKRIT

Owner Name 2: ▮▮▮▮▮▮▮▮

Property Address: - ▮▮▮▮▮▮▮▮ SAN FRANCISCO, CA 94127-2826, SAN FRANCISCO COUNTY

Owner Address:

Sale Date - 10/08/2024

Sale Price - $2,320,000

Subdivision Name - INGLESIDE TERS

Assessed Value - $2,320,000

Land Size - 5,692 Square Feet

Year Built - 1928

Seller Name: ▮▮▮▮▮▮▮▮

Seller Name 2: ▮▮▮▮▮▮▮▮

Legal Description - BLK 15 LOT 22

Loan Amount - $511,000

Loan Type - CONVENTIONAL

Lender Name - MORGAN STANLEY PVT BK NA

Data Source - A

## Possible Criminal Records: 📄

[None Found]

## Sexual Offenses: 📄

[None Found]

## Professional License(s): 📄

[None Found]

## Possible Associates: 📄

▮▮▮▮▮▮▮▮

**Active Address(es):**

🟦✅ ▮▮▮▮▮▮▮▮ SAN FRANCISCO, CA 94127-2826, SAN FRANCISCO COUNTY (Dec 2024)

▮▮▮▮▮▮▮▮

**Previous And Non-Verified Address(es):**

🟦 ▮▮▮▮▮▮▮▮, SAN FRANCISCO, CA 94122-2306, SAN FRANCISCO COUNTY (Dec 2024)

## Possible Relative Summary: *(Click on name to link to more details within this report - No Charge)* 📄

> ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮▮

>>> ███████████████████████████

███████████████████████
███████████████████████
███████████████████████
███████████████████████

**Possible Relatives:** 📄

████████████████    DOB: 1988

**Active Address(es):**

S✓ ████████████, SAN FRANCISCO, CA 94127-2826, SAN FRANCISCO COUNTY (Oct 2024 - Mar 2026)

**Current Residents at Address:**

████████████████
████████
████████

**Previous And Non-Verified Address(es):**

███████████ SAN FRANCISCO, CA 94114-3209, SAN FRANCISCO COUNTY (Jun 2025 - Jul 2025)
██████████████████

███████ SAN FRANCISCO, CA 94122-2306, SAN FRANCISCO COUNTY (Mar 2023 - Jun 2025)

**Current Residents at Address:**

████████████ -
██████████ -

S ███████████ SAN FRANCISCO, CA 94122-2306, SAN FRANCISCO COUNTY (Nov 2023)

**Current Residents at Address:**

SUKRIT B SILAS

███████ OAKLAND, CA 94606-2915, ALAMEDA COUNTY (Aug 2020 - Feb 2023)

**Current Residents at Address:**

████████
███████ ESSEX JUNCTION, VT 05452-3402, CHITTENDEN COUNTY (Nov 2016 - Feb 2018)

**Current Residents at Address:**

████████████
███████ ESSEX JUNCTION, VT 05452-3778, CHITTENDEN COUNTY (Dec 2013 - Jan 2014)

**Current Residents at Address:**

████████████ -
████████████
████████

**Possible Relative:**

███████████████████
████████████████████

**Names Associated with Relative:**

██████ -
██████████████████
████████████
██████████████████
██████ -

**Previous And Non-Verified Address(es):**

███████████████████████ ESSEX JUNCTION, VT 05452-3402, CHITTENDEN COUNTY (Nov 2016 - 2024)

**Current Residents at Address:**

███████████████████ ESSEX JUNCTION, VT 05452-3778, CHITTENDEN COUNTY ( 2006 - Mar 2017)

**Current Residents at Address:**

███████████ WATERBURY, VT 05676-9411, WASHINGTON COUNTY (Feb 2006)

███████████ ESSEX JUNCTION, VT 05452-3375, CHITTENDEN COUNTY (Mar 1990 - Dec 2009)

███████████ LAKEWOOD, CA 90713-1108, LOS ANGELES COUNTY (Mar 1988 - Jan 1995)

**Current Residents at Address:**

███████████ LAWNDALE, CA 90260-2721, LOS ANGELES COUNTY (Oct 1987 - Nov 1987)

**Current Residents at Address:**

███████████ SANTA MONICA, CA 90403-1028, LOS ANGELES COUNTY (Apr 1985 - May 1987)

**Current Residents at Address:**

███████████, MANHATTAN BEACH, CA 90266-2270, LOS ANGELES COUNTY (Apr 1980)

**Current Residents at Address:**

**Possible Relative:**

**Names Associated with Relative:**

**Active Address(es):**

✔ ███████████ SANTA MONICA, CA 90403-1028, LOS ANGELES COUNTY (Apr 1985 - Dec 1991)

**Current Residents at Address:**

**Previous And Non-Verified Address(es):**

███████████ SAN BERNARDINO, CA 92408-1274, SAN BERNARDINO COUNTY (Apr 1985 - Apr 1986)

