**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ILLUMINA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BILLIONTOONE, INC.,<br><br>Defendant. | C.A. No. 26-531-JLH |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, on May 7, 2026, Plaintiff Illumina, Inc. ("Illumina") filed its Complaint for Patent Infringement (D.I. 1) ("Complaint") against Defendant BillionToOne, Inc. ("BillionToOne");

WHEREAS, the current deadline for BillionToOne to respond to the Complaint is August 24, 2026;

WHEREAS, on August 7, 2026, BillionToOne filed its Motion to Transfer to the Northern District of California (D.I. 7-10) ("Motion to Transfer"); and

WHEREAS, the current deadline for Illumina to respond to the Motion is August 21, 2026;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, and subject to approval of the Court that:

1. The deadline for BillionToOne to answer or otherwise respond to the Complaint is extended to and including October 23, 2026 (from August 24, 2026); and

2. The deadline for Illumina to respond to the Motion to Transfer is extended to and including October 20, 2026 (from August 21, 2026).

DATED: August 17, 2026

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*
*Illumina, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9106
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant*
*BillionToOne, Inc.*

SO ORDERED, this _______ day of __________________, 2026

______________________________________
United States District Court Judge