**Current Residents at Address:**

█████ LAWNDALE, CA 90260-2721, LOS ANGELES COUNTY (Nov 1987)

**Current Residents at Address:**

██████ SACRAMENTO, CA 95825-4151, SACRAMENTO COUNTY (Jan 1983 - Apr 1985)

**Current Residents at Address:**

██████ MANHATTAN BEACH, CA 90266-2270, LOS ANGELES COUNTY (Apr 1980 - Apr 1984)

**Current Residents at Address:**

████, PASADENA, CA 91101-2503, LOS ANGELES COUNTY (Jan 1983 - Apr 1984)

████ CARMICHAEL, CA 95608-5935, SACRAMENTO COUNTY (Jan 1983)

**Current Residents at Address:**

**Active Address(es):**

✔ ██████ BROOKLYN, NY 11233-1001, KINGS COUNTY (Oct 2024)

**Current Residents at Address:**

**Previous And Non-Verified Address(es):**

██████ NEW YORK, NY 10128-5192, NEW YORK COUNTY (Sep 2021)

██████ ASTORIA, NY 11106-2726, QUEENS COUNTY (Mar 2024)

██████ GOSHEN, CT 06756-1814, NORTHWEST HILLS COUNTY (Nov 2023)

**Current Residents at Address:**

██████ NEW YORK, NY 10031-7721, NEW YORK COUNTY (Oct 2019)

██████ ESSEX JUNCTION, VT 05452-3778, CHITTENDEN COUNTY (Nov 2012 - Feb 2012)

**Current Residents at Address:**

██████ NEW YORK, NY 10031-2051, NEW YORK COUNTY (Jul 2018)

██████ PHILADELPHIA, PA 19130-3327, PHILADELPHIA COUNTY (May 2017)

**Current Residents at Address:**

██████ BALTIMORE, MD 21201-1006, BALTIMORE COUNTY (Oct 2013)

**Current Residents at Address:**

█████████ -
█████████ -
█████
█████████ ESSEX JUNCTION, VT 05452-3402, CHITTENDEN COUNTY (Feb 2018)

**Current Residents at Address:**

█████████

███████████
█████████████████

**Names Associated with Relative:**

█████████
███████████████

**Active Address(es):**

✔ █████████████████ SEVERNA PARK, MD 21146-1775, ANNE ARUNDEL COUNTY
(Sep 2023)

**Previous And Non-Verified Address(es):**

████████████ MD 21146-3230, ANNE ARUNDEL COUNTY (Nov 1998 - Apr 2025)

**Current Residents at Address:**

█████████ -
█████████ -
█████

████████████ MD 21146-3229, ANNE ARUNDEL COUNTY (Oct 1998 - Jan 2003)

**Current Residents at Address:**

█████████ -
███████████ -
█████████ -
███████████ -
███████ -
███████████████

████████████ SEVERNA PARK, MD 21146-2853, ANNE ARUNDEL COUNTY (Dec 1980 -
Jan 2003)

**Current Residents at Address:**

███████████ -
█████

████████████ MD 20877-2063, MONTGOMERY COUNTY (Dec 1980 - Jan 2003)

**Current Residents at Address:**

█████████ -
███████████ -
███████
████████████ GERMANTOWN, MD 20876-5726, MONTGOMERY COUNTY (Sep 1995 -
Oct 1995)

█████████

**Possible Relative:**

███████████

**Active Address(es):**

✔ ████████████ SEVERNA PARK, MD 21146-2853, ANNE ARUNDEL COUNTY
(Dec 1995 - Nov 1998)

**Current Residents at Address:**

███████████████████ -

████████████████
██████████████████████████

**Names Associated with Relative:**

██████████████████
████████████████████████████
██████████████████
████████████████████████████
███████████████████
████████████████████████████
███████████████████
████████████████████████████
██████████████
██████████████████████████

⚑SSN belongs to a person reported as deceased.

**Active Address(es):**

✔ ██████████████████████, SEVERNA PARK, MD 21146-1775, ANNE ARUNDEL COUNTY (Nov 2023)

**Previous And Non-Verified Address(es):**

███████████ SEVERNA PARK, MD 21146-3230, ANNE ARUNDEL COUNTY (Oct 1998 - Apr 2025)

**Current Residents at Address:**

████████████████ -
████████████████ -
██████████

██████████ SEVERNA PARK, MD 21146-3229, ANNE ARUNDEL COUNTY (Mar 1986 - Jan 2003)

**Current Residents at Address:**

███████████████ -
████████████████████ -
███████████████ -
████████████████████ -
█████████████ -
████████████████████████████
██████████████████████████

████████████

███████████████████████ GERMANTOWN, MD 20876-5726, MONTGOMERY COUNTY (Mar 1986 - Jan 2003)

████████████

██████████████████████ SEVERNA PARK, MD 21146-2853, ANNE ARUNDEL COUNTY (Mar 1986 - Jan 2003)

**Current Residents at Address:**

█████████████████████ -
██████████████

█████████████████ GAITHERSBURG, MD 20877-2063, MONTGOMERY COUNTY ( 1983 - Jan 2003)

**Current Residents at Address:**

███████████ ▬
███████████ ▬
███████
███████████████ SEVERNA PARK, MD 21146, ANNE ARUNDEL COUNTY
███████

## Neighbors:

**Neighborhood:**

✔ ████████████████████████████
███ ████
████ █████████        ██████
████████        █████████
██████████
██████████████

████████
████████████████████████████████
**D** █████████████████████████████████████
██████
        ████████████████████
        ▸ ████████████████
████████████████████████████████████
        ████████████████
        ████████████████████
        ▸ ████████████████████
        ████████

████████████████████████████████
████████████████
████████████████████
████████████████████████████████
███ ████
        ████████████████
        ████████████████████
        ████████████████
        ████████████████████

████████████████████████████████
████████████████
██████████████████████████
        ▸ ████████████████████

**Neighborhood:**
        ████████████ SAN FRANCISCO, CA 94122-2306, SAN FRANCISCO COUNTY (Jun 2022 - Jul 2022)
        SUKRIT B SILAS

**Address(es):**
        ████████████ SAN FRANCISCO, CA 94122-2306, SAN FRANCISCO COUNTY (May 2026)
        ████████████████
        ████████████████████

████████████ SAN FRANCISCO, CA 94122-2333, SAN FRANCISCO COUNTY (Sep 2000 - Jun 2026)

████████████████████████████

████████████████████████████████████████

**Neighborhood:**

██████████████ SAN FRANCISCO, CA 94117-1423, SAN FRANCISCO COUNTY (Mar 2020)

**Residents:**

SUKRIT B SILAS

████████████            ████████
████████████            ████████

**Address(es):**

██████████████████████ CA 94117-1423, SAN FRANCISCO COUNTY (May 2010 - Mar 2026)

**Residents:**

███████████████
████████████████████████████
████████ -
████████████████████████

## Source Information:

| | |
|---|---|
| All Sources | 6  Source Document(s) |
| PhonesPlus Records | 1  Source Document(s) |
| Deed Transfers | 4  Source Document(s) |
| Tax Assessor Records | 1  Source Document(s) |

# Exhibit 26

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For ecretary of tate documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of tate. The criminal record data in this product or service may include records that have been e punged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 U C 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** No Permissible Purpose
**Your GLBA Permissible Use:** No Permissible Purpose
**Your DMF Permissible Use:** No Permissible Purpose

# Comprehensive Report

**Date:** 07/24/26
**Reference Code:** 801105-7002-SVVO

**Report processed by:**
Irell & Manella
1800 Ave. of the Stars, Ste. 900
Los Angeles, CA 90067-4211
310-277-1010 Main Phone
310-203-7199 Fax

**Report Legend:**
**S** Shared Address
**D** Deceased
✔ - Probable Current Address

| Subject Information **(Best Information for Subject)** | AKAs **(Names Associated with Subject)** | Indicators |
|---|---|---|
| Name   AMY B NGUYEN | AMY B NGUYEN | Bankruptcy: **No** |
| Date of Birth   ▉ | | Property: **Yes** |
| Age: ▉ | Age: ▉   SSN: | Corporate Affiliations   **No** |
| SSN: | | |

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
    [None Found]

## Address Summary:     View All Address Variation Sources

✔ ▉▉▉▉ SAN RAMON, CA 94583-2615, CONTRA COSTA COUNTY ( 2023 - Dec 2025)
2239 WELLINGTON DR, MILPITAS, CA 95035-7513, SANTA CLARA COUNTY (Sep 2020)

## Active Address(es):     View All Address Variation Sources

✔ ▉▉▉▉ SAN RAMON, CA 94583-2615, CONTRA COSTA COUNTY ( 2023 - Dec 2025)
**Name Associated with Address:**
    AMY B NGUYEN
**Current Residents at Address:**

    AMY B NGUYEN
**Property Ownership Information for this Address**

Property:

Parcel Number - █████████
Owner Name: AMY NGUYEN
Owner Name 2:
Property Address: - ██████████████████ SAN RAMON, CA 94583-2615, CONTRA COSTA COUNTY

Owner Address: ████████████████ SAN RAMON, CA 94583-2615, CONTRA COSTA COUNTY

Subdivision Name - OAK RIDGE SUBDIVISION 7781
Assessed Value - $1,625,200
Land Size - 5401 SF
Year Built - 1996
Legal Description - T7781 L14
Data Source - B

**Neighborhood Profile (2010 Census)**
Average Age: 41
Median Household Income: $212,734
Median Owner Occupied Home Value: $1,229,167
Average Years of Education: 15

**Previous And Non-Verified Address(es):**   View All Address Variation Sources

████████████████ MILPITAS, CA 95035-7513, SANTA CLARA COUNTY (Sep 2020)
**Name Associated with Address:**
AMY B NGUYEN
**Current Residents at Address:**
████████████████ -
████████████████ -
████████████████

**Property Ownership Information for this Address**
Property:

Parcel Number - █████████
Owner Name: ██████████████
Property Address: - ████████████████ MILPITAS, CA 95035-7513, SANTA CLARA COUNTY
Owner Address:
Sale Price - $450,000
Assessed Value - $732,889
Land Size - 10,000 Square Feet
Year Built - 1985
Seller Name: ████████████████
Seller Name 2: ████████████████
Legal Description - TRACT 6562 BOOK 449 PAGE 17 PAGE 23 LOT 122
Loan Amount - $290,000
Loan Type - CONVENTIONAL
Lender Name - ALLIED BK FSB
Data Source - A

**Neighborhood Profile (2010 Census)**
Average Age: 46
Median Household Income: $109,091
Median Owner Occupied Home Value: $1,249,231
Average Years of Education: 12

**Bankruptcies:**

[None Found]

**UCC Filings:**

[None Found]

**Phones Plus:**  [Phone Finder Ultimate]

[None Found]

**People at Work:**

*Maximum 50 People at Work records returned*

[None Found]

**Possible Properties Owned by Subject:**

**Property:**

Parcel Number - █████████
Owner Name: AMY NGUYEN
Owner Name 2: █████████
Property Address: - ████████████ SAN RAMON, CA 94583-2615, CONTRA COSTA COUNTY
Owner Address: ████████████ SAN RAMON, CA 94583-2615, CONTRA COSTA COUNTY
Subdivision Name - OAK RIDGE SUBDIVISION 7781
Assessed Value - $1,625,200
Land Size - 5401 SF
Year Built - 1996
Legal Description - T7781 L14
Data Source - B

**Property:**

Parcel Number - █████████
Owner Name: AMY NGUYEN
Owner Name 2: █████████
Property Address - ████████████ SAN RAMON, CA 94583-2615, CONTRA COSTA COUNTY
Owner Address: ████████████ SAN RAMON, CA 94583-2615, CONTRA COSTA COUNTY
Sale Date - 09/19/2024
Sale Price - $1,625,500
Seller Name: █████████
Seller Name 2: █████████
Data Source - B

**Possible Criminal Records:**

[None Found]

**Sexual Offenses:**

[None Found]

**Professional License(s):**

[None Found]

**Possible Associates:**

[None Found]

**Possible Relative Summary:**  *(Click on name to link to more details within this report - No Charge)*

> █████████
█████████
█████████
█████████
█████████



>> ████████████████████

████████████████

████████████████████

**Possible Relatives:** 📇

████████ ████████

**Active Address(es):**

S✓ ████████████ SAN RAMON, CA 94583-2615, CONTRA COSTA COUNTY ( 2023 - Oct 2024)

**Current Residents at Address:**

████████████████ -

████████

AMY B NGUYEN

**Previous And Non-Verified Address(es):**

████████████ MILPITAS, CA 95035-6121, SANTA CLARA COUNTY (Apr 2021)

**Current Residents at Address:**

████████████ -

████████████

████████████████

███████████████████████████

**Names Associated with Relative:**

████████████████

██████████████████████████

██████████████████

██████████████████████████

█████████████████

██████████████████████████

█████████████████

██████████████████████████

████████████████

███████████████████████

██████████████

████████████████████████

████████████████

█████████████████████████

██████████████

██████████████████████████

███████████████

█████████████████████████

█████████████████

██████████████████████

██████████████████

████████████████████████████

**Active Address(es):**

S✓ ████████████████ MILPITAS, CA 95035-7513, SANTA CLARA COUNTY (Jul 1996 - Aug 2025)

**Current Residents at Address:**

████████████ -

████████████ -

████████████

████████████

**Previous And Non-Verified Address(es):**

███████████          MILPITAS, CA 95035-4912, SANTA CLARA COUNTY (Apr 2007 - 2025)

**Current Residents at Address:**

████████████████ -

███████████ -

███████████ -

████████ -

████████████ -

██████████

██████████

████████

███████████     MILPITAS, CA 95035-6128, SANTA CLARA COUNTY (Apr 2010 - 2025)

**Current Residents at Address:**

██████

███████████

███████

███████████     MILPITAS, CA 95035-3342, SANTA CLARA COUNTY ( 2010 - 2025)

**Current Residents at Address:**

████████████ -

████████ -

██████████ -

███████

███████████    MILPITAS, CA 95035-3357, SANTA CLARA COUNTY ( 2004 - 2025)

**Current Residents at Address:**

████████████

█████████

██████████ -

████████████

███████████    MILPITAS, CA 95035-2802, SANTA CLARA COUNTY (Oct 1990 - Jan 2012)

**Current Residents at Address:**

████████ -

███████ -

█████████

█████████

█████████

█████████

███████

██████████████    MILPITAS, CA 95035-3215, SANTA CLARA COUNTY (May 1999 - Jul 2010)

**Current Residents at Address:**

███████ -

█████████ -

███████

██████████████    MILPITAS, CA 95035-3420, SANTA CLARA COUNTY (Aug 1992 - Jan 2003)

**Current Residents at Address:**

████████████

██████████████

█████████

███████████    MILPITAS, CA 95035-3419, SANTA CLARA COUNTY (Sep 1990 - Jan 2003)

**Current Residents at Address:**

████████████ -
████████████ -
██████████

████████ FREMONT, CA 94539-3899, ALAMEDA COUNTY ( 2006 - Jul 2007)

**Current Residents at Address:**

████████████ -
████████████ -
██████████

**D** ████████████████████████████
████████████████████

**Names Associated with Relative:**

**D** ████████████████████████
████████████████

**D** ████████████████████████
████████████████

**D** ████████████████████████████
████████████████

**Active Address(es):**

SV ████████████████ MILPITAS, CA 95035-7513, SANTA CLARA COUNTY (Jul 1996 - Apr 2016)

**Current Residents at Address:**

████████████ -
████████████ -
██████████
██████████

**Previous And Non-Verified Address(es):**

██████████ MILPITAS, CA 95035-6128, SANTA CLARA COUNTY ( 2010 - Apr 2016)

**Current Residents at Address:**

████████████
██████████

██████████████ MILPITAS, CA 95035-3215, SANTA CLARA COUNTY (May 1999 - Jul 2010)

**Current Residents at Address:**

████████████ -
████████████ -
██████████

██████████████ MILPITAS, CA 95035-2802, SANTA CLARA COUNTY (Aug 1988 - Jan 2012)

**Current Residents at Address:**

████████████ -
████████████ -
████████████ -
██████████████
██████████████
████████████
██████████

██████████████ MILPITAS, CA 95035-3420, SANTA CLARA COUNTY (Jun 1992 - Jan 2003)

**Current Residents at Address:**

████████████████ -

██████████████
████████
██████████ ONTARIO, CA 91762-4953, SAN BERNARDINO COUNTY (Aug 1988 - Jan 2003)
**Current Residents at Address:**
███████████ -
████████████ -
████████████
████████████
████████████
████████████ SAN JOSE, CA 95122-3049, SANTA CLARA COUNTY (Feb 1998 - Jan 1999)
**Current Residents at Address:**
████████
████████████ MILPITAS, CA 95035-3419, SANTA CLARA COUNTY (Jul 1988 - Aug 1988)
**Current Residents at Address:**
████████ -
████████ -
████████ -
███████████████ CA 94539-3899, ALAMEDA COUNTY ( 2006 - Oct 2007)
**Current Residents at Address:**
████████ -
████████ -
PARAS SHAH

████████████

**Active Address(es):**
███████████████ MILPITAS, CA 95035-7513, SANTA CLARA COUNTY (Apr 2025)
**Current Residents at Address:**
████████ -
████████ -
████████

████████████████
█████████████████████
**Names Associated with Relative:**
██████████████
███████████████████
█████████████
███████████████████
█████████████
██████████████████████

**Previous And Non-Verified Address(es):**
████████ MILPITAS, CA 95035-6121, SANTA CLARA COUNTY (Dec 1991 -  2025)
**Current Residents at Address:**
███████████ -
████████
████████ BIG OAK FLAT, CA 95305, TUOLUMNE COUNTY (Nov 1994 - Dec 2001)
████████████ MILPITAS, CA 95035-6744, SANTA CLARA COUNTY (Apr 1988 - Jan 2003)
**Current Residents at Address:**
███████████ -
███████████ -
████████

████████████ MILPITAS, CA 95035-6123, SANTA CLARA COUNTY (Mar 1994 - Jan 2003)

[REDACTED] FREMONT, CA 94536-7605, ALAMEDA COUNTY (Apr 1988 - Jan 1989)

**Current Residents at Address:**

[REDACTED] -

[REDACTED]

[REDACTED] SAN JOSE, CA 95116-3373, SANTA CLARA COUNTY (Feb 1985 - Apr 1985)

**Current Residents at Address:**

[REDACTED] -

[REDACTED] -

[REDACTED]

[REDACTED]

[REDACTED]

**Names Associated with Relative:**

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

**Previous And Non-Verified Address(es):**

[REDACTED] MILPITAS, CA 95035-2802, SANTA CLARA COUNTY (Feb 1999 - 2025)

**Current Residents at Address:**

[REDACTED] -

[REDACTED] -

[REDACTED] -

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED] MILPITAS, CA 95035-2659, SANTA CLARA COUNTY (Sep 1998 - Jan 2003)

**Current Residents at Address:**

[REDACTED] -

[REDACTED] -

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED] MILPITAS, CA 95035-3419, SANTA CLARA COUNTY (Feb 2001)

**Current Residents at Address:**

[REDACTED] -

[REDACTED] -

[REDACTED] -

[REDACTED]

[REDACTED]

**Names Associated with Relative:**

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

**Previous And Non-Verified Address(es):**

███████████████ SAN JOSE, CA 95112-4104, SANTA CLARA COUNTY

**Current Residents at Address:**

███████ -

███████████████ SAN JOSE, CA 95111-2126, SANTA CLARA COUNTY (Aug 1999 - 2010)

███████

███████████████ SAN JOSE, CA 95133-2253, SANTA CLARA COUNTY (Feb 2005)

███████████████ SAN JOSE, CA 95122-2428, SANTA CLARA COUNTY (Jun 1998 - Feb 2001)

███████████████ SAN JOSE, CA 95122-1338, SANTA CLARA COUNTY (Jul 1999 - Apr 2000)

**Current Residents at Address:**

████████ -

███████████████ SAN JOSE, CA 95122-2458, SANTA CLARA COUNTY (Jul 1999)

███████████

**Names Associated with Relative:**

████████████

**Active Address(es):**

✔ ███████████ LEMOORE, CA 93245-4235, KINGS COUNTY (Dec 2016 - 2025)

**Current Residents at Address:**

████████ -

**Previous And Non-Verified Address(es):**

███████████████ SAN JOSE, CA 95111-1325, SANTA CLARA COUNTY

**Current Residents at Address:**

████████ -

**Previous And Non-Verified Address(es):**

███████████████ SAN JOSE, CA 95122-1338, SANTA CLARA COUNTY (Jul 1999 - Jan 2000)

**Current Residents at Address:**

████████ -

**Active Address(es):**

✔ ███████████ MILPITAS, CA 95035-4353, SANTA CLARA COUNTY (Mar 2023 - Mar 2026)

**Current Residents at Address:**

████████ -

**Previous And Non-Verified Address(es):**

▮▮▮▮▮▮▮▮▮ MILPITAS, CA 95035-2737, SANTA CLARA COUNTY (Oct 2009 - Jul 2025)

   **Current Residents at Address:**

▮▮▮▮▮▮▮▮▮ SAN JOSE, CA 95132-1232, SANTA CLARA COUNTY (Oct 2023)

   **Current Residents at Address:**

▮▮▮▮▮▮▮ -
▮▮▮▮▮ -
▮▮▮▮▮▮ -
▮▮▮ -
▮▮▮▮▮▮▮ -
▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ COLORADO SPRINGS, CO 80920-6908, EL PASO COUNTY (Apr 2014 - May 2017)
▮▮▮▮▮▮ COLORADO SPRINGS, CO 80919-2327, EL PASO COUNTY (Apr 2014 - Nov 2016)

▮▮▮▮▮

**Active Address(es):**

✔ ▮▮▮▮▮ SAN JOSE, CA 95127-4102, SANTA CLARA COUNTY ( 2023 -  2025)

   **Current Residents at Address:**

▮▮▮▮▮ -
▮▮▮▮▮▮▮ -
▮▮▮▮▮
▮▮▮
▮▮▮▮▮▮▮▮▮

**Previous And Non-Verified Address(es):**

▮▮▮▮▮▮ MILPITAS, CA 95035-5520, SANTA CLARA COUNTY (Sep 2011 - Sep 2024)

   **Current Residents at Address:**

▮▮▮▮▮
▮▮▮▮▮
▮▮▮
▮▮▮▮▮▮ MILPITAS, CA 95035-5520, SANTA CLARA COUNTY (Sep 2011 - Nov 2020)

   **Current Residents at Address:**

▮▮▮▮ -
▮▮▮▮▮▮▮ -
▮▮▮▮▮▮▮▮ MILPITAS, CA 95035-5825, SANTA CLARA COUNTY (Oct 2010 - May 2021)

   **Current Residents at Address:**

▮▮▮▮ -
▮▮▮▮▮▮
▮▮▮▮▮ MILPITAS, CA 95035-2802, SANTA CLARA COUNTY (Sep 2014)

   **Current Residents at Address:**

▮▮▮▮▮ -
▮▮▮▮ -
▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮▮ MILPITAS, CA 95035-2857, SANTA CLARA COUNTY (Jan 2009 - Mar 2015)

   **Current Residents at Address:**

▮▮▮▮▮ -
▮▮▮▮▮

**Active Address(es):**

✔ ███████████ FAIRFIELD, CA 94533-7132, SOLANO COUNTY (Nov 2021 - Dec 2024)

**Current Residents at Address:**

**Previous And Non-Verified Address(es):**

███████████████████ SAN JOSE, CA 95133-2253, SANTA CLARA COUNTY

**Active Address(es):**

✔ ███████████████ SAN JOSE, CA 95131-2908, SANTA CLARA COUNTY (Sep 2020 - 2025)

**Current Residents at Address:**

**Previous And Non-Verified Address(es):**

███████████ MILPITAS, CA 95035-2802, SANTA CLARA COUNTY (Sep 2020)

**Current Residents at Address:**

**Previous And Non-Verified Address(es):**

███████████ MILPITAS, CA 95035-2802, SANTA CLARA COUNTY (Nov 2014 - Mar 2026)

**Current Residents at Address:**

**Previous And Non-Verified Address(es):**

███████████████ SAN JOSE, CA 95112-3390, SANTA CLARA COUNTY (Mar 2023)

**Current Residents at Address:**

**Previous And Non-Verified Address(es):**

███████████ SAN JOSE, CA 95111-1566, SANTA CLARA COUNTY (Jun 2010 - Mar 2026)

**Current Residents at Address:**

████████████    ██    -
████████████    ██    -
████████████████████    ██    -
████████████    ██    -
████████    ██
████████████████    SAN JOSE, CA 95136-1373, SANTA CLARA COUNTY (Jun 2010 - Dec 2025)
███████████████████    MILPITAS, CA 95035-2558, SANTA CLARA COUNTY (Mar 2015 - Jan 2017)
████████████    MILPITAS, CA 95035-3202, SANTA CLARA COUNTY (Sep 2008 - Mar 2015)

**Current Residents at Address:**

████████    ██    -
█████████████    ██
████████████    ██
████████████    ██
████████    SAN JOSE, CA 95110-2110, SANTA CLARA COUNTY (Apr 2004 - Jun 2008)
████████    SAN JOSE, CA 95112-1537, SANTA CLARA COUNTY (Mar 2004 - May 2004)

**Current Residents at Address:**

████████    ██    -
████████████    SAN JOSE, CA 95127-1564, SANTA CLARA COUNTY (Feb 2004 - May 2004)

**Current Residents at Address:**

██████████████    ██    -
██████████████    ██    -
████████████████    ██    -
████████████    ██
████████████    ██
████████████    ██
████████    SAN JOSE, CA 95112-4421, SANTA CLARA COUNTY (Dec 1997 - Jan 2003)

**Current Residents at Address:**

███████████████    ██    -
████████████    ██    -
████████████    ██
████████████    ██
████████    ██

████████    SAN JOSE, CA 95151-5913, SANTA CLARA COUNTY (Dec 2001 - Jan 2003)

████████████████████
██████████████████████████████████

**Names Associated with Relative:**

██████████████████
██████████████████████████████
██████████████████
██████████████████████████

**Active Address(es):**

✓ ████████████████    MILPITAS, CA 95035-3440, SANTA CLARA COUNTY (Dec 2017)

**Current Residents at Address:**

████████████    ██
████████████    ██    -
████████████    ██
████████████    ██

**Previous And Non-Verified Address(es):**

████████████    MILPITAS, CA 95035-6939, SANTA CLARA COUNTY (Nov 1997 - Jan 2011)

**Current Residents at Address:**

████████████    ██

███████████ -
████████████ -
█████████

███████████ MILPITAS, CA 95035-3343, SANTA CLARA COUNTY (Oct 1994 - Dec 1994)
**Current Residents at Address:**
██████████ -
████████ -

███████████ MILPITAS, CA 95035-3419, SANTA CLARA COUNTY (Oct 1994)
**Current Residents at Address:**
████████ -
████████ -
██████ -

████████ - █████████
████████████████

**Names Associated with Relative:**
██████████████
█████████████████
██████████
████████████████
█████████
████████████████
███████████
████████████████

**Previous And Non-Verified Address(es):**
███████████ SAN JOSE, CA 95123-5007, SANTA CLARA COUNTY (Nov 2018 - Mar 2025)
**Current Residents at Address:**
██████████████ -
███████ -

███████
███████ SAN JOSE, CA 95161-1376, SANTA CLARA COUNTY (Sep 2007 - Nov 2008)
**Current Residents at Address:**
██████████ -
███████████ -

████████████ SAN JOSE, CA 95131-1544, SANTA CLARA COUNTY (May 2013 - Mar 2015)
██████████ MILPITAS, CA 95035-3420, SANTA CLARA COUNTY (Oct 2008 - Mar 2013)
**Current Residents at Address:**
██████████████ -

███████████ SAN JOSE, CA 95132-2117, SANTA CLARA COUNTY (Jun 2002 - Jan 2009)
**Current Residents at Address:**
████████ -
█████████ -
█████████████



▮▮▮▮▮▮▮▮▮▮ SUNNYVALE, CA 94086-8013, SANTA CLARA COUNTY (Feb 1998 - Apr 2003)

**Current Residents at Address:**

▮▮▮▮▮▮▮▮▮▮ MOUNTAIN VIEW, CA 94041-1327, SANTA CLARA COUNTY (Sep 1997 - Jan 2003)

▮▮▮▮▮▮▮▮▮▮ SUNNYVALE, CA 94086-8015, SANTA CLARA COUNTY (Feb 1998 - Jan 2003)

**Current Residents at Address:**

▮▮▮▮▮▮▮▮▮▮ SAN JOSE, CA 95148-3618, SANTA CLARA COUNTY (Sep 1993 - Jan 2003)

**Current Residents at Address:**

408-739-5865

▮▮▮▮▮▮▮▮▮▮ CA 94041-1326, SANTA CLARA COUNTY (Jun 1993 - Jan 2003)

**Names Associated with Relative:**

**Previous And Non-Verified Address(es):**

▮▮▮▮▮▮▮▮▮▮ SAN JOSE, CA 95116-3372, SANTA CLARA COUNTY (Apr 1989 - Sep 2005)

**Current Residents at Address:**

▮▮▮▮▮▮▮▮▮▮ SAN JOSE, CA 95132-1114, SANTA CLARA COUNTY (Jul 1987 - Dec 2011)

**Current Residents at Address:**

████████████████ ██████ MILPITAS, CA 95035-3436, SANTA CLARA COUNTY (Feb 2006 - Mar 2006)

**Current Residents at Address:**

██████████████████████ -
████████████████ -
████████████████ -
██████████
██████
████████████

████████████ SAN JOSE, CA 95132-1465, SANTA CLARA COUNTY (Oct 2000)

**Current Residents at Address:**

██████████████████ -
████████████████ -
███████████████████████ -
██████████████████ -
██████████████
████████████
████████████
████████████

████████████████ SAN JOSE, CA 95131-3601, SANTA CLARA COUNTY (May 2001 - Jan 2003)

**Current Residents at Address:**

████████ -
████████
██████████
████████ -
██████████████
██████████ -

████████████████ SAN JOSE, CA 95123-6069, SANTA CLARA COUNTY (Feb 1995)

**Current Residents at Address:**

██████████ -
████████████████████
██████████████

████████████████████ SAN JOSE, CA 95116-3355, SANTA CLARA COUNTY (Jul 1993 - Mar 1994)

████████████████████ TECUMSEH, MI 49286-1632, LENAWEE COUNTY (Oct 1986 - Jan 2003)

**Current Residents at Address:**

██████████████████ -
████████████████ -
███████████████████ -
███████████████████ -
██████████████

████████████████ SANTA ANA, CA 92704-1025, ORANGE COUNTY (Jan 2000 - Nov 2000)

**Current Residents at Address:**

██████████████████ -
███████████████████ -
███████████████████ -
██████████████████
████████████████
███████████████████
██████████████
████████████

████████████ <u>SAN JOSE, CA 95132-1114, SANTA CLARA COUNTY</u> (Apr 1989)

**Neighbors:**

    **Neighborhood:**

✓ ██████████████ <u>SAN RAMON, CA 94583-2615, CONTRA COSTA COUNTY</u> ( 2023 - Dec 2025)

      **Residents:**

██████████████████████

████████████████████████

███████████    ████████

███████████    ████████

      **Address(es):**

████████████ <u>SAN RAMON, CA 94583-2615, CONTRA COSTA COUNTY</u> (May 1993 - Mar 2026)

██████████████

██████████████████

███████

████████████ <u>SAN RAMON, CA 94583-2615, CONTRA COSTA COUNTY</u> (Apr 2021 - May 2026)

███████    ████████

█████████ <u>Y, SAN RAMON, CA 94583-2656, CONTRA COSTA COUNTY</u> (May 1996 - Jun 2026)

      **Residents:**

██████████████

███████████████████████

██████████████████

███████████████████████

███████

████████████ <u>SAN RAMON, CA 94583-2656, CONTRA COSTA COUNTY</u> (Jul 2008 - May 2026)

███████ -

████████████████████

████████████ <u>SAN RAMON, CA 94583-2615, CONTRA COSTA COUNTY</u> (Feb 2001 - Jun 2026)

████████████████████

████████████████████

    ⚑SSN belongs to a person reported as deceased.

████████████ <u>SAN RAMON, CA 94583-2615, CONTRA COSTA COUNTY</u> (Apr 1996 - Jun 2026)

      **Residents:**

██████████████

████████████████████████

⚑████████████████████

████████████████████

███████

    **Neighborhood:**

████████████ <u>MILPITAS, CA 95035-7513, SANTA CLARA COUNTY</u> (Sep 2020)

      **Residents:**

██████████████

████████████████████████

**D** ██████████████████████████████

████████████████████

ANDREW D NGUYEN



**Address(es):**

_____ MILPITAS, CA 95035-7513, SANTA CLARA COUNTY (Mar 1986 - Jun 2026)

_____ MILPITAS, CA 95035-7528, SANTA CLARA COUNTY (Jan 1992 - Jun 2026)

_____ MILPITAS, CA 95035-7513, SANTA CLARA COUNTY (Aug 1988 - Jun 2026)

**Residents:**

**Source Information:**

| | |
|---|---|
| All Sources | 6 Source Document(s) |
| Deed Transfers | 1 Source Document(s) |
| Tax Assessor Records | 5 Source Document(s) |